# EXHIBIT 3

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF FLORIDA**

**MIAMI DIVISION**

**Case No.: 21-22433-CIV-MARTINEZ-BECERRA**

FLOR MORERA LOPEZ, and
ASBERT ANAZCO, individually and
as personal representatives of the
Estate of Asbert E. Anazco,

Plaintiffs,

v.

ZOLL SERVICES, LLC,
ZOLL MEDICAL CORP., and
ZOLL MANUFACTURING CORP.

Defendants.
__________________________________/

**DECLARATION OF SHANE VOLPE**

I, SHANE VOLPE, declare as follows:

1. I am over the age of 18, have personal knowledge of the matters set forth in this Declaration unless otherwise stated, and if called as a witness, I would be competent to testify to the matters in this Declaration. I declare under penalty of perjury that the facts stated in this Declaration are true and correct to the best of my knowledge.

2. I am employed by ZOLL Manufacturing Corporation ("ZOLL"). My current title is Manager, Embedded Systems. I have been employed by ZOLL for over 18 years. I hold a B.S. in Electrical Engineering from Penn State University. By virtue of my past and current positions at ZOLL, I am very familiar with the LifeVest® 4000 and its design.

3. I have been deposed two times in this lawsuit on March 25, 2022 and July 20, 2022. To the extent this Declaration contains facts that I testified to in my depositions, citations to the page and lines are referenced.

4. The exhibits attached hereto are true and correct copies of the documents referenced in each footnote.

5. Plaintiffs' Complaint concerns a ZOLL LifeVest® wearable cardioverter defibrillator that was in the possession of Mr. Anazco in July 2020 ("Subject LifeVest"). The Subject LifeVest® is an FDA-approved, PMA Class III medical device containing sophisticated components, circuitry, and algorithms to detect abnormal heart rhythms and, when appropriate, deliver a treatment shock to help a patient's heart return to a normal rhythm.[1]

6. The LifeVest® was originally approved by the FDA in 2001.[2] The LifeVest® 4000, which is the model provided to Mr. Anazco, was approved in August 2009 as a supplement to the original PMA.[3] Since that time ZOLL has manufactured and distributed over 50,000 LifeVest® 4000 monitors and many more vests/electrode belts (the vests contain fabric and have a shorter life span than the monitor).

7. The vest is worn outside the body and over dry, non-adhesive sensing electrodes.[4] If the electrodes detect certain heart arrythmias—ventricular tachycardia ("VT") or ventricular fibrillation ("VF")—as defined by the patient's cardiologist, the device alerts the patient and, if the patient does not delay the treatment shock, the device releases a gel over the therapy electrodes

---

[1] Ex. 1, Summary of Safety and Effectiveness Data for the LifeVest 3000, 3100, and 4000 pp. 2-5 (https://www.accessdata.fda.gov/cdrh_docs/pdf/P010030S056B.pdf).
[2] Ex. 2, FDA Approval Order (https://www.accessdata.fda.gov/cdrh_docs/pdf/P010030A.pdf)
[3] Ex. 3, Supplemental Approval (S011) (https://www.accessdata.fda.gov/scripts/cdrh/cfdocs/cfpma/pma.cfm?id=P010030S011.)
[4] Ex. 2, FDA Approval Order (https://www.accessdata.fda.gov/cdrh_docs/pdf/P010030A.pdf) p. 2.

and, if it thereafter reaches 100% confidence that patient is experiencing a treatable condition (i.e. a sustained VF or VT arrythmias), delivers an electrical shock that is designed to restore normal rhythm.[5]

8. A computerized monitor is worn by the patient at his waist and, through a unique set of software and algorithms developed internally and maintained confidentially by ZOLL, continuously monitors the electrodes for electrical signals.

9. A pictorial description of the LifeVest® 4000 from ZOLL's website is below[6]:



**1. Garment/vest**

- Worn under normal clothing, directly against skin
- Includes the electrode belt

**2. Electrode Belt**

- Designed to detect certain dangerous heart rhythms and deliver a treatment shock, if appropriate

**3. Monitor**

- Worn around waist or with shoulder strap
- Continuously records heart rate

[5] Ex. 2, FDA Approval Order (https://www.accessdata.fda.gov/cdrh_docs/pdf/P010030A.pdf). p. 2; Ex. 4, Volpe Dep. March 25, 2022 pp. 84:12-85:17.
[6] See also, Ex. 6, Patient Manual (ZOLL_ANA000355-000496) p. ZOLL_ANA000367.

10. The LifeVest's functionality depends on its collection and interpretation of underlying "data" reflecting the wearer's condition at any given time gleaned from its continuous monitoring. Much of this data is reflected in a "flag report," which is stored in the device's internal memory and is essentially a summary record of what the device is doing, through the issuance of key flags, over time.[7]

11. The ECG rhythms, however, are captured and stored in an external SD memory card, which does nothing more than store ECG event recordings. The SD card is not part of the safety clinical-effective tree, and it has no effect on the device's ability to detect heart signals and, if deemed necessary, treat the patient.[8]

12. The monitor contains microprocessors, including the operating system/user interface module (ARM) and the ECG rhythm analysis processor/ pulse generation module (DSP).[9]

13. The ARM is responsible for the system operation overall—it interprets the information received from the DSP, among other sources, and subsequently issues commands to act to the DSP based on that analysis.[10]

14. The DSP performs, among other things, arrhythmia monitoring based on the proprietary algorithm, transmits the information to the ARM, and then acts on commands issued by the ARM.[11] The ARM and DSP physically reside within the monitor enclosure, as part of a computer analog (CA) board.[12]

---

[7] Ex. 5, Volpe Dep. July 20, 2022 pp. 592:14-593:19.
[8] Ex. 4, Volpe Dep. March 25, 2022 pp. 55:19–56:14, 301:8–11.
[9] Ex. 5, Volpe Dep. July 20, 2022 pp. 593:20-595:9.
[10] Ex. 5, Volpe Dep. July 20, 2022 pp. 593:20-595:9.
[11] Ex. 5, Volpe Dep. July 20, 2022 p. 427:9-20; 506:2-12.
[12] Ex. 4, Volpe Dep. March 25, 2022 pp. 335:17-336:1.

15. Also within the CA board are two watchdog timers, one with real-time monitoring for safety critical components, and a second related to data storage and the patient user interface.[13] One thing the watchdog timers look for are "fail safe bits," i.e., indications from the DSP or ARM that the device needs to reboot to come into a known good state.[14] When an issue is detected, whether communication-related or otherwise, the watchdog timer initiates a system reset and reboots the CA board—for safety critical issues, the time is 1.25 seconds, and for data storage issues, it is about 5 seconds.[15] These resets, all within clinical requirements, are called "abnormal shutdowns" and occur when the system "detects something, it resets, comes up, refreshes the software, and goes right back into where it was at monitoring."[16]

16. There are many causes of an abnormal shutdown, including but not limited to SD card issues, all of which produce a specific abnormal shutdown flag and a series of additional flags that indicate the reboot has taken place and that can be seen on the flag report.[17]

17. A "normal shutdown" occurs when the batteries are taken out to power off the device; every other reboot is termed an "abnormal shutdown."[18]

18. The electrode belt contains four sensors that sense the heart's electrical signal—two are placed on the wearer's sides (the "side-to-side" leads); the other two are placed on the front and the back, respectively (the "front-to-back" leads).[19]

[13] Ex. 4, Volpe Dep. March 25, 2022 pp. 38:23-39:6.
[14] Ex. 4, Volpe Dep. March 25, 2022 pp. 38:21-39:12
[15] Ex. 4, Volpe Dep. March 25, 2022 pp. 38:23-39:12.
[16] Ex. 4, Volpe Dep. March 25, 2022 p. 37:16-18.
[17] Ex. 4, Volpe Dep. March 25, 2022 pp. 43:22-44:4; 292:5-17.
[18] Ex. 5, Volpe Dep. July 20, 2022 p. 374:15-375:2.
[19] Ex. 6, Patient Manual pp. ZOLL_ANA000367; ZOLL_ANA000405; ZOLL_ANA000410-411; Ex. 5, Volpe Dep. July 20, 2022 p. 514:15-515:1.

19. The heart's electrical signals captured by the sensors are transmitted to the DSP for interpretation, which sends to the interpreted information to the ARM.[20]

20. The electrode belt also contains three therapy pads that physically deliver the treatment shock when commanded.[21] Contained in the therapy pads is a conductive Blue Gel™, which is meant to aid in the conduction of the current to the skin if a shock is ultimately delivered.[22]

21. The LifeVest uses the proprietary TruVector algorithm to detect certain abnormal rhythms and determine if treatment is necessary.[23] The algorithm takes into account information and data from myriad sources and, per its approved design, uses that information to calculate a confidence interval.[24] The calculated confidence level is what the device uses to decide when and how to act.[25]

22. A key bit of information considered by the algorithm is the presence of "noise," i.e., non-clinically meaningful inputs, such as electromagnetic interference or patient movement that do not represent real physiologic data.[26] Simply, the presence of noise affects the confidence level and must be and is accounted for by the LifeVest.[27]

---

[20] Ex. 5, Volpe Dep. July 20, 2022 pp. 593:20-595:9.

[21] Ex. 1, Summary of Safety and Effectiveness Data for the LifeVest 3000, 3100, and 4000 pp. 2-5 (https://www.accessdata.fda.gov/cdrh_docs/pdf/P010030S056B.pdf); Ex. 6, Patient Manual pp. ZOLL_ANA000367; ZOLL_ANA000405; ZOLL_ANA000410-411.

[22] Ex. 1, Summary of Safety and Effectiveness Data for the LifeVest 3000, 3100, and 4000 pp. 2-5 (https://www.accessdata.fda.gov/cdrh_docs/pdf/P010030S056B.pdf); Ex. 6, Patient Manual p. ZOLL_ANA000400.

[23]Ex. 7, LifeVest TruVector™ Arrythmia Detection Algorithm Paper (ZOLL_ANA000504-511)

[24]Ex. 7, LifeVest TruVector™ Arrythmia Detection Algorithm Paper

[25]Ex. 7, LifeVest TruVector™ Arrythmia Detection Algorithm Paper. The limit algorithm also plays a less significant role in certain instances in functionality.

[26]Ex. 7, LifeVest TruVector™ Arrythmia Detection Algorithm Paper

[27] Ex. 4, Volpe Dep. March 25, 2022 pp. 76:2-6; 88:20-22; 264:8-265:18.

23. The "detect-and-treat" function is a two-step process—first, the pre-confidence "detection sequence," and second, the "treatment sequence" or "verification period."[28]

24. The first step, the detection sequence, happens before the detection is indicated on the flag report.[29] Once the algorithm reaches the requisite confidence the first time, it declares the arrhythmia, i.e., it registers an attendant flag and proceeds according to the type of arrhythmia declared.[30] Put another way, the LifeVest "detects" the arrhythmia, "but now has to decide [if] it's treatable."[31]

25. If the LifeVest declares VT or VF may be present, in order to later render a treatment shock, the LifeVest must reach 100% confidence that the declared rhythm is in fact a sustained rhythm that should be treated.[32] During this second period—the treatment sequence (verification period)—the device starts to issue alarms, beginning with the tactile vibration and followed by audible voice alerts.[33]

26. Even if the response buttons are not depressed by patient, the LifeVest may delay treatment after beginning the treatment sequence if the necessary 100% confidence threshold is not reached, and will terminate the treatment sequence if the confidence falls and the device declares a "non-treatable rhythm."[34]

27. Given the potential for noise, among other things, the device's design accommodates for the possibility that the LifeVest may falsely declare a treatable arrhythmia and

---

[28] Ex. 4, Volpe Dep. March 25, 2022 pp. 104:22-106:4; 110:18-23; 114:5-12.
[29] Ex. 4, Volpe Dep. March 25, 2022 pp. 117:4-7; 119:5-14; 122:2-6.
[30] Ex. 4, Volpe Dep. March 25, 2022 p. 134:1-2
[31] Ex. 4, Volpe Dep. March 25, 2022 p. 133:7-8.
[32] Ex. 4, Volpe Dep. March 25, 2022 p. 133:9-16.
[33] Ex. 4, Volpe Dep. March 25, 2022 pp. 151-153; Ex. 7, LifeVest TruVector™ Arrythmia Detection Algorithm Paper p. ZOLL_ANA000509.
[34] Ex. 4, Volpe Dep. March 25, 2022 pp. 132:19-133:18.

begin the treatment sequence, so it comes equipped with response buttons, which, if pressed, can stop and/or delay the treatment sequence.[35] Per the FDA approved design, only the wearer is supposed to press the response buttons, and by design, the pressing of the response buttons signals to the LifeVest the wearer is conscious, information which the algorithm then accounts for in calculating the confidence level..[36]

28. During the treatment sequence, if the confidence level reaches 72%, i.e., the LifeVest disperses the gel stored in the therapy pads.[37] This step is taken before the algorithm reaches 100% confidence that the arrhythmia is in fact treatable to allow the gel time to disperse and wet the patient prior to treatment.[38] In other words, the device is not designed to deliver a "dry" treatment shock.

29. The system is designed to not have anything else delay it at this point. If the system waited to get to 100% and then added another five seconds while the gel is being deployed that would delay treatment unnecessarily."[39] In other words, the moment the LifeVest "truly thinks it's a treatable rhythm, it treats" i.e. after confidence is reached during the second verification period and the minimum time for the underlying rhythm has been met (VT: 30 seconds; VF 60 seconds).[40]

30. Although the LifeVest is designed and FDA approved to treat only VT and VF – because those are the only two arrythmias potentially receptive to treatment by electric shock, it

---

[35] Ex. 4, Volpe Dep. March 25, 2022 pp. 81:19-82:25; Ex. 6, Patient Manual pp. ZOLL_ANA000431-432.

[36] Ex. 4, Volpe Dep. March 25, 2022 pp. 81:19-82:25; Ex. 6, Patient Manual pp. ZOLL_ANA000401; ZOLL_ANA000431-432.

[37] Ex. 5, Volpe Dep. July 20, 2022 p. 591:1-7.

[38] Ex. 4, Volpe Dep. March 25, 2022 pp. 153-155.

[39] Ex. 4, Volpe Dep. March 25, 2022 pp. 95:13-96:18.

[40] Ex. 4, Volpe Dep. March 25, 2022 p. 115:5-6.

can still detect other arrhythmias, including asystole.[41] Asystole, the most serious cardiac arrhythmia, is the "absence of contractions of the heart,"[42] i.e., a flatline.




31. When the LifeVest detects asystole, it begins the notification sequence with a gong alert instructing the patient to adjust the belt, because sometimes asystole can be detected if the garment was put on improperly, such as over clothes.[43] If the patient is truly in asystole, he or she will be unconscious and thereby unable to press the response buttons or adjust the belt, in which case the device instructs "the bystanders to do CPR because that's the only thing that can be done to treat asystole."[44] But if the response buttons are pressed, this signals to the algorithm that the patient is conscious and thus the device interprets the response as that patient not experiencing asystole.[45] So, the device continues to monitor the wearer's rhythm, with the underlying assumption that what it had detected as asystole is not, in fact, asystole.[46]

32. The electrode belt assembly and the monitor provided to Mr. Anazco were put into service in 2011 and 2015, respectively.[47]

---

[41] Ex. 8, ZOLL LifeVest 4000 Operator's Manual (ZOLL_ANA001176 -001317) p. ZOLL_ANA001273.
[42] Stedman's Med. Dictionary 81680.
[43] Ex. 4, Volpe Dep. March 25, 2022 pp. 78:17-79:1.
[44] Ex. 4, Volpe Dep. March 25, 2022 p. 79:5-9.
[45] Ex. 4, Volpe Dep. March 25, 2022 pp. 79:21-80:2
[46] Ex. 4, Volpe Dep. March 25, 2022 pp. 84:2-11.
[47] Ex. 9, ZOLL_ANA222617 (monitor) and Ex. 10, ZOLL_ANA222642 (electrode belt) (partially redacted.)

33. I have reviewed the entire flag report for the LifeVest worn by Mr. Anazco, and am also very familiar with the flags registered by the device in the 4 hours preceding his death on July 8, 2020.[48]

34. On May 27, 2020, Anazco was prescribed the LifeVest.[49] In late June, a data download reflected a service code 104, related to the monitor detecting an issue with the SD card, indicating the SD card was experiencing an issue with communicating with the ARM.[50] Service code 104 reappeared intermittently along with other SD extended card status flags indicating the SD card was intermittently dislodged, but it never affected the device's ability to detect and treat.[51] No other service codes appear in the flag report.

35. Shortly after midnight on July 8, 2020, the LifeVest again registered the absence of an SD card; so by FDA-approved design, the LifeVest reset itself, immediately rebooted, and continued to monitor Anazco.[52] The device began ignoring the SD card after this reboot since it is not part of the critical functionality of the device.[53]

36. As previously explained, the flag report records flags from both the DSP and the ARM. The flag report for Mr. Anazco's LifeVest monitor has a time drift of between 4 and 5 seconds on the DSP and ARM. To be clear, flags were being issued at the same time, it is simply

[48] Ex, 11, Excerpted Flag Interpretation Report which I prepared (ZOLL_ANA225946-225988) (partially redacted.)
[49] Ex. 12, Order Form (ZOLL_ANA000001)
[50] Ex, 11, Flag Interpretation Report p. ZOLL_ANA225946.
[51] Ex, 11, Flag Interpretation Report pp. ZOLL_ANA225948; ZOLL_ANA225952; ZOLL_ANA225960; Ex. 4, Volpe Dep. March 25, 2022 pp. 55:19-56:14; 64:3-4; Ex. 5, Volpe Dep. July 20, 2022 p. 386:6-18.
[52] Ex, 11, Flag Interpretation Report p. ZOLL_ANA225974.
[53] Ex. 4, Volpe Dep. March 25, 2022 pp. 54:7-9; 55:19–56:14, 301:8–11.

the case that the DSP clock was approximately 4 to 5 seconds fast of the ARM.[54] For that reason, all times stated in my declaration are synced to the ARM clock unless otherwise stated.

37. I have listened to the 911 tape from July 8, 2020. At the beginning of the call prior to the detect and treat event and prior to the device issuing a gong with its initial asystole detection, 911 was called and it was reported that Mr. Anazco was "not breathing."[55]

38. At 04:18:13, the LifeVest detected asystole likely secondary to this episode of respiratory arrest.[56] The response buttons were pressed and released within 3 seconds (4:18:16) (and again at 04:18:54 and 04:18:56); less than a minute after the initial declaration of asystole (4:19:06), and because of the button presses, the LifeVest declared asystole was no longer detected. However, the very small signal amplitudes (the measure of how large the signal was coming into the device) of 45 microvolts on the side to side lead and 23 microvolts on the front to back lead caused the issuance of a flag indicating the rhythm type was still asystole (4:19:06).[57]

39. 45 and 23 microvolts are both very small signals that are inconsistent with a person having a heartbeat at the time those values are being sensed as is visually demonstrated in the graphic below. Note each graph paper square is roughly 200 microvolts on the Y axis. A typical biologic signal will have peaks of approximately 1000 microvolts.




[54] Ex. 5, Volpe Dep. July 20, 2022 pp. 372:2-373:23; 380:17-381:5; & 591:8-20.
[55] Ex. 13, 911 Call Transcript p. ANAZCO000270.
[56]Ex, 11, Flag Interpretation Report pp. ZOLL_ANA225976.
[57] Ex, 11, Flag Interpretation Report pp. ZOLL_ANA225976-225977.

40. At 04:20:08 and 04:20:10, a potentially treatable VT rhythm and a potentially treatable VF rhythm, respectively, were declared by the LifeVest.[58] At 4:20:09, the second between those two flags, the device indicated its signal amplitude was only 33 microvolts (side to side) and 9 microvolts (front to back).[59] In other words, the decedent was still in a flatline and had been for nearly two minutes, but the device was attempting to re-interpret the cardiac signal because the buttons had been pressed earlier which, again by design signals to the device that the wearer is conscious and thus NOT experiencing VT, VF or asystole.[60]

41. The LifeVest, by design, began the treatment sequence, starting with the high voltage power converter at 04:20:15.[61] The device registered a "treatment delayed flag" at 04:20:33 and 4:20:34, initiating a 5-second delay, and it released the gel at 04:20:40—roughly 30 seconds after the potentially treatable VF rhythm was declared, meaning the confidence had reached 72%.[62]

42. Following the gel release, the confidence immediately began to drop, within 10 seconds it was at 70% and it continued to drop. See table on following page listing data from the flag report[63]:

[58] Ex, 11, Flag Interpretation Report pp. ZOLL_ANA225977-225978; Ex. 5, Volpe Dep. July 20, 2022 p. 572:18-24.
[59] Ex. 5, Volpe Dep. July 20, 2022 pp. 572:18-24.
[60] Ex. 4, Volpe Dep. March 25, 2022 pp. 190:10-193:20; Ex. 5, Volpe Dep. July 20, 2022 pp. 570:12-571:11.
[61] Ex, 11, Flag Interpretation Report pp. ZOLL_ANA225979 (DSP Flag at 4:20:19).
[62] Ex, 11, Flag Interpretation Report pp. ZOLL_ANA225979.
[63] Ex, 11, Flag Interpretation Report pp. ZOLL_ANA225979-225981; Ex. 4, Volpe Dep. March 25, 2022 pp. 92:22-93:11; 237:8-238:8; and 244:17-245:7.

| Date | Time | Flag | Interpretation Based on Hex Code[64] |
|---|---|---|---|
| 8-Jul-20 | 4:20:40 | UI GEL RELEASED | gel dispersal system was activated |
| 8-Jul-20 | 4:20:50 | TREATMENT DELAY | Confidence Level 70% |
| 8-Jul-20 | 4:20:53 | TREATMENT DELAY | Confidence Level 63% |
| 8-Jul-20 | 4:20:55 | TREATMENT DELAY | Confidence Level 61% |
| 8-Jul-20 | 4:20:58 | TREATMENT DELAY | Confidence Level 60% |
| 8-Jul-20 | 4:21:00 | TREATMENT DELAY | Confidence Level 56% |
| 8-Jul-20 | 4:21:03 | TREATMENT DELAY | Confidence Level 50% |
| 8-Jul-20 | 4:21:05 | TREATMENT DELAY | Confidence Level 46% |
| 8-Jul-20 | 4:21:08 | TREATMENT DELAY | Confidence Level 43% |
| 8-Jul-20 | 4:21:10 | TREATMENT DELAY | Confidence Level 38% |
| 8-Jul-20 | 4:21:13 | TREATMENT DELAY | Confidence Level 32% |
| 8-Jul-20 | 4:21:15 | TREATMENT DELAY | Confidence Level 29% |
| 8-Jul-20 | 4:21:18 | TREATMENT DELAY | Confidence Level 30% |
| 8-Jul-20 | 4:21:20 | TREATMENT DELAY | Confidence Level 31% |
| 8-Jul-20 | 4:21:23 | TREATMENT DELAY | Confidence Level 25% |
| 8-Jul-20 | 4:21:25 | TREATMENT DELAY | Confidence Level 21% |
| 8-Jul-20 | 4:21:28 | TREATMENT DELAY | Confidence Level 15% |
| 8-Jul-20 | 4:21:30 | TREATMENT DELAY | Confidence Level 15% |
| 8-Jul-20 | 4:21:33 | TREATMENT DELAY | Confidence Level 13% |
| 8-Jul-20 | 4:21:35 | TREATMENT DELAY | Confidence Level 9% |
| 8-Jul-20 | 4:21:38 | TREATMENT DELAY | Confidence Level 3% |

43. 59 seconds after the gel was dispensed, the algorithm reached zero confidence, device declared no treatable rhythm and deactivated the high voltage converter.[65]

44. One second later, at 04:21:40, it again declared asystole.[66] The response buttons were then pressed multiple times from 04:22:08 to 4:22:49, keeping the device in monitoring mode and resulting in the issuance of an "no asystole" flag even though the microvolt signal remained very low.[67] At 04:23:05 a non-treatable rhythm was declared.[68]

---

[64] The Hex and Arg codes have been redacted from the report for confidentiality.

[65] Ex, 11, Flag Interpretation Report pp. ZOLL_ANA225979-225981; Ex. 4, Volpe Dep. March 25, 2022 p. 258:13-20.

[66] Ex, 11, Flag Interpretation Report p. ZOLL_ANA225981; ; Ex. 4, Volpe Dep. March 25, 2022 p. 258:13-20.

[67] Ex, 11, Flag Interpretation Report pp. ZOLL_ANA225982; ZOLL_ANA225984.

[68] Ex, 11, Flag Interpretation Report p. ZOLL_ANA225984.

45. At 04:24:46, the LifeVest again detected asystole, and the response buttons were again pressed at 04:25:34.[69]

46. At no point during these roughly 10 minutes did the LifeVest reach the requisite 100% confidence interval to confidently declare a sustained, treatable rhythm pursuant to is FDA approved design. As such, the LifeVest did not deliver a treatment shock. Nor did the device experience any shutdown, abnormal or otherwise, during these 10 minutes.[70]

47. On January 7, 2022, I attended and participated in and an inspection of Anazco's LifeVest at ZOLL's headquarters during which both the monitor and belt were tested. Plaintiffs' expert, Dr. George Yanulis was also in attendance. Both the monitor and the belt passed inspection, and successfully performed the detect-and-treat functions according to their FDA-approved design.

48. On January 7, 2022, the SD card was found to be slightly dislodged and the label covering it pulled back.[71] This explains why the service code 104 was recorded within the flag report prior to Mr. Anazco's event.[72] The SD card was inserted into a different monitor during the inspection for downloading and fully operated.

49. Based on my years of experience and my review of the information described above, Mr. Anazco's device performed appropriately and as designed at all times during the event on July 8, 2020 beginning at 4:18:13 a.m.

---

[69] Ex, 11, Flag Interpretation Report p. ZOLL_ANA225985.

[70] Ex. 4, Volpe Dep. March 25, 2022 pp. 122:14-18; Ex, 11, Flag Interpretation Report pp. ZOLL_ANA225982; ZOLL_ANA225984.

[71] Ex. 4, Volpe Dep. March 25, 2022 p. 55:1-12; Ex. 5, Volpe Dep. July 20, 2022 pp. 455:13-456-3.

[72] Ex. 4, Volpe Dep. March 25, 2022 p. 54:19-55:18 and 289:4-15.

I declare under penalty of perjury under the laws of the Commonwealth of Pennsylvania that the foregoing is true and correct.

Executed on this 24 day of July 2022.

Shane Volpe

# EXHIBIT 1

# SUMMARY OF SAFETY AND EFFECTIVENESS DATA (SSED)

## I. GENERAL INFORMATION

Device Generic Name: Wearable Cardioverter Defibrillator

Device Trade Name: LifeVest® Wearable Cardioverter Defibrillator

Device Procode: MVK

Applicant's Name and Address: ZOLL Manufacturing Corporation
121 Gamma Dr.
Pittsburgh, PA 15238

Date(s) of Panel Recommendation: None

Premarket Approval Application (PMA) Number: P010030/S056

Date of FDA Notice of Approval: December 17, 2015

The Original PMA (P010030) was approved on December 18, 2001 and is indicated for the treatment of adult patients who are at risk of sudden cardiac arrest and are not candidates for or refuse an implantable defibrillator. The SSED to support the indication is available on the CDRH website: http://www.accessdata.fda.gov/cdrh_docs/pdf/P010030b.pdf. The current supplement was submitted to expand the indication for the LifeVest® Wearable Defibrillator to include the treatment of life-threatening arrhythmias in pediatric patients with a chest circumference of 26 inches and a weight of 18.75kg (average size of an 8 year old) or greater who are at risk for sudden cardiac arrest and are not candidates for or refuse an implantable defibrillator. No modifications to the currently approved LifeVest® devices are proposed for their use with pediatric patients.

## II. INDICATIONS FOR USE

The LifeVest® system is indicated for patients 18 years of age and older who are at risk for sudden cardiac arrest and are not candidates for or refuse an implantable defibrillator.

The LifeVest® system is indicated for patients under 18 years of age who are at risk for sudden cardiac arrest and are not candidates for or refuse an implantable defibrillator. Patients must have a chest circumference of 26 inches (66 centimeters) or greater and a weight of 18.75 kilograms (41.3 pounds) or greater.

## III. CONTRAINDICATIONS

The LifeVest® system is contraindicated for use in patients with an active implantable defibrillator.

## IV. WARNINGS AND PRECAUTIONS

The warnings and precautions can be found in the LifeVest® Models 3000, 3100, and 4000 labeling.

## V. DEVICE DESCRIPTION

This supplement requests approval of three (3) commercially available models of the LifeVest® device (3000, 3100, and 4000) for use in pediatric patients who meet the size requirements for the device and are at risk for sudden cardiac arrest. There have been no modifications to the LifeVest® devices for use with pediatric patients.

The LifeVest® is a Wearable Cardioverter Defibrillator (WCD) worn by patients at risk of sudden cardiac arrest (SCA). It monitors the pediatric patient's heart continuously by using four (4) dry electrocardiogram (ECG) electrodes. If the patient goes into a life-threatening Ventricular Tachycardia (VT) or Ventricular Fibrillation (VF,) the LifeVest® is able to deliver a treatment shock to restore the patient's heart to normal sinus rhythm. The LifeVest® system consists of two (2) main components, a Monitor and an Electrode Belt. The Monitor is the main unit of the LifeVest® system. It connects to the Electrode Belt, analyzes the patient's ECG, and delivers a therapeutic shock when required. The Electrode Belt consists of four (4) ECG monitoring electrodes and Therapy Electrodes which dispense Blue™ gel and deliver the cardioverting/defibrillating energy through the patient's chest when the patient experiences a life-threatening VT or VF.

When the device detects a treatable arrhythmia, an alarm sequence begins, giving a conscious patient time to stop the treatment. If the patient holds the two (2) response buttons on the Monitor at any time during the treatment sequence, the alarms stop and no treatment shock will be delivered. If the patient does not respond or releases the response buttons, the device continues to give alarms and verbal warnings to bystanders that a treatment shock is about to be delivered. If the arrhythmia continues after the first shock, up to five (5) shocks may be given in a treatment sequence.

The LifeVest® is a prescription device, where the patient's physician sets the VT/VF rate thresholds and pulse energy level for the patient. The rate threshold is the heart rate that must be sustained before VT or VF is declared. The pulse energy is the energy level (in joules) of each of the five (5) shocks, which can range from 75J to 150J. The algorithm uses the patient's baseline vectorcardiogram as a template for detecting changes in cardiac signal morphology, in addition to standard rate determination of arrhythmias.

The patient's ECG is recorded for all detected arrhythmias, including before and after treatment. The patient can also manually record an ECG at any time by pressing the response buttons on the device. Data stored within the LifeVest® is periodically uploaded to a secure internet website, LifeVest® Network (LVN), for subsequent physician review. Data transmission to LVN is encrypted for security reasons. Access to LVN is restricted to authorized users via user names and passwords.

The most recent LifeVest® model (4000) is described in detail below. The other two (2) models of the LifeVest® that are currently marketed (3000 and 3100) have essentially the same components and mechanism of action as the 4000 and differ with respect to minor design upgrades. The difference between the 3000 and 3100 models is that the alarm module in the 3100 model is integrated into its monitor while the 3000 has a separate alarm modules that connects to its monitor.

Figure 1 illustrates the various physical components of the LifeVest® 4000 system. Tables 1 and 2 list the various components of the LifeVest® and provide a detailed description for each component.




**Figure 1:** System components of the LifeVest® 4000, (1) Monitor, (2) Electrode Belt attached to Garment, (3) Battery Pack in Battery charger/Modem, (4) Monitor in Holster

**Table 1:** LifeVest® 4000 System Wearable Components

| LifeVest® 4000 Device Wearable Component | Description |
|---|---|
| Monitor | This is the main unit of the LifeVest® system. It connects to the Electrode Belt and analyzes the pediatric patient's ECG and delivers a therapeutic shock when required. The monitor contains the diagnostic circuitry and the shock circuitry. A color touchscreen display allows the patient to access help screens regarding alarms and daily functions of the device. |
| Battery Pack | The Battery Pack is a rechargeable power source that attaches to the monitor and when depleted, the patient removes it and replaces it with a second fully-charged Battery Pack. Patients are instructed to replace the Battery Pack daily. |
| Electrode Belt | The Electrode Belt connects to the Monitor. The Electrode Belt consists of the dry ECG monitoring electrodes and the therapy electrodes, all interconnected by electrical wiring. Four (4) ECG monitoring electrodes are designed to provide continuous body-surface ECG monitoring. Three (3) Therapy Electrodes are designed to deliver the cardioverting/defibrillating energy through the patient's chest. The Therapy Electrodes dispense Blue™ gel if a defibrillating shock is needed. |
| Garment | The garment with attached Electrode Belt fits around the patient's chest. The garment holds the ECG and Therapy Electrodes in proper position and is worn under the patient's clothing, next to the skin. |
| Holster | The Holster provides a convenient method of carrying the Monitor. |

**Table 2:** LifeVest® 4000 System Non-Wearable Components

| Non-wearable Component | Description |
|---|---|
| Battery Charger/ Modem | The Battery Charger/Modem recharges the spare Battery Pack while the monitor is being worn. It also acts as a modem or wireless gateway to securely transmit data periodically for doctor review either by cellular connection or standard phone line. |
| LifeVest® Network | A secure ZOLL maintained website that collects patient information and forms a patient history of ECG recordings and other data. Physicians can securely access their patient's information from virtually any computer with internet access. LifeVest® Network allows physicians to view ECG recordings, patient use, and other device-related information. |

## VI. ALTERNATIVE PRACTICES AND PROCEDURES

There are several other alternatives for the treatment of life-threatening arrhythmias in pediatric patients who are at risk for sudden cardiac arrest. Each alternative has its own advantages and disadvantages. A patient should fully discuss these alternatives with his/her physician to select the method that best meets expectations and lifestyle.

- *Emergency Medical Services (EMS) or Calling 911*. Paramedics are trained to diagnose countershock or defibrillation-reversible conditions and apply such therapy if needed.

- *Automatic External Defibrillators (AEDs) in the Community*. AEDs are increasingly being deployed in a large number of settings by minimally trained "first responders," such as police, firemen, security guards, and others.

- *Automatic External Defibrillators (AEDs) in the Home*. AEDs may be prescribed for use within the home.

- *Implantable Cardioverter Defibrillators (ICDs).* ICDs are surgically implanted in patients shown to have long-term (permanent) risk of SCA to protect them from sudden cardiac death. In general, patients having uncertain or temporary SCA risk are not indicated for ICD implantation.

- *Antiarrhythmic Medication*. Some drugs such as amiodarone and beta-blockers have been shown to decrease the number of ventricular arrhythmias and thus reduce the incidence of SCA. However, they are limited in use to patients who have already experienced ventricular tachyarrhythmias.

- *Telemetry Monitoring within a Hospital Environment*. Within the hospital environment, telemetry maybe used to monitor for arrhythmias and treat them with rapid defibrillation. This approach requires hospitalization.

## VII. MARKETING HISTORY

The marketed LifeVest® Models 3000, 3100, and 4000, (P010030/S003, S007, and S011, respectively) have been commercially available in the U.S. since 2002, 2006, and 2009, respectively, for the treatment of adult patients who are at risk of sudden cardiac arrest and are not candidates for or refuse an implantable defibrillator. Table 3 outlines the current international marketing approval for the device in the adult population. The LifeVest® has not been withdrawn from marketing in the United States or any foreign country.

**Table 3:** Current Marketing Approvals

| Country Name | Approval or Certification Date | Approval or Certification Name and Number |
|---|---|---|
| European Union | 09/02/1998 | VDE Certificate / 0366/MDD/2039200-II |
| United States | 12/18/2001 | P010030 |
| Australia | 08/24/2006 | ARTG 130631 |
| Israel | 03/07/2010 | MOH Approval |

## VIII. POTENTIAL ADVERSE EFFECTS OF THE DEVICE ON HEALTH

Below is a list of the potential adverse effects (e.g., complications) associated with the use of this device. These potential adverse effects have been grouped into the following three (3) risk categories:

1. Therapy Related
   - Failure to sense and detect a treatable arrhythmia resulting in death.
   - Unsuccessful cardioversion or defibrillation resulting in death or disability.
   - Inappropriate shock causing abnormal heart rhythms, including fatal rhythms.
   - Pacemaker damage or resetting.
   - Superficial skin burns resulting from a shock.
   - Pain from a conscious shock.

2. Morbidity Associated with Wear
   - Allergic dermatitis due to sensitivity to materials used in construction that are held against the skin.
   - Skin infections (e.g., monilial or bacterial) secondary to moisture trapping and

continuous skin contact.
- Minor skin rashes from irritation and heat trapping.

3. External Device Interactions
   - Ineffective cardioversion/defibrillation by another external defibrillator if the LifeVest® device is not removed from patient as advised by the garment label.
   - Fire hazard in the presence of a high oxygen concentration.
   - Bystander shock from patient contact during a treatment event.

For the specific adverse events that occurred in the clinical studies, please see Section X below.

## IX. SUMMARY OF PRECLINICAL STUDIES

All pre-clinical information used to demonstrate the safety and effectiveness of the physical LifeVest® device has already been reviewed by FDA under the original PMA (P100030) and subsequent supplements. No new pre-clinical information to demonstrate the proper functionality of the physical LifeVest® device was needed or provided in support of this PMA Panel-Track Supplement as the device did not change. A brief description of the non-clinical tests follows, but additional information can be found in P010030.

- Biocompatibility Testing
- Engineering Bench Testing
- Software Validation Testing
- Electromagnetic Compatibility Testing
- Electrical Safety Testing
- Environmental Testing
- System Validation Testing
- Simulated Use Testing

Some additional Human Factors information was provided in this submission to demonstrate the ability of any new patients being included in the Indications for Use to safely operate the device. This information was sufficient to justify that ability without the need for a new Human Factors study.

## X. SUMMARY OF PRIMARY CLINICAL STUDIES

The clinical information below represents the additional information provided within this PMA Supplement in support of an expansion of the indications for use of this device to include pediatric patients. This information in combination with the extensive clinical experience with the device in adult patients (P010030), which can be extrapolated to the pediatric patients being incorporated into the indications for use, is sufficient to demonstrate the safety and effectiveness of this device for those pediatric patients.

As of November 8, 2012 publications in the literature have reported the use of the LifeVest® in 248 pediatric patients, aged 3-17, and 510 young adults, aged 18-21. The total duration of use for patients age 3 to 21 is 65,247 days, with an exposure mean of 3.2 months (range: <1 day to 39.0 months). The average daily wear time for patients age 3 to 21 is 16.6 +/- 6.2 hours.

Data provided by Zoll Manufacturing Corporation has shown the ability of the LifeVest® to successfully convert a sudden cardiac arrest to a life-sustaining rhythm in patients as young as thirteen (13). Four (4) patients in the 3-17 age group (indications for use: Wolf-Parkinson-White syndrome (WPW,) Cardiomyopathy (CM,) Tetrology of Fallot, and Congenital Heart Disease (CHD)) and five (5) in the 18-21 age group (indications for use: CM for all five (5)) experienced SCA during LifeVest® use that was successfully converted to a life sustaining rhythm. Table 4 provides further detail on the pediatric patients receiving an appropriate treatment with the LifeVest®.

**Table 4:** Pediatric Patients Receiving Appropriate Treatment

| Patient | Age | Wear Duration (Days) | Indication for LifeVest® Use | Treatment Summary | Energy Delivered (Joules) | Reason for Ending LifeVest® Use |
|---|---|---|---|---|---|---|
| 1 | 13 | 78 | Congenital heart disease | 1 appropriate treatment | 151 | Heart transplant |
| 2 | 14 | 3 | Cardiomyopathy | 1 appropriate treatment | 150 | Received ICD |
| 3 | 15 | 55 | Wolf-Parkinson-White syndrome | 1 appropriate treatment | 150 | Received ICD |
| 4 | 16 | 60 | Tetrology of Fallot | 4 appropriate treatments | 152-154 | Improved ejection fraction |
| 5 | 19 | 75 | Cardiomyopathy | 1 appropriate treatment | 150 | Other |
| 6 | 19 | 139 | Cardiomyopathy | 1 appropriate treatment | 150 | Received ICD |
| 7 | 20 | 119 | Peripartum cardiomyopathy | 1 appropriate treatment | 151 | Received ICD |
| 8 | 21 | 22 | Cardiomyopathy | 3 appropriate treatments | 150 | Received ICD |
| 9 | 21 | 236 | Cardiomyopathy | 2 appropriate treatments | 150 | Death |

## <u>Published Reports on LifeVest® Use with Pediatric Patients</u>

There are three (3) peer-reviewed articles on the use of the LifeVest® specifically in the pediatric population.[1,2,3] One recent paper describes four (4) pediatric patients prescribed a WCD from a single site.[2] All carried a diagnosis of anthracycline-induced cardiomyopathy. None of the patients had an appropriate or inappropriate shock. Two (2) patients had documented noncompliance with wear, which resulted in failure to detect and treat a life-threatening arrhythmia in one (1). Figure 2 describes the patient demographics and clinical characteristics for the pediatric patients describe in this article. While no patients received an appropriate treatment in this study, no patients received an inappropriate treatment despite the inappropriately detected rhythm caused by ECG noise. The paper concluded that the WCD is a short-term alternative for children at risk

for SCD, who can be properly fit with the WCD, where the risk of ICD use is greater than the benefit.[2]

**Table I.**

Patient Demographics and Clinical Characteristics

| Patient | Age yrs | Gender | Weight (kg/ BSA) | Diagnosis | LVEF | History of Arrhythmia | Indication for ICD* | Listed for Transplant | Length of Wear (days) | Device Discharge | Compliant with Wear |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 14 | M | 48.4/1.5 | ACM | 68% | VF | 2 | No | 30 | N | No** |
| 2 | 9 | M | 28.1/1.0 | ACM | 13% | NSVT | 1 | No | 121 | N | No** |
| 3 | 15 | F | 41.9/1.3 | ACM | 16% | NSVT | 1 | Yes | 67 | N | Yes |
| 4 | 17 | F | 77.5/1.9 | ACM | 26% | NSVT | 1 | Yes | 49 | IC | Yes |

ACM = anthracycline-induced cardiomyopathy; VF = ventricular fibrillation; NSVT = nonsustained ventricular tachycardia; IC = inappropriate rhythm detection and charging of the device but no discharge due to voluntary deactivation by patient; N = none.
*Indication for ICD: 1 = primary prevention of sudden cardiac death based on an ejection fraction less than 35% and NYHA class III heart failure symptoms; 2 = secondary prevention based on a history of prior life-threatening arrhythmia.
**Patient 1 had a VF arrest while not wearing the device properly. Patient 2 self-discontinued use of the WCD without notifying the prescribing physician.

**Figure 2:** Table provided by Everitt et al.[2]

In a paper by Collins et al., 81 multi-site WCD patients from 9-18 years old, and 103 patients aged 19-21, were retrospectively reviewed.[3] In patients aged 19–21 years, there were five (5) appropriate treatments in two (2) patients and one (1) inappropriate treatment in a single patient. In patients ≤18 years of age, there was one (1) inappropriate therapy (included in the inappropriate treatments in Table 4), due to sinus tachycardia and artifact, and one (1) withholding of therapy due to a device-device interaction. Compliance was generally similar to adults among these younger patients, with an average daily use of 19 hours, and non-compliance or comfort issues only being recorded for 7-11% of patients. This paper concluded that the WCD could be an appropriate therapy for pediatric patients who are at risk for SCA, as they had two (2) appropriate treatments in their young adult population (age 19-21). However, they had no appropriate treatments in their pediatric population (age 9-18).

The third paper by LaPage et al., published prior to the two (2) papers discussed above, detailed the fatal device-device interaction between the wearable defibrillator and a unipolar epicardial pacemaker.[1] Such interactions are not unique to pediatric patients nor are they unique to wearable defibrillators, being copiously described in the ICD and AED literature. LifeVest® manuals have included specific warnings about pacemaker interactions since the initial FDA approval. These warnings advise physicians to use appropriate caution when prescribing the LifeVest® device to a patient who is dependent on a pacemaker.

**Reported adverse events**

There was only one (1) serious adverse event reported in the literature for pediatric patients using the LifeVest®. This event is described in a paper by LaPage et al., which summarizes the withholding of therapy caused by a pacemaker interacting with the LifeVest®.[1] During this event the patient developed a polymorphic ventricular tachycardia, which was detected by the LifeVest® device. However, the LifeVest® treatment algorithm was terminated because of inconsistencies in the arrhythmia waveform caused by unipolar ventricular pacemaker artifacts. The patient's VT

degenerated to VF and the patient expired. LifeVest® manuals include specific warnings about pacemakers interacting with the device.

As of November 8, 2012, there have been three (3) incidents reported by Zoll of inappropriate treatments for pediatric patients. These inappropriate events are summarized in Table 5. The rate of inappropriate treatments per patient day of use for pediatric patients is 0.00005. This is approximately five (5) times less than that of adult patients, which is 0.00024 inappropriate treatments per patient days of use. Two (2) of the three (3) inappropriate treatments were induced by artifact noise combined with the patient failing to press the response buttons. The third inappropriate treatment was caused by noise from the patient wearing the device over her clothes.

**Table 5:** Pediatric Patients Receiving Inappropriate Treatment

| Age | Wear Duration (Days) | Indication for LifeVest® Use | Treatment Summary | Energy Delivered (Joules) | Reason for Ending LifeVest® Use |
|---|---|---|---|---|---|
| 17 | 23 | Cardiac Arrest | 1 inappropriate shock caused by noise | 150 | Other |
| 17 | 87 | Infection from ICD | 1 inappropriate shock caused by noise | 150 | Planned finish |
| 19 | 130 | Cardiomyopathy and tachyarrhythmias | 1 inappropriate shock caused by noise, patient was wearing the device over clothes | 150 | Passed away, patient not wearing device at time of death |

Minor rash (from heat or irritation) is an anticipated low frequency adverse event, where the patient can notify their physician for a recommended resolution method. Approximately 3.3% of pediatric LifeVest® patients were affected by minor rashes from device use.

Financial Disclosure

The Financial Disclosure by Clinical Investigators regulation (21 CFR 54) requires applicants who submit a marketing application to include certain information concerning the compensation to, and financial interests and arrangement of, any clinical investigator conducting clinical studies covered by the regulation. Zoll provided this information in the original PMA, and in this submission, for the adult population, which was used to support approval in the pediatric population. Zoll provided two published papers[2,3] from the literature to support this submission and does not have any disclosable financial interests/arrangements with those investigators. All other articles cited in this document

were brought into the review by FDA during FDA's review, thus the applicant is not required to provide information for those investigators. The information provided does not raise any questions about the reliability of the data.

## XI. PANEL MEETING RECOMMENDATION AND FDA'S POST-PANEL ACTION

In accordance with the provisions of section 515(c)(3) of the act as amended by the Safe Medical Devices Act of 1990, this supplement was not referred to the Circulatory System Devices Panel, an FDA advisory committee, for review and recommendation because the risk benefit profile of the device is well established in the adult population (P010030), the device has not changed, and P010030 was not taken to panel because the risks to health in external defibrillation are clearly characterized and well known by the medical community and no new clinical issues related to safety and effectiveness were identified. The additional information that was submitted for pediatric patients did not raise any new questions of safety or effectiveness. Therefore, it was determined that the clinical issues raised by this supplement are similar to those previously reviewed by this Panel.

## XII. CONCLUSIONS DRAWN FROM PRECLINICAL AND CLINICAL STUDIES

### A. Effectiveness Conclusions

Data from the literature cited above has shown the LifeVest®'s ability to successfully convert a sudden cardiac arrest to a life-sustaining rhythm in patients as young as thirteen (13). Four (4) patients in the 3-17 age group and five (5) patients in the 18-21 age group experienced a sudden cardiac arrest during LifeVest® use that was successfully converted to a life-sustaining rhythm. While a successful shock was not reported in a patient younger than 13 the AHA dosing guidelines for external defibrillation suggest that we can expect an appropriate shock to be effective in any patient whom meets the weight requirement stated in the Indications for Use. Timely defibrillation is the single most important factor in saving either adult or pediatric patients from SCA due to ventricular tachyarrhythmias. The earlier defibrillation therapy can be provided, the higher the likelihood of survival. The time from arrhythmia onset to defibrillation provided by a WCD is designed to be less than 60 seconds. In adults, there is an approximately 10% decline in mortality for every minute a shock is delayed after collapse and resuscitation in children is expected to follow a similar pattern.[4] Thus, rapid defibrillation is a large benefit from LifeVest® use.

### B. Safety Conclusions

The clinical information provided in this submission did not identify any additional safety concerns associated with use of the LifeVest® in patients under the age of 18, who are of the appropriate size for the device, than were seen in the complete clinical study for patients over the age of 18 submitted in the Original PMA.

### C. Benefit-Risk Conclusions

The LifeVest® currently has PMA approval for use in adult patients who are at risk for SCA and are not candidates for or refuse an implantable defibrillator. The LifeVest® provides these adult patients protection during their changing medical condition and until a permanent risk of SCA is established. A patient's condition frequently improves from the benefits of medical therapy, including meaningful increases of ejection fraction. However, medical therapy and stabilization often takes three (3) months or more, and during these periods of heightened risk LifeVest® use can prevent SCD. Although similar to an ICD, a WCD provides the physician with an additional non-invasive option to manage patients with temporary or changing risk of SCD. For example, pediatric patients awaiting heart transplant are at a high risk for SCD, yet the anticipated need for protection may only be a few months before cardiac transplantation occurs.[2] The noninvasive LifeVest® is an option for temporary SCA risk circumstances.

Collins et al. states that any patient who, for medical or social reasons, would want to have a waiting period prior to the placement of a permanent ICD, may be included in this population.[3] They list patient scenarios such as ICD infection requiring device removal, prolonged antibiotic treatment prior to implanting a new device, or an ICD malfunction prior to scheduling a device extraction or revision surgery as appropriate for WCD use.[3] Another potential population would be those patients at a high risk for SCD who are awaiting cardiac transplant. These patients may only require SCD protection for a few months prior to transplant. The LifeVest® provides an alternative clinical management option for this waiting period.

Although rare, SCD does occur in children, at a rate of about 0.6-6.2/100,000 children in the U.S. per year.[5] Most of these deaths are due to arrhythmic causes. As described by Topjian et al., important factors that influence survival outcomes for pediatric patients who experience a SCA event include preexisting conditions, environment in which the cardiac arrest occurs, length of time from collapse before resuscitation, initial electrocardiographic rhythm detected, and quality of the basic and advanced life support interventions administered.[6] The American Academy of Pediatrics has also issued a policy statement listing the cardiac disorders predisposing youth to SCA.[7] This list includes structural/functional causes such as; cardiomyopathy whether congenital or acquired, coronary artery anomalies, aortic rupture, myocarditis, left ventricular outflow tract obstruction, mitral valve prolapse, atherosclerotic disease and congenital heart disease. The policy also lists primary arrhythmic disorders such as long QT-syndrome (LQTS), Wolf-Parkinson White syndrome (WPW), Brugada syndrome, catecholaminergic polymorphic ventricular tachycardia, short QT syndrome SQTS and complete heart block. Additionally, Triedman et al. described the forms of heart disease associated with SCD in the pediatric population are hypertrophic cardiomyopathy, LQTS, anomalous coronary arterial anatomy and WPW.[8]

The LifeVest® is a prescription device, where the patient's physician determines the VT/VF rate thresholds and shock energy level for the patient. This close physician oversight provides further reassurance that the device will deliver a shock with appropriate energy according to the patient's weight. Seventy five (75) joules is the lowest energy level the LifeVest® is currently able to deliver for treatment. According to the American Heart Association (AHA) guidelines, 2-4J/kg is the highest recommended energy level for effective defibrillation therapy for pediatric patients. In order for pediatric patients to be treated with an appropriate amount of energy with the LifeVest® device, they must meet the minimum required weight range of 18.75 to 37.5kg (75J ÷ 2 to 4J/kg = 18.75 to 37.5kg). The average 8 year old weighs 25kg and the Centers for Disease Control (CDC) growth charts indicate that both boys and girls 8 years of age meet this weight requirement with their average weight ranging from 20-35kg. For an older pediatric patient who weighs significantly more than 37.5 kg the physician can select up to 150 J for optimal dose.

The chest circumference limit stated in the Indications for Use is based on the garments sizes currently marketed with the LifeVest® device.

The most commonly reported adverse event associated with LifeVest® use is skin rash. The most serious adverse event is death from arrhythmia induction due to inappropriate shock. VT/VF following an inappropriate shock from a wearable defibrillator was reported to occur four (4) times out of 265 inappropriate treatment patient-events (1.5% of inappropriate shocks).[9,10] As of March 2013, inappropriate treatments have occurred in approximately 1,326 adult patients. About 171,055 months of patient use have occurred during commercial use for an incidence of 0.008 inappropriate shock episodes per patient month of use. Only two (2) deaths, however, have resulted from arrhythmia induction secondary to an inappropriate shock as most VT/VF inductions are non-sustained and the LifeVest® usually treats those that are not. Since the initial LifeVest® clinical trials, there have been 1,237 treatment episodes for sustained ventricular arrhythmias, while the LifeVest® was worn. As of March 2013, three (3) pediatric patients have received an inappropriate treatment and none of the events led to injury or illness. The experience of an inappropriate treatment may be painful and startling, but rarely causes heart damage or arrhythmia.

The Human Factors information in this submission indicates that pediatric users being included in the indications under this submission are generally capable of using the primary safety feature of the device. By pressing a button on the device control unit, the patients can prevent treatment in the unusual case when the device intends to deliver a shock when no shock is necessary as determined by the patient being conscious when the device enters the mode preparing for shock treatment.

The consideration of the above mentioned elements of this system provides assurance for the safe use of this device. The considerations include lower size limits that were chosen because the smallest garment and electrode belt could fit the typical body of a child of this age and older, and the energy levels that the pediatric patients could receive would be within the accepted therapy dose for these type of patients. Based

on the information reviewed, FDA believes that the device does not pose an unreasonable or significant risk of injury, and that the probable benefit to health outweighs the risk of injury from its use.

### D. Overall Conclusions

FDA found that the application contains sufficient clinical data and information to demonstrate the safety and effectiveness and support approval of the device for the proposed pediatric population.

## XIII. CDRH DECISION

CDRH issued an approval order on December 17, 2015. The final conditions of approval cited in the approval order are described below.

OSB Lead PMA Post-Approval Study – *LifeVest in those under 18 years of age*: A study will be conducted as per protocol dated February 19, 2015, Version 5 included in P010030/S056. The study will consist of a serial, prospective data collection of patients under 18 years of age utilizing the LifeVest® Wearable Cardioverter Defibrillator who meet the proposed indication for the treatment of life-threatening arrhythmias. The data will be collected via medical order database, device generated records, and customer call reports for each device use. Patient demographics collected will include age, gender, and ICD-9 code(s) describing the patient's condition. Performance information will include daily compliance with use, duration of use, appropriate therapy delivery, ECG recordings during appropriate therapy delivery, and any available description of the circumstances found within the Call Report Database. Safety data to be included are inappropriate defibrillation therapy delivery, ECG recordings during inappropriate therapy delivery and any available description of the circumstances found within the Call Report Database, and adverse events reported to ZOLL through the customer support or technical support departments. The data on the first 150 patients who meet the proposed indication will be collected and data will be obtained from the returned device.

The applicant's manufacturing facilities have been inspected and found to be in compliance with the device Quality System (QS) regulation (21 CFR 820).

## XIV. APPROVAL SPECIFICATIONS

Directions for use: See device labeling.

Hazards to Health from Use of the Device: See Indications, Contraindications, Warnings, Precautions, and Adverse Events in the device labeling.

Post-approval Requirements and Restrictions: See approval order.

## XV. REFERENCES


1. LaPage MJ, Canter CE, Rhee EK. A fatal device-device interaction between a wearable automated defibrillator and a unipolar ventricular pacemaker. *Pacing Clin Electrophysiol*. Jul 2008;31(7):912-915.

2. Everitt MD, Saarel EV. Use of the wearable external cardiac defibrillator in children. *Pacing and Clinical Electrophysiology*. 2010;33(6):742-746.

3. Collins KK, Silva JN, Rhee EK, Schaffer MS. Use of a wearable automated defibrillator in children compared to young adults. *Pacing and Clinical Electrophysiology*. 2010;33(9):1119-1124

4. Larsen MP, Eisenberg MS, Cummins RO, Hallstrom AP. Predicting survival from out-of-hospital cardiac arrest: a graphic model. *Ann Emerg Med*. 1993; 22:1652–1658.

5. Gajewski KK, Saul JP. Sudden cardiac death in children and adolescents (excluding Sudden Infant Death Syndrome). *Ann Pediatr Cardiol*. Jul 2010;3(2):107-112.

6. Topjian AA, Berg RA, Nadkarni VM. Pediatric cardiopulmonary resuscitation: advances in science, techniques, and outcomes. *Pediatrics*. Nov 2008;122(5):1086-1098.

7. Pediatric sudden cardiac arrest. *Pediatrics.* Apr 2012;129(4):e1094-1102.

8. Triedman JK, Alexander ME. Needle in a haystack: modeling the incidence of sudden cardiac arrest in healthy children. *Circulation*. Mar 23 2010;121(11):1283-1285.

9. Wan C, Glad J, Szymkiewicz S, et al. Incidence of inappropriate wearable defibrillator shocks is rare: an evaluation of 15,193 wearable defibrillator patients. *Europace*. 2011;13(3):375.

10. Szymkiewicz S, Dillon K, Marlin J, Rodgers B. Incidence and causes of inappropriate defibrillation during wearable defibrillator use. *Heart Rhythm.* 2009;6(5, suppl):S74.

# EXHIBIT 2

DEPARTMENT OF HEALTH & HUMAN SERVICES

Public Health Service

Food and Drug Administration
9200 Corporate Boulevard
Rockville MD 20850

DEC 18 2001

Ms. Merriann M. Grant
Director, Quality Assurance
Lifecor, Inc.
121 Freeport Road
Pittsburgh, PA 15238-3495

Re: P010030
WCD® 2000 System
Filed: May 4, 2001
Amended: June 27, August 10, September 5 and 11, October 15 and 17, and December 10, 2001
Procode: MVK

Dear Ms. Grant:

The Center for Devices and Radiological Health (CDRH) of the Food and Drug Administration (FDA) has completed its review of your premarket approval application (PMA) for the WCD® 2000 System. This device is indicated for adult patients who are at risk for sudden cardiac arrest and either are not candidates for or refuse an implantable defibrillator. We are pleased to inform you that the PMA is approved subject to the conditions described below and in the "Conditions of Approval for Implantable Defibrillators and Programmers" (enclosed). You may begin commercial distribution of the device upon receipt of this letter.

The sale, distribution, and use of this device are restricted to prescription use in accordance with 21 CFR 801.109 within the meaning of section 520(e) of the Federal Food, Drug, and Cosmetic Act (the act) under the authority of section 515(d)(1)(B)(ii) of the act. FDA has also determined that, to ensure the safe and effective use of the device, the device is further restricted within the meaning of section 520(e) under the authority of section 515(d)(1)(B)(ii) insofar as the sale, distribution, and use must not violate sections 502(q) and (r) of the act.

CDRH will notify the public of its decision to approve your PMA by making available a summary of the safety and effectiveness data upon which the approval is based. The information can be found on the FDA CDRH Internet HomePage located at http://www.fda.gov/cdrh/pmapage.html. Written requests for this information can also be made to the Dockets Management Branch, (HFA-305), Food and Drug Administration, 5630 Fishers Lane, Rm. 1061, Rockville, MD 20852. The written request should include the PMA number or docket number. Within 30 days from the date that this information is placed on the Internet, any interested person may seek review of this decision by requesting an opportunity for administrative review, either through a hearing or review by an independent advisory committee, under section 515(g) of the act.

Expiration dating for the WCD 2000 Electrode Belt/Therapy Electrodes has been established and approved for 24 months from the date of manufacture.

Failure to comply with the conditions of approval invalidates this approval order. Commercial distribution of a device that is not in compliance with these conditions is a violation of the act.

You are reminded that, as soon as possible and before commercial distribution of your device, you must submit an amendment to this PMA submission with copies of all approved labeling in final printed form. The labeling will not routinely be reviewed by FDA staff when PMA applicants include with their submission of the final printed labeling a cover letter stating that the final printed labeling is identical to the labeling approved in draft form. If the final printed labeling is not identical, any changes from the final draft labeling should be highlighted and explained in the amendment.

All required documents should be submitted in triplicate, unless otherwise specified, to the address below and should reference the above PMA number to facilitate processing.

PMA Document Mail Center (HFZ-401)
Center for Devices and Radiological Health
Food and Drug Administration
9200 Corporate Boulevard
Rockville, Maryland 20850

If you have any questions concerning this approval order, please contact Carole C. Carey at (301) 443-8609 ext-156.

Sincerely yours,

Daniel G. Schultz, M.D.
Deputy Director for Clinical
and Review Policy
Office of Device Evaluation
Center for Devices and
Radiological Health

Enclosure

Issued: 8-21-01

CONDITIONS OF APPROVAL
FOR IMPLANTABLE DEFIBRILLATORS AND PROGRAMMERS

APPROVED LABELING. As soon as possible, and before commercial distribution of your device, submit three copies of an amendment to this PMA submission with copies of all approved labeling in final printed form to the PMA Document Mail Center (HFZ-401) Center for Devices and Radiological Health, Food and Drug Administration (FDA), 9200 Corporate Boulevard, Rockville, Maryland 20850.

ADVERTISEMENT. No advertisement or other descriptive printed material issued by the applicant or private label distributor with respect to this device shall recommend or imply that the device may be used for any use that is not included in the FDA approved labeling for the device. If the FDA approval order has restricted the sale, distribution and use of the device to prescription use in accordance with 21 CFR 801.109 and specified that this restriction is being imposed in accordance with the provisions of section 520(e) of the act under the authority of section 515(d)(1)(B)(ii) of the act, all advertisements and other descriptive printed material issued by the applicant or distributor with respect to the device shall include a brief statement of the intended uses of the device and relevant warnings, precautions, side effects and contraindications.

PREMARKET APPROVAL APPLICATION (PMA) SUPPLEMENT. Before making any change affecting the safety or effectiveness of the device, submit a PMA supplement for review and approval by FDA unless the change is of a type for which a "Special PMA Supplement-Changes Being Effected" is permitted under 21 CFR 814.39(d) or an alternate submission is permitted in accordance with 21 CFR 814.39(e). A PMA supplement or alternate submission shall comply with applicable requirements under 21 CFR 814.39 of the final rule for Premarket Approval of Medical Devices.

All situations which require a PMA supplement cannot be briefly summarized, please consult the PMA regulation for further guidance. The guidance provided below is only for several key instances.

A PMA supplement must be submitted when unanticipated adverse effects, increases in the incidence of anticipated adverse effects, or device failures necessitate a labeling, manufacturing, or device modification.

A PMA supplement must be submitted if the device is to be modified and the modified device should be subjected to animal or laboratory or clinical testing designed to determine if the modified device remains safe and effective.

A "Special PMA Supplement - Changes Being Effected" is limited to the labeling, quality control and manufacturing process changes specified under 21 CFR 814.39(d)(2). It

allows for the addition of, but not the replacement of previously approved, quality control specifications and test methods. These changes may be implemented before FDA approval upon acknowledgment by FDA that the submission is being processed as a "Special PMA Supplement by FDA Changes Being Effected." This acknowledgment is in addition to that issued by the PMA Document Mail Center for all PMA supplements submitted. This procedure is not applicable to changes in device design, composition, specifications, circuitry, software or energy source.

Alternate submissions permitted under 21 CFR 814.39(e) apply to changes that otherwise require approval of a PMA supplement before implementation of the change and include the use of a 30-day PMA supplement or annual postapproval report. FDA must have previously indicated in an advisory opinion to the affected industry or in correspondence with the applicant that the alternate submission is permitted for the change. Before such can occur, FDA and the PMA applicant(s) involved must agree upon any needed testing protocol, test results, reporting format, information to be reported, and the alternate submission to be used.

POSTAPPROVAL REPORTS. Continued approval of this PMA is contingent upon the submission of postapproval reports required under 21 CFR 814.84 at intervals of 1 year from the date of approval of the original PMA. Postapproval reports for supplements approved under the original PMA, if applicable, are to be included in the next and subsequent annual reports for the original PMA unless specified otherwise in the approval order for the PMA supplement. Two copies identified as "Annual Report" and bearing the applicable PMA reference number are to be submitted to the PMA Document Mail Center (HFZ-401), Center for Devices and Radiological Health, Food and Drug Administration, 9200 Corporate Boulevard, Rockville, Maryland 20850. The postapproval report shall indicate the beginning and ending date of the period covered by the report and shall include the following information required by 21 CFR 814.84:

(1)Identification of changes described in 21 CFR 814.39(a) and changes required to be reported to FDA under 21 CFR 814.39(b).

(2)Bibliography and summary of the following information not previously submitted as part of the PMA and that is known to or reasonably should be known to the applicant:

(a)unpublished reports of data from any clinical investigations or nonclinical laboratory studies involving the device or related devices ("related" devices include devices which are the same or substantially similar to the applicant's device); and

(b)reports in the scientific literature concerning the device.

If, after reviewing the bibliography and summary, FDA concludes that agency review of one or more of the above reports is required, the applicant shall submit two copies of each

identified report when so notified by FDA.

In addition to the above and in order to provide continued reasonable assurance of the safety and effectiveness of the device for its intended use, the annual postapproval reports shall include, separately for each model number (if applicable), the following information known by or reported to the applicant:

(1)The number of pulse generators domestically implanted and the number of reported explants and deaths.

(2)A breakdown of the reported deaths into pulse generator related and non-pulse generator related.

(3)A breakdown of the reported explants into the numbers reported at end of battery life, having complications unresolvable by programming and for other reasons with safety and effectiveness issues which can be derived from the reports stated.

(4)The number of pulse generators returned to the applicant for cause from domestic sources with a breakdown into the numbers currently in analysis, operating properly, at normal battery depletion and failed, with the failure mechanisms described.

(5)A cumulative survival table for the pulse generators.

(6)The number of programmers and modules shipped and the number of returns with a breakdown into the numbers currently in analysis, operating properly and failed, with the failure mechanisms described.

ADVERSE REACTION AND DEVICE DEFECT REPORTING. As provided by 21 CFR 814.82(a)(9), FDA has determined that in order to provide continued reasonable assurance of the safety and effectiveness of the device, the applicant shall submit 3 copies of a written report identified, as applicable, as an "Adverse Reaction Report" or "Device Defect Report" to the PMA Document Mail Center (HFZ-401), Center for Devices and Radiological Health, Food and Drug Administration, 9200 Corporate Boulevard, Rockville, Maryland 20850 within 10 days after the applicant receives or has knowledge of information concerning:

(1)A mix-up of the device or its labeling with another article.

(2)Any adverse reaction, side effect, injury, toxicity, or sensitivity reaction that is attributable to the device and

(a)has not been addressed by the device's labeling or

(b)has been addressed by the device's labeling, but is occurring with unexpected severity or frequency.

(3)Any significant chemical, physical or other change or deterioration in the device or any failure of the device to meet the specifications established in the approved PMA that could not cause or contribute to death or serious injury but are not correctable by adjustments or other maintenance procedures described in the approved labeling. The report shall include a discussion of the applicant's assessment of the change, deterioration or failure and any proposed or implemented corrective action by the applicant. When such events are correctable by adjustments or other maintenance procedures described in the approved labeling, all such events known to the applicant shall be included in the Annual Report described under "Postapproval Reports" above unless specified otherwise in the conditions of approval to this PMA. This postapproval report shall appropriately categorize these events and include the number of reported and otherwise known instances of each category during the reporting period. Additional information regarding the events discussed above shall be submitted by the applicant when determined by FDA to be necessary to provide continued reasonable assurance of the safety and effectiveness of the device for its intended use.

REPORTING UNDER THE MEDICAL DEVICE REPORTING (MDR) REGULATION. The Medical Device Reporting (MDR) Regulation became effective on December 13, 1984. This regulation was replaced by the reporting requirements of the Safe Medical Devices Act of 1990 which became effective July 31, 1996 and requires that all manufacturers and importers of medical devices, including in vitro diagnostic devices, report to the FDA whenever they receive or otherwise become aware of information, from any source, that reasonably suggests that a device marketed by the manufacturer or importer:

(1)May have caused or contributed to a death or serious injury; or

(2)Has malfunctioned and such device or similar device marketed by the manufacturer or importer would be likely to cause or contribute to a death or serious injury if the malfunction were to recur.

The same events subject to reporting under the MDR Regulation may also be subject to the above "Adverse Reaction and Device Defect Reporting" requirements in the "Conditions of Approval" for this PMA. FDA has determined that such duplicative reporting is unnecessary. Whenever an event involving a device is subject to reporting under both the MDR Regulation and the "Conditions of Approval" for a PMA, the manufacturer shall submit the appropriate reports required by the MDR Regulation within the time frames as identified in 21 CFR 803.10(c) using FDA Form 3500A, i.e., 30 days after becoming aware of a reportable death, serious injury, or malfunction as described in 21 CFR 803.50 and 21 CFR 803.52 and 5 days after becoming aware that a reportable MDR event requires remedial action to prevent an unreasonable risk of substantial harm to the public health. The manufacturer is responsible for submitting a baseline report on

FDA Form 3417 for a device when the device model is first reported under 21 CFR 803.50. This baseline report is to include the PMA reference number. Any written report and its envelope is to be specifically identified, e.g., "Manufacturer Report," "5-Day Report," "Baseline Report," etc. Any written report is to be submitted to:

Food and Drug Administration
Center for Devices and Radiological Health
Medical Device Reporting
PO Box 3002
Rockville, Maryland 20847-3002

Copies of the MDR Regulation (FOD # 336&1336) and FDA publications entitled "An Overview of the Medical Device Reporting Regulation" (FOD # 509) and "Medical Device Reporting for Manufacturer" (FOD # 987) are available on the CDRH WWW Home Page. They are also available through CDRH's Fact-On-Demand (F-O-D) at 800-899-0381. Written requests for information can be made by sending a facsimile to CDRH's Division of Small Manufacturers, International and Consumer Assistance (DSMICA) at 301-443-8818.

# EXHIBIT 3

## Premarket Approval (PMA)



Note: This medical device record is a PMA supplement. A supplement may have changed the device description/function or indication from that approved in the original PMA. Be sure to look at the original PMA[23] record for more information.

| | |
|---|---|
| **Device** | LIFEVEST WEARABLE DEFIBRILLATOR (MODELS 4000) |
| **Generic Name** | Wearable Automated External Defibrillator |
| **Applicant** | ZOLL MANUFACTURING CORPORATION<br>121 Gamma Dr<br>Pittsburgh, PA 15238-0000 |
| **PMA Number** | P010030 |
| **Supplement Number** | S011 |
| **Date Received** | 09/05/2008 |
| **Decision Date** | 08/17/2009 |
| **Product Code** | MVK[24] |
| **Advisory Committee** | Cardiovascular |
| **Supplement Type** | Normal 180 Day Track |
| **Supplement Reason** | Change Design/Components/Specifications/Material |
| **Expedited Review Granted?** | No |
| **Combination Product** | No |

**Approval Order Statement**

APPROVAL FOR THE NEXT GENERATION OF WEARABLE DEFIBRILLATORS DESIGNED TO BE SMALLER, LIGHTER, AND MORE USER-FRIENDLY. THE DEVICE, AS MODIFIED, WILL BE MARKETED UNDER THE TRADE NAME LIFEVEST WEARABLE DEFIBRILLATOR AND IS INDICATED FOR ADULT PATIENTS WHO ARE AT RISK FOR SUDDEN CARDIAC ARREST AND ARE NOT CANDIDATES FOR OR REFUSE AN IMPLANTABLE DEFIBRILLATOR.

---

**Links on this page:**

1. http://www.addthis.com/bookmark.php?u508=true&v=152&username=fdamain
2. http://www.addthis.com/bookmark.php
3. https://www.fda.gov/
4. https://www.fda.gov/Medical-Devices
5. https://www.fda.gov/medical-devices/device-advice-comprehensive-regulatory-assistance/medical-device-databases
6. /scripts/cdrh/devicesatfda/index.cfm
7. /scripts/cdrh/cfdocs/cfPMN/pmn.cfm
8. /scripts/cdrh/cfdocs/cfpmn/denovo.cfm
9. /scripts/cdrh/cfdocs/cfRL/rl.cfm

10. /scripts/cdrh/cfdocs/cfMAUDE/TextSearch.cfm
11. /scripts/cdrh/cfdocs/cfRES/res.cfm
12. /scripts/cdrh/cfdocs/cfPMA/pma.cfm
13. /scripts/cdrh/cfdocs/cfHDE/hde.cfm
14. /scripts/cdrh/cfdocs/cfPCD/classification.cfm
15. /scripts/cdrh/cfdocs/cfStandards/search.cfm
16. /scripts/cdrh/cfdocs/cfCFR/CFRSearch.cfm
17. /scripts/cdrh/cfdocs/cfPCD_RH/classification.cfm
18. /scripts/cdrh/cfdocs/cfAssem/assembler.cfm
19. /scripts/cdrh/cfdocs/Medsun/searchReportText.cfm
20. /scripts/cdrh/cfdocs/cfClia/Search.cfm
21. /scripts/cdrh/cfdocs/cfTPLC/tplc.cfm
22. /scripts/cdrh/cfdocs/cfpma/pma.cfm
23. /scripts/cdrh/cfdocs/cfpma/pma.cfm?start_search=1&PMANumber=P010030&SupplementType=NONE
24. /scripts/cdrh/cfdocs/cfPCD/classification.cfm?start_search=1&ProductCode=MVK

Page Last Updated: 07/18/2022

Note: If you need help accessing information in different file formats, see Instructions for Downloading Viewers and Players.

Language Assistance Available: Español | 繁體中文 | Tiếng Việt | 한국어 | Tagalog | Русский | العربية | Kreyòl Ayisyen | Français | Polski | Português | Italiano | Deutsch | 日本語 | فارسی | English

Accessibility Contact FDA Careers FDA Basics FOIA No FEAR Act Nondiscrimination Website Policies / Privacy

FDA

U.S. Food and Drug Administration
10903 New Hampshire Avenue
Silver Spring, MD 20993
Ph. 1-888-INFO-FDA (1-888-463-6332)
Contact FDA

For Government For Press

Combination Products Advisory Committees Science & Research Regulatory Information Safety Emergency Preparedness International Programs News & Events Training and Continuing Education Inspections/Compliance State & Local Officials Consumers Industry Health Professionals FDA Archive

U.S. Department of **Health & Human Services**

**Links on this page:**

1. http://www.addthis.com/bookmark.php?u508=true&v=152&username=fdamain
2. http://www.addthis.com/bookmark.php
3. https://www.fda.gov/
4. https://www.fda.gov/Medical-Devices
5. https://www.fda.gov/medical-devices/device-advice-comprehensive-regulatory-assistance/medical-device-databases
6. /scripts/cdrh/devicesatfda/index.cfm
7. /scripts/cdrh/cfdocs/cfPMN/pmn.cfm

8. /scripts/cdrh/cfdocs/cfpmn/denovo.cfm
9. /scripts/cdrh/cfdocs/cfRL/rl.cfm
10. /scripts/cdrh/cfdocs/cfMAUDE/TextSearch.cfm
11. /scripts/cdrh/cfdocs/cfRES/res.cfm
12. /scripts/cdrh/cfdocs/cfPMA/pma.cfm
13. /scripts/cdrh/cfdocs/cfHDE/hde.cfm
14. /scripts/cdrh/cfdocs/cfPCD/classification.cfm
15. /scripts/cdrh/cfdocs/cfStandards/search.cfm
16. /scripts/cdrh/cfdocs/cfCFR/CFRSearch.cfm
17. /scripts/cdrh/cfdocs/cfPCD_RH/classification.cfm
18. /scripts/cdrh/cfdocs/cfAssem/assembler.cfm
19. /scripts/cdrh/cfdocs/Medsun/searchReportText.cfm
20. /scripts/cdrh/cfdocs/cfClia/Search.cfm
21. /scripts/cdrh/cfdocs/cfTPLC/tplc.cfm
22. /scripts/cdrh/cfdocs/cfpma/pma.cfm
23. /scripts/cdrh/cfdocs/cfpma/pma.cfm?start_search=1&PMANumber=P010030&SupplementType=NONE
24. /scripts/cdrh/cfdocs/cfPCD/classification.cfm?start_search=1&ProductCode=MVK

# EXHIBIT 4

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF FLORIDA

\- - -

| | |
|---|---|
| FLOR MARTINEZ LOPEZ and ASBERT ANAZCO, individually and as representatives of the Estate of Asbert E. Anazco, | ) CIVIL DIVISION |
| Plaintiffs, | ) NO. 21-22433-CIV-MARTINEZ-BECERRA |
| -vs- | ) |
| ZOLL SERVICES, LLC; ZOLL MEDICAL CORP.; and ZOLL MANUFACTURING CORP., | ) |
| Defendants. | |

TRANSCRIPT MARKED CONFIDENTIAL

\- - -

Videotaped deposition of SHANE VOLPE, a witness herein, called by the Plaintiffs for examination, taken pursuant to the Federal Rules of Civil Procedure, by and before Alyssa A. Repsik, a notary public in and for the Commonwealth of Pennsylvania, held at Pittsburgh Marriott Hotel, 112 Washington Place, Pittsburgh, PA 15219, on Friday, March 25, 2022, at 9:05 a.m.

REPRODUCTION OF THIS TRANSCRIPT IS PROHIBITED
WITHOUT AUTHORIZATION FROM THE CERTIFYING AGENCY

additional software that detects and fixes that process. But every single second that something like that is going on is a second that maybe the device is not completely monitoring the patient.

So the design of the system is the -- is if anything even remotely acts strange, the system resets in a timely fashion that's acceptable within clinical limits, comes back up into a known good state and starts monitoring.

So frequent abnormal shutdown in the product is not unexpected because the system is really designed to come up and to always be in the best known good state that it can be.

If it detects something, it resets, comes up, refreshes the software, and goes right back into where it was at monitoring. We monitor those metrics, though, even though the system is designed for that.

And if we see an increase, we try to look into it to identify if something is going on. And we have made improvements over time. And that specific one I don't know -- I don't know the final conclusion of it.

But we continuously look at opportunities to improve the systems' responsiveness. But even within an abnormal shutdown, it's really within the clinical requirements that we've established.

And actually even had multiple conversations with the FDA regarding our time to reset and it being acceptable.

Q. You said a lot. Let me unpack a few. You said it resets, the system resets.

That reset is suppose to occur in five seconds; correct?

A. No.

Q. How soon is that reset supposed to occur with an abnormal shutdown?

A. That again is a -- we have a requirement around that. I don't know it off the top of my head. Gene Partin would be the one to know that because we -- again, it was based on clinical data.

Q. Is that where the watchdog timer causes the device to reset?

A. So -- yes. Well, there's two watchdog timers. There's the one that's involved with the process that's doing realtime

monitoring, that's safety critical, that's about 1.25 seconds it will initiate a system reset if something is not responsive.

And then the processor that does data storage and things like that, it's on the order of five seconds.

Q. Okay.

A. But that's -- that's -- that's the time it detects an issue and resets, and then there's a time associated to bring the system back online. But all within our clinical requirements.

Q. All right. And --

A. No -- yeah, go on.

Q. Zoll started an investigation in 2015 into the increase in the number of abnormal shutdowns; correct?

A. Based on the documents you shared with me, yes.

Q. And are you aware of whether or not they completed that investigation that began in 2015?

A. That was managed by regulatory when obviously engineering supported it. I believe it was completed, but I can't say for sure

been me, but, again, there's multiple managers in the engineering group, and one of us is always on the list for the final sign-off.
BY MR. LEE:
Q. Were you involved or were you -- let me start over.
Were you aware that as part of that investigation into abnormal shutdowns that there was a separate investigation into abnormal shutdowns with SD card-related problems that began in 2015?
MS. COVINGTON: Object to the form. Foundation.
Go ahead.
THE WITNESS: Yes.
BY MR. LEE:
Q. Okay. What was your involvement, sir, as it relates to the investigation into abnormal shutdowns related to SD card problems?
A. Same -- pretty much the same thing as I described for the abnormal shutdown. Again, the SD card falls under the same thing as the normal abnormal shutdown where it resets, comes back up.
In fact, if it's caused by the SD

card in the next reset and it can't communicate with the SD card, it just goes back into normal monitoring without the SD card because it's not part of the safety clinical-effective tree.

Q. Okay. When did your involvement with the abnormal shutdown SD card problems begin?

A. I don't know the specific date, but it would -- I would have most likely, again, multiple managers in it, but I was in the meetings.

I would have been involved most likely when there were started to be noticeable metrics because I would have been in the monthly metric meeting most likely when we started to see the increase and we would have been investigating it.

Q. All right. And if started in 2015, you would have been involved throughout the process at some point when it started until it was completed; correct?

MS. COVINGTON: Object to the form.

Go ahead.

THE WITNESS: There would have

investigation; correct?
MS. COVINGTON: Object to the form. Foundation.
Go ahead.
THE WITNESS: There were definitely more. I don't remember them, though. But again, I mean, it's -- just to restate the system monitors that resets and stops using the SD card if there's any issues.
BY MR. LEE:
Q. Since you're on it, help me understand. So when the device encounters an SD card problem, what happens?
A. So it depends what kind of SD problem.
Q. Okay. Let's focus then. Have you looked at Mr. Anazco's flags?
A. I have.
Q. Have you identified an SD card problem that occurred with Mr. Anazco's device?
A. Yes.
Q. What would you consider or how would you call -- what term would you assign to the SD card problem you identified with Mr. Anazco's LifeVest?

A. Based on the inspection of the device when it came to the facility, the label had been peeled back which then there's a label that helps hold the SD card in place. The label had been peeled back.

So based on that and based on the flags, could see where the SD card would sometimes make connection and the device could talk to it and sometimes it wouldn't. So that's consistent with an SD card that the label has been peeled back and may be going in and out and making connection.

Q. What would you call that SD card problem that's identified in the information relating to Mr. Anazco's device?

A. An SD card that the label had been peeled back that now it keeps coming in and out.

Q. What's the significance of that SD card coming in and out?

A. It's not part of the safety critical piece of the device, so we lose data that helps our business. We lose some data helps us better -- we can tell the physicians exactly what happened , but it's always nice to show a

full visual that they can -- they can see more data on.

But the actual device was designed to not even need the ability to upload. And that SD card is what's really what's used to -- or download data. The actual device is actually designed not even to need that.

And in some circumstances, there are patients who they might not be able to do a download because of where they're at and everything.

I mean, it's an added feature of the device, not one part of the clinical detect to treat or anything.

Q. So the problem where you identified with Mr. Anazco's device where the label, as you say, is peeled back and the card would go in and out --

A. Not that I say. It was inspected, right, and we have video during the incoming inspection that shows that.

Q. Okay. And it's your conclusion that from that inspection that the card was in the position where it would lose contact, gain contact, lose contact, gain contact; correct?

Q. You said, sir --
A. That's after --
Q. Let me ask the question.
Your statement was that when there's an SD card error, Zoll would exchange the device and give the patient another unit so there's no lapse in protection; correct?
MS. COVINGTON: Object to the form.
Go ahead.
BY MR. LEE:
Q. That's what you said, sir; correct?
A. That is correct.
Q. Is that an accurate statement?
MS. COVINGTON: Excuse me.
MR. LEE: That's my question. No, no.
MS. COVINGTON: He -- he is allowed to finish his question.
MR. LEE: My question is, is that correct?
Is that correct? I'm asking you the next question. Is that correct?
MS. COVINGTON: Mr. Lee, he is allowed to finish his answers to questions.

accelerometer data so we can see if the fall-off correlates with motion. Because if the fall-off coordinates with motion, that's not indicative of a cable failure; that's indicative of motion interfering and causing noise and thus causing the fall-off.

So the accelerometer data can be helpful -- the accelerometer data can be helpful as well.

BY MR. LEE:

Q. Anything else besides the ECG fall-off data and accelerometer data on the SD card that would be important to understanding if the device malfunctioned?

A. So there's detector bits in the Holter and they can be useful when overlaid on ECG. But we also have the detector bits in the download, so it's redundant in the Holter. And the detector bits aren't really helpful if you can't overlay it on the ECG.

Q. Anything besides the ECG fall-off, accelerometer and detector bits --

MS. COVINGTON: Object to the form.

BY MR. LEE:

Q. Did you hear the son explain there was an error message to the 911 operator?

MS. COVINGTON: Object to the form.

Go ahead.

THE WITNESS: I did.

BY MR. LEE:

Q. Do you see a flag or did you see a flag on the flag report indicating what error message Mr. Anazco's son was referring to?

A. So --

MS. COVINGTON: Object to the form.

Go ahead.

THE WITNESS: So roughly overlaying the time, what I saw was that the device detected asystole. And when the device detects asystole, when there hasn't been a treatment or anything, that can sometimes be caused because the patient didn't put the garment on right.

Could be over a T-shirt or something like that. So what we do is, we go into a notification sequence where we do more like a single gong. And then we tell them to adjust

the belt first and if they are truly in asystole, they won't adjust the belt. If they are in asystole, they will adjust the belt and then they will continue to be monitored.

But if they really are in asystole, they don't adjust the belt, they don't press the response buttons. Then we go into telling the bystanders to do CPR because that's the only thing that can be done to treat asystole.

So in this case, again, I can't imagine the state that he was in or what he was thinking, but what he saw was the device coming up and saying adjusting belt, so the only thing I can assume is he saw that as an error condition.

BY MR. LEE:

Q. So let me understand this. So if the -- you said if the patient is in a asystole, the device will give a message to adjust the belt; correct?

A. It'll say press response buttons because it's a -- it's a see -- if the patient is conscious and they press -- if they press the response button, the patient has to be conscious. So if they press the response

buttons, then the system assumes the patient is conscious.

And then there must be something with the belt not being on correctly. They must not have put it on correctly, so it tells them to adjust it. If they don't press the button, then it goes to the asystole notification to do CPR.

Q. Okay. So if I understand, if the device detects asystole, it gives a message to press the response buttons; correct?

A. It does a gong, I believe, then gives a message.

Q. And if the response buttons aren't pressed, the next step in that sequence would be to advise to do CPR or call for help; correct?

MS. COVINGTON: Object to the form.

Go ahead.

THE WITNESS: Correct.

BY MR. LEE:

Q. And that would be the asystole mechanism of how that works; correct?

A. Correct.

Q. Did you hear on Mr. Anazco's device an indication that there was asystole, a gong followed by an alarm or a notification to call for help or do CPR?
MS. COVINGTON: Object to the form.
Go ahead.
THE WITNESS: At this point in time it was a little hard to hear. I believe I heard the gong, which would be the press the -- the part of that. And then in the flags we saw the response buttons pressed and released, so never went to CPR. It would have just -- it would have gone into the adjust the belt.
BY MR. LEE:
Q. And when it goes into the adjust belt, what happens as far as informing the patient?
A. So I'd have to double-check that because it's been a while since I've looked at that. But it basically shows the garment of -- a drawing of a patient, the garment and the electrodes, and it says -- I think it says adjust electrodes. I think that's what it says.

And it just keeps saying that because it's actually monitoring the background to see if the condition goes away, so it keeps notifying the patient to do that until they do that. But in this case, like I said, they pressed the response buttons.

And then the other thing is, once the response buttons are pressed, it assumes they're conscious. So, it will monitor that for a little bit, then it will come out of that in the background, and it will also be looking for an arrhythmia because it's -- it will be looking for any kind of other rhythm because it will assume it's not asystole if they press those response buttons.

So it's constantly looking for a normal sinus rhythm or a treatable rhythm. And in this case, it actually, like, when they came -- when it -- went into even when it came out of the, quote/unquote, asystole state, the system still reported that it thought it was asystole.

The only reason it came out is because the buttons were pressed. And then it started to really try to see something else.

state and it detects an arrhythmia, it will go right into the arrhythmia detection. In this case because the buttons are pressed it knew that the patient wasn't in asystole because the patient pressed the buttons or at least that's what its assumption was.

So then it went into that arrhythmia -- looking for arrhythmia. Again, looking for normal sinus rhythm. So it didn't know what the rhythm was at that time, but it was looking for something other than asystole.

Q. From the 911 recording, was there any indication that Mr. Anazco's vest detected a treatable arrhythmia?

MS. COVINGTON: Object to the form.

THE WITNESS: So this is going to need some explanation. There's flags in the report that says, treatable VT/VF, but that is sort of a lower level in the algorithm that's saying it's treatable.

For the system to truly determine it's a treatable rhythm, our system essentially has to go through a step of confirming, which are what we call our confidence interval, and

then reconfirming, which is the second time of the confidence interval, then it's 100 percent.

Once it hits it that second time, that's when the system truly declares an arrhythmia because -- remember what I said a few minutes ago. So people can have short runs of like even a VT and you don't want to treat those.

So we only treat a sustained rhythm. So even if it's just a little short blur that is a treatable rhythm or it looks like a treatable rhythm, the system is designed to treat a sustained one because that's the only thing we want to treat.

Because if the heart would return to normal on its own, we don't want to be defibrillating somebody on that.

BY MR. LEE:

Q. Would the system alarm and inform the patient and bystanders not to press the response -- not to interfere because a treatment will be delivered if it hasn't detected a treatable arrhythmia?

MS. COVINGTON: Object to form.

MR. LEE: No. If he needs it, he can tell me.

MS. COVINGTON: Well, let him know if you end up needing it, okay?

THE WITNESS: Okay.

BY MR. LEE:

Q. Do you know what Exhibit 3 is?

A. I do know. This is -- this is typical treatment sequence and alarms. Treatment notifications.

Q. And when you say it's "typical treatment sequence and alarms," what do you mean?

A. I mean, so this is what would be considered an absence of -- so this is what would be like the normal -- if everything is good, the patient wasn't -- done something that the belt started to become dislodged, there's no noise or anything.

So this is the ideal. It can take longer if the system thinks there's noise or the buttons are pressed or things like that. There's other things that can delay it out, but this is start to finish what happens. And this is the ideal timing.

100 percent on that second go, on the second confirmation -- second verification, it makes sure to deploy the gel at least at least five seconds before treatment. That way the gel has time enough to disperse.

But again, this timing can change because that confidence is not -- that confidence is based on the input of the detectors, based on response buttons, things like that. So it ramps up when it reaches 100 percent, it treats.

Q. So show me where the second confidence that you're speaking about begins on this chart?

A. It begins when the alarms start. It begins at the beginning of this chart.

Q. So at zero?

A. Yes.

Q. That's when the second confidence begin?

A. Correct.

Q. And that second confidence, is your testimony, continues throughout the entire duration of this treatment sequence; correct?

A. Correct.

Q. And unless that second confidence is 100 percent, a shock will not be delivered; correct?
A. Correct. By design, by like I said, the FDA-approved design that we've gone through on this.
Q. Okay. And it's your testimony that the second confidence in Mr. Anazco's case never reached 100 percent during the entire treatment sequence; correct?
A. Based on the flags, correct, yes.
Q. Okay. And it's your testimony that after the gel is deployed the device continues this second confidence that you've talked about; correct?
A. Yeah. There's at least five seconds where it's continuing to look to -- because it takes -- like I said, it takes five seconds for that gel to disperse. So it's at least five seconds that it's continuing to look.
And that confidence -- in this case, what happened is, that confidence started to go down so it never treated.
Q. Do you need to see any -- do you know where this document, this treatment

treatment sequence, do you need additional information to support what you've explained, or have you been able to do that without seeing additional information?

MS. COVINGTON: Object to the form.

THE WITNESS: I've been able to -- I mean, based on my knowledge of the system. I understand the basics of how confidence works, so this document is all I would need to describe that.

BY MR. LEE:

Q. So it's your testimony, sir, that despite the confidence not reaching 100 percent, the device will still deploy the gel; correct?

MS. COVINGTON: Object to the form. Go ahead.

THE WITNESS: Okay. Absolutely. In fact that's -- the minute where it's 100 percent, we want to treat. Because that's when we know 100 percent the system truly believes it's an arrhythmia, it wants to treat.

The system is designed not to have

anything else delay it at that point. We want to treat. So we wouldn't want to get to 100 percent then add another five seconds while the gel is being deployed and everything, so.

BY MR. LEE:

Q. Here's my question. Would the system deploy the gel if the confidence wasn't at the level where the system was going to treat, administer treatment?

MS. COVINGTON: Object to the form.

THE WITNESS: Yes. Yes. Absolutely. Because it's -- it's a rotation of the gel that it takes five seconds for it to disperse and it's only -- it's very possible and probable that something changes and the -- it's not really a treatment and the system decides it's not treatable.

BY MR. LEE:

Q. Okay. So despite the confidence not reaching -- sorry, let me start over.

Despite the second confidence not reaching 100 percent, it's your testimony the device will still deploy the gel; correct?

A. It deploys the gel. It always

understanding of what a verification period is in the term of a treatment sequence related to VF; correct?

MS. COVINGTON: Object to the form. Asked and answered. Fifth time.

BY MR. LEE:

Q. Yes?

A. Yes.

Q. Okay. Explain to us what is your understanding, Mr. Volpe's understanding, of what the verification period in the context of a VF treatment sequence is?

MS. COVINGTON: Again, object to the form. You're referring him to Exhibit 3, which is --

MR. LEE: No, I'm not referring him to any exhibit. I'm asking him a question. I'm point --

MS. COVINGTON: You were pointing at the exhibit.

BY MR. LEE:

Q. Here's my question, Mr. Volpe. Explain to us in the context of your understanding what is the verification period in a VF treatment sequence?

A. The verification period would be the period before it started the alarming and the period when confidence is ramping up to 100 percent the first time.

Q. And in the context of a VF treatment sequence that would be before -- your definition of verification period is what occurs before the treatment sequence starts in VF; correct?

MS. COVINGTON: Object to the form. Go ahead.

THE WITNESS: Before it starts the second step of confirming that it truly is a VF and it's -- part of that's the alarming so it can get the patient feedback through response buttons.

The other part of it -- so it sees if they're responsive. The other part of it is continuing to monitor all the detectors inside the algorithm. And then it's looking at all that and it's dealing with the final confirmation if it truly is an arrhythmia or not.

So it's in that second stage and reaches -- confidence reaches 100 percent

second time, and response buttons, all those detectors feed into that. That's when the system truly declares a treatable rhythm and does the defibrillation.

BY MR. LEE:

Q. Okay. My question was simple. A treatment sequence in VF begins with no audible alarms; correct?

MS. COVINGTON: Object to the form.

Go ahead.

THE WITNESS: So, no. You're talking about the treatment sequence. To me, the treatment sequence is when the patient is defibrillated. You're talking about the detection sequences when it's trying to detect it's an arrhythmia. Two different things.

BY MR. LEE:

Q. Let's look at Exhibit 3.

A. It's detect and treat.

Q. Again -- Exhibit 3. It's titled treatment sequence timeline.

A. Right. But I think I was explaining. They do this on the very high level because physicians and such like that are

Counsel's computer that I marked as Exhibit 3?
MS. COVINGTON: I'm sorry. Could you read that back to me? I didn't --
BY MR. LEE:
Q. Is there more to Appendix E than what you're looking at on the computer than what I've marked as Exhibit 3?
A. No. No.
Q. So Exhibit 3 is the complete Appendix E of the document on the computer; correct?
A. Correct.
Q. Okay. Now, let's go back. I'm asking you, sir, we were talking about verification period. And your understanding is that Exhibit 3 is a treatment sequence timeline; correct?
A. Again, if you're talking about what's actually going on in the approved algorithm, is it is detecting and confirming whether or not it's a treatable rhythm clear up until the second time it reaches 100 percent in which case it treats.
Q. I just asked if Exhibit 3 is a treatment sequence timeline.

document describing the entire detection algorithm and you're trying to put everything into that one page for something that's not intended to be.

When you ask my opinion, that's why I want to be very specific because I want to make sure I'm not misrepresenting anything. And when we say "treatment," treatment is very definitive, defibrillation. Then there's detection. And it does not treat until the system is 100 percent confident that it believes it's an arrhythmia.

BY MR. LEE:

Q. Okay. So your understanding of what's a treatment sequence timeline is different from what is demonstrated in Exhibit 3; correct?

MS. COVINGTON: Object to the form.

THE WITNESS: Where we disagree is that this was just a generic title that was given to it that's just -- as sort of generic thing. We call it the treatment sequence.

But when you're getting more down

into the clinical aspect of things and the engineering aspect of things, it's very different because it takes -- you know, there's a whole algorithm designed around detecting. And the minute it truly thinks it's a treatable rhythm, it treats.

So there's a lot to that. So to just boil it up to treatment sequence and say it like that, that's misleading on what's truly going on. So this isn't wrong, but it's a very high level and it's just very generic to help people understand the flow.

And I want to make sure to really clarify that so everyone understands, including yourself.

BY MR. LEE:

Q. You, Mr. Volpe, you, have an understanding of your definition of what's a treatment sequence timeline; correct?

A. I have an understand of how the product actually works.

Q. Do you have -- you, Mr. Volpe, do you have an understanding of a treatment sequence timeline for VF?

MS. COVINGTON: Form.

THE WITNESS: So if you're truly talking about from a clinical perspective, the verification period is up until where we treat. If you're talking about -- we refer in engineering to the verification before we even start alarming the patient.

BY MR. LEE:

Q. I want Mr. Volpe's understanding.

You're not a clinician, are you?

MS. COVINGTON: Object to the form.

BY MR. LEE:

Q. Are you a clinician, sir?

A. I'm not a clinician.

Q. You're an engineer; correct?

A. Correct, but we're --

Q. I'm asking for your engineering understanding of a treatment sequence.

Do you understand that, sir?

A. I do, but what I want to really clarify is, on an engineering level when we talk about verification, it's first confidence.

If I was going to explain it to somebody that doesn't know the algorithm like

is, is verification can be looked at different ways, here. So I'm going on what we call a specific piece of the code because we're verifying before we alarm.

So, when I say verification, our definition of verification is what we look at and what determine before we start alarming the patient. We're verifying before we alarm the patient, not verifying that it's an arrhythmia, that it's a treatable arrhythmia.

So let's define. So verification at an engineering level is we're verify there's a possibility that it might be a treatable arrhythmia. Let's start alarming the patient.

BY MR. LEE:

Q. All right. So let's focus on that. Your understanding, from an engineering perspective, verification is before the alarms; correct?

A. The definition of our --

MS. COVINGTON: Sorry, I was just going to say form.

Go ahead.

But asked and answered.

THE WITNESS: And I'm --

Go ahead.
THE WITNESS: So what I refer to as a verification before we start alarming, yes. So we verify if we want alarm or not, so, yes, it's -- the verifying if we want alarm or not occurs right before we alarm.
BY MR. LEE:
Q. Okay. And your analysis of Mr. Anazco's device was that during your definition of a treatment sequence where the verification is the entire period until shock, that his device never reached a confidence to say this is a treatable rhythm; correct?
A. Correct. The second never reached -- it does the confidence the first time, then it starts notifying the patient, does the confidence the second time, when it reaches 100 percent there, it treats.
Q. And how is it that you know the device didn't reach the second confidence, Mr. Volpe?
A. The flags.
Q. I'm showing you, Mr. Volpe, what we marked as Exhibit 5.
(Deposition Exhibit No.5 was

Thank you.
MR. LEE: 504.
BY MR. LEE:
Q. Have you read as much of the document as you need to, Mr. Volpe?
A. Yes, I have, thank you.
Q. And based on your reading the document, you now have an understanding of what the document is conveying?
A. Specifically around this patient interaction. If other questions come up, I might want to read a little more.
Q. Okay. If you look on the Page Zoll 509, do you see that?
A. Yes.
Q. It has an example of what is a sequence; correct?
A. Correct.
Q. And that sequence, if you compare it to the sequence in Exhibit 3 for VF, it's about the same; correct?
A. Yeah, I just want to point out because this is going to kind of align with what I was saying earlier. If you notice arrhythmia detected, that's one. That's the

red, that's, you know, where this is starting. The two sirens begin.

But then if you go and read the confidence algorithm, it says, "Once the arrhythmia detected," which would be that one, "The confidence algorithm must decide if the arrhythmia is treatable." So it detects it, but now has to decide it's treatable.

So if it's sustained, it should be treated. "It's treatable based on duration of assistance of the arrhythmia. If the confidence falls below specified level, the treatment sequence is terminated." So the treatment sequence is how it's labeled on here is terminated and the system reverts to monitoring for new arrhythmia.

So that's in line with what I was trying to explain this.

Q. So when you go to the confidence algorithm Section where it says, "Once a rhythm is declared, a confidence algorithm must decide if the rhythm is treatable." That is where you were talking about that confidence occurring during the entire time of the treatment sequence as you understand it; correct?

A. Once the arrhythmia is declared. That's the first round of the confidence level. And then "The confidence algorithm must decide if the rhythm is treatable based on duration or persistence of the arrhythmia. If the confidence level falls below specified level, the treatment sequence is terminated and the system reverts to -- for new arrhythmia."

So this -- I'm glad we reviewed this. This did a better job at explaining it than I was.

Q. Great. So let me ask you this question, then. This is indicating to you that once the confidence level is determined, there's a treatable alarm and it starts a treatment sequence. We're going to hear the alarms; correct?

A. No. Once the arrhythmia is declared. It hasn't determined if it's treatable yet or not.

Q. But the treatment sequence, there wouldn't be any sounds once -- earlier you testified -- let me start over.

When the device exits a treatment sequence, it doesn't have any sounds to

This is what they're calling the arrhythmia -- arrhythmia activation.

So that's -- and/or limit based in this case it was confidence, refer to -- so basically it says, once it builds up to 100 percent -- upon -- so it's saying the criteria. So it's saying once it gets up to 100 percent, it enters this activation.

"Upon detecting this rhythm," that's that activation. This is the action. "The TruVector algorithm will undergo a verification period to determine if the necessary treatment sequence -- notification sequence."

And, again, then it says once down here, if we go to treatment delivery module, "Once arrhythmia is detected," which is what it's talking about there, "TruVector will undergo through 60 seconds verification to justify treatment."

So that 60 seconds is from here to the whole way to here, including the gel fire.

Q. Let me ask you a question.

MS. COVINGTON: Hold on just a second.

Are you able to keep up with the

reading?

THE REPORTER: You're reading pretty quick.

THE WITNESS: I'm so sorry.

MS. COVINGTON: Yeah, I just saw her typing furiously and I was just making sure.

BY MR. LEE:

Q. Let me ask. Okay. The 60 seconds, does that refer to V-tach or V-fib?

A. In this case it's referring to V-fib.

Q. It is?

A. Yeah, sorry. V-fib, because that's the 60. V-tach -- VT is 30 seconds.

Q. 60 seconds is V-fib?

A. Yeah.

Q. Okay.

A. And then this also -- "Once verification is up, treatment will be delivered approximately five seconds before delivery, gel dispersed for effective treatment. Gel dispersion, if gel has not been dispersed. And treatment will be delayed in one of the following situations."

So this is going into the -- what we talked about that it will essentially drop out.
Q. Okay.
A. And it basically says so gel -- so basically if it -- so, yeah.
Q. So here's my question, explain to us -- the jury, we know what it says; tell us in your terms what you understand, what you've read to me.
A. So it's, I mean, essentially what I described before. There's this period where it's looking to decide if it's going to declare it an arrhythmia. It declares it an arrhythmia, then it starts the alarming, then it's going through this period where it's looking if it's a treatable arrhythmia.
So the system initially thinks then arrhythmia, but it's going to continue to look over that period to see if it's truly a treatable arrhythmia or if it's not a treatable arrhythmia.
It fires the gel five seconds before. Keeps monitoring that. And then once it's 100 percent sure it's a treatable arrhythmia, it treats it.

Q. Does this document say that the gel will fire if the confidence isn't at 100 percent?

A. So this is a document talking about the algorithm. But for a completeness, it references what's going on with the gel. So again, it's -- this purpose is not to describe the full functionality of how the gel works.

Q. Here's my question, Mr. Volpe. Does this document say the gel will not be dispersed if the confidence level does not reach 100 percent?

MS. COVINGTON: Object to the form. Asked and answered.

THE WITNESS: It -- ask that question one more time.

BY MR. LEE:

Q. Does this document, sir, say the gel can be dispersed despite the confidence not reaching 100 percent?

A. So it says the confidence -- I believe it says the confidence has to reach 100 percent. I would have to double-check that. But then what it says is, approximately five seconds before delivery -- so it delivers when

confidence reaches 100 percent, but approximately five seconds before delivery the gel is dispersed. That's --

Q. That's not my question.

A. I --

Q. Here's my question, Mr. Volpe.

A. So if we haven't treated, confidence hasn't reached 100 percent and if it's five seconds before we treat, then that means confidence hasn't reached 100 percent before it deploys gel.

Q. Here's my question now, Mr. Volpe; does this document, this treatment delivery module, state or indicate that the gel will be deployed despite confidence not reaching 100 percent?

MS. COVINGTON: Object to the form. Asked and answered. Third time.

BY MR. LEE:

Q. Go ahead, Mr. Volpe.

A. I want to make sure that I have --

Q. You want the rest? You can use Counsel's computer and look at the entire document if you need.

MS. COVINGTON: And just to be

ten-second window after the button is pushed for asystole where the device does something; correct?

A. No, no. The -- the signal has to be below that 50 microvolts for ten seconds before the -- before the --

Q. Before the flag appears?

A. Before the asystole signal amplitude.

Q. Okay. So before these two asystole flags at 4:18:12 and 4:18:13 appear, the system would have detected it ten seconds before that time; correct?

A. Correct. Again, that's my understanding.

Q. Mm-hmm. And then once the buttons are pushed at 4:18:13, what happens as you understand it, Mr. Volpe?

A. If you don't mind, I would like to go to where. I believe this is 418 -- what was the time stamp you said again, please?

Q. 4:18:12 and 4:18:13.

A. Okay. So 4:18:12 is after there's been ten seconds of no cardiac electrical signal above 50 microvolts. And then what's

the other one you'd like to know about?
Q. 4:18:13.
A. 4:18:13 is eventually that same flag. It's the other processer acknowledging it got it and that's the processer that starts the messaging to the patient for the checking -- press response buttons because it's trying to make sure they're truly in asystole or if they're conscious.
Q. So one flag is sent by the DSP processer, and the second flag that says ARM is by the ARM processer; correct?
A. Correct, but the ARM -- it is completely the DSP that does all that detection. It's just since the ARM is controlling the audio and messaging, it's confirming that.
It's basically -- that's a flag when that would start. That's when it received it from the DSP. And that's why if you look at them, they're pretty much back to back.
Q. Right. In the ten seconds you're referring to before these signals appear, is that the device detected asystole ten seconds before these two flags; correct?

A. So that's when it believes the asystole may have started for this. So that's -- what it is, is it's -- there has been -- when that flag is written, there's been ten seconds where the electrical signal from the heart has been for ten seconds below 50 microvolts, which is the system's definition of asystole.

Q. Okay. Now, if we go down at 4:19:06, I see a flag that says, ARM, no asystole.

What does that mean?

A. So I would like to show you this because what that is, is because the response buttons are pressed, the system is forcing itself out of the asystole detection. In fact, if you look here, you can see that the levels are low.

And in fact, when it comes out of asystole, it reports what rhythm it thinks. So it comes out of asystole because the response button is pressed. The system is saying it's still asystole. The rhythm type because it thinks it's asystole. The only reason it came out of that was because those buttons are

pressed.

Q. So when you look at your flag meaning you prepared, which is Exhibit 7, you're saying where the flag said no asystole, that only means that created when the buttons were pushed; correct?

A. So if you look it says, ARM, that's what's controlling the user interface. So basically it's saying it's coming out of the user interface, it's no longer -- the ARM is being told it's not asystole.

This rhythm type is what the thing is actually -- the DSP that's processing that rhythm, it says it's still asystole, but because the response buttons are pressed, we're actually in asystole state.

Q. Right. So when it says no asystole, that still means he's in asystole; correct?

A. You always have to look at rhythm type at that point.

Q. Here's my question.

A. Because it can come out of asystole because it's a treatable rhythm or a normal sinus. In this case --

Q. There's a flag at 4:19:06 that says,

35 seconds, the total amount of time that VF should be detected is what?

A. That's going to be 65 seconds.

Q. Okay. Let's play the video again, the audio, okay?

A. But in this case AArD was not even enabled.

Q. So if AArD is not enabled, then the total time to detect a VF rhythm is 30 seconds; correct?

MS. COVINGTON: Object to form.

THE WITNESS: I feel like we've gone over this a couple times, but I certainly have no problem explaining it again.

So, again, once it, you know, goes to confidence the first time, gets 100 percent, starts alarming. Then confidence is continuing to look at everything, including response buttons.

You know, it ramps up a little bit in this case, as we can see it ramping up in the flags, but then it determines it's not a treatable rhythm but it still keeps monitoring as it's ramping down, still keeps alarming in

case that decision is changed. But it ultimately, again, it's not a treatable rhythm.

And I do want to correct. I said AArD is disabled; it's enabled. But the minute the system thought it was an arrhythmia, it confirmed, so at that point it was no longer doing anything else.

BY MR. LEE:

Q. I'm trying to understand the maximum time Mr. Anazco's device was programmed to detect VF. What is that answer, Mr. Volpe?

MS. COVINGTON: Object to form. Asked and answered.

THE WITNESS: Yeah, that's not -- I mean, there's -- there's, again, sort of the ideal textbook, no noise, and actually it's -- yeah, it's I should say not ideal, because it's not ideal, but it's the common.

And then there's, you know, more outliers that may have noise on it or somebody may be interfering with the system or somebody may have pressed the response buttons. All of that causes the system to create more time to detect and treat to make sure it gets it right.

And also, if the underlying rhythm

VF that the device continued to alarm, as we heard on the 911 audio, between 3:42 and 4:41; correct?

MS. COVINGTON: Object to form.

THE WITNESS: Yes, because confidence ramped up and then confidence had to ramp back down. So it was still -- because, again, it's better to continue to look for a rhythm you can treat. And that's what it's trying to do.

BY MR. LEE:

Q. Let me continue from 4:41, okay.

It's now 5:01 when I've stopped the time. Do you want to see it?

A. Yeah, it's 5:01.

Q. And you heard the son saying the device is still saying "do not interfere"; correct?

A. Correct. Which is what I would expect when it's sitting there with the confidence starting to ramp down. It's going to keep telling them to not interfere because it wants to keep them away in case it starts ramping back up and has to treat them.

So more important, it doesn't want them to interfere because if they're interfering it could be one of the reasons confidence is ramping down. This isn't the case, I don't think, in this situation, but it wants to make sure that it sees the true underlying rhythm.

Q. How much time is that between 3:42 and 5:01, Mr. Volpe?

A. That is 23 minutes. I'm sorry, 21 minutes. 22 minutes.

MS. COVINGTON: No, no.

THE WITNESS: Seconds. I'm sorry.

BY MR. LEE:

Q. From 3:42 to 5:01, how many seconds is that? You can use paper and pencil if you need.

A. Under pressure.

Q. You're the engineer. You should be able to do this without paper.

A. You're --

MS. COVINGTON: No.

THE WITNESS: That's basic math. That's not engineering stuff. 3:42 to

BY MR. LEE:
Q. Now, give me the time stamp when the device stopped detecting what it considered a treatable rhythm.
MS. COVINGTON: Object to form.
THE WITNESS: Okay. At 4:21:39 it basically -- it goes -- it says the normal rhythm, but that's a very quick thing, and then it goes into the asystole rhythm detected.
BY MR. LEE:
Q. So at 4:20:39 the device concluded that it was not detecting a treatable rhythm?
A. Correct. And it outputs asystole.
Q. 4:20 or 4:21?
A. 4:21.
Q. Okay.
A. And at 4:21:40 it outputs that it's in asystole.
Q. Was it detecting a treatable rhythm before 4:21:39?
A. So while -- any time confidence is ramping down it does not think it's a treatable rhythm but it's continuing to look. So

Q. And he didn't receive a treatment --
A. So --
Q. -- within five seconds after that gel deployed; correct?
MS. COVINGTON: Object to form.
Go ahead.
THE WITNESS: Yeah, I mean, again, it's taken out of context. This is talking about higher level; this is talking about the sort of ideal situation to be. We've already reviewed the lower-level documents from this that go into more detail that talk about confidence and the fact that it's continually looking and wants to deploy the gel in enough time, so that it gets wet, it's at least five seconds, but the confidence keeps looking to see if it's truly a treatable rhythm or not. Because if it's not a treatable rhythm, we certainly don't want to defibrillate somebody.
So it continues to look, again, system even initially -- declare asystole until there was buttons pressed and movement.
And it's in the situation where it's trying to see something and then the confidence

continues to ramp down because there is not a VT or VF with a sustained stable rate.

So this -- this information is correct if it's, again, the VT/VF for sustained stable rate. A lot of these documents talk about the ideal scenario, the -- not ideal, but the typical scenario because that's where the design starts.

And then there's risk mitigations to handle noise or somebody interfering with the device. And we're getting into that realm where those risk mitigations are kicking in to make sure the device is still safe and effective in all those situations.

So, I mean, we can keep looking at the different documents like this, but these are out of context for that specific discussion.

BY MR. LEE:

Q. Let me show you another document. It's a big one.

MS. COVINGTON: Are we moving on from the flag analysis?

MR. LEE: Yeah.

MS. COVINGTON: Okay.

probably because, as I explained before, for business and added features to provide to the physicians.

Q. Okay. And that code is the SD card code, which I understand internally it's referred to Service Code 104; correct?

A. And that's also what's displayed on the device because the patient is also notified to call Zoll.

Q. Okay. Is there a way for us looking at this to be able to discern that this service code displayed actually means Code 104?

A. So in this case, if you take HEX 68 and convert it to decimal, that I believe will be 104.

Q. Okay. And the abnormal shutdown is also on this serious flag report; correct?

A. Correct. Again, system is designed for abnormal shutdowns, but as an added level. Also, if there's a lot of abnormal shutdowns, patient will be notified to call Zoll. System still detects and treats. It does everything it's supposed to do.

We just like to always be more on the side of caution than not even though the

So it was -- the abnormal shutdown is an approach to make sure the system is always very responsive to the patient and is able to detect and treat them.

Q. And is abnormal shutdown something that's caused, Mr. Volpe, as a result of a miscommunication between the ARM and the DSP microprocessor?

MS. COVINGTON: Object to form.

Go ahead.

THE WITNESS: Not in this case because there's a specific abnormal shutdown code for if it can't communicate with the DSP. The one means that the system overall was just not as responsive as specs, so the system does a refresh and it restarts.

BY MR. LEE:

Q. Where is the information that tells me that the abnormal shutdown in this particular case is not a miscommunication between the ARM and the DSP?

A. So that is also in the wiki. But this is actually a much more complicated one because you can have different combinations, so

This is just us being extremely proactive, to do everything we can to make sure the patient is always protected. So this is going above and beyond monitoring for flags so that we can reach out to the patients if they do not follow what the device is telling them to do, to call us.

Q. Right. And you testified earlier that the SD card error will not ever impact treatment delivery; correct?

A. Correct.

Q. If we go to this Exhibit 13, go to Page 3 of 54 is the page number. And the Bates is Zoll 116599.

A. You said 3 of 54?

Q. Yes. You're actually on it.

A. Oh, yes.

Q. Zoll puts flags in certain concern levels; correct?

A. So this purpose of the report is to -- is to notify tech support of the actions they're supposed to take.

So something could be in caution or high priority that may not -- so this -- unfortunately, this -- and we're working on

Q. Are you aware, sir, that Zoll had started a root-cause investigation to determine why certain devices were not able to detect and treat?

A. So after reading this, yes, I will say that any time we have a system that does not detect and treat, I believe, and I'm not a regulatory person, would recommend asking Gene about that or someone in RA, any time we have a device that doesn't detect and treat, I'm pretty confident we do a root-cause investigation.

Q. Okay. And one of the failures that's identified was a failure to the CA board; correct?

A. Correct.

Q. What is the CA board?

A. So the CA board is the board that contains the processor's memory and communications.

Q. That's the board in the monitor?

A. That's one of the boards in the monitor.

Q. Is that the board that has the DSP and the ARM processors?

A. Yes.
Q. I'm showing you what we've marked as Exhibit 16, sir. Bates number 223194.
(Deposition Exhibit No. 16 was marked for identification.)
BY MR. LEE:
Q. Do you recognize this document, sir?
A. So as I stated before, we are continuously looking at opportunities to reduce inappropriate or -- sorry -- abnormal shutdowns and service codes in general.
So I can't say I 100 percent know which one this is, but I'll read through it, so I can tell you if I remember it. Okay.
Q. Okay. That abnormal shutdown code on Mr. Anazco's device is also one of the codes that's on this report; correct?
A. Correct.
Q. In fact, it's the one that's the most increasing problem according to this report; correct?
A. Wait a minute. 107 is not what's on his device.
Q. Look at the code that's increased and what is the HEX decimal for that code.

COMMONWEALTH OF PENNSYLVANIA )
) SS
COUNTY OF WASHINGTON )

CERTIFICATE

I, Alyssa A. Repsik, a notary public in and for the Commonwealth of Pennsylvania, do hereby certify that the witness, SHANE VOLPE, was by me first duly sworn to testify the truth, the whole truth, and nothing but the truth; that the foregoing deposition was taken at the time and place stated herein; and that the said deposition was recorded stenographically by me and then reduced to typewriting under my direction, and constitutes a true record of the testimony given by said witness.

I further certify that I am not a relative, employee or attorney of any of the parties, or a relative or employee of either counsel, and that I am in no way interested directly or indirectly in this action.

IN WITNESS WHEREOF, I have hereunto set my hand and affixed my seal of office this 31th day of March 2022.

Alyssa A. Repsik

Alyssa A. Repsik

# EXHIBIT 5

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 21-22433-CIV-MARTINEZ-BECERRA

FLOR MORERA LOPEZ, and
ASBERT ANAZCO,
individually and as
personal representative
of the Estate of Asbert
E. Anazco,

Plaintiffs, CONFIDENTIAL

-vs-

ZOLL SERVICES, LLC,
ZOLL MEDICAL CORP., and
ZOLL MANUFACTURING
CORP.,

Defendants.
_________________________________/

CONTINUED VIDEOTAPED DEPOSITION OF SHANE VOLPE
(INDIVIDUALLY AND AS CORPORATE REPRESENTATIVE
OF THE ZOLL DEFENDANTS ON THE TOPICS
IDENTIFIED IN EXHIBIT A)
Pages 364 Through 600
(VIA ZOOM VIDEOCONFERENCE)

Taken on behalf of the Plaintiff

Wednesday, July 20, 2022
10:00 a.m. - 4:25 p.m.

Examination of the witness taken before:

Nancy Cannizzaro, RMR
Located in Palm Beach County, Florida

is more accurate to the wall clock, it says 4:20:08.

Q. Okay. So the DSP treatable rhythm -- treatable VT rhythm that's recorded at 4:20:12, that flag is actually also occurring at 4:20:08?

A. Correct.

Q. Would that mean then -- you see below the DSP: Treatable VT rhythm there's several DSP: Heart rate flags at 4:20:12. Do you see those flags?

A. I do.

Q. There's 11 of them, correct?

A. From the 4- -- yes. There's 11 for 4:20:12.

Q. So is it an accurate statement that those DSP: Heart rate entries that are indicated at 4:20:12, that all 11 of them are actually occurring four seconds earlier?

MS. COVINGTON: Object to form. Misstates prior evidence. Vague and ambiguous.

Go ahead.

A. Yes. Yes.

BY MR. LEE:

Q. So is it accurate to say that when we see a DSP flag on this report, that we should subtract four seconds from the time that's actually indicated on this report to determine when that flag actually was really

recorded?
A. No. That's not accurate. The drift between the two clocks will increase over time until there's another power cycle of the device.
Q. Okay. And when you say "the drift," you mean the time difference, whether it be four seconds or five seconds, that we would subtract from the DSP flag to see what time it actually occurred; is that accurate?
A. That is -- that is correct.
Q. And you said the drift occurs with respect to something with power cycle. Can you explain to us what you mean by that.
A. Yeah. So it's actually -- when the system powers down and powers back on, resets, it -- when the system comes up, the two processors synchronize their clocks. Actually, the ARM processor sends information to the DSP so its clock is the same, but then over time there's drift because of just differences in the clock.
Q. So during a particular battery cycle -- and when I say "battery cycle," I mean once a fresh battery is inserted, before it's removed -- the drift in the time that we would actually use to calculate when the DSP flag occurs, that can drift during that single battery cycle?
A. Correct. And if there is an abnormal shutdown, that's -- that refreshes everything as well,

which would align the clocks -- it should align the clocks again.

Q. How would we go about determining what's the drift between the DSP clock with respect to the various separate power cycles?

A. The way we do it in engineering is we find two flags that are -- we know come out at the same time, like the ARM: VT rhythm detected and the DSP: Treatable VT, and we know those come out at the same time so we can use that as a reference point.

Q. When the device is powered up after a battery is inserted, it records certain information, correct?

A. Can you repeat that again.

Q. Right. If -- if you take -- if you remove the battery from the device, it powers down, correct?

A. Correct.

Q. And it essentially goes off, correct?

A. Correct.

Q. And then, if you reinsert a battery, it restarts, correct?

A. Correct.

Q. And when it restarts, it records certain information, for example, the battery serial numbers, correct?

A. Well, it writes a flag, yes, with that information in it.
Q. Okay. And it would also record a flag that indicates the battery capacity at restart, correct?
A. That is correct.
Q. Okay. If we go to page 1 of this document, 222988 --
A. Yes.
Q. Okay. There's an entry at 12:22:05 that says, "DSP: Batt serial number high." Do you see that entry?
A. Can you repeat that page number again. I must have got it wrong.
Q. Oh, the first page, 222988.
A. That's what I thought. But you said 12 -- okay. I'm with you.
Q. Yeah.
A. What time?
Q. 00:22:05. There's an entry --
A. Yes.
Q. -- for DSP: Batt serial number high.
A. Correct.
Q. That --
A. I see.
Q. -- entry at 00:22:05 would actually be

A. All right. We got it -- I got it open.
Q. Okay. I want to go to an entry on his worksheet, and his entry on the first page indicates that the DSP: Treatable VT rhythm is actually occurring at 4:20:07. Do you see that?
A. Yes.
Q. Is that correct or incorrect based on what you understand as to how the device clocks work?
A. Let me -- give me a second to go back and look at some stuff here.
I mean, just looking at it quickly, not spending a lot of time on it, it's my understanding that the VT would have been at 4:20:08.
Q. Not at 4:20:07, according to Mr. Arora's worksheet, correct?
A. That's how I'm seeing it.
Q. Okay. And if you look at his worksheet, he's able to calculate the time creep between the two clocks based on the response buttons being pushed earlier. Do you see that information on his worksheet at 4:18:16?
A. Yeah. Well, then that makes sense why there's probably a difference, because there could have been slightly more drift between the 4:20:07 and the 4:20:08 by the time it got there.

Q. Well, which is correct?
A. You know, it could be something like 4:20:0- -- you know, it could be like -- they could be very close, but it's just within rounding there between the two.
Q. Okay. Well, he was able to calculate the drift based on the response buttons earlier, correct?
A. Correct.
Q. Do you agree with his calculation here?
MS. COVINGTON: Vague and ambiguous.
A. I don't --
BY MR. LEE:
Q. Let me -- let me start over.
Do you agree that the DSP response status that he indicates at 4:18:16 is actually really occurring at that time?
MS. COVINGTON: Object to form. Vague and ambiguous as to that time.
A. Yeah. I mean, it's -- so the reason why -- yeah. I mean, I think it's -- it's extremely close.
BY MR. LEE:
Q. Well, I know it's extremely close, but do you agree that his calculation indicating that the DSP response status at 4:18:16 is accurate?
MS. COVINGTON: Object to form. Asked and

life-sustaining purposes of the device, we don't want to annoy the patient and have it continually pop up, because we don't want them to not wear it, because they're still being protected when they have it on. So we do not want to be very aggressive on that alarm.

Q. And when you say it will display on the next power cycle, it's my understanding, when you say "power cycle," that means the next instance where the battery is removed and a new battery is reinserted?

A. Yes. And it will only display if the problem persists. So let's say the card -- in the case of, you know, this patient, the card was intermittent. It wasn't -- sometimes it would get seated enough that it communicates -- the device will communicate with it and sometimes it wouldn't. So it -- when the system powered up and it was -- it wasn't able to communicate with the SD card, then it would put that 104 message up. If it could communicate with it, then it wouldn't put it up.

Q. You're familiar with the watch dog timers on the device and how they work with respect to resets, correct?

A. Correct.

Q. And just so we're all on the same page, let me just put the document and go to the timers, so we can understand how they work with respect to the information

card was not present, correct?
A. So --
MS. COVINGTON: Asked and answered 20, 25 times now.
But go ahead.
A. It's not a miscommunication. It's either intermittent or inability to communicate.
BY MR. LEE:
Q. Okay. Let's use your term. Intermittent or inability.
A. That is correct. Like -- it is the most probable reason.
Q. Okay. And my question to you, during this power cycle, up until that abnormal shutdown at 7:06:28, on June 30th, do you see an indication of a flag that shows there's an intermittent or an inability to communicate with the SD card?
A. So I'm going to, unfortunately, have to say the same thing, and that's that there is -- there is not a specific flag for that. However, when you look over the entirety of the flag report, there is a pattern in the fact that it goes back and forth in being able to communicate or detect the SD card. Sometimes it actually can detect all -- it present at all, sometimes it can't communicate with it, I believe, which leads me to believe

that that card is not fully seated, which, again, when we did the physical inspection, we saw the label was pulled back and it wasn't physically seated.

So even though it can communicate between two power-ups, it doesn't mean it didn't become intermittent again, because we're seeing that frequently through this flag report, and cause the abnormal shutdown, it came up and communicated with it again. Because if it's writing -- that's the thing. If it's writing to a file on that SD card and the SD card just moves in and out a little bit, that could cause the system to slow down, because, again, you know, it happens when you're writing to an S- -- flash drive and you pull it out, your computer will just kind of sit there for a while because it's thinking it's still trying to write to it and it doesn't know -- it doesn't see that it's not there yet. Very similar here. And then it resets, but then it starts writing to the file again because the card was only slightly intermittent and it was able to write to it again.

Q. Okay. Mr. Volpe, my question -- I'm sorry, go ahead.

A. No. I was saying, so just to summarize, there's no flag in this system that says it all of a sudden couldn't write to the SD card. However, given the

BY MR. LEE:
Q. Mr. Volpe, do you understand that the device is supposed to record ECG data when an event occurs?
A. I can speak towards a design. I can speak towards that it's been designed to do the safety-critical detect and treat independent of recording data, that the whole downloading of the data is not considered part of the life-sustaining. We've had patients that can't get to a place that they can do a download, and it's -- and it was -- they still continued to wear it. It protected them.
Q. That's not my question. You're familiar with the design of the device and how it's supposed to function, correct?
A. That is correct.
Q. And would you agree, sir, that part of the design, the device is supposed to record ECG data when there's an arrhythmia event?
MS. COVINGTON: Asked and answered. You can stand by your prior answer if you'd like to.
A. The design is such that it tries to record data if it can, but it continues to do its core functionality of detect and treat without -- when it can't record data. It still provides the same level of

lifesaving capabilities as it does when it does record data.

BY MR. LEE:

Q. Do you understand, Mr. Volpe, that once the gel has been deployed on a device, once it is powered up again, there should be a flag that shows the gel has been previously deployed?

A. That's going -- I would have to double-check that. I believe that's the case, but I can't say 100 percent. It's been too long since I've looked at that. I know it will -- again, you know, this system is designed to not be dependent on the flags and the downloads, so any time the patient needs to act -- so if the gel is deployed, it will tell them to call Zoll. It will also monitor the quality of that gel and tell them they need to add gel if it starts to dry up. So, again, these are -- all these design limitations were done because the data-recording piece is not required for the safety of the patient.

(Plaintiff Exhibit No. 7 was marked for identification.)

BY MR. LEE:

Q. Okay. I want you to keep Exhibit 6 open, okay, and I've marked Exhibit 7. Let me know when you have Exhibit 7 open as well.

double-check on that.
MS. COVINGTON: Which flag? I'm sorry.
THE WITNESS: The July 8, 2020, at 4:18:12, asystole signal amplitude.
A. Actually, let me look at something. No. That's -- I'm pretty sure that's an ARM flag.
BY MR. LEE:
Q. And pretty sure is subjective. What is your meaning of what pretty sure means, Mr. Volpe?
A. I wouldn't want to say 100 percent, but I'm fairly confident that that's an ARM flag.
Q. Okay. And the numbers "SS=169uV," that is 169 microvolts on the SS, correct?
A. That is correct.
Q. And SS means side-to-side channel, correct?
A. Correct.
Q. And that's, on the device, the probes that go on the side of the body of the patient, Mr. Anazco, correct?
A. Left and right, correct.
Q. And then there's an FB, and it says 31 uV. That is the front-to-back electrodes, correct?
A. That is correct.
Q. And that is a 31 microvolts measurement on the front-to-back channel at that time stamp, correct?

A. Correct.
Q. Is this an indication that both channels are receiving data?
A. I don't know what you're asking.
Q. Well, you're able to get information from both the SS channel and the front-to-back channel, correct?
A. It is able -- well, it's majoring -- that is the peak amplitude, given the algorithm that looks for asystole, that it sees.
Q. Okay. And my question was simple. You were able to get the peak amplitude at that time stamp, 4:18:12, on the side-to-side channel, correct?
A. Yes.
Q. And you were also able to get it on the front-to-back channel, correct?
A. That is correct.
Q. Is the fact that you're able to get information that you've recorded there on both the side-to-side channel and the front-to-back channel, is that an indication that those channels at 4:18:12 were noise free?
A. No.
Q. Is there any information on your worksheet that's Exhibit 6 that tells me at the time, 4:18:12, that

question is, when it says response buttons pressed at 4:18:06, is it your testimony that that was someone besides Mr. Anazco?

A. It is my testimony that those buttons were pressed by somebody. I was not there, so I can't say if Mr. Anazco was conscious or not. I do not have firsthand knowledge of that.

Q. Okay. Now, let me go back to where I started. Let's go back to the page 225978. Are you with me?

A. Yes.

Q. Okay. And that asystole signal amplitude that occurred at 4:20:09, we established at 20 seconds before that is 4:19:49, correct?

A. That is correct.

Q. Okay. I want you to go back to 4:19:49, and tell me, between 4:19:49 and 4:20:09, if the response buttons were pushed.

A. So it's interesting when you look at that because to -- because it came out of arrhythmia -- sorry, because it came out of asystole because the button is being pressed then, it actually starts to ramp up trying to detect, then it declares VT, so the tactile is starting to vibrate. So the system is starting to make noise, the screen would go red. Somebody was just within

the system within a minute ago. Then it declares asystole. And right after that, which, by the way, is when it would start to do the notification again, then it declares VF rhythm detected. So it's switching between some screens here. So I can see where somebody would not press the response buttons because it did do the -- it did start with the arrhythmia and the tactile vibrating and then going to asystole. So, no, the buttons weren't pressed, but there's a lot of activity going on that would have -- definitely somebody who is right there a minute ago may have caught their attention.

Q. Here's my question, Mr. Volpe, simple question. From 4:14:49 until 4:20:09, were the buttons pressed?

A. I answered that, as far as my answer. I actually specifically said that.

Q. I didn't hear your answer, Mr. Volpe. Were the buttons pressed? Yes? No?

A. Could the court reporter read it back so you can hear it?

THE COURT REPORTER: Absolutely. One moment.

(The following was read back: Page 570, Line 16 through Page 571 Line 11.)

/ / / /

BY MR. LEE:
Q. Okay. Mr. Volpe, were the buttons pressed between 4:19:49 and 4:20:09?
A. No. The buttons were not pressed, but, again, there is a lot of -- there was somebody that was just there a minute ago and there was a lot of -- there was messages and screens being displayed on the system as well.
Q. And at 4:20:09 we know both channels had good connections, correct?
A. That is correct.
Q. So we know for that 20 seconds preceding, that with this good connection, the device should have been declaring asystole, correct?
A. It declare -- declares asystole.
Q. And it also declared VT, correct?
A. I'm just looking through this.
Q. At 4:20:08, it declared VT rhythm detected, correct?
A. That is correct. And then a second later it declared asystole again.
Q. And then at 4:20:10 it said, "VF rhythm detected," correct?
A. That is correct.
Q. And you indicate at 04:20:12 there's a DSP

Q. Understood. Understood. Looking at that flag, can you say what the percentage is for the confidence level at the time that that flag that we had just been referring to at 4:20:40 on the ARM, what that confidence percentage is?

A. Yeah. I have since gone and looked it up in the source code and it was 72 percent.

Q. Okay. And earlier you were asked some questions about drift, and you -- you mentioned the concept of rounding. Can you describe what you meant by rounding when you were referring to before the five seconds.

A. Sure. So if you have 4.4 seconds, if it's below 4.5, so anywhere from 4.0 to 4.4 is going to show up as 4. Anything above that is going to show up as 5. So you can have 4.4 and it will show up as 4 and 4.5. So only one -- 100 milliseconds later and it will show up as 5. So it looked like a whole second change when it could only be 100 milliseconds -- it might only be 100 milliseconds.

Q. Okay. Have you ever seen, before this case, flag reports that had shown where SD cards had been dislodged?

A. Yes.

Q. Okay. And did those flag reports sometimes

include an SD 104 card?

A. Yes.

Q. And have you also seen flag reports where abnormal shutdowns were associated with SD card dislodgement prior to this case?

A. I had seen ones very similar to this where the most probable answer was the SD card. And I know that there's been ones that come back and we verified that the SD card was wrongfully seated.

Q. Okay. And just -- just to be clear, can you describe whether or not the -- well, no. Strike that. I think you already answered this in your deposition.

And I think -- I don't think you've ever been asked this question, so forgive me if you have been. But can you just describe on a high level what a flag report is.

A. Sure. Good question. So the LifeVest stores flags -- again, it's not part of the lifesaving aspect. It's more or less for us to be able to understand what went on in certain events more from an engineering perspective. And so as part of that, when the LifeVest does a download, it downloads those flags.

There's many downloads normally for any given patient. They get downloaded and they get inserted

into a database at Zoll. Then we have, as part of our web portal, excuse me, we have a -- you can go into our web portal and there's a place where you can, by patient ID, have it pull out all of the flags associated with the entire time that that patient wore that LifeVest, and then it puts it in chronological order and generates what you call a flag report, which provides the information about the -- what solved the flags, the times of the flags, and the payload or arguments -- the payload is essentially -- in this case we call it Hex arguments or argument Decimal. It's the information that provides a little bit more information about the flag other than just the flag description.

Q. So the flag report doesn't describe -- is not like a continuous timeline of absolutely everything the monitor is doing over time. It's more of a high-level summary of key information that's useful to you as engineers?

A. That is correct.

Q. And then can you describe what the DSP is and what it does.

A. Yes. DSP is actually a common term in engineering, and it refers to digital signal processor. So it's a processor -- and there's many types of DSPs out there, but it's a processor that's really designed for

doing mathematical processing. So -- and often it has actually built into the hardware of it capabilities to do some of the common special processing that you may do in different -- in different algorithms, like multiply-accumulate is a good example that it just does automatically very quick because that's something when you're doing digital filters, you do a lot of multiply-accumulates.

So in our system we use the DSP for the main algorithm, core algorithms, and that's what's really processing reading in the ECG from the belt, doing all the filtering on it, doing the noise detection, looking for an arrhythmia. And it also controls the defibrillation waveform, because our defibrillation waveform changes realtime based on what's going on when it's delivering it. And that's very realtime, has to be monitored very closely. So the DSP is very good at doing that, so it does all that control. So it does all the real timing critical and signal processing for our system.

Q. Okay. So just to describe it as a high level, I'm going to try to summarize what you just said.

A. Sorry.

Q. No, no. That's fine. It's all helpful information.

So the DSP is using data from the electric belt to monitor the patient's rhythm, transmit -- processing that information, transmitting that information to the ARM. The ARM then, based on that information, sends back signals and commands to the DSP for what it should do, correct?

MR. LEE: Objection. Compound. Leading.

A. I mean, that's -- what you said was correct.

BY MS. COVINGTON:

Q. Okay. Only -- I only have one other question.

You were asked some questions earlier about the Wiki.

A. Yes.

Q. And I just want to make sure I understand this correctly. I believe you mentioned that the Wiki is only accessible within Zoll; is that correct?

A. That is correct.

Q. And it's only accessible to certain people; is that correct?

A. That is correct.

Q. And would it be correct to say that it is, next to the source code, one of the most trade secret sensitive and highly confidential things that you have

CERTIFICATE OF OATH

THE STATE OF FLORIDA )
COUNTY OF PALM BEACH )

I, the undersigned authority, certify that SHANE VOLPE personally appeared before me and was duly sworn on the 20th day of July, 2022.

Signed this 24th day of July, 2022.

Nancy Cannizzaro

Nancy Cannizzaro, RMR
Notary Public - State of Florida
My Commission No. GG979476
My Commission Expires: May 16, 2024

CERTIFICATE OF REPORTER

THE STATE OF FLORIDA )
COUNTY OF PALM BEACH )

I, Nancy Cannizzaro, Registered Merit Reporter, certify that I was authorized to and did stenographically report the continued videotaped deposition of SHANE VOLPE, pages 1 through 597; that a review of the transcript was requested; and that the transcript is a true and complete record of my stenographic notes.

I further certify that I am not a relative, employee, attorney, or counsel of any of the parties, nor am I a relative or employee of any of the parties' attorney or counsel connected with the action, nor am I financially interested in the action.

DATED this 24th day of July, 2022.

Nancy Cannizzaro

Nancy Cannizzaro, RMR

# EXHIBIT 6

PRODUCED PURSUANT TO PROTECTIVE ORDER

# LifeVest®

## Model 4000

# Patient Manual




ZOLL®

PN 20B0047 Rev H

# Contents

**1: Introduction ....................................................................1-1**
About the LifeVest system ....................................................1-1
About this manual ....................................................1-1
What's in this manual ....................................................1-1
Safety information ....................................................1-2
Environment considerations related to noise and vibration ....................................................1-5
Intended use locations ....................................................1-5
Essential performance ....................................................1-5
Aircraft use ....................................................1-5
Electromagnetic interference ....................................................1-6
Wireless interference ....................................................1-7
FCC regulatory information ....................................................1-7

**2: Meet the LifeVest system ....................................................2-1**
Components ....................................................2-1
Monitor ....................................................2-2
Garment and electrode belt ....................................................2-3
Charger ....................................................2-4
Monitor touchscreen ....................................................2-6
Charger touchscreen ....................................................2-7
Help screens ....................................................2-8

**3: Using the LifeVest ....................................................3-1**
Daily routine ....................................................3-1
Normal startup routine ....................................................3-3
Taking care of the batteries ....................................................3-5
Charger setup and use, charger with touchscreen ....................................................3-7
Charger setup and use, charger with indicator lights ....................................................3-10
Sending data manually ....................................................3-12
How to read the signal strength symbols ....................................................3-14
Monitor signal strength symbol ....................................................3-15
Cellular signal strength symbol ....................................................3-16
Recording your heart rhythm ....................................................3-17
Speak options ....................................................3-18
Airplane mode ....................................................3-20
System info screens ....................................................3-21
Support mode ....................................................3-22
To enter support mode ....................................................3-23
Periodically clean and inspect the system ....................................................3-26
What family members need to know ....................................................3-27
When you are finished with the device ....................................................3-29

**4: Assembling and putting on the garment ....................................................4-1**
About this chapter ....................................................4-1
Which style garment do you have? ....................................................4-1
Assembling the electrode belt to garment A ....................................................4-2
Assembled electrode belt and garment A ....................................................4-7
Putting on the assembled electrode belt and garment A ....................................................4-8
Assembling the electrode belt to garment B ....................................................4-12
Assembled electrode belt and garment B ....................................................4-17
Putting on the assembled electrode belt and garment B ....................................................4-18
Connecting and disconnecting the electrode belt ....................................................4-22

Removing when you shower or bathe ....... 4-23
Disassembling the electrode belt and garment ....... 4-24
Laundering the garment ....... 4-26

**5: Responding to alerts ....... 5-1**
Types of alerts ....... 5-1
Siren with respond message ....... 5-2
If you get a treatment ....... 5-3
Siren with call for help message ....... 5-4
Gong alerts ....... 5-5
Belt problem message ....... 5-11
Check electrodes message ....... 5-12
Check belt message ....... 5-13
Therapy pad problem message ....... 5-14
Add gel ....... 5-17
Replace belt ....... 5-18
Too much gel ....... 5-19

**6: Using the activities options ....... 6-1**
Introduction ....... 6-1
Health survey option ....... 6-2
How to know if you are to take the health survey ....... 6-3
Answering the health survey questions ....... 6-4
Taking the health survey later ....... 6-7
Health survey messages ....... 6-9
Walk test option ....... 6-10
Warnings specific to the walk test ....... 6-12
How to know if you are to take the walk test ....... 6-13
Answering the pre-walk questions ....... 6-14
Taking the walking portion of the walk test ....... 6-17
Answering the post-walk questions ....... 6-20
Taking the walk test later ....... 6-23
Walk test messages ....... 6-25

**Appendix A: Quick charts ....... A-1**

**Appendix B: Glossary ....... B-1**

**Appendix C: Symbols ....... C-1**

**Appendix D: Software licensing statement ....... D-1**

**Index**

PRODUCED PURSUANT TO PROTECTIVE ORDER


## Restricted sale

Federal (USA) law restricts this device to sale by or on the order of a physician.

## Effectivity

This manual describes the LifeVest 4000 wearable defibrillator system.

## Disclaimer

Information, operation, specifications, and product appearance may change without notice. Names and data used in examples are fictitious.

## Trademarks

ZOLL, LifeVest, and Blue are trademarks or registered trademarks of ZOLL Medical Corporation in the United States of America. All other trademarks and registered trademarks are property of their respective owners.

## Copyright notice

© 2009, 2011, 2012, 2013, 2015-2018, ZOLL Medical Corporation. All rights reserved.

## Patents

Patent: www.zoll.com/patents

## Software nonexclusive license

The LifeVest device includes certain software (“Software”). ZOLL grants you a nonexclusive license to use the Software solely for diagnostic and treatment purposes as part of use of the LifeVest device. You are prohibited from: (i) reproducing the Software; (ii) removing or destroying any proprietary markings, copyright notices or other legends which are part of the Software; (iii) modifying or reverse engineering the Software; or (iv) removing the Software from the LifeVest device. Title to the Software will remain at all times with ZOLL. You must keep the Software confidential.

## Contact information

ZOLL
Pittsburgh, PA 15238
USA

| | |
|---|---|
| Phone toll free (USA) | 1-800-543-3267 |
| Phone outside USA | 1-412-968-3333 |
| Fax | 1-412-826-9485 |
| Web | www.zoll.com |

# 1: Introduction

## About the LifeVest system

The LifeVest device continuously monitors your heart. If it detects a life threatening rhythm that is too fast, the device delivers treatment to restore normal rhythm. If you are conscious, you can prevent a treatment by using the response buttons when the device alerts you that a treatment is coming.

## About this manual

This manual:

- is for patients who are using the LifeVest wearable defibrillator.
- gives you instructions on the use and care of the device.
- is intended to supplement the training you received when you were fitted with the LifeVest device.

## What's in this manual

Here's how to use this manual:

- The next few pages contain safety information, intended use locations, essential performance, and electromagnetic compatibility guidance.
- **Meet the LifeVest system** tells you about the components, what they're called, and basically how they work.
- **Using the LifeVest device** suggests a daily routine, tells you how to use and care for the device, and tells you what to tell your family members.
- **Assembling and putting on the garment** goes into the specific details about how to assemble the electrode belt to the garment, then how to put on the assembled belt and garment. This section also covers connecting and disconnecting the electrode belt, removing the garment when you shower or bathe, as well as disassembling and laundering the garment.
- **Responding to alerts** explains the types of alerts and tells you what to do if you get an alert.
- **Using the activities options** covers options that can be prescribed by your doctor while you're wearing the LifeVest.
- Appendixes include **Quick charts**, a **Glossary**, **Symbols**, and a **Software licensing statement**. The quick charts are particularly helpful as reminders of how to do things. The glossary defines terms and abbreviations. The list of symbols defines icons on the components, in this manual, and on the packaging.
- Use the **Index** at the back of the manual to find what you're looking for quickly.

## Safety information

This information helps you safely operate the LifeVest device. Read and understand these warnings, cautions, and symbols before using the device.

### Terms used

**WARNING:** Warns you of possible injury or death that can be caused by misuse of the device. This includes device failure that could lead to you being not protected by the device.

**CAUTION:** Advises you of a possible problem with the device. Such problems include damage to the device or other property, or minor injury.

**WARNINGS**

Do not use the LifeVest System until you receive training and understand the manual. If you do not understand how to use the system, you may damage it and/or cause the system to malfunction.

Always wear the LifeVest when instructed to do so by a medical professional. Make sure the electrode belt is properly connected to the monitor. Inappropriate use of the LifeVest may damage it and/or cause the system to malfunction.

Do not tamper, alter, drop or abuse any part of the system or labeling. Altering the equipment in any way may damage it and/or cause the system to malfunction.

Do not put the monitor, electrode belt, battery or charger in or near water. Water entering the device may damage it and/or cause the system to malfunction.

Always operate the system within the range of 0°C to 50°C (32°F to 122°F), up to 95% relative humidity (non-condensing), and up to 10,000 feet in altitude. Operating the device outside of this range may damage it and/or cause the system to malfunction.

Do not use the device in the presence of flammable agents or in an oxygen enriched atmosphere. This could present an explosion and fire hazard.

If you see Blue gel other than during a treatment, this may indicate a damaged electrode belt and cause the system to malfunction. Call your device provider immediately.

If the therapy pad Blue gel gets into your eyes, flush your eyes immediately with water and contact your physician. Your eyes may become irritated from the Blue gel.

**WARNINGS**

MR The LifeVest is magnetic resonance (MRI) unsafe. Do not use it in a MR imaging environment.

Do not stack or place the LifeVest next to other devices. Doing so could expose the device to EMI disturbance that may cause the system to malfunction.

Only the patient should press the response buttons. The patient's ability to press the response buttons lets the device know whether or not the patient is conscious and is critical in deciding when to give the patient a shock. If anyone other than the patient holds the response buttons, needed therapy may not be delivered, possibly resulting in serious injury or death.

Do not touch the patient while a shock is being delivered. Anyone touching the patient during a treatment may be shocked.

Do not remove the battery, do not disconnect the electrode belt from the monitor, and do not loosen the garment while the monitor is broadcasting alert sounds and/or voice prompts. If the battery is removed, the electrode belt disconnected from the monitor, or the garment is loosened, needed therapy may not be delivered, possibly resulting in serious injury or death. CPR can be performed as long as the monitor is not broadcasting alerts sounds and/or voice prompts. If external defibrillation is available, a decision can be made by a medical professional to remove the device and monitor/treat the patient with external equipment.

Do not dispose of or incinerate the batteries. The batteries contain lithium ion and must be disposed of properly by ZOLL.

Do not force the connector. Allow the connector to align before pushing it in. Forcing the connector may damage it and cause the system to malfunction.

Do not use chlorine bleach, bleach alternatives, fabric softener, anti-static sprays or detergents that include bleach or fabric softener additives when laundering the garment. Using bleach or any of these other prohibited agents to launder the garment may damage it and cause the system to malfunction.

If you get an alert sound and you are awake, always hold the response buttons to prevent receiving a treatment. If you fail to hold the response buttons, you will get a treatment.

If you receive a treatment while your heart is beating normally and you did not use the response buttons, the treatment may cause an abnormal rhythm to occur. There is a small possibility that the abnormal heart rhythm may not be detected and death may result.

**WARNINGS**

When performing the walk test, do not continue walking if the monitor broadcasts an alert sound. Stop walking and press the response buttons as you normally would. If you continue walking, you may place yourself at risk for a cardiac arrest, possibly resulting in serious injury or death.

When performing the walk test, do not continue walking if you experience symptoms such as shortness of breath, chest pain, or other pain or discomfort. Stop walking and sit or lie down. If the symptoms continue or get worse, immediately call your doctor or emergency help. If you continue walking or ignore the symptoms, you may place yourself at risk for a cardiac arrest or other health problems, possibly resulting in serious injury or death.

## Environment considerations related to noise and vibration

Certain environments or situations you encounter that are loud and have high vibration could affect the LifeVest. A loud environment could make it difficult for you to hear an alert to be able to appropriately respond. A high vibration environment may result in an inappropriate treatment. For example, riding a motorcycle or using some lawnmowers may cause vibration and make it difficult for some patients to hear an alert which may result in an inappropriate treatment.

If you encounter a loud, high vibration environment while wearing the LifeVest, you should be attentive to your device to ensure you respond to any alerts. In the unlikely event that vibration causes you to receive a siren alert, hold the response buttons to prevent receiving a treatment and move away from the source of vibration.

## Intended use locations

The intended electromagnetic environments for the LifeVest 4000 are home, small clinic, hospital, and transport.

## Essential performance

The essential performance of the LifeVest is that it detects ventricular fibrillation or ventricular tachycardia, then delivers a defibrillating shock. Unacceptable risks include loss of detection and treatment functionality.

## Aircraft use

The LifeVest 4000 was tested to demonstrate compliance to the emissions and immunity requirements of the following standard: RTCA DO-160F, Environmental Conditions and Test Procedures for Airborne Equipment, Section 20 (RF immunity) and Section 21 (RF emissions).

Check with your airline for any special restrictions on using personal electronic equipment when making your flight reservations.

## Electromagnetic interference

Many common devices, including motors and electronic equipment, could produce electromagnetic interference, also known as EMI, in the LifeVest device that could affect its operation. The LifeVest device has been tested with a number of common sources of electromagnetic disturbance, including cellular telephones, airport security systems, and anti-theft detection systems. This testing, along with clinical trial testing, has demonstrated that in everyday use the LifeVest device is not normally affected by commonly encountered electromagnetic disturbances.

Anti-theft detection systems, also known as electronic article surveillance systems, are often used in department stores and libraries to prevent theft by electronically sensing a special tag on a piece of merchandise when the tag passes through a detector gate. In the USA, these detector gates are commonly located near the doorways. In Europe, the detector gates may be positioned near the checkout areas.

To prevent possible disturbance with the LifeVest device, follow these simple guidelines when passing through airport security gates or anti-theft detection gates:

- Walk through the gate at a normal pace.
- Avoid lingering near or leaning on the gate.

In some occupational and hospital environments, unusually high levels of electromagnetic disturbance could be encountered. Examples of possible sources of such disturbance include: Magnetic resonance (MR) imaging equipment, communication equipment such as microwave transmitters, arc welding equipment, high voltage transmission lines, electrocautery systems, and electronic muscle stimulators. These environments should be avoided while wearing the LifeVest device.

In the unlikely event that electromagnetic disturbance causes you to receive arrhythmia alerts, hold the response buttons to prevent being shocked and move away from the source of the disturbance. The LifeVest device should return to normal monitoring mode in approximately 5 seconds.

## Wireless interference

The LifeVest can be susceptible to or cause wireless interference. Follow these instructions:

- **Cell phone use** – When using a cell phone, keep it at least 10.6 inches (27 centimeters) away from the sensing electrodes (the round ones) on the electrode belt. If you experience noise alerts while using a cell phone, move the cell phone away from the electrode belt or stop using the cell phone.
- **Charger use** – The charger contains a cell phone for data transmissions. Keep the charger at least 10.6 inches (27 centimeters) away from your body to prevent interference. If you experience interference when near the charger, move away from the charger. If you take the charger to a hospital, be sure that the use of cell phones is permitted. If not, do not use the charger while in the hospital. If you need to transmit data, use the wired modem connection.
- **General precaution** – If you experience any interference with the LifeVest when in the presence of any other wireless device, move away from the device or stop using it. If you continue to have problems, call ZOLL.

## FCC regulatory information

This device complies with part 15 of the FCC Rules. Operation is subject to the following two conditions: (1) This device may not cause harmful interference, and (2) this device must accept any interference received, including interference that may cause undesired operation.

The monitor contains:

FCC-ID POOWML-C40

The charger with touchscreen may contain:

FCC-ID POOWML-C40
FCC-ID AU792U05E06800

To comply with FCC RF exposure requirements, a minimum separation distance of 10.6 inches (27 centimeters) must be maintained between the user’s or bystander's body and the charger. With a separation distance of 10.6 inches (27 centimeters) or more, the charger produces RF exposure that is well below the maximum permissible exposure limits.

Changes or modifications to this device not authorized by ZOLL could void the RF compliance and negate your authority to operate the device.

PRODUCED PURSUANT TO PROTECTIVE ORDER


*This page intentionally left blank.*

# 2: Meet the LifeVest system

## Components




| | Item | Description |
|---|---|---|
| 1 | Monitor | Main unit of LifeVest system. Connects to electrode belt. Monitors your heart rhythm and delivers defibrillating treatment. See details on page 2-2. |
| 2 | Garment and electrode belt | Fits around your body and connects to the monitor. Different style garments may be provided. See details on page 2-3. |
| 3 | Charger | Recharges the battery and transmits data. Different types of chargers may be provided. You will receive one or the other. See details on page 2-4. |
| 4 | Holster | Lets you carry around the monitor. |

## Monitor

For details about operating and caring for the monitor, see section 3. For details about responding to alerts, see section 5.




| | Item | Description |
|---|---|---|
| 1 | Connector | Connects to electrode belt. |
| 2 | Battery | Powers the monitor. To recharge the battery, use the charger; see page 2-4. |
| 3 | Touchscreen | Displays messages about device operation, and allows patient to interact with device. When you turn the monitor upside-down, the display flips for reading by the patient who is wearing the device.<br>During normal monitoring, most of the time the LifeVest displays a dark screen. To see the display, press and release the response buttons.<br>For more on the monitor touchscreen, see page 2-6. |
| 4 | Response buttons | Two buttons, located front and back, that light solid red when the device senses that your heart is in a rapid life-threatening rhythm. You should, if conscious, press both response buttons to stop from getting a defibrillating treatment. You can press and release the response buttons; you don't have to hold them continuously. |

## Garment and electrode belt

For details on assembling, wearing, and caring for the garment and electrode belt, see section 4.




| | Item | Description |
|---|---|---|
| 1 | Garment | Worn under your clothing to hold the heart sensors and therapy pads against your chest. |
| 2 | Electrode belt | Assembles to garment and contains heart sensors, vibration box, and therapy pads. |
| 3 | Heart sensors | Sense your heart's electrical signal for the monitor. Also called electrodes. |
| 4 | Connector | Connects to the monitor. |
| 5 | Vibration box | Notifies you that the device is preparing to give you a treatment. |
| 6 | Therapy pads | Deliver a treatment to your heart. |

Case 1:21-cv-22433-JEM Document 149-3 Entered on FLSD Docket 07/25/2022 Page 145 of 498
PRODUCED PURSUANT TO PROTECTIVE ORDER



## Charger

The charger recharges the battery, communicates wirelessly with the monitor, and transmits data for your doctor to review.

The LifeVest system includes two batteries so that the monitor can run continuously on battery power. For details on battery care, see section 3.

There are two types of chargers: One has a touchscreen and is described below. The other has indicators and is described on the next page. You will receive one or the other. They both perform the same function of charging the battery and transmitting data.

### Charger with touchscreen




| | Item | Description |
|---|---|---|
| 1 | Touchscreen | Displays messages about device operation, and allows patient to interact with device. For more on the charger touchscreen, see page 2-7. |
| 2 | Battery | Shown charging in charger while other battery is in monitor. |
| 3 | Power supply | Plugs into a standard power outlet to provide power to the charger. |
| 4 | Power supply connector | Connects the power supply to the charger. |
| 5 | Phone jacks | Connects the charger to a phone line where applicable. Only use if instructed by ZOLL. |



CASE NO. 21-CV-22433-JEM ZOLL_ANA000370

PRODUCED PURSUANT TO PROTECTIVE ORDER


### Charger with indicator lights




| | Item | Description |
|---|---|---|
| 1 | Charger base | Accepts the battery for recharging. |
| 2 | Indicator lights | Show the status of the charger. For the details on charger operation, see section 3. |
| 3 | Battery | Shown charging in the charger while the other battery is in the monitor. |
| 4 | Power supply | Plugs into a standard power outlet to provide power to the charger |
| 5 | Power supply connector | Connects the power supply to the charger. |

PRODUCED PURSUANT TO PROTECTIVE ORDER


## Monitor touchscreen

Shown below is an example of the monitor screen during normal monitoring.

Not all of the symbols, controls, and indicators are shown in this example. Some symbols are shown only at certain times.

As situations change, the screen will change to advise you and suggest an action to take. Screens that require you to take some action will have a help screen associated with them. For more on help screens, see page 2-8.

For a complete description of how to use the touchscreen in the daily use of the LifeVest, see section 3.




| Item | What it means and how to use it |
|---|---|
| Patient name | Displays your name so you know this device was programmed for you. |
| Menu button | Tap to display the patient menu, where you can select various options. See details in section 3. |
| Monitor connected | Shows that the monitor is connected to the patient and is in normal monitoring mode.<br>If you see this symbol  instead of the monitor connected symbol, the electrode belt is not connected. See details in section 3. |
| Battery level | Shows amount of charge remaining in battery. Also shows when the battery is discharged or is defective. See details in section 3. |

## Charger touchscreen

Shown below is an example of what you might see on the charger screen during normal use if you have the type of charger that has a touchscreen.

Not all of the symbols, controls, and indicators are shown in this example. Some symbols are shown only at certain times.

For a complete description of how to use the touchscreen in the daily use of the LifeVest, see section 3.




| Item | What it means and how to use it |
|---|---|
| Data transfer mode | Shows how data will be transmitted to your health care provider. You will see one of these symbols: |
| |  LifeVest is set up for a wireless connection. The number of bars indicates the signal strength. |
| |  LifeVest is set up for a wireless connection, but there is no signal. Try relocating the charger to improve the signal. If you continue to see this symbol, call ZOLL. |
| |  LifeVest is set up for a land line phone or is connected to a secondary device. |
| Charger status | Shows what is going on with the charger. If a battery is inserted into the charger, the battery status is shown here. If there is no battery inserted, you'll get a message telling you to insert the battery. See details in section 3. |
| Menu button | Tap to display the menu where you can select various options. During normal operation, you can ignore this button. |
| Help button | Tap for help related to the charger status being displayed. |

PRODUCED PURSUANT TO PROTECTIVE ORDER


## Help screens

If you press a help button  on the monitor or charger (applies only to the charger with the touchscreen display), you'll get a help screen.

Shown below is an example of a help screen.




| Item | What it means and how to use it |
|---|---|
| Help message | Brief message telling you what to do based on the present condition. |
| Translate button | Tap to see the help message in the secondary language. When you leave the screen, the display returns to the primary language.<br>This button appears only if a secondary language has been programmed. |
| Touch to speak | If the speak option is enabled, touch the message area of the screen to hear the help message. The message will be spoken in the language displayed. The area to press is shown by the dashed line in the example above; the dashed line will not be visible on screen. To enable this feature, see section 3. |
| X button | Tap to close the screen. |

# 3: Using the LifeVest

## Daily routine

This is an overview of the steps involved in the daily use of the LifeVest. Some details are found elsewhere in this manual.



1 Wear the assembled electrode belt and garment.

For details about assembling and putting on the electrode belt and garment, see section 4.



2 Put a fully-charged battery into the monitor and follow the normal startup routine. See page 3-3.




3 Change and recharge the battery every 24 hours. See page 3-5.





4 Wear the monitor in its holster. The holster strap is adjustable to give you several options for comfortably wearing the system. There is also a belt clip on the back of the holster.





5 Respond to any alerts. See section 5.

6 Completely remove the LifeVest when you shower or bathe. See section 4.







7 Change and wash the garment every 1 or 2 days.

Wash only the garment. Do not wash the electrode belt, monitor, or any other accessories.

Follow the instructions in section 4 for laundering the garment.

## Normal startup routine



1 Put a fully-charged battery into the monitor. Make sure the battery is completely inserted.

2 Startup screens appear.







3 When you hear the gong and feel the vibration in your back, press the response buttons.



If you do not hear the gong or feel the vibration within 30 seconds, remove the battery. Reinsert the battery and try again. If the monitor still does not operate normally, contact ZOLL.




4 The monitor displays your name and battery level.

Make sure your name appears on the monitor. If your name does not appear, contact ZOLL immediately.

During normal monitoring, most of the time the LifeVest displays a dark screen. To see the display, press and release the response buttons.



## Taking care of the batteries

### What you need to know

- There are two types of chargers: One with a touchscreen, and one with indicator lights. You will receive one or the other. Battery care and charging is the same with either type of charger.
- You have two batteries so you can use one while charging the other. Change and recharge batteries every 24 hours.
- Recharging the battery typically takes less than 4 hours, but can take up to 16-18 hours if the battery is tested and then charged.
- Place the charger in a safe place where you can leave it plugged in. Keep the second battery in the charger while you use the monitor.
- The battery and charger may get warm. This is normal. Place the charger in a well ventilated place.
- Use only the batteries and charger supplied with the LifeVest system.
- Remove the battery from the monitor whenever you're not wearing the device. For example, when you remove the device to take a shower, remove the battery first, to ensure the device is not active when you are not wearing it.

### In the event of a power outage

If power is interrupted for any reason, you need to take steps to keep your batteries charged.

- Notify your electric company to let them know you have a medical device that needs power. Determine if they believe the power will be out for 24 hours or more. If so, seek alternatives for powering the batteries, such as a neighbor, friend, or family member not affected by the outage.
- Notify your local emergency medical services and see if they can help.
- Locate a source of backup power if possible, such as a generator. Plug the battery charger into the backup power and charge the spare battery continuously. Change the batteries every 24 hours.

If help is not available, and you expect power to be out for more than 24 hours, contact ZOLL immediately at 1-800-543-3267 to have spare batteries sent to you.

When the power is restored, plug in your charger as normal. Continue charging and changing batteries every 24 hours.

### Change and recharge batteries daily

While you are wearing the device, change and recharge the batteries every 24 hours. Leave the electrode belt connected during this procedure.

1. Remove the existing battery from the monitor.
   - You can leave the monitor in the holster with the electrode belt connected.
   - Open the holster end flap, then push the battery latches and slide the battery out of the monitor.



2. Remove the fully-charged battery from the charger and put it into the monitor.
   - Push the battery firmly into the monitor until it clicks.
   - Make sure the battery is fully inserted into the monitor.
   - Make sure the device follows the startup routine on page 3-3.



3. Put the used battery from the monitor into the battery charger.
   - Push the battery in firmly.
   - Read the battery status on the charger. Battery should be charging, testing, or charged.
4. If you ever need to unplug the charger, unplug it from the wall outlet first. Then, if necessary, unplug the power supply from the back of the charger.

Case 1:21-cv-22433-JEM Document 143-3 Entered on FLSD Docket 07/25/2022 Page 156 of 498
PRODUCED PURSUANT TO PROTECTIVE ORDER



## Charger setup and use, charger with touchscreen

There are two types of chargers: One with a touchscreen, and one with indicator lights. You will receive one or the other. If you have the charger with a touchscreen, continue below. If you have the charger with the indicator lights, see page 3-10.

### Initial setup

1 Place the charger in the room where you sleep, on a nightstand or end table, near a power outlet.

- Place the charger so you can easily get to the top of the unit to insert and remove the battery.
- The charger can actually be placed anywhere in the house, but we recommend the room where you sleep so it's convenient to use every day.

2 Plug the power supply into the back of the charger, then plug it into a standard power outlet. Make sure the outlet stays on all the time, and is not controlled by a lightswitch.





3 Insert the battery into the charger.

- Orient the battery with its connector facing the rear of the charger.
- Push the battery in firmly.
- Read the battery status on the charger. Battery should be charging, testing, or charged.
- For details on how to read the charger touchscreen, see next page.



CASE NO. 21-CV-22433-JEM
ZOLL_ANA000381

### How to read the charger touchscreen

If your charger has a touchscreen, the screen shows the status of the battery and charger. When the room gets dark, the charger display gets dim; see next page.

| Screen shows | What it means | What to do |
|---|---|---|
| <br>Insert battery | There is no battery in the charger | Insert the battery into the charger. Leave one battery in the charger while you use the other battery. |
| <br>Battery charging | Battery is charging | Let the battery charge. This can take up to 4 hours. |
| <br>Battery charged | Battery is fully charged, ready for use in monitor | Leave battery in the charger until ready to exchange battery. |
| <br>Battery testing | Battery is being tested | Let the test run, which can take up to 12 hours. Test verifies battery function as part of normal routine. After test, battery will be charged, which can take another 4 hours. So the whole process can take up to 16 hours.<br>If you need to use the battery sooner, remove battery from charger as soon as you see this on the screen. Then put the battery back into the charger to skip the test and charge the battery. The test will be performed the next time the battery is plugged into the charger. |
| <br>Battery problem | Battery has a problem, but still might hold a charge | The battery may charge, but will take longer than normal.<br>Battery can be used, but should be replaced.<br>Call ZOLL for a replacement battery. |
| <br>Charger problem | Charger has a problem, and cannot charge the battery. | Do not leave a battery in the charger. Battery is not being charged.<br>If the problem continues, call ZOLL. |

PRODUCED PURSUANT TO PROTECTIVE ORDER


**Charger display dims in the dark**




This applies only to the charger with the touchscreen display.

When the room gets dark, the charger display gets dim.

To return the display to full brightness, either turn on the light in the room or tap the screen.




If you want to press a button and the screen is dim, first tap the screen to make it bright. Then tap the button.






 

## Charger setup and use, charger with indicator lights

There are two types of chargers: One with a touchscreen, and one with indicator lights. You will receive one or the other. If you have the one with the indicator lights, continue below. If you have the one with a touchscreen, see page 3-7.

### Initial setup

1 Place the charger in the room where you sleep, on a nightstand or end table, near a power outlet.

- Place the charger so you can easily get to the top of the unit to insert and remove the battery.
- The charger can actually be placed anywhere in the house, but we recommend the room where you sleep so it's convenient to use every day.

2 Plug the power supply into the back of the charger, then plug it into a standard power outlet. Make sure the outlet stays on all the time, and is not controlled by a lightswitch.





3 Insert the battery into the charger.

- Orient the battery with its connector facing the front of the charger.
- Push the battery in firmly.
- Read the battery status on the charger. Battery should be charging, testing, or charged.
- For details on how to read the charger indicator lights, see next page.

## How to read the charger indicator lights

If your charger has indicator lights, those indicators show the status of the battery and charger.

| Indicator | What it means | What to do |
|---|---|---|
| Yellow, blinking, with audible alarm | Alarm condition 2.<br>Charger has a problem, and cannot charge the battery. | Call ZOLL immediately. Battery is not being charged.<br>This condition will be accompanied by three beeps every 15 seconds. |
| Yellow, lit solid, with audible alarm | Alarm condition 1.<br>Battery has a problem, but still might hold a charge. | Call ZOLL. Battery has a problem, and may charge, but will take longer than normal. Battery can be used, but should be replaced.<br>This condition will be accompanied by two beeps at the start of the alarm. |
| Green, lit solid | Battery is fully charged, ready for use in monitor. | Leave the battery in the charger until you are ready to exchange the battery. |
| Green, blinking | Battery is charging. | Leave the battery in the charger. Charging typically takes up to 4 hours. |
| Blue, lit solid | Power is being applied to the charger. | Make sure this indicator lights when you plug in the charger. This light will continue to stay lit when the other indicators light. To remove power from the charger, unplug it from the wall outlet. There is no power switch. |
| Three icons are blue, lit solid | Battery is being tested. | Let test run. Test verifies battery function as part of normal routine. Testing can take up to 14 hours. After the test, the battery will charge as normal. This whole process, of testing and charging, can take up to 18 hours. If you need to use the battery sooner, remove the battery from the charger as soon as the indicator lights blue, then reinstall the battery into the charger. It will skip the testing and go right to charging, for a shorter cycle time. |

## Sending data manually




If you get this message, you need to send data manually.

Call ZOLL, then follow along with this procedure. Note that you may see different screens depending on which charger and version of software that you have.

1 Go into the same room where the charger is located.




2 On the monitor, tap the menu button .

If the screen is dark, press and release the response buttons to activate the screen.






3 Tap **Activities**.




4 Tap **Send data**.

5 Make sure both signal strength symbols and show good connections.

For help in reading these symbols, see page 3-14.




6 When you have a good connection, tap **OK**.




7 The monitor shows that data is being sent. Stay near the charger until the transfer is complete.




8 The monitor shows when data transfer is complete. Tap **OK**.




If the monitor is unable to send data, you'll get this message.

Tap **X** and try again.

If you continue to have a problem sending data, you will get additional instructions from ZOLL.

PRODUCED PURSUANT TO PROTECTIVE ORDER


## How to read the signal strength symbols

Data gets sent from the monitor to the charger, then to the cell tower.

Symbols on the devices show the signal strength. One symbol shows the strength of the monitor signal, the other shows the strength of the cellular signal.

Depending on which type of charger you have, you may see these symbols on the charger or monitor.

These symbols are explained on the next two pages.



PRODUCED PURSUANT TO PROTECTIVE ORDER


## Monitor signal strength symbol

This symbol shows the strength of the signal from the monitor. Depending on which type of charger you have, you may see this symbol on the charger or monitor.

| Symbol | What it means | What to do |
|---|---|---|
|  | Monitor is connected to the charger.<br>Signal strength is shown by the number of green segments. The more segments, the better. | To get a stronger signal, try moving the monitor closer to the charger.<br>If you have at least one green segment, data can be sent. |
|  | The monitor is not connected to the charger.<br>You may see this signal while the monitor finds a signal. That is normal. | If you get this symbol all the time, monitor is not connected.<br>Try relocating the monitor and charger to another part of the house.<br>Monitor and charger can still be used normally.<br>If you continue to see this symbol, call ZOLL. |

## Cellular signal strength symbol

This symbol shows the strength of the signal from the charger to the cellular network. Depending on which type of charger you have, you may see this symbol on the charger or monitor

| Symbol | What it means | What to do |
|---|---|---|
|  | The device is connected to a cellular network.<br>Signal strength is shown by the number of bars. The more bars, the better. | To get a stronger signal, try moving the charger to a different part of the house, possibly to a higher location or near a window.<br>If you have at least one bar, data can be sent. |
|  | The device is not connected to a cellular network.<br>You may see this signal until the device finds a signal. That is normal. | If you get this symbol all the time, device is not getting a signal.<br>Try relocating the charger to another part of the house in order to get a signal.<br>Monitor and charger can still be used normally.<br>If you continue to see this symbol, call ZOLL. |
|  (only on some chargers) | Device is set up for a land line phone connection or is connected to a secondary device.<br>Charger functions normally, but uses a land line to transfer data. | In this mode, a phone line can be plugged into the back of the charger or the LifeVest may be connected to a secondary device. |

## Recording your heart rhythm

At times, you may want to record your heart rhythm for your doctor to review. Follow this procedure to record your heart rhythm.



1 Hold the response buttons for 3 seconds.




2 Release response buttons when you see the recording indicator and hear a single gong.

## Speak options

There are three speak options associated with the help screens:

- Speak when you tap the text area of the help screen.
- Speak with every help screen.
- Don’t speak with the help screens.

You can also change the volume of these messages. This does not affect the volume of the treatment prompts, which are always delivered at full volume.

Screens speak in the language displayed.

Follow this procedure to change the speak mode or volume.




1 On the monitor, tap the menu button .

If the screen is dark, press and release the response buttons to activate the screen.






2 Tap **Settings**.




3 Tap **Speak options**.



CASE NO. 21-CV-22433-JEM ZOLL_ANA000392

PRODUCED PURSUANT TO PROTECTIVE ORDER





4 Tap **Volume** until you hear the desired volume.


Volume level 1.


Volume level 2.


Volume level 3.




5 Tap **Mode** until you see the speak mode you want.


LifeVest speaks when you tap the text area of the screen.


LifeVest speaks with every help screen. You don't have to tap it.


LifeVest does not speak.




6 When you are finished with the speak options, tap **OK**.

To close the screen without making any changes, tap **X**.

## Airplane mode

Airplane mode disables the LifeVest from wirelessly transmitting data to avoid interfering with aircraft operation and other electrical equipment.

Follow this procedure to set the LifeVest for airplane mode.




1 On the monitor, tap the menu button.

If the screen is dark, press and release the response buttons to activate the screen.






2 Tap **Settings**.




3 Tap **Airplane mode**.

When the airplane symbol appears on the button, airplane mode is selected. Each time you tap **Airplane mode**, it toggles between on and off.




Airplane mode **ON**. No signals are transmitted from LifeVest.




Airplane mode **OFF**. This is the normal position.

Tap **X** to save your changes and close this screen.




4 On the home screen, if you see the airplane symbol in the upper right corner, the LifeVest is in airplane mode.

When you see the airplane symbol, no signals will be transmitted from LifeVest.

The monitor will go out of airplane mode the next time you change the battery, or if you attempt to manually send data.

## System info screens

If you ever call for service or support, you may be asked for information about your LifeVest. You may be instructed to go into the system information screens.




1 On the monitor, tap the menu button.

If the screen is dark, press and release the response buttons to activate the screen.






2 Tap **Settings**.




3 Tap **System info**.




4 System information will be shown.

- To go from one screen to another, tap the next page button.
- To close either screen, tap **X**.

PRODUCED PURSUANT TO PROTECTIVE ORDER


## Support mode

### Introduction

This feature lets ZOLL update your LifeVest 4000 while you remain at home.

It's a simple process that should take just a few minutes.

### If your LifeVest needs to be updated

If your LifeVest needs to be updated, here's what will happen and what we need you to do:

- ZOLL will call and explain that your LifeVest needs to be updated.
- You will be talked through a simple updating process.
- You are to remain on the phone with ZOLL until this entire process has been completed.
- You need to continue to wear the device during this process.
- You will interact with the screen, pressing buttons and reading back what the display says.
- If you are unable or uncomfortable doing this, have someone with you who can talk with ZOLL and interact with the LifeVest device.
- Follow along with the procedure starting on the next page.

### To enter support mode

If you are to enter support mode:

- You will be contacted by ZOLL and they will guide you through this process.
- Refer to these instructions to follow along as you remain in contact with ZOLL.
- As you respond to each step, tell ZOLL what you see on the screen.




1 During normal monitoring, the LifeVest screen should display the "home" screen, as shown at left.

If the screen is dark, press and release the response buttons to activate the screen.






2 Tap the menu button .




3 Tap **Settings**.




4 Tap the next page button .




5 Tap **Support mode**.




6 On the monitor, tap **OK**.

Verify that you have a good cellular connection: 




7 On the monitor, you'll see the support mode screen for a few moments.







8 You’ll then see either a support PIN or an update code.

Tell ZOLL which screen you see, then read the number to ZOLL and wait for further instructions.

When ZOLL tells you that the update has been completed, tap **OK**, then tap **X** until you return to the home screen.

PRODUCED PURSUANT TO PROTECTIVE ORDER


## Periodically clean and inspect the system

### How to clean the garment

Specific details about laundering the garment are in section 4.

### How to clean the non-washable items

Unplug the battery charger and disconnect the power cord before cleaning.

Non-washable items such as the battery, charger, cables, ECG electrodes, and therapy pads may be cleaned using a soft cloth sparingly dampened with Formula 409® all-purpose cleaner or equivalent cleaning solution. Wipe off any remaining cleaning solution before putting the device back on.

When you clean these items, keep in mind:

- Don't apply liquids directly to any of the non-washable items, as they contain electronic components that can be damaged.
- Don't attempt to clean any electrical contacts or connectors.
- Don't use any cleaning solution on the garment.

### Inspection

Inspect your system periodically. If you should notice any of the following conditions, please notify ZOLL as soon as possible:

- Cracks in the housing of the monitor, battery, or charger.
- Cracks in the therapy pads.
- Tears in the garment or holster.
- Blue gel leaking from the therapy pads at any time other than when defibrillation is about to occur or has just occurred.

PRODUCED PURSUANT TO PROTECTIVE ORDER


## What family members need to know

**WARNINGS**

Only the patient should press the response buttons. The patient's ability to press the response buttons lets the device know whether or not the patient is conscious and is critical in deciding when to give the patient a shock. If anyone other than the patient holds the response buttons, needed therapy may not be delivered, possibly resulting in serious injury or death.

Do not touch the patient while a shock is being delivered. Anyone touching the patient during a treatment may be shocked.

Do not remove the battery, do not disconnect the electrode belt from the monitor, and do not loosen the garment while the monitor is broadcasting alert sounds and/or voice prompts. If the battery is removed, the electrode belt disconnected from the monitor, or the garment is loosened, needed therapy may not be delivered, possibly resulting in serious injury or death. CPR can be performed as long as the monitor is not broadcasting alerts sounds and/or voice prompts. If external defibrillation is available, a decision can be made by a medical professional to remove the device and monitor/treat the patient with external equipment.

## Information for family members

Since your family member or friend may be wearing the LifeVest device for a period of time, you may want to understand the daily routine involving the device, as well as warnings and cautions directed to the patient. In that case you should read this entire manual.

Anyone associated with the patient should be aware of the following information:

- If the LifeVest treatment does not revive the patient and the patient is unconscious, call for help and then start CPR.
- If the patient gets the alert message shown below and the patient is unconscious, call for help and then start CPR. If the patient remains conscious, check the belt to make sure all electrodes are pressing against the patient's skin.




- A label on the front of the garment reminds medical personnel to open the garment before giving the patient conventional external defibrillation.
- Keep the LifeVest device out of the reach of children.*
- The LifeVest will direct a conscious patient to respond to messages and alerts. A patient who has lost consciousness due to their arrhythmia will be unable to respond, letting the device know it is time to deliver a treatment shock. The bystander should not respond to messages and alerts in place of the patient.

* See indication for patients under 18 years of age.

## When you are finished with the device



Call ZOLL and arrange to return the LifeVest system.

In the USA, call 1-800-543-3267.

### Battery recycling

The lithium-ion batteries used with the LifeVest device are recyclable and should be returned to ZOLL.

**WARNINGS**

Do not dispose of or incinerate the batteries. The batteries contain lithium ion and must be disposed of properly by ZOLL.

*This page intentionally left blank.*

# 4: Assembling and putting on the garment

## About this chapter

This chapter contains instructions for:

- Identifying which style garment you have
- Assembling the electrode belt to the garment
- Putting on the assembled electrode belt and garment
- Connecting and disconnecting the electrode belt
- Removing the garment when you shower or bathe
- Disassembling and laundering the garment

## Which style garment do you have?

The first thing to do is figure out which style garment you have. Then refer to the instructions for the style you have.

**Garment A**




This style garment has three straps at the top, and a small blue strap at the bottom.

We call this garment style A.

If you have this style garment, see page 4-2.

**Garment B**




This style garment has two straps and a label showing the B size of the garment.

We call this garment style B.

If you have this style garment, see page 4-12.

## Assembling the electrode belt to garment A

Refer to this section for garment A. If you have garment B, see page 4-12.

Lay the electrode belt and garment on a flat surface as shown below.

- Place the garment with the white fabric and blue tabs on the back pockets facing up.
- Place the electrode belt with the white foam sides of the therapy pads facing up.



1 Insert the rear therapy pads into the garment's rear pockets.




- Insert the pads with the white foam facing the white fabric.



- Snap the blue tabs to secure the pockets.
- Make sure the snaps are securely fastened.

PRODUCED PURSUANT TO PROTECTIVE ORDER


2 Attach the vibration box to the garment.



- Position the vibration box with the label side facing toward the garment, and with the connector cable facing down.
- Insert the connector cable under the strap along the edge of the garment.
- Slide the vibration box under the strap.



- Snap the blue strap over the vibration box.
- Make sure the snap is securely fastened.

PRODUCED PURSUANT TO PROTECTIVE ORDER


3 Insert the front therapy pad into the front pocket.




- Turn the garment over.
- Insert the pad with silver to silver. By that we mean to have the silver side of the pad (with the green sticker) facing the silver fabric on the pocket.



- After the therapy pad is fully inserted, snap the pocket closed.
- Make sure the snap is securely fastened.

4 Attach the ECG electrodes to the garment. Match the colors on the backs of the electrodes to the colors of the Velcro on the garment.



5 Make sure that you have properly assembled the electrode belt to the garment. See next page.

6 Then put on the assembled garment. See page 4-8.

## Assembled electrode belt and garment A

The assembled electrode belt and garment should look like the following figures.

If the straps are not buttoned, button them now.

**Outside view**
This side faces away from your body when worn. The foam sides of the electrodes face the back of the garment.




**Inside view**
This side faces toward your body when worn, with the silver pockets against your skin. Look for the green stickers visible through the silver fabric.



## Putting on the assembled electrode belt and garment A

Follow these instructions to put on the assembled garment, then make sure you're wearing it properly.



1 Before putting on the garment, remove all clothing and undergarments from your upper body.

All clothing, including underwear must be worn OVER the device, NOT under it.

2 If desired, apply unscented hand lotion or skin cream to the four ECG (round) electrodes.



3 Put on the garment, making sure:

- The garment doesn't get twisted.
- The silver fabric pockets touch your bare skin.

If you are a female:

- Wear a bra OVER the assembled electrode belt and garment.
- Make sure that the silver side of the front therapy pad is pressing against your body rather than the underside of your left breast.



4 Connect the garment ends together in the front.

Make sure that the clips are fully inserted past the slight bumps in the clips.



PRODUCED PURSUANT TO PROTECTIVE ORDER


5 Look in a mirror to make sure that:

- The garment is not twisted. Straps are flat against your skin.
- The electrodes and therapy pads are pressing against bare skin. The silver fabric pockets and silver side of the therapy pads (with green stickers) MUST TOUCH YOUR BODY for the device to work properly.
- None of the cabling interferes with the electrodes or therapy pads.
- The garment is being worn correctly. Your garment should look like the figures below.







6 Check the position of the garment on your body and make sure it's not too high or too low.

To position the garment properly, you may need to adjust the front strap.

Move the strap to the button hole that positions the garment properly, and for a snug fit.

- The garment **should** cross your body just below your breastbone.
- The garment **should not** be as high as your nipples.
- The garment **should not** be as low as your belly button.



Positioned properly



Too high



Too low

Case 1:21-cv-22433-JEM Document 149-3 Entered on FLSD Docket 07/25/2022 Page 191 of 498
PRODUCED PURSUANT TO PROTECTIVE ORDER


### Assembling the electrode belt to garment B

Refer to this section for garment B. If you have garment A, see page 4-2.

Lay the electrode belt and garment on a flat surface as shown below.

- Place the garment with the silver fabric facing up.
- Place the electrode belt with the silver sides of the therapy pads facing up.






CASE NO. 21-CV-22433-JEM
ZOLL_ANA000416

1 Insert the rear therapy pads into the garment's rear pockets.




- The rear pockets are numbered 1.
- Insert the pads with silver to silver. By that we mean to have the silver sides of the pads (with the green stickers) facing the silver fabric on the pockets.




- Snap the green tabs to secure the pockets.
- Make sure the snaps are securely fastened.

PRODUCED PURSUANT TO PROTECTIVE ORDER


2 Position and secure the vibration box to the garment.




- The vibration box goes in position numbered 2.




- Place the vibration box with the label side facing up.




- Snap the flap over the vibration box to the blue tabs.
- Make sure all three snaps are securely fastened.

PRODUCED PURSUANT TO PROTECTIVE ORDER


3 Insert the front therapy pad into the front pocket.




- The front pocket is numbered 3.
- Insert the pad with silver to silver. By that we mean to have the silver side of the pad (with the green sticker) facing the silver fabric on the pocket.



- After the therapy pad is fully inserted, snap the pocket closed.
- Make sure the snap is securely fastened.

PRODUCED PURSUANT TO PROTECTIVE ORDER


4 Attach the ECG electrodes to the garment. Match the colors on the backs of the electrodes to the colors of the Velcro on the garment.




5 Make sure that you have properly assembled the electrode belt to the garment. See next page.

6 Then put on the assembled garment. See page 4-18

PRODUCED PURSUANT TO PROTECTIVE ORDER


## Assembled electrode belt and garment B

The assembled electrode belt and garment should look like the following figures.

**Outside view**
This side faces away from your body when worn. The foam sides of the electrodes face the back of the garment.




**Inside view**
This side faces toward your body when worn, with the silver pockets against your skin. Look for the green stickers visible through the silver fabric.



## Putting on the assembled electrode belt and garment B

Follow these instructions to put on the assembled garment, then make sure you're wearing it properly.



1 Before putting on the garment, remove all clothing and undergarments from your upper body.

All clothing, including underwear must be worn OVER the device, NOT under it.

2 If desired, apply unscented hand lotion or skin cream to the four ECG (round) electrodes.



3 Put on the garment, making sure:

- The garment doesn't get twisted.
- The silver fabric pockets touch your bare skin.

If you are a female:

- Wear a bra OVER the assembled electrode belt and garment.
- Make sure that the silver side of the front therapy pad is pressing against your body rather than the underside of your left breast.



4 Connect the garment ends together in the front.

Make sure that the clips are fully inserted past the slight bumps in the clips.



5 Look in a mirror to make sure that:

- The garment is not twisted. Straps are flat against your skin.
- The electrodes and therapy pads are pressing against bare skin. The silver fabric pockets and silver side of the therapy pads (with green stickers) MUST TOUCH YOUR BODY for the device to work properly.
- None of the cabling interferes with the electrodes.
- The garment is being worn correctly. Your garment should look like the figures below.







6 Check the position of the garment on your body and make sure it's not too high or too low.

To position the garment properly, you may need to adjust the shoulder straps.

Move the sliders to position the garment properly, and for a snug fit.

- The garment **should** cross your body just below your breastbone.
- The garment **should not** be as high as your nipples.
- The garment **should not** be as low as your belly button.



Positioned properly | Too high | Too low

## Connecting and disconnecting the electrode belt

### To connect the belt

**WARNING**

Do not force the connector. Allow the connector to align before pushing it in. Forcing the connector may damage it and cause the system to malfunction.



1 Line up the connector with the monitor. The cable should face toward the center of the monitor.



2 Gently push the connector straight in until it locks in place.

### To disconnect the belt



1 Squeeze the sides of the connector as you pull it away from the monitor.



2 Pull the connector straight out of the monitor.

## Removing when you shower or bathe



When you remove the device to bathe or shower, you are not protected by the device. Bathe or shower in the evening, preferably when someone else is home with you.

When you remove the device for any reason, remove the battery first. When you put the LifeVest device back on, put the battery in last.

Completely remove the LifeVest device when you shower or bathe. Don't put the monitor, electrode belt, or battery in or near water.

### To remove the LifeVest device before you bathe or shower



1 Remove the battery from the monitor. Keep the belt connected to monitor.



2 Unfasten and remove the garment from your body.

If you plan to change the garment, follow the procedure on the next page to disassemble the electrode belt from the garment.

### Disassembling the electrode belt and garment

1 Remove the four ECG electrodes from garment. Pull on the electrodes, not on the wires.





2 Remove the vibration box from the garment.

Do not use the vibration box as a handle to pull or lift the electrode belt. Pulling on the vibration box can damage the internal wiring and cause the system to malfunction.





3 Unsnap and remove the therapy pads from their pockets.



4 Wipe the metallic surfaces of the electrodes and therapy pads with a soft cloth dampened with rubbing alcohol.




5 Reassemble the garment and electrode belt as described on page 4-2 (garment A) or page 4-12 (garment B).

6 Put on the assembled garment and electrode belt as described on page 4-8 (garment A) or page 4-18 (garment B).

For instructions on laundering the dirty garment, see next page.

PRODUCED PURSUANT TO PROTECTIVE ORDER


## Laundering the garment

**CAUTION**

Do not use chlorine bleach, bleach alternatives, fabric softener, anti-static sprays or detergents that include bleach or fabric softener additives when laundering the garment. Using bleach or any of these other prohibited agents to launder the garment may damage it and cause the system to malfunction.



Launder the garment every 1 or 2 days.

Before washing the garment:

- Remove the electrode belt to protect it from damage. **Do not wash the electrode belt.**
- Attach the ends of the garment together.
- With garment A, leave the straps buttoned.

Wash the garment by itself. Do not wash it with other laundry.

The garment may be hand-washed or machine washed, using a normal wash cycle and warm water, with a maximum water temperature of 45°C (113°F).

Use clothes washing detergent only, such as Woolite® Original, Tide®, Purex® After the Rain, Fab® Spring Magic, or Arm & Hammer® for sensitive skin.

Use a clothes dryer to dry the garment. Set the clothes dryer to a warm or medium setting. Do not use the high heat setting.

PRODUCED PURSUANT TO PROTECTIVE ORDER


# 5: Responding to alerts

## Types of alerts

How you respond to an alert depends on the type of alert you get. There are three types of alerts:

- vibration
- siren
- gong

### Vibration alert



If you get a vibration in the back of the electrode belt, you are being warned that you're about to get a siren alert. You will also get a short vibration alert every time you change the battery.

Press the response buttons to stop this alert.

Follow the same instructions as for the siren alert on page 5-2.

### Siren alert



The siren alert is a high-pitched two-tone sound that means an abnormal rhythm has been detected.

Press the response buttons to stop this alert. If you don't respond to this alert, you will probably receive a treatment within the next minute.

Follow the instructions on page 5-2.

### Gong alert



The gong alert is a low-pitched "gong" sound that repeats about once a second.

This type of alert is accompanied by a message stating a problem that needs your attention. Read the message to see what action needs to be taken. For specific help, press the help button on the screen.

Follow the instructions on page 5-5.

PRODUCED PURSUANT TO PROTECTIVE ORDER


## Siren with respond message






**If you are conscious**, hold the response buttons to stop the treatment from occurring.

- The siren stops and a voice prompt alerts bystanders that the treatment has been stopped.
- **NO ONE ELSE** should hold the response buttons. Only you, the patient, should hold the response buttons.
- If you feel dizzy, find a place to sit or lie down.
- Hold the response buttons each time you feel the vibration alert or hear the siren alert.

**If you are not conscious**, naturally you will not be able to press the response buttons.

- This allows the device to deliver a treatment.
- Voice prompts alert bystanders not to touch you.
- Voice prompts also alert bystanders to call for help after you have been given a treatment.

**WARNINGS**

If you get an alert sound and you are awake, always hold the response buttons to prevent receiving a treatment. If you fail to hold the response buttons, you will get a treatment.

If you receive a treatment while your heart is beating normally and you did not use the response buttons, the treatment may cause an abnormal rhythm to occur. There is a small possibility that the abnormal heart rhythm may not be detected and death may result.

PRODUCED PURSUANT TO PROTECTIVE ORDER


## If you get a treatment

After getting a treatment, you may feel wetness on your back, sides, and chest. This is gel that was released just before the first treatment was delivered. You might also have some chest soreness.

When any of these messages appear, tap the help button ? for reminders about what to do.




1 Call your doctor's emergency number immediately to report your treatment.

2 **Unless your doctor tells you otherwise,** continue to wear the LifeVest system.

- Leave the belt connected. Do not remove the electrode belt or garment, and do not disconnect the electrode belt from the monitor.
- Leave the battery in the monitor. Do not remove the battery. Continue to change and recharge the batteries as normal.
- Leave the gel under the therapy electrodes. Do not wipe them dry.
- Tap **OK** after reading the message.




3 Call ZOLL and arrange to get a new belt.

Tap **OK** to resume normal monitoring.




4 Check the display for any messages and take the action indicated.

- For help with specific messages, tap the help button ?.
- For general instructions for any message accompanied by a gong, see page 5-5.

## Siren with call for help message






**If you are awake and feel OK** and you get this message:

- Press the response buttons to stop the message and siren alert.
- If the alert continues even after you press the response buttons, remove and replace the battery to reset the device.
- If you continue to get this message, call ZOLL.

**If you are not conscious**, naturally you will not be able to press the response buttons.

Voice prompts and messages alert bystanders to call for help.

Case 1:21-cv-22433-JEM Document 143-3 Entered on FLSD Docket 07/25/2022 Page 210 of 498
PRODUCED PURSUANT TO PROTECTIVE ORDER


## Gong alerts

If you get a gong alert, there is a problem that needs your attention.

- Read the message on the monitor's display.
- For specific help with any message, tap the help button ?.
- Use this chart to see what the message means and what to do.

| Message | What it means | What to do |
|---|---|---|
|  | Red battery symbol means that battery has discharged and needs to be changed. | Change to a fully-charged battery and place discharged battery into the charger. |
|  | Yellow battery symbol means that battery condition cannot be determined, but battery may continue to function normally. | Continue to use and recharge battery as normal.<br>Call ZOLL for a replacement battery. |
|  | Electrode belt is not connected to monitor. | Connect the electrode belt to the monitor. |



CASE NO. 21-CV-22433-JEM ZOLL_ANA000435

| Message | What it means | What to do |
|---|---|---|
|   | Monitor is not receiving a signal from the electrode belt.<br>This message is accompanied by a voice prompt telling you to *Check electrodes*. | Adjust your garment and electrode belt so that each ECG electrode is touching your skin.<br>For more details about this message, see page 5-12. |
|   | Monitor is receiving a poor signal or no signal from the electrode belt.<br>Electrode icons can be any combination of green, yellow, or red to show specific conditions. Tap the help button ? for details. | Adjust your garment and electrode belt so that each ECG electrode is touching your skin.<br>Pay particular attention to the electrode icons that show yellow or red on screen.<br>Tap **OK** to return to normal operation.<br>For more details about this message, see page 5-11. |
|   | Monitor is not receiving a clear signal from the electrode belt. Electrodes are probably not in good contact with skin.<br>Electrode icons can be any combination of green, yellow, or red to show specific conditions. Tap the help button ? for details. | Adjust your garment and electrode belt so that each ECG electrode is touching your skin.<br>Pay particular attention to the electrode icons that are yellow or red.<br>Tap **OK** to return to normal operation.<br>For more details about this message, see page 5-11. |
|   | Therapy pad is not making contact with your skin. | Make sure the therapy pads are inserted correctly, with their metal sides (with green stickers) against your skin.<br>Make sure the therapy pads and mesh pockets are pressing against your skin.<br>Tap **OK** to return to normal operation.<br>For more details, see page 5-14. |

| Message | What it means | What to do |
|---|---|---|
|   | You have received a treatment and the gel is drying out. | Add gel to the therapy pads or replace electrode belt.<br>Tap **OK** to return to normal operation.<br>See details on page 5-17. |
|   | System has a problem that requires servicing. You can continue to use the device.<br>Note the code beginning with the number 1. | Write down code number and call ZOLL.<br>Tap **OK** to return to normal operation. |
|   | System has a more severe service problem. You CANNOT use the device.<br>Note the code beginning with the number 2. | Write down the code number and call ZOLL immediately. |
|   | Battery has discharged and needs to be changed. | Change to a fully-charged battery and place discharged battery into the charger.<br>Tap **OK** to return to normal operation. |

| Message | What it means | What to do |
|---|---|---|
|   | After multiple attempts to adjust the belt, monitor is still not receiving a good signal from the electrode belt. | See details on page 5-13. |
|   | Device is checking to see if the belt is sending a clear signal. | No action required. Just wait while this screen is displayed. |
|   | You have received a treatment. | Continue to wear the LifeVest device.<br>Call your doctor's emergency number immediately.<br>Leave the electrode belt connected; change and recharge the battery as normal until you receive a replacement belt.<br>Follow instructions about what to do after receiving a treatment on page 5-3.<br>Tap **OK** to return to normal operation. |
|   | The system is performing maintenance on the belt. | No action required. Just wait while this screen is displayed. |

| Message | What it means | What to do |
| --- | --- | --- |
|  | You are to press the response buttons to test their function every time the battery is installed. | At startup, press the response buttons as a reminder of what to do when a siren alert sounds. |
|  | This message may appear at startup. You may be holding the response buttons instead of pressing and releasing them. | Release the response buttons.<br>If you are not holding the response buttons, device may be defective. Call ZOLL. |
|  | This message may appear after a detection. You may be holding the response buttons and you are no longer having a treatable heart rhythm. | Release the response buttons.<br>If you are not holding the response buttons, device may be defective. Call ZOLL. |
|  | This message appears if the battery has been left in the monitor when not in use. | If you are not wearing the LifeVest, remove the battery from the monitor.<br>If you are wearing the LifeVest, make sure the electrode belt is firmly connected. If you continue to get this message with the belt connected, call ZOLL. |

| Message | What it means | What to do |
|---|---|---|
|   | Data should be sent manually as soon as possible.<br>Either a treatment was delivered or the monitor has data that has not been transmitted for some time. | Contact ZOLL for instructions about how to send data.<br>Tap **OK** to return to normal operation.<br>See details in section 3. |
|   | Too much gel is on your skin. | Leave the gel that is under the therapy pads, but wipe the gel from the skin that is not under the therapy pads.<br>Tap **OK** to return to normal operation.<br>See details on page 5-19. |

PRODUCED PURSUANT TO PROTECTIVE ORDER


## Belt problem message




This screen shows which ECG electrodes (the round ones) are causing problems.

If you get this message with yellow icons, along with a voice prompt stating to *Check electrodes*, see page 5-12.

The symbols help you to determine the problem. You may get any combination of these symbols:



**Electrode off skin:** Electrode is not making good contact with skin.



**Poor signal:** Could be muscle noise, electrical noise, weak signal, lost signal, or interference.



**Good signal:** Situation normal, no action required.

If you get one or more of the yellow or red symbols, make sure:

- The electrodes indicated by the yellow or red symbols are touching your skin.
- Nothing is between the ECG electrodes and your skin, such as clothing or one of the cables.
- Garment and belt fit snugly, with the electrodes pressing against your skin.

While you're wearing the LifeVest, tap the help button  for reminders about what to do.

## Check electrodes message



You may get this screen with this voice prompt:

*Check electrodes.*

If you are awake and feel OK, follow the instructions below.

### If you get this message and you're conscious

The problem may be with the signal from the ECG electrodes (the round ones). Follow this procedure to correct the problem.

1 Check your electrode belt and garment. Make sure:
- All four ECG electrodes are touching your skin, not flipped over or pulled away from your skin.
- Nothing is between the ECG electrodes and your skin, such as clothing or one of the cables.
- Garment and belt fit snugly, with the electrodes pressing against your skin.
- Electrode cable is securely connected into the monitor.

2 If you continue to get this message, call ZOLL.

PRODUCED PURSUANT TO PROTECTIVE ORDER


## Check belt message




After you get a number of belt problem screens, you may get this message. It means that the monitor is still not receiving a good signal from the electrode belt.

If you get this message:

1 Disconnect the electrode belt from the monitor.

2 Take off the garment and make sure that nothing is covering the metal surfaces of the ECG electrodes.

3 Put a dab of unscented hand lotion, skin cream, or moisturizer on the surface of each ECG electrode (the round ones, not on the therapy pads).




4 Put the garment on and connect the electrode belt to the monitor.

While you're wearing the LifeVest, tap the help button ? for reminders about what to do.

If problems continue, call ZOLL.

## Therapy pad problem message




This screen shows when the therapy pads (the large rectangular ones) are causing problems by not making good contact with your skin.

Remember that there are three therapy pads: one in front and two in back. Any one of them could be causing the problem, so be sure to check all three if you get a red symbol.

The symbols help you to determine the problem:



**Therapy pad off skin:** Metal side is not making good contact with skin. Check all three therapy pads, front and back.



**Therapy pad on skin:** Situation normal, no action required.

If you get red symbols, make sure:

- Therapy pads and mesh pockets are pressing against your skin. For details, see page 5-15.
- Therapy pads are inserted correctly into their pockets, with the metal sides (with the green stickers) facing the metal mesh. For details, see page 5-16.
- Garment and belt fits snugly, with the metal mesh of the therapy pads pressing against your skin.

While you're wearing the LifeVest, tap the help button  for reminders about what to do.

**Therapy pad and mesh pocket may not be pressing against your skin**

1 Change your body position and make sure that the garment is not twisted or loose.

2 Make sure that the metal mesh pockets and the therapy pads are pressing against your bare skin. For details about putting on the garment and electrode belt, see section 4.



3 To help prevent stretching, launder the garment every 1 or 2 days. Follow the instructions for how to launder the garment in section 4.



4 If problems continue, call ZOLL.

**Therapy pad may not be inserted correctly into its pocket**

1 Remove the battery from the monitor, then remove the garment and electrode belt from your body.

2 Make sure the therapy pads are inserted correctly, their metal sides (with green stickers) facing the metal mesh, which faces your body.




3 Put on the garment and electrode belt, then put the battery into the monitor to resume normal operation.

4 If problems continue, call ZOLL.

## Add gel




After you receive a treatment to correct an abnormal rhythm, you may see this message telling you to add gel.

Follow the instructions below to add gel.

While you're wearing the LifeVest, tap the help button ? for reminders about what to do.

Tap **OK** to resume normal monitoring.

### To add gel

1 Remove the battery from the monitor, then remove the electrode belt and garment from your body.

2 Locate the packets of gel you got with the LifeVest system. Add one-half packet of gel to each therapy pad, directly onto the mesh material of each pocket. Apply to the rear pads and the front pad (but not to the ECG electrodes.)




3 Put on the electrode belt and garment. Refer to section 4.

4 Put the battery into the monitor and follow the normal startup routine.

## Replace belt




After you receive a treatment to correct an abnormal rhythm, you may see this message telling you to replace the belt.

Continue to wear the belt until you get the replacement belt. The belt is still functional and can provide additional treatment if needed.

When you receive the new belt, follow the instructions below to replace the belt.

While you're wearing the LifeVest, tap the help button ? for reminders about what to do.

Tap **OK** to resume normal monitoring.

### To replace the electrode belt

1 Remove the battery from the monitor.

2 Disconnect the electrode belt from the monitor.

3 Remove the electrode belt and garment from your body.

4 Disassemble the electrode belt from the garment, assemble the new electrode into a clean garment, and put on the assembled electrode belt and garment. Refer to section 4.

5 Connect the electrode belt to the monitor.

6 Put the battery into the monitor and follow the normal startup routine.

## Too much gel




After you add gel to the electrode belt, you may see this message telling you there is too much gel between the therapy electrodes.

Follow the instructions below to remove the excess gel.

While you're wearing the LifeVest, tap the help button ? for reminders about what to do.

Tap **OK** to resume normal monitoring.

### To remove excess gel

1. Remove the battery from the monitor.
2. With the electrode belt and garment on your body, and using a towel or soft cloth, wipe your skin between the front and back therapy pads on the left side of your body. Be careful not to remove the gel under the therapy pads.
3. Reinstall the battery into the monitor.

PRODUCED PURSUANT TO PROTECTIVE ORDER


*This page intentionally left blank.*

# 6: Using the activities options

## Introduction

This section covers two activities options that your prescriber can request while you're wearing the LifeVest. These options are the health survey and walk test. Before you do either of these options for the first time, read through and understand this section of the manual.

If your prescriber did not request the health survey or walk test, you will not be able to access these options.

Your prescriber ordered the LifeVest to protect you because you are at risk of sudden cardiac arrest. With the activities options, the LifeVest allows you to provide some additional information to your prescriber. Your prescriber may then use that information to help evaluate your condition.

For more about the **health survey** option, see page 6-2.

For more about the **walk test** option, see page 6-10.

## Health survey option

Your prescriber may request that you take the health survey as another way to use the LifeVest to gather information about your condition.

### How does it work?

The purpose of the health survey is to have the LifeVest display a series of questions about your health and allow you to answer on the monitor. On the screen, you'll see the possible answers. You can touch the screen to have the questions read to you. Pick the one answer that most closely describes how you feel.

You will then go on to the next question and repeat this until you are finished. The health survey should take no more than 10 minutes.

The LifeVest stores your answers and, during your next download, will send the results to a secure website where your prescriber can choose to review the results. Your prescriber may have you repeat the health survey once a day or once a week. The LifeVest will remind you when you are scheduled to take the health survey.

### What do I have to do?

You need to answer the health survey questions honestly.

It is important that you wear the LifeVest the entire time that you are taking the health survey so that it can monitor and protect you. While taking the health survey, follow the on-screen directions.

### Why is it important that I do the health survey?

It is very important that you indicate how you really feel when you answer the questions. Your prescriber may use the information from the health survey to help evaluate your condition.

PRODUCED PURSUANT TO PROTECTIVE ORDER


## How to know if you are to take the health survey




1 If you get this message when you change the battery, you are to take the health survey.

If you have any questions, please contact your prescriber.

Tap **OK**.




2 To take the health survey right now, tap **Now**.

You will be taken to the screens for taking the health survey.

Continue with the steps on page 6-4.




If you want to take the health survey later, tap **Later**.

This screen goes away and the LifeVest continues with normal operation.

You will be reminded to take the health survey in about 15 minutes.

If you want to take the health survey at any other time, see the steps on page 6-7.

## Answering the health survey questions

During the health survey, the LifeVest will ask you questions about your health, and you will enter your answers on the LifeVest.

The LifeVest steps you through the process. As you are taking the health survey, the LifeVest prompts you as to what to do next. You enter your answers to the questions by using the screen on the LifeVest monitor.

We suggest that you read through all the steps in this manual before you answer the questions for the first time.

Your prescriber will decide which questions you are to answer. The questions and answers shown in these instructions may not be the questions and answers you will see on your LifeVest.




1 When you choose to take the health survey, you will be presented with the first question.

The question shown here is just an example. Your screen may show a different question.

Read the first question.

If you want to hear the question spoken to you, tap the screen in the question area.

**Note:** You can change the speak option so you hear each question screen as soon as it appears, without tapping the screen. You can also change the speak volume. For the details about changing the speak settings, see *Speak options* on page 3-16.

**Note:** If you want to cancel taking the health survey at any time, tap **Cancel**.




2 When you are ready to answer the question, tap **Answer**.




3 Use the and buttons to scroll through the answers.




4 Choose an answer.

- The answers shown here are just examples. Your screens may show different answers.
- To hear an answer, tap the screen in the answer area.
- Select the answer that most closely describes your situation or the way you feel.
- If you need to see the question again, tap **Back**.
- To choose an answer, tap **OK**.




5 Confirm your answer.

- If the answer shown is correct, tap **OK**.
- If you want to go back and change your answer, tap **Change**.




6 Repeat for the remaining questions.




7 When you get this message, you have finished the health survey.

Tap **OK**.

PRODUCED PURSUANT TO PROTECTIVE ORDER


## Taking the health survey later

Follow this procedure if you chose “later” when you got the message telling you to complete the health survey.

Note that your menus might look slightly different than what is shown here. The procedure and buttons that you are to tap are the same.




1 During normal monitoring, the LifeVest screen should look like the one at left.

If the screen is dark, press and release the response buttons to activate the screen.






2 Tap the menu button .




3 Tap **Activities**.




4 Tap **Other activities**.

**Note:** If your prescriber did not request that you take any of the activities, you will not see the “other activities” option on your screen.




5 Tap **Health survey**.

You’re now ready to take the health survey.

Continue with the steps on page 6-4.

## Health survey messages

As you take the health survey, you may get one of these messages. If so, here is what the message means and what you should do.

If you get any other messages, see *Section 5, Responding to alerts*.

| Message | What it means | What to do |
|---|---|---|
|  | You are attempting to take the survey with the electrode belt disconnected.<br>The belt needs to be connected to take the health survey. | Wear the LifeVest and connect the electrode belt to the monitor.<br>After connecting the electrode belt, the message goes away.<br>Try again to take the health survey. |
|  | You are attempting to take the health survey more frequently than scheduled. | Tap **OK** to clear the message.<br>Wait until you get this message:<br> |

## Walk test option

Your physician prescriber may order the walk test as one of the ways to use the LifeVest to gather information about your condition.

### How does it work?

The purpose of the walk test is to walk for 6 minutes while the LifeVest monitors your heart and counts your steps.

Before and after the walk, you'll be asked two questions. One about your shortness of breath level, another about your fatigue level (how tired you feel). After the walk, you'll answer the same two questions again. You'll look at the screen for the possible answers and pick the one that most closely describes how you feel at that moment.

During the next scheduled data download, the LifeVest sends your walk test information to a secure website. From there your physician prescriber can review the results.

Your physician prescriber may have you repeat the walk test once a day or once a week. The LifeVest will remind you when you are scheduled to take the walk test.

### What do I have to do?

Try to walk at a pace you feel you can comfortably maintain for 6 minutes. You can walk in a circle or oval, such as walking a track. You can walk in a square or rectangle, such as walking around a room. You can also walk in a straight line, turning as you reach the ends, such as walking back and forth in a hallway or narrow room.




It is important that you wear the LifeVest the entire time that you're doing the walk test so that it can monitor your progress and protect you.

While you are walking, the LifeVest will give you audible prompts about how much longer you are to walk. It will also tell you when to stop walking.

PRODUCED PURSUANT TO PROTECTIVE ORDER


It is also important that you only walk for 6 minutes as part of this walk test. Listen for the voice prompt that tells you to “stop walking” after 6 minutes. When you hear this voice prompt, please stop walking.

During the walk test, it is OK if you need to stop and rest at any time. After resting, continue walking when you are able to.

**Why is it important that I do the walk test?**

Your physician prescriber may use the information from the walk test to help evaluate your condition.

It is very important that you indicate the true state of your condition when you answer the questions. Your physician prescriber may review your answers and use this information to help evaluate your condition.

PRODUCED PURSUANT TO PROTECTIVE ORDER


## Warnings specific to the walk test

**WARNINGS**

**If you get the siren alert, stop walking and press the response buttons.**




When performing the walk test, do not continue walking if the monitor broadcasts an alert sound. Stop walking and press the response buttons as you normally would. If you continue walking, you may place yourself at risk for a cardiac arrest, possibly resulting in serious injury or death.

When performing the walk test, do not continue walking if you experience symptoms such as shortness of breath, chest pain, or other pain or discomfort. Stop walking and sit or lie down. If the symptoms continue or get worse, immediately call your doctor or emergency help. If you continue walking or ignore the symptoms, you may place yourself at risk for a cardiac arrest or other health problems, possibly resulting in serious injury or death.

PRODUCED PURSUANT TO PROTECTIVE ORDER


### How to know if you are to take the walk test




1 If you get this message when you change your battery, your physician prescriber has asked that you perform a walk test.

Throughout the walk test procedure, you must wear the LifeVest, with it connected normally.

If you have any questions, please contact your physician.

Tap **OK**.




2 If you are prepared to take the walk test when you receive the message, tap **Now**.

You will be taken to the screens for taking the walk test.

Continue with the pre-walk questions; see page 6-14.




If you want to take the walk test later, tap **Later**.

This screen goes away and the LifeVest continues with normal operation.

You will be reminded to take the walk test in about 15 minutes.

If you want to take the walk test at any other time, see page 6-23.

## Answering the pre-walk questions

Before you take the walk test, you'll be asked two questions about how you feel. One about your shortness of breath level, another about your level of tiredness. After the walk, you'll answer the same two questions again.







The questions will appear on the LifeVest monitor screen. With each question, choose the answer that best describes how you feel.

It is very important that you indicate the true state of your condition when you answer the pre- and post-walk questions. Your physician prescriber may review your answers and use this information to help evaluate your condition.

If you get a message while taking the walk test, follow the instructions on the screen. For more information, see page 6-25.

When you're ready to answer the questions, follow this procedure.




1 When you choose to take the walk test, you will be presented with this screen.

This screen reminds you to review the walk test section of the patient manual before taking the walk test.

After reviewing the patient manual, tap **OK**.




2 This screen reminds you that you're going to be asked two questions before you start walking.

Tap **OK** to continue.

**Note:** If you want to cancel taking the walk test at any time, tap **Cancel**.




3 Read the question.

If you want to hear the question spoken, tap the screen in the question area.

**Note:** You can change the speak option so you hear each question screen as soon as it appears, without tapping the screen. You can also change the speak volume. For the details about changing the speak settings, see *Speak options* on page 3-16.




4 When you are ready to answer the question, tap **Answer**.




5 Use the  and  buttons to scroll through the answers.




6 Choose an answer.

- To hear an answer spoken, tap the screen in the answer area.
- You can select an answer from zero through 10, according to the answer scale shown on the next page.
- Select the answer that most closely describes how you feel.
- When your desired answer is shown, tap **OK**.
- If you need to see the question again, tap **Back**.

| Answer scale | |
|---|---|
| 0 | Nothing at all |
| 0.5 | Very, very slight |
| 1 | Very slight |
| 2 | Slight |
| 3 | Moderate |
| 4 | Somewhat severe |
| 5 | Severe |
| 6 | |
| 7 | Very severe |
| 8 | |
| 9 | |
| 10 | Very, very severe |




7 Confirm your answer.

If the answer shown is correct, tap **OK**.

To go back to the previous screen and change your answer, tap **Change**.




8 Repeat for the second question.

The LifeVest may tell you not to take the walk test based on your answers to the pre-walk questions.

After answering the two questions, continue with the walking portion of the walk test. See page 6-17.

## Taking the walking portion of the walk test

After answering the two questions, you're ready to do the actual walking portion of the walk test.

You will walk for 6 minutes while wearing the LifeVest. You should be as comfortable as possible while walking. Wear comfortable shoes. Walk on a flat, level surface, preferably a hard surface. Walk in a clear, unobstructed area so that you will not be prevented from walking normally. Do not walk on a treadmill. If your physician prescriber asks you to do multiple walk tests, doing the walk in the same location will give the most accurate results.

This test observes you while walking at a normal pace. Please do not run or jog.

If you have any walking problems, or if you have an abnormal gait, such as foot dragging, shuffling, or limping, or if you need assistance while walking, such as by using a cane, walker or crutches, please tell your prescriber as it may produce inaccurate results.

Be aware that the LifeVest will be giving you voice prompts throughout the walk test, so you may prefer to do the walk test in a private location. So that you can hear the voice prompts, do not listen to music, talk on the phone, or engage in any other activity that might distract you while doing the walk test.

During the walk, it is OK if you need to stop and rest at any time. After resting, continue walking when you are able.

During the walk, you'll be advised about how much time remains. Then, after the walk, you'll answer the two questions again.

If possible, have someone with you while you do the walk test.

When you are ready to take the walk test, follow this procedure.




1 After answering the pre-walk questions, you will get this screen.

Stand up and get ready to start walking.

When you are ready to start walking, tap the screen where indicated.




2 You will get a voice prompt to start the walk test.

Begin walking.

Continue walking for 6 minutes.




3 You will get a voice prompt after each minute of the walk test.

The progress bar shows how far along you are in the walk test.




4 If you need to cancel the walk test, tap the **Cancel** button.




If you tap **Cancel**, you will be asked to confirm that you really want to cancel.

- If you do indeed want to cancel the walk test, tap **Yes**.
- If you do not want to cancel, and you want to return and complete the walk test, tap **No**. Choose this option if you are resting and plan to resume the walk.

PRODUCED PURSUANT TO PROTECTIVE ORDER





5 After 6 minutes, you will get this message, along with a voice prompt telling you to stop walking.

When you hear the voice prompt telling you to stop walking, the walk test has ended and you can stop walking.

Tap **OK**.




6 Proceed to answer the two questions again.

After answering the two questions, you can resume your normal activity.

See page 6-20.

## Answering the post-walk questions

You will be asked two questions after the walk test. The questions will appear on the LifeVest. With each question, choose the answer that best describes how you feel.




1 You'll see this screen after the walking portion of the walk test. This screen reminds you that you will be asked two questions after taking the walk test.

These are the same questions you answered before the walking portion of the test. Your answers should reflect how you feel now that you have completed the walk test. Your answers do not need to match your previous answers.

Tap **OK**.




2 Read the question.

Tap the screen in the question area to hear the question.

**Note:** You can change the speak option so you hear each question screen as soon as it appears, without tapping the screen. You can also change the speak volume. For the details about changing the speak settings, see *Speak options* on page 3-16.




3 When you are ready to answer the question, tap **Answer**.




4 Use the  and  buttons to scroll through the answers.




5 Choose an answer.

- To hear an answer spoken, tap the screen in the answer area.
- You can select an answer from zero through 10, according to the answer scale below.
- Select the answer that most closely describes how you feel.
- When your desired answer is shown, tap **OK**.
- If you need to see the question again, tap **Back**.

| **Answer scale** | |
|---|---|
| 0 | Nothing at all |
| 0.5 | Very, very slight |
| 1 | Very slight |
| 2 | Slight |
| 3 | Moderate |
| 4 | Somewhat severe |
| 5 | Severe |
| 6 | |
| 7 | Very severe |
| 8 | |
| 9 | |
| 10 | Very, very severe |




6 Confirm your answer.

- If the answer shown is correct, tap **OK**.
- If you want to go back and change your answer, tap **Change**.




7 Repeat for the second question.




8 You have now finished the walk test.

After answering the two questions, you can resume your normal activity.

Tap **OK**.

Follow any additional instructions your prescriber gives you regarding when and how to take the walk test.

After completing the walk test, sit down and rest before resuming your normal activities.

If you have any questions about these instructions, call ZOLL.

If you have any questions about your medical condition, call your health care provider.

## Taking the walk test later

Follow this procedure if you chose “later” when you got the message telling you to complete the walk test.

Note that your screens might look slightly different than what’s shown here. The procedure is the same.




1 During normal monitoring, the LifeVest screen should look like the one at left.

If the screen is dark, press and release the response buttons to activate the screen.






2 Tap the menu button .




3 Tap **Activities**.




4 Tap **Other activities**.

**Note:** If your physician prescriber did not request that you take any of the activities, you will not see the “other activities” option on your screen.




5 Tap **Walk test**.

You’re now ready to take the walk test.

Start with the pre-walk questions on page 6-14.

PRODUCED PURSUANT TO PROTECTIVE ORDER


## Walk test messages

As you take the walk test, you may get one of these messages. If so, here is what the message means and what you should do.

If you get any other messages, see *Section 5, Responding to alerts*.

| Message | What it means | What to do |
|---|---|---|
|   | You are attempting to take the walk test with the electrode belt disconnected.<br>The belt needs to be connected to take the walk test. | Wear the LifeVest and connect the electrode belt to the monitor.<br>After connecting the electrode belt, the message goes away.<br>Try again to take the walk test. |
|   | You are attempting to take the walk test and the LifeVest is advising you not to take the walk test at this time. | Tap **OK** to clear the message.<br>Try again later (or wait until tomorrow). |
|   | You are attempting to take the walk test more frequently than scheduled. | Tap **OK** to clear the message.<br>Wait until you get this message:<br>  |

PRODUCED PURSUANT TO PROTECTIVE ORDER


*This page intentionally left blank.*

# Appendix A: Quick charts

## Daily routine

1. Wear assembled garment and electrode belt.
2. Change and recharge battery.
3. Follow startup routine when you change battery.
4. Wear monitor in its holster.
5. Respond to any alerts.
6. Remove device when you shower or bathe.

## Assemble electrode belt and garment

1. Lay garment and belt on flat surface.
2. Insert large therapy pads and snap pockets closed.
3. Attach vibration box.
4. Insert single therapy pad and snap pocket closed.
5. Attach round electrodes, matching colors.

## Put on LifeVest system

1. Remove all clothing from upper body.
2. If desired, put lotion on round electrodes.
3. Put on garment and connect in front.
4. Check in mirror to make sure you're wearing garment correctly.
5. Connect electrode cable to monitor.
6. Put battery into monitor.

## Normal startup routine

1. Put fully charged battery into monitor.
2. Startup screen appears.
3. Hear gong and feel vibration in back.
4. Press response buttons.
5. Device shows your name and battery level.

## Recharge batteries daily

1. Remove battery from monitor and put into charger.
2. Put fully charged battery into monitor.
3. Follow normal startup routine.

## Remove LifeVest system before bathing or showering

1. Remove battery from monitor.
2. Unfasten and remove garment.

## Change garment as needed

1. Remove battery from monitor.
2. Take off and disassemble garment and electrode belt.
3. Assemble clean garment and electrode belt.
4. Put on assembled garment and electrode belt.
5. Put battery into monitor.
6. Follow normal startup routine.

## Disassemble electrode belt and garment

1. Remove battery from monitor.
2. Remove electrodes from garment.
3. Remove vibration box from garment.
4. Remove therapy pads from garment.
5. Wipe electrodes and therapy pads with alcohol.
6. Launder garment.

## Manually send data to your doctor

1. Go near charger.
2. On monitor, tap menu button.
3. Select SEND DATA.
4. Follow instructions on screen.

## If you get a treatment

1. Continue to wear LifeVest.
2. Call your doctor.
3. Call ZOLL for a new belt.
4. Change and recharge batteries as normal.

## Change speak options

1. On monitor, tap menu button.
2. Tap SPEAK OPTIONS.
3. Set VOLUME and MODE.
4. Tap OK.

## Airplane mode

1. On monitor, tap menu button.
2. Go to second page of menu.
3. Tap AIRPLANE MODE so airplane symbol appears. Then tap X.
4. See airplane symbol on home screen.

## When you're finished with device




## If you get an alert



## Responding to a gong alert

This is just a partial list. For complete list and further details, see section 5.






# Appendix B: Glossary

| | |
|---|---|
| **Arrhythmia** | Abnormal heart rhythm. |
| **Asystole** | Heart stops beating. |
| **Cardioversion defibrillation** | Restoration of normal heart rhythm by electrical treatment. |
| **ECG electrodes** | Electrocardiogram electrodes, used to monitor heart rate. |
| **Electrode** | A solid electrical conductor through which an electric current enters and leaves a body. |
| **Electrode belt** | The belt that contains the ECG electrodes, the therapy pads, the vibration box, connector, and cables. |
| **Electromagnetic interference (EMI)** | Electrical or magnetic interference caused by sources such as motors, transformers, welding equipment, and speakers, that can interfere with device performance. |
| **Fibrillation** | Rapid, uncoordinated contractions of the heart muscle. |
| **Garment** | The cloth that holds the electrode belt in place against the patient's skin. |
| **ICD** | Implantable cardioverter defibrillator. Is implanted in the chest and is used to treat abnormal heart rhythms. |
| **Joules** | Units of measurement of shock energy. |
| **MI** | Myocardial infarction or heart attack. The damaging or death of a region of heart muscle usually resulting from a blocked blood supply to that area. |
| **SCA** | Sudden cardiac arrest. |
| **SCD** | Sudden cardiac death. Usually follows SCA. |
| **Therapy pads** | The large electrodes (one pad in front; two pads in back) that deliver defibrillating energy to treat SCA. |
| **Ventricular fibrillation (VF)** | Rapid, uncoordinated, and ineffective beating of the ventricles (lower portion) of the heart. Can be fatal if untreated. |
| **Ventricular tachycardia (VT)** | The lower portion of the heart muscle beats at a fast, abnormal rate. This can lead to VF if untreated. |
| **VT/VF** | Ventricular tachycardia/ventricular fibrillation. Primary abnormal heart rhythms responsible for SCA. |

Case 1:21-cv-22433-JEM Document 145-3 Entered on FLSD Docket 07/25/2022 Page 257 of 498
PRODUCED PURSUANT TO PROTECTIVE ORDER


*This page intentionally left blank.*


CASE NO. 21-CV-22433-JEM ZOLL_ANA000482

# Appendix C: Symbols

| | |
|---|---|
|  | Cell modem selected: Cellular modem is selected. Device is in range of the cell network and can transmit data. Number of bars indicates signal strength. |
|  | No cell signal: No data can be sent via cell network. |
|  | Monitor signal strength: Indicates strength of signal being sent from monitor. Number of pie pieces indicates signal strength. Signal must be present in order to send data. |
|  | No monitor signal: No data can be sent from monitor. |
|  | Battery level (on monitor): Number of bars indicates battery charge.<br>Battery charging (on charger with touchscreen only): Animated to show that battery is charging. |
|  | Battery empty (on monitor): Battery is discharged. Battery will still operate for a while but should be changed. |
|  | Battery testing: Animated to show that battery is being tested. Charger with touchscreen only. |
|  | Battery problem: Battery has a problem and may need to be replaced. Call ZOLL. Charger with touchscreen only. |
|  | Power is being applied to the charger. Charger with indicator lights only. |
|  | Battery is charging. Charger with indicator lights only. |
|  | Battery is fully charged, ready for use in the monitor. Charger with indicator lights only. |
|  | Alarm condition 1. Battery has a problem but still might hold a charge. Call ZOLL Charger with indicator lights only. |
|  | Alarm condition 2. Charger has a problem and cannot charge the battery. Call ZOLL immediately. Charger with indicator lights only. |

Case 1:21-cv-22433-JEM Document 149-3 Entered on FLSD Docket 07/25/2022 Page 259 of 498
PRODUCED PURSUANT TO PROTECTIVE ORDER



| | |
|---|---|
|  | Battery testing. Charger with indicator lights only. |
|  | Battery low: Battery is low, a critical situation. Change battery as soon as possible and recharge battery. Tap for help. |
|  | Battery may be defective: LifeVest cannot determine battery condition. Call ZOLL for service. Tap for help. |
|  | Menu button: Tap to see menu. |
|   | OK button: Tap to acknowledge that you have read the screen. If any selections or changes were made on the screen, they take effect. |
|   | Cancel button: Tap to back out of the screen. If any changes were made, they are disregarded. |
|  | Translate button: Tap to change the language on the screen to the secondary language. Only shown when there is a secondary language. |
|  | Help button: Tap to see help screen. |
|  | X button: Tap to close the screen. |
|  | Next page button: Tap to go to the next page when there is more than one. |
|  | Previous page button: Tap to go to the previous page when there is more than one. |
|  | Charger problem: Charger has a problem and cannot be used. Call ZOLL immediately. Charger with touchscreen only. |
|  | ECG sensor good signal: Situation normal, no action required. |
|  | ECG sensor poor signal: Check sensor for cause of poor signal and fix problem. |
|  | ECG sensor off skin: Check sensor that is off skin and fix problem. |



CASE NO. 21-CV-22433-JEM ZOLL_ANA000484

| | |
|---|---|
|  | Therapy pad on skin: Situation normal, no action required. |
|  | Therapy pad off skin: Check electrode that is off skin and fix problem. |
|  | Land line dialing mode: Shows that LifeVest is connected to a land line phone or is connected to a secondary device. Charger with touchscreen only. |
|  | Monitor transmitting: Monitor is transmitting data to the charger. |
|  | Monitor trying to connect: Monitor is trying to connect to the charger. |
|  | Airplane mode: Monitor will not transmit data. |
|  | Monitoring mode: Animated to show that LifeVest is in monitoring mode. Situation normal, no action required. |
|  | Standby mode: Animated to show that LifeVest is in standby, not monitoring. Connect belt to monitor so that LifeVest can resume normal monitoring mode. |
|  | Recording: LifeVest is recording your ECG signal (manually activated). |
|  | Service required: Device has a problem and requires service. Call ZOLL. |
|  or  | Battery: Do not incinerate. |
|  or  | Battery: Do not short circuit. |
| CE 0297 | CE marking, indicates conformance with European Medical Device Directive. |
|  | Laundering symbol: Normal cycle in warm water. |
|  | Laundering symbol: Tumble dry warm. |

| | |
|---|---|
|  | Laundering symbol: Only non-chlorine bleach, when needed. |
|  | Laundering symbol: Iron on low temperature. |
|  or  | Laundering symbol: No anti-static spray. |
|  or  | Laundering symbol: No fabric softener. |
|  | Manufacturing date. |
|  | Manufacturing location. |
|  | Expiration date. |
|  | Monitor connector: Type BF defibrillator-proof connector. |
|  | Monitor connector: Type BF non defibrillator-proof connector. |
|  | Packaging: Battery |
|  | Packaging: Charger. |
|  | Packaging: Monitor. |

PRODUCED PURSUANT TO PROTECTIVE ORDER


| | |
|---|---|
|  | Packaging: Electrode belt. |
|  | Packaging: Garment. |
| ~ | Power supply electrical information: Alternating current (AC). |
| ⎓ | Power supply electrical information: Direct current (DC). |
|  | Therapy pad label: Place this side (foil side) of the therapy pad next to your skin. |
|  | Caution: Read and follow the caution text next to this symbol. If on a product, consult accompanying documents. |
|  | Symbol: See instructions for use. |
|  | Symbol: Automated external defibrillator. |
|  | Symbol: Dangerous voltage. Surface could become hazardous for bystanders to touch when the device is in use. |
| REF | Symbol for catalog number, accompanied by number. |
| SN | Symbol for serial number, accompanied by serial number. |
| LOT | Symbol for lot number, accompanied by lot number. |
| EC REP | Symbol for EC representative next to name and address of authorized EC rep. |
|  | Symbol for keep dry. |
|  | Symbol for keep away from sunlight. |

| | |
|---|---|
|  | Symbol for do not use if package is damaged. |
|  | Symbol for temperature limitation. Upper and lower limits of temperature are indicated next to the horizontal lines. |
|  | Symbol for emits RF energy. |
|   | Symbol for magnetic resonance (MR) unsafe. |
|  | Symbol for do not dispose of in unsorted trash. Return to a collection site intended for waste electrical and electronic equipment (WEEE). |
| **IP21** | Symbol for ingress protection. |

# Appendix D: Software licensing statement

Certain software components (referred to herein as “Open Source Components”) that are used by the LifeVest 4000 wearable defibrillator are licensed by ZOLL Medical Corporation (referred to herein as “ZOLL Medical”) under various open source license agreements. As required by the terms of these open source license agreements, ZOLL Medical offers to make the source code corresponding to the Open Source Components, and any ZOLL Medical modifications thereof, available upon request.

## NO WARRANTY

TO THE EXTENT PERMITTED BY APPLICABLE LAW, THE OPEN SOURCE COMPONENTS ARE PROVIDED “AS IS” WITHOUT WARRANTY OF ANY KIND, EITHER EXPRESS OR IMPLIED, INCLUDING, BUT NOT LIMITED TO, THE IMPLIED WARRANTIES OF MERCHANTABILITY AND FITNESS FOR A PARTICULAR PURPOSE OR ANY WARRANTY AGAINST INFRINGEMENT OR ANY VIOLATION OF INTELLECTUAL PROPERTY RIGHTS COVERING THE OPEN SOURCE COMPONENTS. IN NO EVENT UNLESS REQUIRED BY APPLICABLE LAW WILL ANY PARTY, INCLUDING ZOLL MEDICAL, BE LIABLE FOR DAMAGES, INCLUDING ANY GENERAL, SPECIAL, INCIDENTAL OR CONSEQUENTIAL DAMAGES ARISING OUT OF THE USE OR INABILITY TO USE THE OPEN SOURCE COMPONENTS (INCLUDING BUT NOT LIMITED TO LOSS OF DATA OR DATA BEING RENDERED INACCURATE OR LOSSES SUSTAINED BY ANY PARTY FOR A FAILURE OF THE OPEN SOURCE COMPONENTS TO OPERATE WITH ANY OTHER PROGRAMS).

*This page intentionally left blank.*

# Index

## A

abnormal heart rhythm, 5-2
AC power symbol, C-5
activities options, 6-1
add gel, 5-17
add gel or replace belt
  message, 5-7
adjust belt
  message, 5-6
  what to do, 5-11
aircraft use, 1-5
airplane mode, 3-20
  quick reference, A-2
airplane mode symbol, C-3
alarm condition 1 symbol, C-1
alarm condition 2 symbol, C-1
alarms, 5-1
alert
  check electrodes, 5-12
  gong, 5-1
  siren, 5-1, 5-2
  vibration, 5-1
alert response
  quick reference, A-3
alerts
  adjust belt, 5-11
  check belt, 5-13
  ECG noise, 5-11
  gong, 5-5
  responding to, 5-1
  types, 5-1
arrhythmia, 5-2
  defined, B-1
assemble electrode belt and garment
  quick reference, A-1
asystole
  defined, B-1

## B

backup power, 3-5
bathing, 3-2
batteries, 2-4
battery
  charge time, 3-5
  inserting, 3-6
  latch, 3-6
  recharge, 3-6
  recycling, 3-29
  removal, 3-6
  ventilation, 3-5
battery care, 3-5
battery charged symbol, C-1
battery charger, 2-4
  indicators, 2-4
battery charger indicator lights, 3-11
battery charger touchscreen indicators, 3-8
battery charging symbol, C-1
battery defective symbol on monitor, C-2
battery empty symbol on monitor, C-1
battery label symbols, C-3
battery level, 2-6
  message, 3-4
battery level symbol, C-1
  monitor, C-1
battery low symbol on monitor, C-2
battery problem symbol, C-1
battery recharge
  quick reference, A-1
battery testing symbol, C-2
battery testing symbol, C-1
belt, 2-3
  assembly to garment A, 4-2
  connector, 2-2
  disassembly from garment, 4-24
  removal, 4-23
belt maintenance, 5-8
belt problem
  check electrodes, 5-12
belt problem message, 5-11
belt sensors, 2-3
belt to garment B
  assembly, 4-12
BF non DP symbol, C-4
BF symbol, C-4
blank screen, 2-2, 3-4
blue gel, 5-3
  leaking, 3-26
bra
  wearing, 4-8, 4-18
buzzer box on belt, 2-3

## C

call doctor, 5-3
call for service, 5-7
Cancel button, C-2
cardioversion defibrillation
  defined, B-1
carrier case, 2-1
caution symbol, C-5
cautions, 1-2
  and warnings, patient, 1-2
CE symbol, C-3

cell modem selected symbol, C-1
cell phone interference, 1-7
cell signal symbol
  no signal, C-1
change battery
  message, 5-7
change garment, 3-2
  quick reference, A-2
changing
  electrode belt, 5-18
chapters of this manual, 1-1
charge time
  battery, 3-5
charger, 2-4
charger base, 2-4
charger display dim, 3-9
charger indicator lights, 3-11
charger interference, 1-7
charger jacks, 2-4
charger menu, 2-7
charger power supply, 2-4, 2-5
charger problem symbol, C-2
charger setup and use
  charger with indicator lights, 3-10
  charger with touchscreen, 3-7
charger status, 2-5, 2-7
charger symbols, C-1
charger touchscreen, 2-4
charger touchscreen indicators, 3-8
charger type 2, 2-5
charger with touchscreen, 2-4
check belt
  message, 5-8
  what to do, 5-13
check electrodes message, 5-12
check therapy pads
  message, 5-6, 5-14
  what to do, 5-14
clean
  garment, 3-26
  parts, 3-26
clean skin
  message, 5-19
cleaning
  garment, 4-26
cleanup
  device, 3-29
closeout
  device, 3-29
code
  message, 5-7
color code
  electrodes, 4-6, 4-16
components, 2-1
connect belt symbol, C-3
connect electrode belt
  message, 5-5
connecting
  electrode belt to monitor, 4-22
connector
  connecting, 4-22
  disconnecting, 4-22
  electrode belt, 2-2, 2-3
connector, power supply, 2-4, 2-5
contact ZOLL, iv
contents of this manual, ii
controls
  monitor, 2-2
copyright, iv
cracks
  housing, 3-26
  therapy pads, 3-26

## D

daily routine, 3-1
  quick reference, A-1
dark screen, 2-2, 3-4
data transfer, 3-12
  quick reference, A-2
DC power symbol, C-5
defibrillation
  defined, B-1
description, 2-1
disassemble
  electrode belt and garment, 4-24
  electrode belt and garment, quick reference, A-2
disconnect device, 3-29
disconnecting
  electrode belt to monitor, 4-22
display, 2-2
dizzy, 5-2
doctor
  call, 5-3
downloading data, 3-12
dye
  blue, 3-26

## E

ECG
  electrodes, 2-3
  recording, 3-17
ECG electrode symbols, 5-11
ECG sensor symbols, C-2
effective date, iv
effectivity, iv
electrode
  connector, 2-2
electrode belt, 2-3
  changing, 5-18

connecting, 4-22
connector, 2-3
disassembly from garment, 4-24
disconnecting, 4-22
removal, 4-23
replacing, 5-18
electrode belt and garment
quick reference, A-1
electrode belt and garment, disassembly
quick reference, A-2
electrode belt to garment A
assembly, 4-2
electrode belt to garment B
assembly, 4-12
electrode gel, 5-17
electrodes
color code, 4-6, 4-16
electromagnetic interference, 1-6
defined, B-1
emergency number
doctor, 5-3
EMI. *See* electromagnetic interference
end of use
quick reference, A-3
essential performance, 1-5
excess gel, 5-19
exclamation point symbol, C-5
expiration date symbol, C-4

## F

family information, 3-27
FCC regulatory information, 1-7
fibrillation
defined, B-1
finished with device
quick reference, A-3
front
therapy pocket, 4-5, 4-15

## G

garment, 2-3
changing, 3-2
cleaning, 4-26
disassembly, 4-24
on patient, 4-8, 4-18
removal, 4-23
washing, 3-2
garment A
assembled, 4-7
assembly, 4-2
garment B
assembled, 4-17
assembly, 4-12
garment stretching
wash to prevent, 5-15
gel
add, 5-17
leaking, 3-26
gel packets, 5-17
gel release, 5-3
gel, too much, 5-19
gelled, 5-3
glossary, B-1
gong alert, 5-1
quick reference, A-4
responding, 5-5
green ECG sensor symbol, C-2
green sensor symbol, 5-11, 5-14
green stickers
label symbol, C-5
on therapy pads, 5-16
green therapy pad symbol, C-3

## H

hand lotion to the four ECG electrodes, 4-8, 4-18
health survey, 6-2
later, 6-7
messages, 6-9
now or later, 6-3
please complete, 6-3
questions, 6-4
heart attack, B-1
heart rhythm, 5-2
recording, 3-17
heart sensors, 2-3
heat
battery, 3-5
help button, C-2
help screens, 2-8
holster, 2-1
wearing, 3-2
housing
cracks, 3-26

## I

ICD. *See* implantable cardioverter defibrillator
icons, C-1
implantable cardioverter defibrillator
defined, B-1
indicators
monitor, 2-2
info screens, 3-21
inserting
battery, 3-6
inspection, 3-26
intended use, 1-5
interference, electromagnetic, 1-6
interference, wireless, 1-7

introduction, 1-1

J

joules
  defined, B-1

L

land line symbol, C-3
latch, battery, 3-6
laundering
  garment, 4-26
  symbols, C-3
licensing statement, D-1
logo message, 3-3
lotion
  on ECG electrodes, 5-13

M

manual organization, 1-1
manufacturing date symbol, C-4
manufacturing location symbol, C-4
menu button, C-2
  charger, 2-7
  monitor, 2-6
message
  add gel or replace belt, 5-7
  adjust belt, 5-6
  battery level, 3-4
  change battery, 5-7
  check belt, 5-8
  check therapy pads, 5-6
  connect electrode belt, 5-5
  no rate, 5-5
  patient name, 3-4
  performing belt maintenance, 5-8
  please wait, 5-8
  red battery, 5-5
  release response buttons, 5-9
  respond, 5-9
  startup, 3-1
  time to connect modem, 5-10
  too much gel, 5-10, 5-19
  treatment delivered, 5-8
  wrench code, 5-7
  yellow battery, 5-5
messages
  gong alert, 5-5
  quick reference, A-4
MI. *See* myocardial infarction
monitor, 2-2
  connecting electrode belt, 4-22
  disconnecting electrode belt, 4-22
  removal, 4-23
  touchscreen, 2-6
monitor menu, 2-6
monitor signal strength symbol, C-1
monitor signal symbol
  no signal, C-1
monitor touchscreen, 2-2
monitor transmitting symbol, C-3
monitor trying to connect symbol, C-3
monitoring mode symbol, C-3
myocardial infarction, B-1

N

next page button, C-2
noise alert
  check electrodes, 5-12
noise alerts, 5-11
noise and vibration, 1-5
noisy ECG
  signal, 5-6
normal startup routine, 3-3

O

OK button, C-2
open source components, D-1
operation, LifeVest, 3-1
organization of this manual, 1-1

P

packaging symbols, C-4
patents, iv
patient
  warnings and cautions, 1-2
patient name
  message, 3-4
performing belt maintenance
  message, 5-8
phone
  number, iv
phone jacks, 2-4
please wait
  message, 5-8
position
  of garment, 4-8, 4-18
power on symbol, C-1
power outage, 3-5
power supply connector, 2-4, 2-5
power supply, charger, 2-4, 2-5
power symbols, C-5
prescription note, iv
previous page button, C-2
proper fit
  of garment, 4-8, 4-18



CASE NO. 21-CV-22433-JEM ZOLL_ANA000494

## Q

quick charts, A-1

## R

rear
therapy pockets, garment A, 4-3
therapy pockets, garment B, 4-13
recharge
batteries, 3-6
quick reference, A-1
recording
heart rhythm, 3-17
recording symbol, C-3
recycling
batteries, 3-29
red battery message, 5-5
red battery symbol on monitor, C-2
red sensor symbol, 5-11, C-2
red therapy pad symbol, 5-14, C-3
release date, iv
release response buttons
message, 5-9
remote updater, 3-22
removal
device, 3-29
remove before bathing or showering, 3-2
quick reference, A-1
removing
battery, 3-6
device, 4-23
electrode belt, 4-23
electrode belt from garment, 4-24
replacing
belt, 5-18
respond
message, 5-9
to alerts, 5-1
response buttons
location, 2-2
when to press, 5-2
return
LifeVest device, 3-29
rhythm abnormal, 5-2

## S

safety information, 1-2
save
heart rhythm, 3-17
SCA. *See* sudden cardiac arrest
SCD. *See* sudden cardiac death
sections of this manual, 1-1
send back
LifeVest device, 3-29
send data
quick reference, A-2
send data symbols, 3-14
sending data manually, 3-12
sensor symbols, 5-11, C-2
sensors on belt, 2-3
service code
message, 5-7
service symbol, C-3
showering, 3-2
shutdown
device, 3-29
signal strength symbols, 3-14, C-1
siren alert, 5-1
respond, 5-2
skin cream
on electrodes, 4-8, 4-18
sleep mode, 2-2, 3-4
software license, iv
software licensing statement, D-1
speak options, 3-18
quick reference, A-2
standby mode symbol, C-3
standby screen, 2-2, 3-4
startup
message, 3-3
routine, 3-3
vibration, 3-3
startup message, 3-1
startup routine
quick reference, A-1
stretching garment
wash to prevent, 5-15
sudden cardiac arrest, B-1
sudden cardiac death, B-1
support mode, 3-22
Symbol
Automated external defibrillator, C-5
Dangerous voltage, C-5
Do not use if package damaged, C-6
EC REP, C-5
Keep away from sunlight, C-5
Keep dry, C-5
LOT, C-5
MR unsafe, C-6
REF, C-5
RF energy, C-6
See instructions for use, C-5
SN, C-5
temperature limitation, C-6
symbols, C-1
system
description, 2-1
system info screens, 3-21

## T


tactile stimulator on belt, 2-3
TE (therapy electrodes), 2-3
telephone jacks, 2-4
therapy pad symbols, 5-14, C-3
therapy pads, 2-3
    check, 5-14
    cracks, 3-26
    green stickers, 5-16
    label symbol, C-5
therapy pocket
    front, garment A, 4-5
    front, garment B, 4-15
    rear, garment A, 4-3
    rear, garment B, 4-13
time to connect modem
    message, 5-10
too much gel
    message, 5-10, 5-19
touch to speak, 2-8
touchscreen
    charger, 2-7
touchscreen, charger, 2-4
touchscreen, monitor, 2-2
trademarks, iv
transfer data, 3-12
    quick reference, A-2
translate button, 2-8, C-2
transmitting (monitor) symbol, C-3
travel
    caution, 1-5
treatment, 5-3
    quick reference, A-2
treatment delivered
    message, 5-8
two toned alert, 5-1


## U


unable to send data, 3-13
unclear ECG
    signal, 5-6
unconscious, 5-2
underwear
    wearing, 4-8, 4-18
update screens, 3-22
using LifeVest, 3-1


## V


ventricular fibrillation
    defined, B-1
ventricular tachycardia
    defined, B-1
VF. *See* ventricular fibrillation
vibration, 1-5
    at startup, 3-3
vibration alert, 5-1
vibration box, 2-3
    position, garment A, 4-4
    position, garment B, 4-14
VT. *See* ventricular tachycardia


## W


walk test, 6-10
    later, 6-23
    messages, 6-25
    now or later, 6-13
    please complete, 6-13
    post-walk questions, 6-20
    pre-walk questions, 6-14
    walking, 6-17
    warnings, 6-12
warm
    battery, 3-5
warnings, 1-2
    and cautions, patient, 1-2
    walk test, 6-12
wash garment, 3-2
washing
    garment, 4-26
water temperature
    for washing garment, 4-26
wearing
    garment, 4-8, 4-18
wearing LifeVest
    quick reference, A-1
Web address
    company, iv
wetness, 5-3
wireless interference, 1-7
wrench code
    message, 5-7
wrench symbol, C-3


## X


X button, C-2


## Y


yellow battery message, 5-5
yellow battery symbol on monitor, C-2
yellow sensor symbol, 5-11, C-2

# EXHIBIT 7

PRODUCED PURSUANT TO PROTECTIVE ORDER

# LifeVest® TruVector™ Arrhythmia Detection Algorithm


**Overview** The LifeVest® wearable cardioverter defibrillator (WCD) is worn by patients at risk for sudden cardiac death (SCD). The TruVector™ arrhythmia detection algorithm has been designed specifically for LifeVest in order to accurately detect ventricular arrhythmias.

**Method** Provide a technical review of the TruVector arrhythmia detection algorithm—including system overview, arrhythmia determination, signal quality, patient interaction, and timing sequence.

**Results** The TruVector algorithm uses heart rate and a rhythm morphology vectorcardiogram template analysis in parallel with ECG signal discriminators to identify treatable ventricular arrhythmias. LifeVest detects 100% of VF with 100% specificity and 97% of VT with 100% specificity. In a meta-analysis of nearly 20,000 patients, LifeVest was 96% effective at terminating VT/VF.[1]

**Summary** The TruVector arrhythmia detection algorithm is unique to LifeVest. The TruVector algorithm is highly effectively at identifying treatable ventricular arrhythmias.


## Overview

The LifeVest® WCD is worn by patients at risk for sudden cardiac death (SCD), providing protection during their changing condition and while permanent SCD risk has not been established. LifeVest allows a patient's physician time to assess their long-term arrhythmic risk and make appropriate plans. LifeVest is lightweight and easy to wear, allowing patients to return to most of the common activities of daily living, while having the peace of mind that they have protection from SCD. LifeVest is non-invasive and consists of two main components—a garment and a monitor. The garment, worn under the clothing, detects arrhythmias and delivers treatment shocks. The monitor is worn around the waist or from a shoulder strap and continuously monitors the patient's heart. If a life-threatening rapid heart rhythm is detected, the device is designed to alert bystanders and delivers a treatment shock to restore normal heart rhythm. LifeVest is automatic and does not require bystander intervention.

The TruVector™ detection algorithm has been designed to continuously monitor signals from the electrode belt. The TruVector algorithm uses a variety of techniques for processing signals digitally, such as the filtering of signals to improve signal quality or to extract important information in real-time. The detection algorithm uses a combination of heart rate and morphology analysis, based on the baseline template of the patient's vectorcardiogram, and Advanced Arrhythmia Discrimination (AArD) to determine a treatable arrhythmia. The algorithm uses a four-electode, two-lead system to assess heart rate. Morphology analysis is performed by comparing a baseline template to the patient's current vectorcardiogram. AArD further discriminates ECG patterns caused by physiological arrhythmias from patterns caused by non-physiological signals. The combination of these criteria provides a high degree of sensitivity and specificity in the detection of ventricular tachyarrhythmias and a low rate of inappropriate shocks.[2] (Table 1.) The TruVector detection algorithm includes a variety of features to identify and remove interference, reduce noise, and evaluate the quality of electrode signals.

| | Sensitivity | Specificity |
|---|---|---|
| VT | 97% | 100% |
| VF | 100% | 100% |

**Table 1: Sensitivity and specificity within 60 seconds of event detection.[2]**

Once a ventricular tachyarrhythmia has been declared, LifeVest determines if the patient is conscious through a series of vibration, voice and siren alerts. If the patient does not respond by pressing and holding the response buttons, the device automatically treats the patient. This patient interaction feature provides the unique advantage of potentially eliminating all inappropriate treatments.

## Arrhythmia Determination

### Heart Rate

A feature of the TruVector detection algorithm is that it is designed to evaluate several rate inputs simultaneously to determine the patient's heart rate. The TruVector algorithm uses two QRS detectors, one on each lead, to provide independent assessments of the heart rate. ECG signal frequencies are also analyzed using a fast fourier transform (FFT) algorithm, which decomposes an analog waveform into its frequency components and allows input signal analysis in the frequency domain. The FFT algorithm output is analyzed to determine the strongest frequency component indicative of heart rate. The FFT analysis often provides the best indication of heart rate, specifically during ventricular tachycardia (VT) or ventricular fibrillation (VF). Finally, the morphology analysis algorithm is also used to determine the heart rate.

The TruVector detection algorithm then applies logical weights based on comparing leads, signal quality, and historic rate values in order to determine the best inputs to accurately monitor the patient's heart rate. For example, if the heart rate from the two QRS detectors do not match, less weight is applied to these inputs and greater weight is applied to other sources.

Once the TruVector detection algorithm determines the best combination of factors to assess heart rate, the heart rate is then categorized as below the VT threshold, above the VT threshold but below the VF threshold, or above the VF threshold. These thresholds are programmed for the patient during the setup of the device. If the rate exceeds the VT threshold, the algorithm then proceeds to a morphology analysis comparing the patient's normal rhythm baseline template obtained during device setup to the current QRS morphology.

### Morphology

The TruVector detection algorithm uses two leads in normal operation. These orthogonal leads (front-to-back and side-to-side) are positioned circumferentially at the level of the xiphoid process. The vectorcardiogram formed from these signals is compared in real-time with the patient's normal rhythm baseline template (Figure 1). Failure to match the real-time vectorcardiogram and baseline morphology templates contributes to the device's determination that a treatable arrhythmia exists. If the current vectorcardiogram and the baseline template match, the treatment algorithm continues to monitor the patient.

If the signal quality from one of the leads is deemed unreliable or if the rate is above the VF threshold, morphology analysis is not used. Instead, the algorithm relies primarily on the heart rate, stability, and onset criteria. Stability criteria is measured by monitoring R-to-R wave intervals. Onset criteria is determined by rapid changes in the heart rate.



Baseline vectorcardiogram VT vectorcardiogram

**Figure 1: Vectorcardiogram of a normal ECG (left) is quite different from vectorcardiogram of VT or VF in the same patient.**

### Confidence Algorithms

The TruVector detection algorithm also applies a confidence level as part of the process for deciding to treat or not to treat an arrhythmia. The confidence level is the sum of the individually weighted input factors of heart rate, morphology, response button use, and signal quality. The input factors can contribute positively or negatively to the confidence. If an input factor is deemed unreliable, its weight can be lessened or redistributed entirely to other factors.

Once an arrhythmia is declared, the confidence algorithm must decide if the rhythm is treatable based on the duration or persistence of the arrhythmia. If the confidence level falls below a specified level, the treatment sequence is terminated and the system reverts to monitoring for a new arrhythmia.

For example, if a patient uses the response buttons after hearing the alerts and the heart rate slows, the confidence level would decrease. If the patient releases the response buttons and the heart rate increases or becomes abnormal, the treatment confidence would increase.

### Advanced Arrhythmia Discriminator (AArD)

AArD operates in parallel with heart rate and the rhythm morphology vectorcardiogram to further discriminate ECG patterns caused by physiological arrhythmias from patterns caused by non-physiological signals. AArD performs signal analysis based on intensity, spectral characteristics, and machine learning developed pattern identification techniques constructed from a database of thousands of ECGs. AArD has demonstrated a reduction in inappropriate patient alerts by 51% and inappropriate therapies by 22% working in conjunction with TruVector algorithm.[3]

### Time to Detection

Approximately 5 to 6 seconds are needed from the onset of a ventricular arrhythmia that exceeds the rate threshold to the time that the TruVector detection algorithm declares an arrhythmia to be present. The signal must continue to meet the criteria for an arrhythmia for an additional 10 seconds before the treatment sequence alerts begin. This arrhythmia confirmation time reduces the incidence of false arrhythmia alerts.

In less than 3% of events, AArD requires additional time to classify an arrhythmia as physiologic or non-physiologic.[4] In this subset of events that required additional time to classify, the additional time required averaged 12 seconds. The maximum time that AArD has to determine if an arrhythmia is physiological is 35 seconds for VF and 60 seconds for VT, still allowing for the patient to receive a treatment shock in a clinically acceptable period of time. If AArD is not able to discriminate an ECG signal as physiological, the detection algorithm will determine if a treatment is required based on rate and the rhythm morphology vectorcardiogram.

PRODUCED PURSUANT TO PROTECTIVE ORDER

## Signal Quality

Surface ECG signals are frequently corrupted by skin distortion under the electrodes, movement of the electrodes, environmental electromagnetic interference (EMI), and non-cardiac electrical potentials from the body. The LifeVest WCD incorporates the following features to eliminate, reduce, or identify the potential presence of ECG signal disturbances:

### Two-Lead System

The TruVector detection algorithm uses both leads for arrhythmia determination over 95% of the time.[5] However, interference or poor electrode contact is monitored and may be identified on either ECG lead. If necessary, the TruVector detection algorithm ignores suspicious input from one lead and uses the remaining lead to determine the presence or absence of an arrhythmia.

### Driven Ground

When LifeVest recognizes interference common to all of the electrodes (such as EMI, see Figure 2 below), the driven ground returns (or “drives”) a filtered result onto the skin, reducing or eliminating common-mode interference.

The driven ground is essential because living and working environments can be heavily polluted with EMI at line frequency (50 or 60 Hz) radiating from power lines, building wiring, and AC powered devices such as lights, televisions, radios, and computers.




**Figure 2: Example of line frequency electromagnetic interference.**

### ECG Signal Filtering

The TruVector detection algorithm filters out non-cardiac frequencies by both analog and digital means to attenuate frequencies outside of the range of the ECG.

### Electrode Skin Contact Analysis

The falloff signal allows the TruVector detection algorithm to make a judgment regarding the quality of the skin contact of each electrode. The ground electrode places a low amplitude signal on the skin that can be detected at each electrode. If the signal is not detected or is lower than the expected amplitude for an electrode with good skin contact, the TruVector detection algorithm reacts by placing no diagnostic weight on the signal received from that ECG lead.

PRODUCED PURSUANT TO PROTECTIVE ORDER

### ECG Interference Analysis

In some situations, ECG signal corruption is easily recognizable. The TruVector detection algorithm reviews each lead for situations where signal voltages reach or exceed the algorithm's input capability, often referred to as clipping, and for the overwhelming presence of higher frequencies in the signal (Figure 3). Either of these conditions will cause the TruVector detection algorithm to place no reliance on that particular lead.



**Figure 3: Example of clipping due to electrode movement.**

## Patient Interaction

LifeVest offers the unique advantage of patient interaction. After the TruVector detection algorithm has detected a treatable arrhythmia, the device tests the patient's level of consciousness by looking for a response to an escalating series of vibrating, audible, and visual alerts. The patient responsiveness test begins discretely with a silent vibration and illumination of the response buttons, providing the patient the opportunity to respond without disrupting the social environment. The expected conscious response is for the patient to press and hold the response buttons on the monitor (Figure 4). If there is no response after 5 seconds, a low-volume dual-tone siren begins. The siren then gets louder (about 100 decibels) to reach a volume that could awaken a potentially sleeping patient. If the patient still has not responded, voice prompts provide instructions to the patient and bystanders. These messages are interspersed with the high-volume siren.



**Figure 4: Location of response buttons on device.**

## Timing Sequence

The TruVector detection algorithm is designed to treat ventricular tachyarrhythmias. In a typical situation, treatment occurs in about one minute following arrhythmia detection. Below is an example of a VF treatment sequence in a typical situation.




1. **Arrhythmia detected, activating vibration alert (continues throughout sequence).**
2. **Siren alerts begin (continues throughout sequence).**
3. **Siren alerts get louder.**
4. **Patient audible prompt: "Press response buttons to delay treatment."**
5. **Blue™ gel release.**
6. **Bystander audible prompt: "Bystanders, do not interfere."**
7. **Treatment shock.**

## Summary

The LifeVest WCD uses a proprietary and unique detection algorithm called TruVector that identifies a treatable ventricular arrhythmia by utilizing multiple analyses and factors focused both on heart rate and morphology. Once the heart rate is categorized above the VT threshold, the device compares the morphology of the patient's current QRS complex to their baseline template. In parallel, AArD is discriminating between physiological and non-physiological patterns. The criteria work together to declare when an arrhythmia is present. LifeVest then utilizes patient interaction through a series of alerts to test the patient's responsiveness in order to determine whether the patient is conscious. If the patient does not respond by pressing and holding the response buttons, a treatment shock will be delivered. The algorithm incorporates several features to evaluate signal quality, including identifying and reducing ECG signal corruption. The LifeVest TruVector detection algorithm results in a low risk of inappropriate shocks while maintaining a high sensitivity for detecting ventricular tachyarrhythmias.

PRODUCED PURSUANT TO PROTECTIVE ORDER

**Notes**

PRODUCED PURSUANT TO PROTECTIVE ORDER

# Contact **ZOLL**
## 24 hours a day, 7 days a week

For LifeVest customer support, technical support, or medical orders, please call **800.543.3267**

LifeVest medical orders and supporting documentation can be faxed to **866.567.7615**

For more LifeVest information, please visit **www.zoll.com** or email LifeVest.Info@zoll.com

Access LifeVest patient data and e-Order through LifeVestNetwork.zoll.com

[1] Nguyen E, Weeda ER, Kohn CG, et al. Wearable Cardioverter-defibrillators for the Prevention of Sudden Cardiac Death: A Meta-analysis. The journal of Innovations in Cardiac Rhythm Management. 2018;9:3151-3162.
[2] Data on file at ZOLL as of April 2011.
[3] Data on file at ZOLL as of October 2019.
[4] Data on file at ZOLL as of October 2017.
[5] Data on file at ZOLL as of April 2012.

ZOLL® LifeVest®

ZOLL • Pittsburgh, PA
p 800.543.3267 • f 866.567.7615 • www.zoll.com

Blue™ Gel - *Only LifeVest has Blue™ gel.*

© 2020 ZOLL Medical Corporation. ZOLL, LifeVest, Blue, the color Blue, and TruVector are trademarks and/or registered trademarks of ZOLL Medical Corporation in the United States and other countries.

20c0010_revI

# EXHIBIT 8

LifeVest®

**Model 4000**

# Operator's Manual




ZOLL®

PN 20B0048 Rev J

# Contents

**1: Introduction ....................................................... 1-1**
About this manual ....................................................... 1-1
What's in this manual ....................................................... 1-1
Safety information ....................................................... 1-2
About the LifeVest system ....................................................... 1-4
Electromagnetic interference ....................................................... 1-8
Wireless interference ....................................................... 1-9
FCC regulatory information ....................................................... 1-9
IEC 60601-1-2 specifications ....................................................... 1-10

**2: Patient fitting ....................................................... 2-1**
Before you start ....................................................... 2-1
Components of the LifeVest belt assembly ....................................................... 2-1
Which style garment do you have? ....................................................... 2-2
Measuring the patient for garment A ....................................................... 2-3
Assembling the electrode belt to garment A ....................................................... 2-5
Putting garment A on the patient and finalizing assembly ....................................................... 2-6
Measuring the patient for garment B ....................................................... 2-12
Assembling the electrode belt to garment B ....................................................... 2-14
Putting garment B on the patient and finalizing assembly ....................................................... 2-15

**3: Patient training ....................................................... 3-1**
Main points to teach the patient ....................................................... 3-1
Summary of operating modes ....................................................... 3-4
Demonstrating the LifeVest to the patient ....................................................... 3-5
Demonstrating the treatment sequence ....................................................... 3-6
Demonstrating a belt alert ....................................................... 3-9
Exiting training mode ....................................................... 3-11

**4: Monitor setup for a new patient ....................................................... 4-1**
About this section ....................................................... 4-1
Summary of settings ....................................................... 4-1
About the keypad ....................................................... 4-2
Programming mode ....................................................... 4-3
Programming the monitor for a new patient ....................................................... 4-3
Setting up a patient ....................................................... 4-7
Rebaselining a patient ....................................................... 4-11

**5: Activities programming ....................................................... 5-1**
Overview of activities ....................................................... 5-1
Activities programming menu map ....................................................... 5-4
Viewing activities ....................................................... 5-5
Health survey programming ....................................................... 5-8
Walk test programming ....................................................... 5-14
Measuring step length ....................................................... 5-19
Entering step length ....................................................... 5-20
Trends programming ....................................................... 5-25

**6: LifeVest Network ....................................................... 6-1**
About LifeVest Network ....................................................... 6-1

**7: Clinical information .......... 7-1**
Intended Use .......... 7-1
Indications .......... 7-1
Contraindications .......... 7-1
Physician information to instruct patient caregivers .......... 7-1
Interaction with pacemakers .......... 7-2
Recommendations for patients with pacemakers .......... 7-3
Recommendation for double counting of a normal rhythm .......... 7-3
Asystole detection .......... 7-4
Interaction with ventricular assist devices .......... 7-4
Device use for patients under 18 years of age .......... 7-5
Clinical studies .......... 7-7
Post-approval study for patients under 18 years of age .......... 7-9

**Appendix A: Quick charts .......... A-1**

**Appendix B: Symbols .......... B-1**

**Appendix C: Patient training all modes .......... C-1**
About training modes .......... C-1
Connecting patient for training mode .......... C-3
Play all: treatment sequence .......... C-4
Play all: belt alert .......... C-8
Play all: battery conditions .......... C-10
Play all: standby mode .......... C-11
Select sections: demonstrating the treatment sequence .......... C-12
Select sections: demonstrating a belt alert .......... C-16
Select sections: demonstrating the alerts .......... C-19
Select sections: demonstrating battery condition .......... C-22
Manual mode: demonstrating standby condition .......... C-24
Exiting training mode .......... C-25

**Index**

## Restricted sale

Federal (USA) law restricts this device to sale by or on the order of a physician.

## Effectivity

This manual describes the LifeVest 4000 wearable defibrillator system.

## Disclaimer

Information, operation, specifications, and product appearance may change without notice. Names and data used in examples are fictitious.

## Trademarks

ZOLL, LifeVest, and Blue are trademarks or registered trademarks of ZOLL Medical Corporation in the United States of America. All other trademarks and registered trademarks are property of their respective owners.

## Copyright notice

© 2009, 2011, 2012, 2013, 2015-2018, ZOLL Medical Corporation. All rights reserved.

## Patents

Patent: www.zoll.com/patents

## Software nonexclusive license

The LifeVest device includes certain software ("Software"). ZOLL grants you a nonexclusive license to use the Software solely for diagnostic and treatment purposes as part of use of the LifeVest device. You are prohibited from: (i) reproducing the Software; (ii) removing or destroying any proprietary markings, copyright notices or other legends which are part of the Software; (iii) modifying or reverse engineering the Software; or (iv) removing the Software from the LifeVest device. Title to the Software will remain at all times with ZOLL. You must keep the Software confidential.

## Contact information

ZOLL
Pittsburgh, PA 15238
USA

| | |
|---|---|
| Phone toll free (USA) | 1-800-543-3267 |
| Phone outside USA | 1-412-968-3333 |
| Fax | 1-412-826-9485 |
| Web | www.zoll.com |



ZOLL_ANA001179

# 1: Introduction

## About this manual

This manual:

- is for operators of the LifeVest wearable defibrillator.
- gives you instructions on how to fit patients, as well as instruct patients in the use and care of the device.
- supplements the *Patient Manual*, which gives patient instructions on the use and care of the LifeVest device.

## What's in this manual

Here's how to use this manual:

- The next few pages contain safety information, details about the LifeVest system, and electromagnetic compatibility guidance.
- **Patient fitting** explains how to fit a patient and assemble the components of the LifeVest belt.
- **Patient training** gives guidelines for instructing the patient about the LifeVest system and how to respond to alerts.
- **Monitor setup for a new patient** covers the basic procedures and menus for setting up the monitor before use by a new patient. (If you need to change other settings, see the programming section of the *Service and Programming Manual*.)
- **Activities programming** covers programming the LifeVest options, including a health survey, walk test, and trends. This section explains how to enable, set up, change, or disable these options.
- **LifeVest Network** tells how to view patient data on the LifeVest Network using a computer with Internet access.
- **Clinical information** contains indications, contraindications, a summary of the clinical studies, and other clinical details.
- Appendixes include **Quick charts**, **Symbols,** and **Patient training all modes**. The quick charts are particularly helpful as reminders of how to do things. Use the list of symbols to help identify the meaning of icons on the components, in this manual, and on the packaging. Refer to the appendix on patient training for a full guide on using the various training modes.
- Use the **Index** at the back of the manual to find what you're looking for quickly.

## Safety information

This information helps you safely operate the LifeVest system. Read and understand these warnings, cautions, and symbols before using the device.

### Terms used

**WARNING:** Warns of possible injury or death caused by misuse of the device. This includes device failure that could lead to the patient not being protected by the device.

**CAUTION:** Advises of a possible problem with the device. Such problems include damage to the device or other property, or minor injury.

**WARNINGS**

Do not prescribe or train a patient to use the LifeVest System until you understand the manual. If you do not understand how to use the system, it may result in damage and/or cause the system to malfunction.

Do not remove the battery, do not disconnect the electrode belt from the monitor, and do not loosen the garment while the monitor is broadcasting alert sounds and/or voice prompts. If the battery is removed, the electrode belt disconnected from the monitor, or the garment is loosened, needed therapy may not be delivered, possibly resulting in serious injury or death. CPR can be performed as long as the monitor is not broadcasting alert sounds and/or voice prompts. If external defibrillation is available, a decision can be made by a medical professional to remove the device and monitor/treat the patient with external equipment.

Do not tamper, alter, drop or abuse any part of the system or labeling. Altering the equipment in any way may damage it and/or cause the system to malfunction.

Always operate the system within the range of 0°C to 50°C (32°F to 122°F), up to 95% relative humidity (non-condensing), and up to 10,000 feet in altitude. Operating the device outside of this range may damage it and/or cause the system to malfunction.

MR The LifeVest is magnetic resonance (MR) unsafe. Do not use it in an MR imaging environment.

Do not stack or place the LifeVest next to other devices. Doing so could expose the device to EMI disturbance that may cause the system to malfunction.

**WARNINGS**

Before prescribing the LifeVest, the healthcare professional should consider whether the patient will be able to successfully interact with the system, including understanding the manual and training, assembling/disassembling the device, and using the response buttons. The healthcare professional should consider mental, visual, physical and auditory limitations that may impact a patient's ability to successfully interact with the system. Failure of the patient to successfully interact with the system may result in system malfunction, possibly resulting in serious injury or death.

Always use appropriate caution when prescribing a LifeVest device to a patient who is dependent on a pacemaker. All patients who have pacemakers should be examined for proper pacemaker function after a defibrillation.

Always take precautions with a patient wearing a ventricular assist device. Some ventricular assist devices can be damaged or reprogrammed by external defibrillation. Therefore, patients wearing ventricular assist devices may not be suitable candidates for the LifeVest.

## About the LifeVest system

The LifeVest is a cardioverter defibrillator worn by a patient at risk for sudden cardiac arrest (SCA). It monitors the patient's heart continuously. If the patient goes into a life-threatening arrhythmia, the LifeVest delivers a treatment shock to restore the patient's heart to normal rhythm.

### Two main components

The LifeVest system consists of two main components: (1) an electrode belt and garment that surrounds the patient's chest, and (2) a monitor that the patient wears around the waist or from a shoulder strap.

Washable garments are available in sizes to suit most patients. The LifeVest device's electrodes are dry and non-adhesive to provide patient comfort.

The monitor contains a touchscreen for the user, as well as a speaker for sounding alerts and voice prompts.

### Treatment cycle less than a minute

When the device detects a treatable arrhythmia, a sequence begins, giving a conscious patient time to stop the treatment. This keeps inappropriate arrhythmia detections from becoming inappropriate shocks, a key difference between the wearable defibrillator and an implanted defibrillator.

If the patient presses the two "response" buttons at any time during the treatment sequence, the alerts stop and the treatment shock is delayed.

If the patient does not respond, the device continues to give alerts and voice prompts to the patient and bystanders.

Gel within the electrodes is released just prior to delivering the treatment shock in order to deliver the shock most efficiently.

The entire event, from arrhythmia detection to delivery of the treatment shock, typically takes less than one minute.

If the arrhythmia continues after the first treatment shock, up to 5 shocks may be given.

### Typical treatment timeline during ventricular fibrillation

This is a hypothetical example of a treatment timeline for VF during an awake cycle when the patient does not press the response buttons.




| Event | |
|---|---|
| 1 | Arrhythmia detected, activating vibration alert, which continues throughout sequence.<br>If an arrhythmia is detected during the sleep interval, the vibration and siren alerts are activated together (unlike normal operation when the vibration alert gets activated first, then the siren alert).<br>For the details about setting the sleep interval, see the programming section of the Service and Programming Manual. |
| 2 | Siren alerts begin (except during sleep interval; see event 1 above). |
| 3 | Siren alerts get louder. |
| 4 | Patient audible prompt: “Press response buttons to delay treatment.”<br>You can give the patient more time to respond while sleeping by setting the response time extension up to 30 seconds.<br>For the details about setting the response time extension, see the programming section of the Service and Programming Manual. |
| 5 | Gel released. |
| 6 | Bystander audible prompt: “Bystanders, do not interfere.” |
| 7 | Treatment shock. |

### Detection and treatment sequence

The algorithm uses a rhythm morphology vectorcardiogram template, heart rate, and criteria that discriminates between physiological and non-physiologic signals to determine if a treatment is required.

Morphology analysis is performed by comparing a normal rhythm baseline template to the patient's current vectorcardiogram. A difference between the real-time vectorcardiogram and baseline morphology template contributes to the determination that a treatable arrhythmia exists.

The algorithm categorizes the heart rate as below the VT threshold, above the VT threshold but below the VF threshold, or above the VF threshold. If the system identifies VF, there is a response time of 25 seconds (programmable up to 55 seconds) to allow the patient time to respond to the alerts. The lower threshold for VF identification can be set from 120 to 250 beats per minute (bpm), with a default of 200 bpm.

If the system identifies VT, there is a response time of 60 seconds (programmable up to 180 seconds). The lower threshold for VT identification can be set from 120 to the VF threshold, with a default setting of 150 bpm

The algorithm, through the use of Advanced Arrhythmia Discrimination (AAD), analyzes ECG signal criteria to discriminate between physiological and non-physiological signals. The default setting for AAD is enabled.

### ECG recording of events

The patient's electrocardiogram (ECG) is recorded for all detected arrhythmias, including before and after treatment. The patient can also manually record an ECG at any time by pressing the response buttons on the device.

Information gets transmitted from the LifeVest monitor to LifeVest Network. Physicians can then access their patient's information from virtually any computer with an Internet connection. LifeVest Network allows physicians to view ECG recordings, patient use, ECG interference, and other device-related information.

### Biphasic waveform delivers efficient energy

The LifeVest device uses a biphasic truncated exponential defibrillation waveform, whereby the signal goes positive, then negative very quickly. This type of waveform has been shown to be effective defibrillating at lower energy levels.

The amplitude and width of the phases of the energy waveform are automatically adjusted to deliver a precise energy amount regardless of the patient's body impedance.

The LifeVest device can deliver up to 5 defibrillation pulses during an arrhythmic episode. The energy of the pulses can be programmed individually to between 75 and 150 joules, with a default setting of 150 joules.

### Reliable detection algorithm

The LifeVest has been proven to be effective at detecting ventricular tachycardia (VT) and ventricular fibrillation (VF). The detection algorithm was 100% sensitive for VF and 95% sensitive for VT in bench testing.

### Intended use locations

The intended electromagnetic environments for the LifeVest 4000 are home, small clinic, hospital, and transport.

### Essential performance

The essential performance of the LifeVest is that it detects ventricular fibrillation or ventricular tachycardia, then delivers a defibrillating shock. Unacceptable risks include loss of detection and treatment functionality.

## Electromagnetic interference

Many common devices, including motors and electronic equipment, could produce electromagnetic interference, also known as EMI, in the LifeVest device that could affect its operation. The LifeVest device has been tested with a number of common sources of electromagnetic disturbance, including cellular telephones, airport security systems, and anti-theft detection systems. This testing, along with clinical trial testing, has demonstrated that in everyday use the LifeVest device is not normally affected by commonly encountered electromagnetic disturbances.

Anti-theft detection systems, also known as electronic article surveillance systems, are often used in department stores and libraries to prevent theft by electronically sensing a special tag on a piece of merchandise when the tag passes through a detector gate. In the USA, these detector gates are commonly located near the doorways. In Europe, the detector gates may be positioned near the checkout areas.

To prevent possible disturbance with the LifeVest device, follow these simple guidelines when passing through airport security gates or anti-theft detection gates:

- Walk through the gate at a normal pace.
- Avoid lingering near or leaning on the gate.

In some occupational and hospital environments, unusually high levels of electromagnetic disturbance could be encountered. Examples of possible sources of such disturbance include: Magnetic resonance (MR) imaging equipment, communication equipment such as microwave transmitters, arc welding equipment, high voltage transmission lines, electrocautery systems, and electronic muscle stimulators. These environments should be avoided while wearing the LifeVest device.

In the unlikely event that electromagnetic disturbance causes you to receive arrhythmia alerts, hold the response buttons to prevent being shocked and move away from the source of the disturbance. The LifeVest device should return to normal monitoring mode in approximately 5 seconds.

## Wireless interference

The LifeVest can be susceptible to or cause wireless interference. Follow these instructions:

- **Cell phone use** – When using a cell phone, keep it at least 10.6 inches (27 centimeters) away from the sensing electrodes (the round ones) on the electrode belt. If you experience noise alerts while using a cell phone, move the cell phone away from the electrode belt or stop using the cell phone.
- **Charger use** – The charger contains a cell phone for data transmissions. Keep the charger at least 10.6 inches (27 centimeters) away from your body to prevent interference. If you experience interference when near the charger, move away from the charger. If you take the charger to a hospital, be sure that the use of cell phones is permitted. If not, do not use the charger while in the hospital. If you need to transmit data, use the wired modem connection.
- **General precaution** – If you experience any interference with the LifeVest when in the presence of any other wireless device, move away from the device or stop using the device that is causing the interference. If you continue to have problems, call ZOLL.

## FCC regulatory information

This device complies with part 15 of the FCC Rules. Operation is subject to the following two conditions: (1) This device may not cause harmful interference, and (2) this device must accept any interference received, including interference that may cause undesired operation.

The monitor contains:

FCC-ID POOWML-C40

The charger with touchscreen may contain:

FCC-ID POOWML-C40
FCC-ID AU792U05E06800

To comply with FCC RF exposure requirements, a minimum separation distance of 10.6 inches (27 centimeters) must be maintained between the user's or bystander's body and if equipped the antenna on the charger. When a separation distance of 10.6 inches (27 centimeters) or more, the charger produces RF exposure that is well below the maximum permissible exposure limits.

Changes or modifications to this device not authorized by ZOLL could void the RF compliance and negate your authority to operate the device.

# IEC 60601-1-2 specifications

## Electromagnetic emissions declaration

| **Guidance and manufacturer's declaration – electromagnetic emissions** | | |
|---|---|---|
| The LifeVest 4000 wearable defibrillator is intended for use in the electromagnetic environment specified below. The customer or the user of the LifeVest 4000 wearable should assure that it is used in such an environment. | | |
| **Emissions Test** | **Compliance** | **Electromagnetic environment – guidance** |
| RF Emissions EN 55011 (2009), Amendment 1 (2010) | Group 1 | The LifeVest 4000 wearable defibrillator uses RF energy only for its internal function. Therefore, its RF emissions are very low and are not likely to cause any interference in nearby electronic equipment. |
| RF Emissions EN 55011 (2009), Amendment 1 (2010) | Class B | The LifeVest 4000 wearable defibrillator is suitable for use in all establishments. |
| Harmonic emissions IEC 61000-3-2 (2005), Amendment 2 (2009) | Class A | |
| Voltage fluctuations/flicker emissions EN 61000-3-3 (2008) | Complies | |

## Electromagnetic immunity declaration

| Guidance and manufacturer's declaration – electromagnetic immunity | | | |
|---|---|---|---|
| The LifeVest 4000 wearable defibrillator is intended for use in the electromagnetic environment specified below. The customer or the user of the LifeVest 4000 wearable defibrillator should assure that it is used in such an environment. | | | |
| **Immunity test** | **IEC 60601 test level** | **Compliance level** | **Electromagnetic environment – guidance** |
| Electrostatic discharge (ESD) IEC 61000-4-2 (2008) | ±6 kV Contact<br>±8 kV Air | ±8 kV Contact<br>±15 kV Air | No precautions necessary. |
| Electrical fast transient IEC 61000-4-4 (2004), Amendment 1 (2010) | ±2kV power line<br>±1kV I/O lines | ±2kV power line<br>±1kV I/O lines | Mains power quality should be that of a typical home environment. |
| Surge IEC 61000-4-5 (2005) | ±1kV differential<br>±2kV common | ±1kV differential<br>±2kV common | Mains power quality should be that of a typical home environment. |
| Voltage dips, short interrupts and voltage variations on power supply input lines IEC 61000-4-11 (2004) | <5% $U_T$ (>95% dip in $U_T$) for 0.5 cycle<br>40% $U_T$ (60% dip in $U_T$) for 5 cycles<br>70% dip $U_T$ (30% dip in $U_T$) for 25 cycles<br><5% $U_T$ (>95% dip in $U_T$) for 5 sec | <5% $U_T$ (>95% dip in $U_T$) for 0.5 cycle<br>40% $U_T$ (60% dip in $U_T$) for 5 cycles<br>70% dip $U_T$ (30% dip in $U_T$) for 25 cycles<br><5% $U_T$ (>95% dip in $U_T$) for 5 sec | Mains power quality should be that of a typical home environment. If the user of the LifeVest 4000 requires continued operation during power mains interruptions, it is recommended that the LifeVest 4000 charger be powered from an uninterruptible power supply. |
| Power frequency (50/60 Hz) magnetic field IEC 61000-4-8 (2009) | 3.0 A/m | 30 A/m | Power frequency magnetic fields should be at levels characteristic of a typical location in a typical home environment. |
| Note: $U_T$ is the AC mains voltage prior to application of the test level. | | | |

Case 1:21-cv-22433-JEM Document 145-3 Entered on FLSD Docket 07/25/2022 Page 297 of 498



## Electromagnetic immunity declaration for life-supporting equipment

| **Guidance and manufacturer's declaration – electromagnetic immunity** | | | |
|---|---|---|---|
| The LifeVest 4000 wearable defibrillator is intended for use in the electromagnetic environment specified below. The customer or the user of the LifeVest 4000 wearable defibrillator should assure that it is used in such an environment. | | | |
| **Immunity test** | **IEC 60601 test level** | **Compliance level** | **Electromagnetic environment – guidance** |
| | | | Portable and mobile RF communications equipment should be used no closer to any part of the LifeVest 4000, including cables, than the recommended separation distance calculated from the equation applicable to the frequency of the transmitter.<br>**Recommended separation distance:** |
| Conducted RF<br>IEC 61000-4-6<br>(2008) | 3 Vrms<br>150 kHz to 80 MHz outside ISM bands[1] | 3 Vrms | $d = 1.2\sqrt{P}$ |
| | 10 Vrms<br>150 kHz to 80 MHz in ISM bands[1] | 10 Vrms | $d = 1.2\sqrt{P}$ |
| Radiated RF<br>IEC 61000-4-3<br>(2006) | 10 V/m<br>80 MHz to 2.5 GHz | 10 V/m | $d = 1.2\sqrt{P}$ 80 MHz to 800 MHz<br>$d = 2.3\sqrt{P}$ 800 MHz to 2.5 GHz<br>where *P* is the maximum output power rating of the transmitter in watts (W) according to the transmitter manufacturer and d is the recommended separation distance in meters (m).[2]<br>Field strengths from fixed RF transmitters, as determined by an electromagnetic site survey,[3] should be less than the compliance level in each frequency range.[4] Interference may occur in the vicinity of equipment marked with the following symbol:<br> |

[1] The ISM (industrial, scientific, and medical) bands between 150 KHz and 80 MHz are 6.765 MHz to 6.795 MHz; 13.553 MHz to 13.567 MHz; 26.957 MHz to 27.283 MHz; and 40.66 MHz to 40.70 MHz.

[2] The compliance levels in the ISM frequency bands between 150 kHz and 80 MHz and in the frequency range 80 MHz to 2.5 GHz are intended to decrease the likelihood that mobile/portable communications equipment could cause interference if it is inadvertently brought into patient areas. For this reason, an additional factor of 10/3 is used in calculating the recommended separation distance for transmitters in these frequency ranges.

[3] Field strengths from fixed transmitters, such as base stations for radio (cellular/cordless) telephones and land mobile radios, amateur radio, AM and FM radio broadcast and TV broadcast cannot be predicted theoretically with accuracy. To assess the electromagnetic environment due to fixed RF transmitters, an electromagnetic site survey should be considered. If the measured field strength in the location in which the LifeVest 4000 is used exceeds the applicable RF compliance level above, the LifeVest 4000 should be observed to verify normal operation. If abnormal performance is observed, additional measures may be necessary, such as reorienting or relocating the LifeVest 4000.

[4] Over the frequency range 150 kHz to 80 MHz, field strengths should be less than 10 V/m.



ZOLL_ANA001191

## Recommended separation distances from RF equipment for the LifeVest 4000

**Recommended separation distances between portable and mobile RF communications equipment and the LifeVest 4000 wearable defibrillator**

The LifeVest 4000 wearable defibrillator is intended for use in an electromagnetic environment in which radiated RF disturbances are controlled. The customer or the user of the LifeVest 4000 wearable defibrillator can help prevent electromagnetic interference by maintaining a minimum distance between portable and mobile RF communications equipment (transmitters) and the LifeVest 4000 wearable defibrillator as recommended below, according to the maximum output power of the communications equipment.

| Rated maximum output power of transmitter, in watts | Separation distance according to frequency of transmitter, in meters | | | |
|---|---|---|---|---|
| | 150 kHz to 80 MHz outside ISM bands $d = 1.2\sqrt{P}$ | 150 kHz to 80 MHz in ISM bands $d = 1.2\sqrt{P}$ | 80 MHz to 800 MHz $d = 1.2\sqrt{P}$ | 800 MHz to 2.5 GHz $d = 2.3\sqrt{P}$ |
| 0.01 | 0.12 | 0.12 | 0.12 | 0.23 |
| 0.1 | 0.38 | 0.38 | 0.38 | 0.73 |
| 1 | 1.2 | 1.2 | 1.2 | 2.3 |
| 10 | 3.8 | 3.8 | 3.8 | 7.3 |
| 100 | 12 | 12 | 12 | 23 |

For transmitters rated at a maximum output power not listed above, the recommended separation distance d in meters (m) can be determined using the equation applicable to the frequency of the transmitter, where P is the maximum output power rating of the transmitter in watts (W) according to the transmitter manufacturer.

NOTE 1: At 80 MHz and 800 MHz, the separation distance for the higher frequency range applies.

NOTE 2: The ISM (industrial, scientific, and medical) bands between 150 kHz and 80 MHz are 6.765 MHz to 6.795 MHz; 13.553 MHz to 13.567 MHz; 26.957 MHz to 27.283 MHz; and 40.66 MHz to 40.70 MHz.

NOTE 3: An additional factor of 10/3 has been incorporated into the formulae used in calculating the recommended separation distance for transmitters in the ISM frequency bands between 150 kHz and 80 MHz and in the frequency range 80 MHz to 2.5 GHz to decrease the likelihood that mobile/portable communications equipment could cause interference if it is inadvertently brought into patient areas.

NOTE 4: These guidelines may not apply in all situations. Electromagnetic propagation is affected by absorption and reflection from structures, objects, and people.

*This page intentionally left blank.*

# 2: Patient fitting

This section explains how to fit a patient and assemble the components of the LifeVest belt.

## Before you start

- Gather the electrode belt and garment.
- Read through these procedures completely.
- Familiarize yourself with the components and what they're called.
- Have a clean, flat area to lay out and assemble the components, such as a table or counter. You might want to put a towel or cloth on the table to protect the components as you assemble them.

## Components of the LifeVest belt assembly

### Electrode Belt




The belt comes in one size and fits any patient. The parts of the electrode belt are as follows:

1 Therapy pads
2 ECG electrodes (also called ECG sensors)
3 Vibration box
4 Connector

### Garment



The garment comes in a variety of sizes to suit the patient.

In this chapter, you will measure the patient to determine what size garment to use.

There are two style garments, with slight variations in fit and assembly. See next page to determine which garment you have.

## Which style garment do you have?

The first thing to do is figure out which style garment you have. Then refer to the instructions for the style you have.

### Garment A




This style garment has three straps at the top, and a small blue strap at the bottom.

We call this garment style A.

If you have this style garment, see page 2-3.

### Garment B




This style garment has two straps and a label showing the B size of the garment.

We call this garment style B.

If you have this style garment, see page 2-12.

## Measuring the patient for garment A

Measure the patient to determine what size garment A to use.

If you are using garment B, see page 2-12.



1 Have patient stand and remove all upper body clothing, including undergarments.

2 Place a measuring tape around the patient's chest, centered at the xiphoid.

Measure to the closest inch or centimeter.

Don't measure too high or too low across the patient's torso.



3 Find the patient's measurement in the chart below and get the size garment indicated.

| Chest measurement inches | centimeters | Garment 10A0991-A0X |
|---|---|---|
| 26-27 | 66-70 | A01 |
| 28-30 | 71-78 | A02 |
| 31-33 | 79-85 | A03 |
| 34-36 | 86-93 | A04 |
| 37-40 | 94-103 | A05 |
| 41-45 | 104-116 | A06 |
| 46-50 | 117-128 | A07 |
| 51-56 | 129-142 | A08 |

The sizes in this chart are suggested sizes. You may vary from the sizes indicated in order to suit the patient.

### Example measurement

| Chest measurement inches | centimeters | Garment 10A0991-A0X |
|---|---|---|
| 26-27 | 66-70 | A01 |
| 28-30 | 71-78 | A02 |
| 31-33 | 79-85 | A03 |
| 34-36 | 86-93 | A04 |
| 37-40 | 94-103 | A05 |
| 41-45 | 104-116 | A06 |
| 46-50 | 117-128 | A07 |
| 51-56 | 129-142 | A08 |

As an example, let's say the patient measures 44 inches.

According to the chart, a patient measuring 44 inches needs garment size A06.

## Assembling the electrode belt to garment A

Refer to this section for garment A. If you have garment B, see page 2-14.

Assemble the belt and garment as described in the Patient Manual, but do not fasten the straps.

The fully assembled electrode belt and garment should look like the following figures.

**Outside view**
This side faces away from the patient's body when worn. The foam sides of the electrodes face the back of the garment.




**Inside view**
This side faces toward the patient's body when worn, with the silver pockets against your skin. Look for the green stickers visible through the silver fabric.



## Putting garment A on the patient and finalizing assembly

Refer to this section for garment A. If you have garment B, see page 2-15.

Follow these instructions to help the patient put on the assembled garment, then adjust the garment for a proper fit.



1 Have the patient remove all clothing and undergarments from the upper body before putting on the garment.

All clothing, including underwear, must be worn OVER the device, NOT under it.

2 Apply unscented hand lotion or skin cream to the four ECG (round) electrodes.





ZOLL_ANA001199



3 Help the patient put on the garment, making sure:

- The garment doesn't get twisted as the patient puts it on.
- The silver fabric pockets touch the patient's bare skin.

If patient is a female:

- Patient should wear a bra OVER the assembled electrode belt and garment.
- Make sure that the silver side of the front therapy pad is pressing against the patient's body rather than the underside of the patient's left breast.





4 Connect the garment ends together in the front.

Make sure that the clips are fully inserted past the slight bumps in the clips.






5 Position straps over the patient's shoulders and bring them under the patient's arms around to the patient's back.



6 Without stretching the strap, find the hole that lines up with the button. Then stretch the strap slightly and attach the button to the next hole.

- Do not cut the strap.
- Excess strap can be folded over and buttoned again.
- Repeat for each of the two long straps.
- Adjust the garment for a good fit.



7 Bring the remaining strap down the front of the patient's chest and button it to the front of the garment.

- Do not cut the strap.
- Excess strap can be folded over and buttoned again.



8 Check position of garment on the patient's body and make sure it's not too high or too low.

To position the garment properly, you may need to adjust the front strap.

Move the strap to the button hole that positions the garment properly, and for a snug fit.

- The garment **should** cross the patient's body just below the breastbone.
- The garment **should not** be as high as the patient's nipples.
- The garment **should not** be as low as the patient's belly button.



Positioned properly



Too high



Too low

9 Have the patient look in a mirror to make sure that:

- The garment is not twisted. Straps are flat against patient's skin.
- The ECG electrodes and therapy pads are pressing against bare skin. The silver fabric pockets and silver side of the therapy pads (with green stickers) MUST TOUCH THE PATIENT'S BODY for the device to work properly.
- None of the cabling interferes with the ECG electrodes or therapy pads.
- The garment is being worn correctly. It should look like the figures below.





## Measuring the patient for garment B

Measure the patient to determine what size garment B to use.

If you are using garment A, see page 2-3.



1 Have patient stand and remove all upper body clothing, including undergarments.

2 Place a measuring tape around the patient's chest, centered at the xiphoid.

Measure to the closest inch or centimeter.

Don't measure too high or too low across the patient's torso.



3 Find the patient's measurement in the chart below and get the size garment indicated.

| Chest measurement inches | centimeters | Garment 10A1004-B0X |
|---|---|---|
| 26-31 | 66-80 | B01 |
| 32-37 | 81-95 | B02 |
| 38-44 | 96-112 | B03 |
| 45-51 | 113-130 | B04 |
| 52-56 | 131-142 | B05 |

The sizes in this chart are suggested sizes. You may vary from the sizes indicated in order to suit the patient.

### Example measurement

| Chest measurement inches | centimeters | Garment 10A1004-B0X |
|---|---|---|
| 26-31 | 66-80 | B01 |
| 32-37 | 81-95 | B02 |
| 38-44 | 96-112 | B03 |
| 45-51 | 113-130 | B04 |
| 52-56 | 131-142 | B05 |

As an example, let's say the patient measures 44 inches.

According to the chart, a patient measuring 44 inches needs garment size B03.

## Assembling the electrode belt to garment B

Refer to this section for garment B. If you have the garment A, see page 2-5.

Assemble the belt and garment as described in the Patient Manual.

The fully assembled electrode belt and garment should look like the following figures.

**Outside view**
This side faces away from the patient's body when worn. The foam sides of the electrodes face the back of the garment.




**Inside view**
This side faces toward the patient's body when worn, with the silver pockets against your skin. Look for the green stickers visible through the silver fabric.






ZOLL_ANA001207

## Putting garment B on the patient and finalizing assembly

Refer to this section for garment B. If you have garment A, see page 2-6.

Follow these instructions to help the patient put on the assembled garment, then adjust the garment for a proper fit.



1 Have the patient remove all clothing and undergarments from the upper body before putting on the garment.

All clothing, including underwear, must be worn OVER the device, NOT under it.

2 Apply unscented hand lotion or skin cream to the four ECG (round) electrodes.







3 Help the patient put on the garment, making sure:

- The garment doesn't get twisted as the patient puts it on.
- The silver fabric pockets touch the patient's bare skin.

If patient is a female:

- Patient should wear a bra OVER the assembled electrode belt and garment.
- Make sure that the silver side of the front therapy pad is pressing against the patient's body rather than the underside of the patient's left breast.



4 Connect the garment ends together in the front.

Make sure that the clips are fully inserted past the slight bumps in the clips.





5 Check position of garment on the patient's body and make sure it's not too high or too low.

To position the garment properly, you may need to adjust the shoulder straps.

Move the buckles to position the garment properly, and for a snug fit.

- The garment **should** cross the patient's body just below the breastbone.
- The garment **should not** be as high as the patient's nipples.
- The garment **should not** be as low as the patient's belly button.



Positioned properly

Too high

Too low

6 Have the patient look in a mirror to make sure that:

- The garment is not twisted. Straps are flat against patient's skin.
- The ECG electrodes and therapy pads are pressing against bare skin. The silver fabric pockets and silver side of the therapy pads (with green stickers) MUST TOUCH THE PATIENT'S BODY for the device to work properly.
- None of the cabling interferes with the ECG electrodes or therapy pads.
- The garment is being worn correctly. It should look like the figures below.





*This page intentionally left blank.*

# 3: Patient training

This section gives guidelines for instructing the patient about the LifeVest system and how to respond to alerts.

We suggest that you:

1 Go over the main points below, continued on the next page.

2 Explain the operating modes and alerts as described on page 3-4.

3 Demonstrate the types of alerts that can occur as described on page 3-5.

## Main points to teach the patient

When you instruct the patient, stress the following points, explained on the following pages:



If you get a vibration or siren alert, press the response buttons.



If you get a gong alert, read the message and take action to fix the problem.




If you get a treatment, continue wearing the LifeVest and call your doctor.

### If you get a vibration or siren alert, press the response buttons





- The response buttons will light red when you are to press them so they will be easy to find, even in the dark.
- As long as you are able to, press the response buttons to stop a treatment. You don't have to hold them continuously. You can press and release them. If you get the siren alert again, press the buttons again.
- As long as you remain conscious and press the response buttons, you are in no danger of receiving a treatment.
- If you lose consciousness, of course you will not be able to press the response buttons. In this case, and if the siren alert continues, the device will go through the treatment cycle and deliver a treatment.
- It is very important that only you (the patient) press the response buttons. This is how the monitor knows whether or not you are conscious. DO NOT let anyone else press the response buttons for you.

### If you get a gong alert, read the message



- Read the display and fix the problem.
- Tap the help button ? for brief instructions.
- You can set the monitor to speak when a help screen is displayed (see Patient Manual, section 3).
- For more complete instructions about what to do for various messages, check the Patient Manual, section 5.
- Keep in mind that the monitor gives alerts, messages, and voice prompts to guide you in what to do.

### If you have an event, call your doctor

- If you have any kind of cardiac event, even if you manage to stay conscious and press the response buttons, you should contact your physician and report the incident.
- Any cardiac event is recorded by the monitor so your doctor can review the data later.

### Review the contents of the Patient Manual

As part of the patient's training, review with the patient how to:

- change and recharge the battery
- change the garment
- disassemble and reassemble the garment and electrode belt

Also be sure to review the warnings and cautions located in the Patient Manual.

Case 1:21-cv-22433-JEM Document 145-3 Entered on FLSD Docket 07/25/2022 Page 323 of 498



## Summary of operating modes

As you instruct the patient, keep in mind that the device has basically three operating modes:

| Mode | Message | What it means | What the patient needs to do |
| --- | --- | --- | --- |
| Normal monitoring – no alerts |  | Monitor is operating normally. | Nothing. |
| Gong alert | Various messages can appear, for example:<br> | Patient needs to take action. | Read screen.<br>Tap help ? for instructions.<br>Check Patient Manual for more information. See section 5, *Responding to alerts*. |
| Siren alert |  | An arrhythmia is being detected. | Press the response buttons if conscious.<br>If unconsious, you'll get a treatment.<br>Check Patient Manual for more information. See section 5, *Responding to alerts*. |

## Demonstrating the LifeVest to the patient

Demonstrate the alerts to help the patient learn how to respond.

You should now connect the electrode belt and have the patient wearing the garment and belt assembly as normal.

At a minimum, you should demonstrate the treatment sequence and belt alerts. Those demonstrations are explained on the following pages.

Optionally, you can demonstrate other functions, and you can have the monitor narrate the demonstrations. Those features are covered in Appendix D of this manual.

### Connect patient for training mode



1 Outfit the patient with the electrode belt and garment.




2 Enter training mode.



3 Connect the electrode belt to the monitor.

4 Continue with the procedure on the next page.

## Demonstrating the treatment sequence




1 From the **Training mode** menu, tap **Select sections**.




2 From the **Training** menu, tap **Treatment sequence**.




3 This screen reminds you that the LifeVest is going to simulate a treatment sequence.

Since the LifeVest is in training mode, the word **TRAINING** appears at the top of the screen.

To advance to the next screen, tap the next page button → in the upper right corner. As you proceed through the training, some screens will not have this button, forcing the patient to take the action indicated on screen.

To stop the training sequence, tap the **X** button X in the upper left corner.




4 The device runs through the alert sequence that will occur if an arrhythmia is detected:

- Vibration alert activates and response buttons light red.
- Siren alert sounds (during training the siren is not as loud as it will be during an actual alert).
- Display shows that an arrhythmia has been detected and tells patient to press response buttons.
- Voice tells patient to press response buttons and tells bystanders not to interfere.




5 Tell the patient to hold the response buttons, not to just press and release them.

Note that the treatment is delayed while the buttons are held.




6 Next tell the patient to release the response buttons.

This message shows that treatment is being delayed because the response buttons were pressed and released.

Note the timing bar at the bottom of the screen. Alerts resume when the timing bar gets to the end.

Patient can press and release the response buttons again to delay treatment.

Allow the treatment sequence to continue so the patient can hear the alerts and voice prompts.




7 This screen shows that treatment has been given.

Note that we're only showing this screen during the demonstration; it will not normally be seen.




8 This screen tells the patient to continue to wear the device after receiving treatment.

Tell the patient to tap the help button ? to show the patient an example of the type of help screens that are available.




9 This is an example of a help screen.

Tap the top half of the screen to demonstrate the speak option. This option works with any help screen.

Tap the **X** button X to close any help screen.




10 Tap the next page button → to see additional screens, or tap the **X** button X to end the demonstration.



ZOLL_ANA001221

Case 1:21-cv-22433-JEM Document 145-3 Entered on FLSD Docket 07/25/2022 Page 328 of 498



## Demonstrating a belt alert




1 From the **Training** menu, select **Belt alarms**.




2 This screen reminds you that the LifeVest is going to simulate belt signal noise and falloff conditions.

To advance to the next screen, tap the next page button in the upper right corner.

To stop the simulation, tap the **X** button in the upper left corner of any screen.




3 A series of screens show what the patient might see to indicate belt problems.

Each time you tap the next page button you'll see another screen.

Tap the help button to show the patient the help screen for belt problems.




4 This help screen shows what the symbols mean, and gives short instructions about what to do to fix the problem.

Tap the **X** button to close the help screen.


ZOLL_ANA001222




5 Tell the patient what to do when the gong alert sounds:

- **Read the display.** This particular message states that there is a problem with the belt. The round electrodes are sending a poor signal to the monitor.
- **Take action to correct problem.** In this case, you would adjust the belt so that the round electrodes make better contact with the skin.

Press **OK** after you fix the problem. This stops the gong alert.







6 Keep tapping the next page button until you get to the therapy pad problem screens.

Again, you can tap the help button to show the patient the type of help associated with this screen.




7 Tap the next page button until the monitor displays this message.

When this happens, the patient is expected to remove and check the belt.

8 Tap the **X** button to end the demonstration.



ZOLL_ANA001223

## Exiting training mode




1 If you're in the middle of any training simulation, with the word **TRAINING** at the top of the screen, tap the **X** button in the upper left corner of the screen.

This returns you to the training menu.




2 From any of the training menus, tap the **X** button until you return to the home screen.




3 When you reach the home screen, the LifeVest resumes normal operation.

*This page intentionally left blank.*

# 4: Monitor setup for a new patient

## About this section

- This section covers the basic procedures for setting up the monitor before use by a new patient.
- If you need to enable, set up, change, or disable any of the activities options, see section 5, *Activities programming*.
- If you need to change any other settings on the monitor or charger, see the programming section of the Service and Programming Manual.

## Summary of settings

The chart below shows all of the settings that can be programmed on the LifeVest.

Some settings are considered part of the basic setup for a new patient, and those settings are covered on the following pages.

Other settings are considered advanced programming. Those settings are covered in the Service and Programming Manual.

All settings return to their default values when you set up a new patient.

| Setting | Range | Default | Basic or advanced |
|---|---|---|---|
| Patient name | Any alphanumeric name | (blank) | Part of basic setup covered in this manual |
| VT rate threshold | 120-250 beats per minute | 150 beats per minute | |
| VF rate threshold | 120-250 beats per minute | 200 beats per minute | |
| Clinical center code | Any alphanumeric code | Determined by ZOLL | |
| Time zone | Selected from list | Time zone where patient resides | |
| Pulse energy | 75-150 joules | 150 joules for 5 shocks | Part of advanced setup covered in Service and Programming Manual |
| VT response time | 60-180 seconds | 60 seconds | |
| VF response time | 25-55 seconds | 25 seconds | |
| Pre-Confirmation Enabled (AAD) | Yes/No | Yes | |
| Patient sleep interval | Any two times during the day | Start: 11:00 PM, End: 6:00 AM | |
| Response time extension | 0-30 seconds | 0 seconds | |
| Patient language | Select from list | English | |
| Secondary language | Select from list | Off | |
| Operator language | Select from list | English | |
| Lead preference | Side-to-side or front-to-back | Side-to-side | |

## About the keypad

Some settings require using the keypad to enter the value. The buttons and displays on the keypad are described below.




| Item | What it means and how to use it |
|---|---|
| Alphanumeric button | Tap to put the keypad in alpha or numeric mode:<br>A = alpha mode, for entering names and words. Letters will be entered first with each key tap.<br>2 = numeric mode, for entering numbers. Numbers will be entered first with each key tap. |
| Setting | Shows the programmed setting that is currently being entered through the keypad. |
| Backspace button | Tap to back up and erase one character at a time. Continue tapping to erase more characters. |
| Value | Shows value being entered using the keypad. |
| Keypad buttons | For entering alpha characters or numbers.<br>In alpha mode, tap the keypad to enter the desired characters. With the first key tap, the letters will be entered. Tap the button repeatedly to cycle through its characters. For example, you would rapidly tap the 2ABC button one time to enter A, two times to enter B, three times to enter C, and four times to enter 2.<br>In numeric mode, tap the keypad to enter the desired numbers. With the first key tap, the number will be entered. If you rapidly tap a key, it will cycle through the letters also.<br>After 2 seconds, the character is accepted and the cursor moves to the next position. |
| Cancel button | Tap to back out of the screen. If any changes were made, they are disregarded. |
| 0/Space button | Tap to enter a 0 (zero) or space. |
| OK button | Tap to accept the value displayed and to exit the screen. |

## Programming mode

To perform any of the procedures in this section, the monitor needs to be in programming mode. Generally programming is performed by ZOLL personnel. If you need to have the device reprogrammed, please contact ZOLL.

## Programming the monitor for a new patient

New patient programming consists of entering the patient's name and the rate thresholds for ventricular tachycardia (VT) and ventricular fibrillation (VF).




1 With the main menu displayed, tap **New patient**.




2 Read the warning message, then tap **OK**.




3 Enter patient's first name, then tap **OK**.

For help in using the keypad, see page 4-2.

Case 1:21-cv-22433-JEM Document 145-3 Entered on FLSD Docket 07/25/2022 Page 335 of 498





4 Enter patient's last name, then tap **OK**.




5 This screen shows the values for the rate thresholds. Review these values and change if needed.

To accept the values shown, tap **OK**.

To see the range and defaults, tap the help button .

To change one or both values:

- Tap the threshold you want to change so its window is yellow.
- To change the value, tap  or .
- Repeat to change the other value if desired.
- To save the new values, tap **OK**.
- To leave this screen without changing the values, tap **Cancel**.






ZOLL_ANA001229




6 Confirm center code and change if needed.

To accept the code shown, tap **OK**.

To change the code:

- Tap **Change**.
- Use the keypad to enter a new code, then tap **OK**.







7 Set time zone.

To accept the time zone shown, tap **OK**.

To change the time zone:

- Tap ◀ to go west, ▶ to go east.
- Tap **OK**.







8 Verify all of the settings.

- To accept the changes, tap **OK**.
- To change any of the settings, tap **Go Back**. Then enter the correct values.
- On any screen, to accept the value shown without changing it, tap **OK**.
- To cancel this setup, tap **Cancel**.




9 From the main menu, tap **X** to close the screen and exit programming.

Continue to set up the patient as described on the next page.

## Setting up a patient

The monitor's arrhythmia detection algorithm uses the patient's normal ECG as a template to help determine if a treatable arrhythmia exists.

After you program the monitor for a new patient, the monitor automatically goes into the setup mode.

Follow this procedure to set up the patient.



1 Have the patient put on the garment and electrode belt, and connect the electrode cable to the monitor.

Have the patient sitting or lying down, relaxed, and not talking or moving around.




2 When you see this message, tap **OK**.




3 This message displays while the monitor records the patient's ECG.

Setup time will vary depending on the patient, strength of the ECG signal, and the amount of noise on the ECG signal. Setup may take up to 5 minutes.

4 During setup, tap to see the status of the belt sensors.







This screen shows the status of the belt sensors.

- Good sensors are shown as or .
- Problem sensors are shown as or or . If you have any of these, make sure the sensor is in good contact with the patient's skin.

To see the patient's ECG, tap .






ZOLL_ANA001233




This screen shows the patient's ECG. Rotate the monitor for easier viewing. The top line shows the side-to-side (SS) channel, the lower line shows the front-to-back (FB) channel.

To return to the screen that shows the belt sensors, tap .




To close either of these screens, tap .





5 When you see this message, setup is complete.

Tap **OK** and the monitor operates normally.




If you get this message, the monitor failed the setup. Do the following:

- Verify that the sensors are properly contacting the patient's skin. Tap  to see if any sensors may be causing the problem.




- If any sensors are not contacting the skin, they will be shown in red. Check these sensors for good contact with skin. You may need to clean the skin or clip excessive chest hair.
- Try to setup the patient again. From the **Setup failed** screen, tap **Try Again** and repeat this procedure.
- If problems continue, the patient may have a rhythm that is difficult for the monitor to learn. Call ZOLL.

## Rebaselining a patient

Use this procedure if you need to rebaseline a patient.




1 On the **Main menu**, select **Patient settings**.




2 On the **Patient settings** summary screen, tap **Change**.







3 On the **Patient settings** menu, tap the arrow button  to go to the second page, then select **Rebaseline patient**.




4 You will get this screen verifying that the rebaseline will start when you leave setup mode.

Tap the **X** button.

Tap the **X** button again on the patient settings screen, and on the menu screen.



5 Prepare the patient as follows:

- Have the patient put on the garment and electrode belt, and connect the electrode cable to the monitor.
- Have the patient sitting or lying down, relaxed, and not talking or moving around.




6 When you see this message, the LifeVest is ready to rebaseline.

When the patient is ready, tap **OK**.




7 This message displays while the monitor rebaselines the patient.

The time for this process will vary depending on the patient, strength of the ECG signal, and the amount of noise on the ECG signal. Total time may be up to 5 minutes.




8 When you see this message, setup is complete.

Tap **OK** and the monitor operates normally.




If you get this message, the monitor failed the setup. Do the following:

- Verify that the sensors are properly contacting the patient's skin. Tap [icon] to see if any sensors may be causing the problem.




- If any sensors are not contacting the skin, they will be shown in red. You may need to clean the skin or clip excessive hair before fitting the patient with the electrode belt and garment.
- Try to setup the patient again. From the **Setup failed** screen, tap **Try Again** and repeat this procedure.
- If problems continue, the patient may have a rhythm that is difficult for the monitor to learn. If so, call ZOLL.

*This page intentionally left blank.*

# 5: Activities programming

## Overview of activities

The LifeVest offers a number of options for displaying patient activities, including a health survey, walk test, and trends.

You can enable, set up, change, or disable these options by programming the LifeVest monitor.

To view the present status of the activities options on the LifeVest monitor, see *Viewing activities* on page 5-5.

### About the health survey

The LifeVest has the ability to ask the patient a series of prescriber selected health-related questions. The patient is to answer the questions in a way that most closely describes how they feel. The patient proceeds to answer each question until all questions are answered.

The LifeVest stores the patient's answers and, during the next download, sends the results to a secure website where the prescriber can choose to review the results.

It is possible to program the device for a health survey through the monitor screens. A health survey can be enabled for different schedules, either daily or weekly, and the number of times the survey is to be taken. Questions to be included in the health survey are selected from a list.

To enable, disable, or set up a health survey, see *Health survey programming* on page 5-8.

### About the walk test

The purpose of the walk test is to have the patient walk for 6 minutes while the LifeVest monitors the patient's heart and counts the number of steps taken.

The patient is to walk at a comfortable pace for 6 minutes. The patient can walk in a circle or oval, such as walking a track. The patient can walk in a square or rectangle, such as walking around a room. The patient can also walk in a straight line, turning at the ends, such as walking back and forth in a hallway or narrow room.




While the patient is walking, audible prompts indicate how much longer to walk, and when to stop walking.

Before and after the walk test, the patient will be asked the same two questions: One about the patient's shortness of breath level and another about the patient's fatigue level. The patient's responses to the questions will determine whether the walk test can be taken. The threshold for allowing the patient to take the walk test must be set by the clinician.

The LifeVest records the answers to the questions as well as the number of steps taken during the walk test and, during the next download, sends the results to a secure website where the prescriber can choose to review the results.

The LifeVest should be programmed according to the patient's physician prescriber. It is possible to program the device for a walk test through the monitor screens. A walk test can be enabled for different schedules, either daily or weekly, and the number of times the walk is to be taken. You also set the threshold for answering the pre-walk questions. If the patient answers the questions above a certain threshold, the LifeVest will not permit the patient to take the walk test.

As part of setting up a patient's monitor for the walk test, measure and enter the patient's step length. Entering the step length will give an approximation of the distance covered during the walk test. See page 5-19.

To enable, disable, or set up a walk test, see *Walk test programming* on page 5-14.

### About the trends

Trends is another option that displays data while a patient is wearing the LifeVest, including heart rate, activity, and body position.

There are no programming settings for trends, just whether the option is enabled or disabled.

Trends are enabled on every monitor by default. Data delivery is determined by LifeVest Network.

If you need to disable the trends, see *Trends programming* on page 5-25.

## Activities programming menu map

Use this map to help navigate to the activities menus on the monitor. From the activities menu, you can select the programmable settings for the health survey, walk test, and trends.





ZOLL_ANA001243

## Viewing activities

You can view the present status of the activities on the patient settings screen. Follow these instructions to view the activities options:




1 After entering programming mode, and with the main menu displayed, select **Patient settings**.




2 Tap  to get to the third page.




The third page shows the status of the activities.

Details on how to read this screen are on the next page.

### How to read the activities settings

You can view the activities settings on the patient settings screen.




| Item | What it means and how to use it |
|---|---|
| Health survey icon  | The settings to the right of this icon give you the status and settings of the health survey. To review the questions selected for the survey or make any changes, tap **Change**. See details on page 5-8. |
| Health survey status |  Health survey option is enabled. |
| |  Health survey option is disabled. |
| Walk test icon  | The settings to the right of this icon give you the status and settings of the walk test. To make any changes, tap **Change**. See details on page 5-14. |
| Walk test status |  Walk test option is enabled. |
| |  Walk test option is disabled. |



ZOLL_ANA001245

| Item | What it means and how to use it |
|---|---|
| Trends icon  | The check or X to the right of this icon gives you the status of the trends.<br>To make any changes, tap **Change**. See details on page 5-25. |
| Trends status |  Trends option is enabled.<br> Trends option is disabled. |
| Health survey schedule | Daily or weekly, this indicates whether the patient will be instructed to take the health survey once a day or once a week. |
| Health survey iterations | This is the number of times the patient will be instructed to take the health survey.<br>For example, if the screen shows 10, the patient will be instructed to take the health survey 10 times.<br>The infinity symbol ∞ means that the health survey will be repeated indefinitely as scheduled. |
| Walk test schedule | Daily or weekly, this indicates whether the patient will be instructed to take the walk test once a day or once a week. |
| Walk test iterations | This is the number of times the patient will be instructed to take the walk test.<br>For example, if the screen shows 10, the patient will be instructed to take the walk test 10 times.<br>The infinity symbol ∞ means that the walk test will be repeated indefinitely as scheduled. |
| Walk test step length | Indicates the step length setting for this patient.<br>Regardless of whether the step length was entered in FT and IN or M and CM, this screen displays the setting in M and CM.<br>To change the step length, tap **Change**. See details on page 5-19. |
| Change button | Tap this button to change any of the patient settings. |
| Right arrow button | Tap this button to see the other patient settings screens. |
| OK button | Tap this button to leave the patient settings screen without making any changes. |

## Health survey programming

Follow these instructions to enable the health survey from the monitor.




1 In programming mode, and with the main menu displayed, select **Patient settings**.




2 Tap → to get to the third page, so you can see the existing activities settings.




Review the existing activities settings.

To change any of the activities settings, tap **Change**.



ZOLL_ANA001247




3 Tap to get to the second page.




4 Select **Activities**.




5 Select **Health survey**.




6 To enable the health survey, tap **Yes** so it's checked, then tap **OK**.

To disable the health survey, tap **No** so it's checked, then tap **OK**. Skip the remaining steps of this procedure.




7 Select when to schedule the health survey, checking either **Daily** or **Weekly**.

- If you select **Daily**, the patient will be prompted to take the health survey once a day.
- If you select **Weekly**, the patient will be prompted to take the health survey once a week.
- After making your selection, tap **OK**.




8 Select the number of health survey iterations using [down button] and [up button].

- This setting is used in conjunction with the schedule you selected the previous step.
- For example, if you selected **Daily** in the previous step, now select the number of days to repeat the health survey.
- If you selected **Weekly**, select the number of weeks to repeat the health survey.
- If you want to repeat the health survey for the foreseeable future, enter ∞ (the infinity symbol). Infinity is the default, and it is located below the number 1. If you tap the [up button] button, the numbers advance from infinity to 1, 2, 3, and so on. To return to the infinity setting, use the [down button] button to count down below the number 1.
- After making your selection, tap **OK**.




9 Next you will select the questions to include in the health survey.

To proceed, tap **OK**.




10 You will be shown each of the possible questions.

Before we explain how to select which questions to include in the patient survey, here's what you need to know:

- If a question *is not* to be included, the **Do not include** button is highlighted yellow and the screen background is gray.




- If a question *is* to be included, the **Include** button is highlighted yellow and the screen background is white.

Now select which questions to include in the survey.

To **include a question** on the survey, tap **Include** while the question is displayed.

Notice that the **Include** button becomes highlighted yellow, and the screen background changes to white.



To **not include a question** on the survey, tap **Do not include** while the question is displayed.

Notice that the **Do not include** button becomes highlighted yellow, and the screen background changes to gray.







To go to the next question, tap the right arrow button in the top right corner.




To go back to a previous question, tap the left arrow button in the top left corner.




The question number is shown in the lower right corner of the screen.




11 After the last question, you will get this screen.

- To review your questions, tap **Back**. Then you can go through the questions by using the arrow buttons at the top of the screens.
- For each question, either **Include** or **Do not include** will be highlighted depending on your selection.
- When you get to the last question and tap either **Include** or **Do not include**, you will see this screen, indicating that you have seen all of the questions.
- When you are finished setting up the health survey, tap **OK**.

This completes the procedure for setting up the health survey.

## Walk test programming

If you have not already measured and entered the patient's step length, see page 5-19.

After entering step length, follow these instructions to set up the walk test.




1 In programming mode, and with the main menu displayed, select **Patient settings**.




2 Tap  to get to the third page, so you can see the existing activities settings.




Review the existing activities settings.

To change any of the activities settings, tap **Change**.



ZOLL_ANA001253




3 Tap  to get to the second page.




4 Select **Activities**.




5 Select **Walk test**.




6 Select **Setup**.




7 To enable the walk test, tap **Yes** so it is checked, then tap **OK**.

To disable the walk test, tap **No** so it is checked, then tap **OK**. Skip the remaining steps of this procedure.




8 Select when to schedule the walk test, checking either **Daily** or **Weekly**.

- Remember that this setting comes from the physician prescriber.
- If you select **Daily**, the patient will be prompted to take the walk test once a day.
- If you select **Weekly**, the patient will be prompted to take the walk test once a week.
- After making your selection, tap **OK**.




9 Select the number of walk test iterations using and .

- This setting is used in conjunction with the schedule you selected in the previous step.
- For example, if you selected **Daily** in the previous step, now select the number of days to repeat the walk test.
- If you selected **Weekly**, select the number of weeks to repeat the walk test.
- If you want to repeat the walk test for the foreseeable future, enter ∞ (the infinity symbol). Infinity is the default, and it is located below the number 1. If you tap the button, the numbers advance from infinity to 1, 2, 3, and so on. To return to the infinity setting, use the button to count down below the number 1.
- After making your selection, tap **OK**.




10 Set the threshold for the first pre-walk question.

- Remember that this setting comes from the physician prescriber.
- When you are ready to enter a value, tap either the or button.




Enter the threshold using this screen.

- Questions will be answered using the scale shown below.
- If a patient answers above this level, the patient will not be permitted to take the walk test.
- Tap the and buttons to change the value, then tap **OK**.

| Threshold scale | |
|---|---|
| 0.5 | Very, very slight |
| 1 | Very slight |
| 2 | Slight |
| 3 | Moderate |
| 4 | Somewhat severe |
| 5 | Severe |
| 6 | |
| 7 | Very severe |
| 8 | |
| 9 | |
| 10 | Very, very severe |




11 Set the threshold for the second pre-walk question.

- Remember that this setting comes from the physician prescriber.
- When you are ready to enter a value, tap either the or button.




Enter the threshold by tapping the and buttons, then tap **OK**.

Set the second pre-walk question threshold, as you did in step 10.




12 When you get this screen, tap **OK**.

This completes the procedure for setting up the walk test.

## Measuring step length

As part of setting up a patient's monitor for the walk test, measure the patient's step length as follows. You'll need to have a tape measure or some other measuring device that can measure up to 35 feet (11 meters), as well as some way of marking the floor (such as tape) with a starting and ending point.

1 Mark a starting point. Have the patient use this starting point for their toe, as shown below.

2 Have the patient walk 10 steps as shown below. The patient should walk in their normal fashion, taking their normal gait, not stretching or running. Mark the end point.

3 Measure the total distance covered from the starting point to the end point, in feet and inches, or meters and centimeters.




4 Write down the number of steps taken and distance measurement. In the example shown above, the number of steps taken is 10, and the distance measurement is 25 feet, 6 inches.

| | | |
|---|---|---|
| **Steps taken** | | |
| **Distance measurement** | **FT** | **IN** |
| | **M** | **CM** |

This is one method of estimating the step length. Other methods may be used.

Case 1:21-cv-22433-JEM Document 145-3 Entered on FLSD Docket 07/25/2022 Page 365 of 498


## Entering step length

After measuring the patient's steps and distance (see page 5-19), enter those values as follows:




1 In programming mode, and with the main menu displayed, select **Patient settings**.




2 Tap  to get to the third page, so you can see the current activities settings.




Verify that you want to change the step length.

To change the step length, tap **Change**.

Note that step length is converted into M and CM if entered in FT and IN when displayed on the patient settings screen.


ZOLL_ANA001259




3 Tap  to get to the second page.




4 Select **Activities**.




5 Select **Walk test**.




6 Select **Step length**.




7 Enter the number of steps the patient walked, then tap **OK**.

In the example, the patient walked 10 steps.




8 Remember the total distance covered by the number of steps the patient took?

For the following steps, we'll presume you measured the distance in feet and inches.

If, however, you measured your distance in meters and centimeters, tap the **Units** bar to change the windows to **M** (meters) and **CM** (centimeters).

If you change the units, enter the values as described in the next steps using the windows marked **M** (meters) and **CM** (centimeters) instead of **FT** (feet) and **IN** (inches).









9 Tap the **FT** (feet) window.




Enter the number of feet in your distance measurement.

In the example we've been using, you'd enter the number 25.




To correct an entry, use the back arrow button .

After you enter your number, tap **OK**.




10 Next, tap the **IN** (inches) window.




Enter the number of inches in your distance measurement.

In the example, you'd enter the number 6.




Then tap **OK**.




11 The screen shows the total distance you entered.

Confirm that you entered the correct value.

- If the value is correct, tap **OK**.
- If you need to change the value, tap the **FT** or **IN** window and re-enter the value.

This completes the procedure for entering step length.

## Trends programming

Follow these instructions to change the status of the trends (enabled or disabled) from the monitor.




1 In programming mode, and with the main menu displayed, select **Patient settings**.




2 Tap  to get to the third page, so you can see the existing activities settings.




Review the existing activities settings.

To change any of the activities settings, tap **Change**.







3 Tap  to get to the second page, then select **Activities**.




4 Select **Trends**.




5 Select a status for the trends:

- To enable trends, tap **Yes** so it's check, then tap **OK**.
- To disable trends, tap **No** so it's checked, then tap **OK**.




6 If you selected **Yes** in step 5, this screen appears when you tap **OK**.

Tap **OK**.

If you selected **No** in step 5, you are taken directly to the **Patient settings** screen. See next step.

There are no other programmable settings for the trends.




7 The **Patient settings** screen shows the status of the trends:



Trends option is **enabled**.



Trends option is **disabled**.

*This page intentionally left blank.*

# 6: LifeVest Network

## About LifeVest Network

LifeVest Network is a secure Internet Web site for viewing data related to the LifeVest wearable defibrillator.

From LifeVest Network, you can view ECG recordings, treatment events, and compliance data.

You can view and print a number of reports related to the LifeVest.

For more information about LifeVest Network, and to set up your LifeVest Network account, contact ZOLL.

*This page intentionally left blank.*

# 7: Clinical information

## Intended Use

The LifeVest system is intended to be worn by the patient to detect ventricular fibrillation or ventricular tachycardia and deliver a defibrillating shock without patient or bystander interaction.

## Indications

The LifeVest system is indicated for patients 18 years of age and older who are at risk for sudden cardiac arrest and are not candidates for or refuse an implantable defibrillator.

The LifeVest system is indicated for patients under 18 years of age who are at risk for sudden cardiac arrest and are not candidates for or refuse an implantable defibrillator. Patients must have a chest circumference of 26 inches (66 centimeters) or greater and a weight of 18.75 kilograms (41.3 pounds) or greater. See *Device use for patients under 18 years of age* on page 7-5.

## Contraindications

The LifeVest system is contraindicated for use on patients with an active implantable defibrillator.

**WARNING**

Before prescribing the LifeVest, the healthcare professional should consider whether the patient will be able to successfully interact with the system, including understanding the manual and training, assembling/disassembling the device, and using the response buttons. The healthcare professional should consider mental, visual, physical and auditory limitations that may impact a patient's ability to successfully interact with the system. Failure of the patient to successfully interact with the system may result in system malfunction, possibly resulting in serious injury or death.

## Physician information to instruct patient caregivers

The LifeVest should only be prescribed to patients who will be able to successfully interact with the system, including understanding the manual and training, assembling/disassembling the device, and using the response buttons. The physician should consider mental, visual, physical and auditory limitations that may impact a patient's ability to successfully interact with the system.

When the patient does not meet all of these criteria, physicians use medical judgment to determine that a patient caregiver can assist the patient in certain responsibilities, such as assembling/disassembling the device. The patient's ability to press the response buttons is a test of the patient's consciousness and is part of the device's process to decide whether and when to deliver treatment. If anyone other than the patient holds the response buttons, needed therapy may not be delivered, possibly resulting in serious injury or death.

## Interaction with pacemakers

**WARNING**

Always use appropriate caution when prescribing a LifeVest device to a patient who is dependent on a pacemaker. All patients who have pacemakers should be examined for proper pacemaker function after a defibrillation.

Several interactions with pacemakers are possible:

- If a patient goes into a ventricular arrhythmia and the pacemaker continues to pace, the pacemaker's pulses may be the dominant signal.[1] This may potentially cause the LifeVest device to lock on the pacemaker's signal as the cardiac rhythm and prevent the LifeVest device from detecting the arrhythmia. The risk varies according to the type of pacemaker and the programmed mode of the pacemaker.
- If the patient is baselined with the pacemaker active, an unpaced QRS complex may be interpreted by the LifeVest device as a change in the QRS morphology. As a result, if the rate goes above the arrhythmia rate threshold, the LifeVest device may then declare the unpaced rhythm a treatable arrhythmia and begin the treatment alert sequence. As long as the patient uses the response buttons of the LifeVest device, the device will not deliver a treatment shock. However, be aware that an increased potential for an unnecessary shock does exist.
- After the shock is delivered, the pacemaker may have difficulty capturing the myocardium[2] or may be reset to a default mode.

[1] Glikson, et al, "Importance of Noise Reversion as a Potential Mechanism of Pacemaker-ICD Interactions," *PACE*, May 1998, 21: 1111-1121.
[2] Altamura, et al., "Transthoracic DC Shock May Represent a Serious Hazard in Pacemaker Dependent Patients," *PACE*, January 1995, 18 (Part II): 194-198

Other articles of interest:

Brode, et al, "ICD-Antiarrhythmic Drug and ICD-Pacemaker Interactions," *Journal of Cardiovascular Electrophysiology*, July 1997, 8:830-842.

Geiger, et al, "Interactions Between Transvenous Nonthoracotomy Cardioverter Defibrillator Systems and Permanent Transvenous Pacemakers," *PACE*, March 1997, 20 (Part I): 624-630.

## Recommendations for patients with pacemakers

If the pacemaker does pace during ventricular fibrillation, there is a risk that the pacemaker stimulus artifact would be tracked by the LifeVest device as a valid heart rate during ventricular fibrillation. In order for this to occur, the pacemaker stimulus artifact must be greater than the ventricular fibrillation signal. Patients whose pacemaker stimulus artifact is greater than 0.5 mV in any ECG lead should not use the LifeVest device.

Because of the risk that the patient's unpaced ECG signal may be interpreted as a ventricular tachycardia if it exceeds the arrhythmia rate threshold, set the VT rate threshold above the maximum paced rate when a patient is baselined while being paced.

After shock delivery, check the pacemaker's programming and ability to capture.

## Recommendation for double counting of a normal rhythm

Double counting of a normal rhythm is known to occur with ICDs and other rhythm analysis devices.

Patients likely to experience double counting declarations may have high T waves and/or low QRS amplitudes. If a patient does experience such false arrhythmia declarations, there are two actions which may help: increasing the arrhythmia rate threshold and/or lengthening the response time. Increasing the arrhythmia rate threshold should reduce the frequency of false arrhythmia declarations due to double counting. Lengthening the response time gives the patient additional time to respond to the alerts if a shock is not necessary.

## Asystole detection

The LifeVest monitors the ECG signal and declares asystole when the amplitude of the ECG input signal falls below 100 microvolts for at least 16 seconds. The following conditions can occur:

- If the normal sinus rhythm changes directly to asystole, the patient is prompted to check electrodes. If there is no response and the condition does not change after 30 seconds, the LifeVest displays a message and voice prompt that if the patient is not responsive to call for help and to perform CPR.
- If the normal sinus rhythm changes to bradycardia, then to asystole, the LifeVest displays a message and voice prompt for bystanders that if the patient is not responsive to call for help and to perform CPR.

## Interaction with ventricular assist devices

**WARNING**

Always take precautions with a patient wearing a ventricular assist device. Some ventricular assist devices can be damaged or reprogrammed by external defibrillation. Therefore, patients wearing ventricular assist devices may not be suitable candidates for the LifeVest.

If you have a patient who is a candidate for the LifeVest, and that patient is using a ventricular assist device, check the manufacturer's instructions regarding whether the device could be damaged or reprogrammed by external defibrillation. If the ventricular assist device could be damaged by external defibrillation, that patient is not a candidate for the LifeVest.

## Device use for patients under 18 years of age

According to the 2010 AHA guidelines,[1] 2-4 J/kg is the recommended energy level for effective defibrillation therapy for pediatric patients including patients under 18 years of age. In order for these patients to be treated with an appropriate amount of energy with the LifeVest device, which is programmable between 75 and 150 joules, they must meet the minimum required weight of 18.75 kg. At the minimum energy setting of 75 J, a minimum weight patient of 18.75 kg would receive the maximum dose of 4 J/kg. In order to meet the AHA's minimum recommendation of 2 joules per kg, patients weighing over 37 kg should be programmed to receive more than 75 joules. Appropriate dosage is determined and prescribed by the physician.

As of November 8, 2012, the company registry contained 248 pediatric patients, aged 3-17, including those in the literature publications.

Retrospectively collected data has shown the ability of the LifeVest to successfully convert a sudden cardiac arrest to a life-sustaining rhythm in patients as young as 13. Four patients in the 3-17 age group experienced SCA during LifeVest use that was successfully converted to a life sustaining rhythm. The following table provides further detail on the pediatric patients receiving an appropriate treatment with the LifeVest.

| Patient | Age | Wear duration (days) | Indication for LifeVest use | Treatment summary | Energy delivered (Joules) | Reason for ending LifeVest use |
|---|---|---|---|---|---|---|
| 1 | 13 | 78 | Congenital heart disease | 1 appropriate treatment | 151 | Heart transplant |
| 2 | 14 | 3 | Cardiomyopathy | 1 appropriate treatment | 150 | Received ICD |
| 3 | 15 | 55 | Wolff-Parkinson-White syndrome | 1 appropriate treatment | 150 | Received ICD |
| 4 | 16 | 60 | Tetralogy of Fallot | 4 appropriate treatments | 152-154 | Improved ejection fraction |

There are three peer-reviewed articles on the use of the LifeVest specifically in the pediatric population. One paper describes four pediatric patients prescribed a wearable defibrillator from a single site.[2] All carried a diagnosis of anthracycline-induced cardiomyopathy. While no patients received an appropriate treatment in this study, no patients received an inappropriate treatment despite the inappropriately detected rhythm caused by ECG noise. Two patients had documented noncompliance with wear, which resulted in failure to detect and treat a life-threatening arrhythmia in one. The paper concluded that the wearable defibrillator is a short-term alternative for children at

[1] Link M, et al. *Part 6: Electrical Therapies: Automated External Defibrillators, Defibrillation, Cardioversion, and Pacing - 2010 American Heart Association Guidelines for Cardiopulmonary Resuscitation and Emergency Cardiovascular Care.* Circulation. 2010;122[suppl 3]:S706–S719.

[2] Everitt MD, Saarel EV. Use of the wearable external cardiac defibrillator in children. *Pacing and Clinical Electrophysiology.* 2010;33(6):742-746.

risk for SCD, who can be properly fit with the wearable defibrillator, where the risk of ICD use is greater than the benefit.

In a paper by Collins et al., 81 multi-site wearable defibrillator patients from 9-18 years old, and 103 patients aged 19-21, were retrospectively reviewed.[1] In patients ≤18 years of age, there was one inappropriate therapy, due to sinus tachycardia and artifact, and one withholding of therapy due to a device-device interaction. Compliance was generally similar to adults among these younger patients, with an average daily use of 19 hours, and non-compliance or comfort issues only being recorded for 7-11% of patients. This paper concluded that the wearable defibrillator could be an appropriate therapy for pediatric patients who are at risk for SCA, as they had two appropriate treatments in their young adult population (age 19-21). However, they had no appropriate treatments in their pediatric population (age 9-18).

The third paper by LaPage et al., published prior to the two papers discussed above, detailed the fatal device-device interaction between the wearable defibrillator and a unipolar epicardial pacemaker.[2] Such interactions are not unique to pediatric patients nor are they unique to wearable defibrillators, being copiously described in the ICD and AED literature. LifeVest manuals have specific warnings about pacemaker interactions; please see *Interaction with pacemakers* on page 7-2 and *Recommendations for patients with pacemakers* on page 7-3. These warnings advise physicians to use appropriate caution when prescribing the LifeVest device to a patient who is dependent on a pacemaker.

The rate of inappropriate treatments per patient days of use for patients under 18 years of age is similar to that of patients 18 years of age and older. Inappropriate treatments can be prevented by pressing the response buttons. Only one serious adverse event has been reported for pediatric patients using the device. This event is described in the paper by LaPage et al, which summarizes the withholding of therapy caused by a pacemaker interacting with the wearable defibrillator.

[1] Collins KK, Silva JN, Rhee EK, Schaffer MS. Use of a wearable automated defibrillator in children compared to young adults. *Pacing and Clinical Electrophysiology*. 2010;33(9):1119-1124.

[2] LaPage MJ, Canter CE, Rhee EK. A fatal device-device interaction between a wearable automated defibrillator and a unipolar ventricular pacemaker. *Pacing Clin Electrophysiol*. Jul 2008;31(7):912-915.

## Clinical studies

### Initial FDA-approval study[1]

Conducted between 1990 and 2001, the objective of the FDA-approval trial was to demonstrate safety (low false shock rate) and efficacy (survival after sudden cardiac arrest). There were 289 high SCA risk patients who used the device an average of 3 months. Of 8 SCA events that occurred during the trial, 6 were successfully converted. There were 6 appropriate shocks during the trial. The trial design was to demonstrate superiority of the wearable defibrillator to reliance on the EMS system for SCA treatment.

### Biphasic electrophysiology laboratory sub-study[2]

This study was conducted between March 2001 and November 2001. Twelve patients were electively induced into VT or VF, and all 12 were converted or defibrillated with the first biphasic shock (either 70 or 100 joules). A total of 23 successful biphasic shocks were delivered. There were no post-shock arrhythmias or skin burns. The average patient impedance was 68 ±8 ohms.

### WCD 3000 clinical evaluation

This study was conducted between September 2001 and April 2002. The objective was to demonstrate the safety of the LifeVest WCD 3000 device by comparing the incidence of false arrhythmia declarations (false alarms) with the WCD 3000 device to the WCD 2000 device. The study would be considered successful if the incidence of false arrhythmia declarations was less than, or equal to, the WCD 2000 device. A minimum of 10 patients and 100 weeks of cumulative device use would be required.

A prospective, non-randomized, multi-national trial involving four centers (three USA centers and one European center) evaluated the safety of the WCD 3000 device with patients at risk of sudden cardiac death. Two populations at SCA risk were chosen:

- The first population consisted of patients waiting for heart transplant or patients having an equivalent cardiac status, namely New York Heart Association Class III or IV heart failure and an ejection fraction below 30 percent.
- The second patient population included acute myocardial infarction (MI) patients and patients immediately following a coronary artery bypass graft procedure. Additional requirements for both the MI and bypass patients included VT/VF within the first 48 hours or a left ventricular ejection fraction of less than 30 percent. A Killip Class III or IV 72 hours following the MI and syncopal VT/VF after 48 hours post-MI also qualified patients for WCD 3000 device use.

---

[1] Feldman et al., “Use of a Wearable Defibrillator in Terminating Tachyarrhythmias in Patient at High Risk for Sudden Death: Results of WEARIT/BIROAD,” *PACE*, 2004, 27:4-9.

[2] Reek et al., “Clinical Efficacy of a Wearable Defibrillator in Acutely Terminating Episodes of Ventricular Fibrillation Using Biphasic Shocks”, *PACE*, 2003, 26:2016-2022.

**Patient demographics**

| Parameter | Total Study (n=13) | WEARIT (n=7) | BIROAD (n=6) |
|---|---|---|---|
| Ejection fraction | 21% ±7, n=11 | 18% ±6 | 25% ±5, n=4 |
| QRS width (msecs) | 105 ±15, n=9 | 106 ±18, n=5 | 104 ±12, n=4 |
| Age (years) | 56 ±11 | 56 ±13 | 57 ±9 |
| Male | 69% | 71% | 67% |
| History of smoking | 83%, n=12 | 67%, n=6 | 100% |
| History of hypertension | 83%, n=12 | 86% | 80%, n=5 |
| History of NSVT | 89%, n=9 | 80%, n=5 | 100%, n=4 |
| History of VT | 44%, n=9 | 33%, n=3 | 50% |
| Beta-blocker medication | 82%, n=11 | 67%, n=6 | 100%, n=5 |
| Anti-arrhythmia medication | 9%, n=11 | 0%, n=6 | 20%, n=5 |
| Inotropic medications | 0%, n=11 | 0%, n=6 | 0%, n=5 |

The study population consisted of 13 patients with 105 patient weeks of patient device experience. There were 214 false arrhythmia detections during that time. The rate of false detections using the WCD 3000 device was 2.0 per patient week of use as compared to 4.5 per patient week using the WCD 2000 device. There were no treatable tachyarrhythmic events during the study. There were four true arrhythmias recorded during the study, all four resolved spontaneously. There were no inappropriate defibrillations during the study.

One adverse event was reported during the study. This event involved a patient who received an asystole alert due to incompletely connecting the electrode belt to the monitor. The patient called an ambulance to take her to the hospital as the device directed. She was hospitalized as a precaution and transferred from this local hospital to the investigational site where she was examined and discharged to home. No injury resulted from this event. The patient continued to wear the device.

## Post-approval study for patients under 18 years of age

The objective of the study was to report on data collected from patients under 18 years of age during their use of the LifeVest. The study included clinical data collected retrospectively from 273 patients, under 18 years of age on the day of LifeVest fitting, from January 1, 2013 to May 10, 2016.

All patients provided consent to use their data for quality, regulatory, and research purposes per ZOLL's current practice. Data is routinely collected for each device use per methods described below. The medical order database was used to collect patient demographics (age, gender, ICD-9 codes). The device generated records were used to collect data concerning device use (daily use time, dates of use, defibrillation therapy delivery, and ECG recording during defibrillation). The customer call reports were used to search for any events that occurred during LifeVest use, including any alleged deficiencies.

The key endpoints collected for this study included: 1) patient demographics (age, gender, indications for use), 2) performance (duration and daily use, and appropriate therapy delivery, including ECG recordings and the description of circumstances), and 3) safety (inappropriate defibrillation therapy delivery, including ECG recordings and the description of circumstances, and any other adverse events reported to ZOLL).

### Summary of the post-approval study results

A total of 273 patients under 18 years of age (median age=15 (4-17), 63% male) were fit with the LifeVest. The most frequent primary indications for use included cardiomyopathy and/or heart failure (33%), and previous cardiac arrest or sustained ventricular arrhythmias (25%). For those that had discontinued use by the time of analysis (n=253), the median duration of use was 57 days (range=1-550). In those patients that wore the device for at least fifteen minutes (n=267), the median daily use was 20.5 hrs/day (sum of days worn=14,435 days of use).

There were no adverse events that led to device-related hospitalizations, pacemaker interactions, or withholding of appropriate shock therapy. Four patients (1.47%) had adverse events that were recorded as observations requiring minimal intervention and no hospitalization.

One patient (0.37%) experienced an inappropriate defibrillation. The cause of the false detection was oversensing of small artifact/small cardiac signal during asystole. This patient subsequently died; the patient death was not attributed to the inappropriate defibrillation or any other LifeVest related concerns. Five deaths were reported while not wearing the device at the time of the event.

During this time, there was one appropriate defibrillation delivered by the LifeVest for an episode of ventricular fibrillation. First shock success rate was 100%. Shock survival was 100%.

All patients under 18 years of age between January 2013 and May 2016 were included, reducing selection bias. The study exceeded the minimum enrollment goal of 150 patients. All patients were followed to end of device use or to the time of analysis for those still using the device. Similar to other retrospective dataset reviews, clinical and circumstantial information was limited to the data provided and other desirable information, such as clinical outcome after device use, were not available.

# Appendix A: Quick charts

## Overview of new patient setup




## Programming monitor for new patient




## Fitting patient with garment and electrode belt




## Setting up new patient



## Training patient




## Viewing patient data




## When patient is finished with device



# Appendix B: Symbols

| | |
|---|---|
|  | Cell modem selected: Cellular modem is selected. |
|  | No cell signal: No data can be sent via cell network. |
|  | Bluetooth signal strength: Indicates signal strength from charger. Number of pie pieces indicates signal strength. Signal must be present in order to send data from monitor to charger. |
|  | No Bluetooth signal: No data can be sent between monitor and charger. |
|  | Battery level (on monitor): Number of bars indicates battery charge.<br>Battery charging (on charger): Animated to show that battery is charging. |
|  | Battery empty (on monitor): Battery is discharged. |
|  | Battery testing: Animated to show that battery is being tested. |
|  | Battery problem: Battery has a problem and may need to be replaced. Call ZOLL. |
|  | Power is being applied to the charger. Charger with indicator lights only. |
|  | Battery is charging. Charger with indicator lights only. |
|  | Battery is fully charged, ready for use in the monitor. Charger with indicator lights only. |
|   | Alarm condition 1. Battery has a problem but still might hold a charge. Call ZOLL Charger with indicator lights only. |
|   | Alarm condition 2. Charger has a problem and cannot charge the battery. Call ZOLL immediately. Charger with indicator lights only. |
|  | Battery testing. Charger with indicator lights only. |

| | |
|---|---|
|  | Battery low (red battery symbol): Battery is getting low. Change battery as soon as possible and recharge battery. Tap for help. |
|  | Battery may be defective (yellow battery symbol): LifeVest cannot determine battery condition. Call ZOLL for service. Tap for help. |
|  | Menu button: Tap to see menu. |
|   | OK button: Tap to acknowledge that you have read the screen. If any selections or changes were made on the screen, they take effect. |
|   | Cancel button: Tap to back out of the screen. If any changes were made, they are disregarded. |
|  | Translate button: Tap to change the language on the screen to the secondary language. Only shown when there is a secondary language. |
|  | Help button: Tap to see help screen. |
|  | X button: Tap to close the screen. Used with help screens. |
|  | Next page button: Tap to go to the next page when there is more than one. |
|  | Previous page button: Tap to go to the previous page when there is more than one. |
|  | Charger problem: Charger has a problem and cannot be used. Call ZOLL immediately. |
|  | ECG electrode good signal: Situation normal, no action required. |
|  | ECG electrode poor signal: Check electrode for cause of poor signal and fix problem. |
|  | ECG electrode off skin: Check electrode that is off skin and fix problem. |
|  | Therapy electrode on skin: Situation normal, no action required. |
|  | Therapy electrode off skin: Check electrode that is off skin and fix problem. |
|  | Land line dialing mode: Shows that LifeVest is connected to a land line phone. |

| | |
|---|---|
|  | Monitor transmitting: Monitor is transmitting data to the charger. |
|  | Monitor connected: Monitor is set to manually send data. |
|  | Airplane mode: Monitor will not transmit data. |
|  | Monitoring mode: Animated to show that LifeVest is in monitoring mode. Situation normal, no action required. |
|  | Standby mode: Animated to show that LifeVest is in standby, not monitoring. Connect belt to monitor so that LifeVest can resume normal monitoring mode. |
|  | Recording: LifeVest is recording your ECG signal. |
|  | Service required: Device has a problem and requires service. Call ZOLL. |
|  | Symbol for health survey on patient setup menu. |
|  | Symbol for walk test on patient setup menu. |
|  | Symbol for trends on patient setup menu. |
|  or  | Battery: Do not incinerate. |
|  or  | Battery: Do not short circuit. |
| CE 0297 | CE marking, indicates conformance with European Medical Device Directive. |

| | |
|---|---|
|  | Laundering symbol: Normal cycle in warm water. |
|  | Laundering symbol: Tumble dry warm. |
|  | Laundering symbol: Only non-chlorine bleach, when needed. |
|  | Laundering symbol: Iron on low temperature. |
|  or  | Laundering symbol: No anti-static spray. |
|  or  | Laundering symbol: No fabric softener. |
|  | Manufacturing date. |
|  | Manufacturing location. |
|  | Expiration date. |
|  | Monitor connector: Type BF defibrillator-proof connector. |
|  | Monitor connector: Type BF non defibrillator-proof connector. |
|  | Packaging: Battery |
|  | Packaging: Charger. |

| | |
|---|---|
|  | Packaging: Monitor. |
|  | Packaging: Electrode belt. |
|  | Packaging: Garment. |
|  | Power supply electrical information: Alternating current (AC). |
|  | Power supply electrical information: Direct current (DC). |
|  | Therapy pad label: Place this side (foil side) of the therapy pad next to your skin. |
|   | Caution: Read and follow the caution text next to this symbol. If on a product, consult accompanying documents. |
|  | Symbol: See instructions for use. |
|  | Symbol: Automated external defibrillator. |
|  | Symbol: Dangerous voltage. Surface could become hazardous for bystanders to touch when the device is in use. |
| REF | Symbol for catalog number, accompanied by number. |
| SN | Symbol for serial number, accompanied by serial number. |
| LOT | Symbol for lot number, accompanied by lot number. |
| EC REP | Symbol for EC representative next to name and address of authorized EC rep. |
|  | Symbol for keep dry. |

| | |
|---|---|
|  | Symbol for keep away from sunlight. |
|  | Symbol for do not use if package is damaged. |
|  | Symbol for temperature limitation. Upper and lower limits of temperature are indicated next to the horizontal lines. |
|  | Symbol for emits RF energy. |
|   | Symbol for magnetic resonance (MR) unsafe. |
|  | Symbol for do not dispose of in unsorted trash. Return to a collection site intended for waste electrical and electronic equipment (WEEE). |
| **IP21** | Symbol for ingress protection. |

# Appendix C: Patient training all modes

This appendix explains all of the training modes, gives the details about the sequence that training is presented in the automatic mode, and gives the procedure for training in the manual mode.

## About training modes

There are three training modes of operation:

- Automatic with narration
- Automatic without narration
- Manual, where you select what parts to see (no narration).

### Order of automatic training

In automatic mode, this is the order that things are presented:

1) treatment sequence

2) belt noise problems (ECG first, then therapy electrodes)

3) battery conditions

4) standby mode

### Training narration

When you choose the training mode with narration, the screens are accompanied by narration that tells the patient what is being demonstrated, and what to do in each situation.

Training narration is in a female voice so that it is different than the normal operation prompts and help narrations.

Operation narration (such as “press response buttons”) is in a male voice and functions as normal during training; it cannot be turned off.

Help narrations (press to speak) also function the same as normal, and they are also in the same voice as the operational messages (male voice), so that the patient learns what is normal operation.

### Operation screens get training banner

In training mode, the operation screens have the TRAINING banner at the top of the screen in the patient's language. Otherwise the screens are the same as when the unit is operating normally.

Help screens and the "please wait" screen do not display the training banner.

### Help screens work as normal

Help screens work just like normal in training mode. The difference is that even with training narration turned off, help screens function as normal. Help screens speak when touched, the same as they normally do when the speak option is enabled.

These narrations speak in the language programmed for the patient. If a secondary language was programmed, the translate button will be present on the help screens. Pressing the translate button plays the narration in the secondary language.

### Programming mode

To perform any of the procedures in this section, the monitor needs to be in programming mode. Please contact ZOLL.

## Connecting patient for training mode

In order to get the full effect of the demonstration, you should connect the electrode belt and have the patient wearing the garment and belt assembly as normal.



1 Outfit the patient with the electrode belt and garment.




2 Enter training mode.



3 Connect the electrode belt to the monitor.

4 Continue with one of the procedures on the following pages:

- To play all with or without narration, see page C-4.
- To select sections, see page C-12.

## Play all: treatment sequence




1 From the **Training mode** menu, tap **Play all** or **Play all with narration**.

- **Play all** goes through the training screens without any narration.
- **Play all with narration** adds narration to the screens.

Help screens function as normal in both modes.




2 The screen (and vocal narration in narration mode) tell you that the LifeVest is going to simulate a treatment sequence.

Since the LifeVest is in training mode, the word **TRAINING** appears at the top of the screen.

Tap the next page button in the upper right corner when you're ready to move on to the next screen. Some screens will not have this button, forcing you to take the action indicated on screen before moving on.

At any time you can tap the **X** button in the upper left corner to stop the training sequence.




3 The device runs through the alert sequence that will occur if an arrhythmia is detected. Vocal narration (in narration mode) explains what is happening to the patient, and says what action to take.

- Vibration alert activates and response buttons light red.
- Siren alert sounds (during training the siren is not as loud as it will be during an actual alert).
- Display shows that an arrhythmia has been detected and tells patient to press response buttons.
- Voice prompts tell patient to press response buttons and bystanders not to interfere.



4 For this first demonstration, tell the patient to hold the response buttons, not to just press and release them.

Note that the treatment stays delayed while the buttons are held.






5 Next tell the patient to release the response buttons.

The message shows that treatment is being delayed because the response buttons were pressed and released.

Note the timing bar at the bottom of the screen. Alerts resume when the timing bar gets to the end.

Patient can press and release the response buttons again to delay treatment.

Allow the treatment sequence to continue so the patient can hear the alerts and voice prompts.







6 This screen shows that treatment has been given.

Note that we're only showing this screen during the demonstration; it will not normally be seen.




7 This screen tells the patient to continue to wear the device after receiving treatment.

Tell the patient to tap the help button ? to show the patient an example of the type of help screens that are available.




8 This is an example of a help screen.

Tap the top half of the screen to demonstrate the speak option. This option works with any help screen.

Tap the **X** button X to close the help screen.




9 Tap the next page button → to see additional screens that you might see after a treatment.




10 This screen appears if the patient's heartbeat returns to normal rhythm and the patient is still holding the response buttons.

This serves as a reminder to let go of the response buttons.




11 This screen appears after a treatment to remind the patient to replace the belt.

The patient should continue wearing the belt until the replacement belt arrives.




12 This screen tells the patient to add gel to the therapy pads.

Gel that was released during treatment has dried out. Add the gel from the packets provided with the LifeVest.

Automated training continues with the belt noise sequence. See next page.

## Play all: belt alert




1 This screen reminds you that the LifeVest is going to simulate belt signal noise and falloff conditions.

Tap the **X** button in the upper left corner of any screen if you want to stop the simulation.




2 Repeatedly tap the next page button in the upper right corner to see screens that indicate belt problems.

Each time you tap the next page button you'll see another screen.

On any of these screens, tap the help button to see the help screen associated with belt problems.




3 The help screen shows what the symbols mean, and gives short instructions about what to do to fix the problem.

Tap the **X** button to close the help screen.




4 Tell the patient what to do when the gong alert sounds:

- **Read the display.** This particular message states that there is a problem with the belt. The round electrodes are sending a poor signal to the monitor.
- **Take action to correct the problem.** In this case, you would adjust the belt so that the round electrodes make better contact with the skin.

Press **OK** after you fix the problem. This stops the gong alert.




5 When you press **OK**, this screen shows that the device is checking for a good signal from the belt.

Since this is a training simulation, after a few seconds, the screen returns to the belt noise screen.

In normal operation, the noise screen will be redisplayed if the problem remains. If there is no problem, the home screen is displayed.







6 Keep tapping the next page button until you get to the therapy pad problem screens.

Again, you can tap the help button to show the patient the help screen.

Tap the **X** button to close the help screen.




7 Tap the next page button until the monitor displays this message.

When this happens, the patient is expected to remove and check the belt.

Tap the next page button to simulate that the patient has corrected the problem.

Automated training continues with the battery conditions. See next page.

## Play all: battery conditions




1 This screen reminds you that the LifeVest is going to simulate battery conditions.

Tap the **X** button in the upper left corner of any screen if you want to stop the simulation.




2 Tap the next page button repeatedly to show how the battery icon changes to simulate battery depletion.






3 Keep tapping the next page button until you get to the red battery. This means that the battery needs to be changed.

When the battery gets near the end of its charge, you will get the red battery symbol and the next screen as a reminder to change the battery.

Tap the red battery symbol to show the reminder screen (next step, below).




4 This screen appears when it's time to change the battery, or when you tap the red battery symbol.

Tap the help button to see the help screen associated with changing the battery.

Automated training continues with the standby mode. See next page.

## Play all: standby mode




1 This screen reminds you that the LifeVest is going to simulate the standby mode.




2 Tap the next page button to see the standby screen.

Most of the time the LifeVest displays a dark screen like this.

To see the display, press the response buttons.




3 To end the training session, tap the **X** button or the next page button.

This ends the play all training.

## Select sections: demonstrating the treatment sequence




1 From the **Training mode** menu, tap **Select sections**.




2 From the **Training** menu, tap **Treatment sequence**.




3 This screen reminds you that the LifeVest is going to simulate a treatment sequence.

Since the LifeVest is in training mode, the word **TRAINING** appears at the top of the screen.

Tap the next page button in the upper right corner to advance to the next screen. Some screens will not have this button, forcing you to take the action indicated on screen.

Tap the **X** button in the upper left corner when you want to stop the training sequence.




4 The device runs through the alert sequence that will occur if an arrhythmia is detected:

- Vibration alert activates and response buttons light red.
- Siren alert sounds (during training the siren is not as loud as it will be during an actual alert).
- Display shows that an arrhythmia has been detected and tells patient to press response buttons.
- Voice prompts patient to press response buttons and bystanders not to interfere.



5 Tell the patient to hold the response buttons, not to just press and release them.

Note that the treatment stays delayed while the buttons are held.






6 Next tell the patient to release the response buttons.

The message shows that treatment is being delayed because the response buttons were pressed and released.

Note the timing bar at the bottom of the screen. Alerts resume when the timing bar gets to the end.

Patient can press and release the response buttons again to delay treatment.

Allow the treatment sequence to continue so the patient can hear the alerts and voice prompts.







7 This screen shows that treatment has been given.

Note that we’re only showing this screen during the demonstration; it will not normally be seen.




8 This screen tells the patient to continue to wear the device after receiving treatment.

Tell the patient to tap the help button [?] to show the patient an example of the type of help screens that are available.




9 This is an example of a help screen.

Tap the top half of the screen to demonstrate the speak option. This option works with any help screen.

Tap the **X** button [X] to close the help screen.




10 Tap the next page button [→] to see additional screens.




11 This screen appears if the patient's heartbeat returns to normal rhythm and the patient is still holding the response buttons.



ZOLL_ANA001301




12 This screen appears after a treatment to remind the patient to replace the belt.

The patient should continue wearing the belt until the replacement belt arrives.




13 This screen tells the patient to add gel to the therapy pads.

Gel that was released during treatment has dried out. Add the gel from the packets provided with the LifeVest.

To end the training session, tap the **X** button  or the next page button .

## Select sections: demonstrating a belt alert




1 From the **Training** menu, select **Belt alarms**.




2 This screen reminds you that the LifeVest is going to simulate belt signal noise and falloff conditions.

Tap the **X** button in the upper left corner of any screen if you want to stop the simulation.




3 Repeatedly tap the next page button in the upper right corner to see screens that indicate belt problems.

Each time you tap the next page button you'll see another screen.

On any of these screens, tap the help button to see the help screen associated with belt problems.




4 The help screen shows what the symbols mean, and gives short instructions about what to do to fix the problem.

Tap the **X** button to close the help screen.



ZOLL_ANA001303

Case 1:21-cv-22433-JEM Document 145-3 Entered on FLSD Docket 07/25/2022 Page 410 of 498






5 Tell the patient what to do when the gong alert sounds:

- **Read the display.** This particular message states that there is a problem with the belt. The round electrodes are sending a poor signal to the monitor.
- **Take action to correct the problem.** In this case, you would adjust the belt so that the round electrodes make better contact with the skin.

Press **OK** after you fix the problem. This stops the gong alert.




6 When you press **OK**, this screen shows that the device is checking for a good signal from the belt.

After a few seconds, the screen returns to the belt noise screen.




7 Keep tapping the next page button until you get to the therapy pad problem screens.

Again, you can tap the help button to show the patient the help screen.

Tap the **X** button to close the help screen.





ZOLL_ANA001304




8 Tap the next page button until the monitor displays this message.

When this happens, the patient is expected to remove and check the belt.

Tap the next page button to simulate that the patient has corrected the problem.

Tap the **X** button or next page button to end the demonstration.

## Select sections: demonstrating the alerts




1 From the **Training** menu, select **Alarm demo**.




2 This screen reminds you that the LifeVest is going to simulate the alerts. Tap the next page button → to continue.




3 From the **Alarm demo** screen, select **Vibration alarm**.




4 Have the patient wearing the electrode belt and garment, and connect the electrode belt before continuing.




5 Tap **Start vibration alarm**. The patient will feel the vibration alert in the back of the garment.

Tap **Stop vibration alarm** to stop the alert.

Tap **X** to return to the **Alarm demo** screen.




6 From the **Alarm demo** screen, tap **Tone alarms**.




7 Tap **Gong alarm** to hear the gong alert.

Tap **Siren alarm** to hear the siren alert.

Tap **X** to return to the **Alarm demo** screen.




8 From the **Alarm demo** screen, tap **Voice prompts**.




9 Tap the button to hear the first message. Repeat to hear each of the messages.

Tap **X** to return to the **Alarm demo** screen.

## Select sections: demonstrating battery condition







1 From the **Training** menu, tap the next page button to go to the next page, then select **Battery demo**.




2 This screen reminds you that the LifeVest is going to simulate battery depletion. Tap the next page button to continue.




3 Tap the next page button repeatedly to show how the battery icon changes to simulate battery depletion.






4 Keep tapping the next page button until you get to the red battery. This means that the battery needs to be changed.

When the battery gets near the end of its charge, you will get the red battery symbol as a reminder to change the battery.

Tap the red battery symbol to show the reminder screen (next step, below).




5 This screen appears when it's time to change the battery, or when you tap the red battery symbol.

Tap the help button to see the help screen associated with changing the battery.

## Manual mode: demonstrating standby condition




1 From the **Training** menu, tap the next page button to go to the next page, then select **Standby demo**.




2 This screen reminds you that the LifeVest is going to simulate the standby mode. Tap the next page button to see the standby screen.




3 Most of the time the LifeVest displays a dark screen like this.

To see the display, press the response buttons.




4 To end the training session, tap the **X** button.



ZOLL_ANA001311

## Exiting training mode




1 When you want to stop a training session:

- On any screen with the word **TRAINING** at the top of the screen, tap the **X** button X in the upper left corner of the screen.
- From any other screen, tap the **X** button in the lower corner.




2 If any other screens appear, tap the **X** button along the bottom until you return to the home screen.




3 When you reach the home screen, the LifeVest resumes normal operation.

*This page intentionally left blank.*

# Index

## A

AAD, 1-6, 4-1
AC power symbol, B-5
activities programming, 5-1
activities programming menu map, 5-4
Advanced Arrhythmia Discrimination (AAD), 1-6, 4-1
airplane mode symbol, B-3
alarm condition 1 symbol, B-1
alarm condition 2 symbol, B-1
alerts
  demonstrating, 3-5
alphanumeric button, 4-2
alphanumeric keypad, 4-2
arrhythmia
  demonstrating, 3-6
assembling
  electrode belt to garment A, 2-5
  electrode belt to garment B, 2-14
asystole detection, 7-4
automatic patient training, C-1

## B

backspace button, 4-2
baseline
  quick chart, A-1
basic programming, 4-3
battery charged symbol, B-1
battery charging symbol, B-1
battery defective symbol, B-2
battery empty symbol, B-1
battery label symbols, B-3
battery level symbol, B-1
battery low symbol, B-2
battery problem symbol, B-1
battery symbol, B-1
battery testing symbol, B-1
belt
  components, 2-1
belt alert
  demonstrating, 3-9
BF symbol, B-4
Bluetooth signal strength, B-1
bra
  wearing, 2-7, 2-16

## C

Cancel button, B-2
cancel button on keypad, 4-2
caregivers, instructions for, 7-2
caution symbol, B-5
cautions, 1-2
CE symbol, B-3
cell modem selected, B-1
cell phone interference, 1-9
chapters of this manual, 1-1
charger interference, 1-9
charger problem symbol, B-2
charger symbols, B-1
chest measurement, garment A, 2-3
chest measurement, garment B, 2-12
clinical information, 7-1
connect belt symbol, B-3
contact ZOLL, iv
contents of this manual, ii
contraindications, 7-1
copyright, iv

## D

data management. See LifeVest Network
  quick chart, A-2
DC power symbol, B-5
default settings, 4-1
demonstrating, 3-5
  treatment sequence, 3-6
device
  description, 1-4
double counting
  recommendation, 7-3
downloading. See LifeVest Network

## E

ECG electrode symbols, B-2
effective date, iv
effectivity, iv
electromagnetic emissions, 1-10
electromagnetic immunity, 1-11, 1-12
electromagnetic interference, 1-8
environmental specifications, 1-10
essential performance, 1-7
exclamation point symbol, B-5
expiration date symbol, B-4

## F

FCC regulatory information, 1-9
fit patient
  quick chart, A-1

## G

garment A
  sizes, 2-3
garment A on patient, 2-6

garment and electrode belt
quick chart, A-1
garment B
sizes, 2-12
garment B on patient, 2-15
garment styles, 2-2
green sensor symbol, B-2
green stickers
label symbol, B-5

## H

hand lotion to the four ECG electrodes, 2-6, 2-15
health survey, 5-1
health survey symbol, B-3
help button, B-2

## I

icons, B-1
IEC 60601-1-2 specifications, 1-10
indications, 7-1
information for patient caregivers, 7-2
instructing patient, 3-1
intended use, 1-7, 7-1
interaction
pacemakers, 7-2
ventricular assist devices, 7-4
interference, electromagnetic, 1-8
interference, wireless, 1-9
introduction, 1-1

## K

keypad, 4-2
known residual risks, 7-1

## L

land line symbol, B-2
laundering
symbols, B-4
LifeVest Network, 6-1
quick chart, A-2

## M

manual organization, 1-1
manual patient training, C-1
manual send data symbol, B-3
manufacturing date symbol, B-4
manufacturing location symbol, B-4
measure and fit patient
quick chart, A-1
measuring patient, garment A, 2-3
measuring patient, garment B, 2-12
menu button, B-2
menu defaults, 4-1
menu map, activities programming, 5-4
monitor setup for new patient
quick chart, A-1
monitor transmitting symbol, B-3
monitoring mode symbol, B-3

## N

narrated patient training, C-1
new patient
programming, 4-3
programming quick chart, A-1
new patient setup
quick chart, A-1
next page button, B-2
no Bluetooth signal, B-1
no cell signal symbol, B-1
noise
demonstrating, 3-9

## O

OK button, B-2
OK button on keypad, 4-2
operating
modes, 3-4
option defaults, 4-1
organization of this manual, 1-1

## P

pacemaker
interactions, 7-2
recommendations, 7-3
packaging symbols, B-4
patents, iv
patient
fitting, 2-1
programming quick chart, A-1
training, 3-1
patient data transfer. See LifeVest Network
patient finished with device
quick chart, A-2
patient rebaseline, 4-11
patient setup, 4-7
quick chart, A-1
patient training
quick chart, A-2
patient training all modes, C-1
patients under 18, 7-5
phone
number, iv
power on symbol, B-1
power symbols, B-5
pre-confirmation AAD, 4-1

pre-confirmation enabled (AAD), 4-1
prescription note, iv
previous page button, B-2
programming, 4-1
  basic, 4-3
  new patient, 4-3
programming mode, 4-3, C-2

## Q

quick charts, A-1

## R

rebaselining, 4-11
reconditioning
  after patient is finished with device, A-2
recording symbol, B-3
red battery symbol, B-2
red sensor symbol, B-2
red therapy pad symbol, B-2
reference guides, A-1
release date, iv

## S

safety information, 1-2
sections of this manual, 1-1
send patient data. See LifeVest Network
sensor symbols, B-2
separation distances, 1-13
service symbol, B-3
settings
  default, 4-1
setup, 4-1, 4-7
  quick charts, A-1
setup complete, 4-9
setup failed, 4-10
setup new patient
  quick chart, A-1
setup problems, 4-10
shipping symbols, B-5
skin
  burn, 7-1
  rash, 7-1
skin cream
  on electrodes, 2-6, 2-15
software license, iv
space button, 4-2
standby mode symbol, B-3
step length, 5-19
Symbol
  Automated external defibrillator, B-5
  Dangerous voltage, B-5
  Do not use if package damaged, B-6
  EC REP, B-5
  Keep away from sunlight, B-6
  Keep dry, B-5
  LOT, B-5
  MR unsafe, B-6
  REF, B-5
  RF energy, B-6
  See instructions for use, B-5
  SN, B-5
  temperature limitation, B-6
symbols, B-1

## T

teaching patient, 3-1
therapy pad symbols, B-2
therapy pads
  label symbol, B-5
timing
  treatment sequence, 1-6
trademarks, iv
training, 3-5
  arrhythmia, 3-6
  exiting, 3-11
  noise, 3-9
  patient, 3-1
transfer patient data. See LifeVest Network
translate button, B-2
transmit patient data. See LifeVest Network
transmitting (monitor) symbol, B-3
treatment sequence, 1-6
  demonstrating, 3-6
trends, 5-3
trends symbol, B-3

## U

under 18 device use, 7-5
underwear
  wearing, 2-6, 2-15

## V

ventricular assist devices
  interactions, 7-4
view patient data
  quick chart, A-2

## W

walk test, 5-2
WalkTest™ assessment
  symbol, B-3
warnings, 1-2
Web address
  company, iv
wireless interference, 1-9

wrench symbol, B-3

## X

X button, B-2

## Y

yellow battery symbol, B-2
yellow sensor symbol, B-2

# EXHIBIT 9

CONFIDENTIAL - PRODUCED PURSUANT TO PROTECTIVE ORDER

[redacted]

**FINISHED DEVICE RELEASE CHECKLIST**
**For**
**10A0893 WCD 3000 Monitor Assembly**
**10A0967 WCD 3100 Monitor Assembly**
**10A0988 WCD 4000 Monitor Assembly**

| Serial No. of Finished Device | |
|---|---|
| 07119890 | [redacted] |

[redacted]

| Finished Device Released By: | Date |
|---|---|
| Christina Couts *ccouts* | 06/09/2015 |

[redacted]

# EXHIBIT 10

CONFIDENTIAL – PRODUCED PURSUANT TO PROTECTIVE ORDER

# FINISHED DEVICE RELEASE CHECKLIST
## For
## 10A0889 WCD 3000 Chest Harness Assembly
## 10A0987 WCD 4000 Chest Harness Assembly

| Serial No. of Finished Device | |
|---|---|
| 59023305 | [redacted] |

| | Items to be checked | YES | NO | Comments |
|---|---|---|---|---|
| [redacted] | | | | |

[redacted]

| Finished Device Released By: | Date |
|---|---|
| Arnold Buckman (signature: Arnold Buckman) | 11/30/2011 |

[redacted]

# EXHIBIT 11

CONFIDENTIAL - PRODUCED PURSUANT TO PROTECTIVE ORDER

| Date | Time | Flag Code | Hex Arg | Arg Decimal | DSP/ARM | DECODE STRING | ARGUMENT INTERPRETATION |
|---|---|---|---|---|---|---|---|
| 27-Jun-20 | 22:06:37 | [redacted] | | | ARM | US STARTED | |
| 27-Jun-20 | 22:06:37 | | | | ARM | MONITOR SERIAL NUMBER | |
| 27-Jun-20 | 22:06:37 | | | | ARM | MONITOR SERIAL NUMBER | |
| 27-Jun-20 | 22:06:37 | | | | ARM | UI SHELL VERSION | |
| 27-Jun-20 | 22:06:37 | | | | ARM | UI COUNTRY CODE | |
| 27-Jun-20 | 22:06:37 | | | | ARM | UI TIME ZONE | |
| 27-Jun-20 | 22:06:37 | | | | ARM | BACKUP BATTERY STATUS | |
| 27-Jun-20 | 22:06:37 | | | | ARM | SD EXTENDED STATUS CODE | Card not present |
| 27-Jun-20 | 22:06:37 | | | | ARM | SD EXTENDED STATUS CODE | 0% sd card space used -- this is because the the card is not present so it does not know the space used, this flag should be ignored when it follows right after a card not present or other sd card error flag |
| 27-Jun-20 | 22:06:37 | | | | ARM | ELECTRODE BELT CONNECTED | |
| 27-Jun-20 | 22:06:37 | | | | ARM | ELECTRODE BELT CONNECTED | |
| 27-Jun-20 | 22:06:37 | | | | ARM | BELT SERIAL NUMBER | |
| 27-Jun-20 | 22:06:37 | | | | ARM | BELT SERIAL NUMBER | |
| 27-Jun-20 | 22:06:40 | | | | ARM | RESPONSE BUTTONS PRESSED | |
| 27-Jun-20 | 22:06:41 | | | | ARM | RESPONSE BUTTONS RELEASED | |
| 27-Jun-20 | 22:06:41 | | | | ARM | SERVICE CODE DISPLAYED | Service Code 104 displayed |
| 27-Jun-20 | 22:06:42 | | | | DSP | RESPONSE STATUS | |
| 27-Jun-20 | 22:06:42 | | | | DSP | RESPONSE STATUS | |
| 27-Jun-20 | 22:06:43 | | | | DSP | RATE STABILIZED | |
| 27-Jun-20 | 22:07:21 | | | | DSP | RATE STABILIZED | |
| 27-Jun-20 | 22:07:31 | | | | DSP | GAIN STABILIZED | |
| 27-Jun-20 | 22:07:36 | | | | ARM | DOWNLOAD TIME SELECTED | |
| 27-Jun-20 | 22:08:03 | | | | DSP | AXIS STABILIZED | |
| 27-Jun-20 | 22:13:27 | | | | DSP | RESPONSE STATUS | |
| 27-Jun-20 | 22:13:27 | | | | DSP | RESPONSE STATUS | |
| 27-Jun-20 | 22:13:30 | | | | DSP | RESPONSE STATUS | |
| 27-Jun-20 | 22:13:30 | | | | DSP | RESPONSE STATUS | |
| 27-Jun-20 | 22:22:38 | | | | ARM | BACKUP BATTERY STATUS | |
| 27-Jun-20 | 22:37:15 | | | | DSP | CONVERTER STARTUP | |
| 27-Jun-20 | 22:37:15 | | | | DSP | CONVERTER STARTUP | |
| 27-Jun-20 | 22:37:15 | | | | DSP | CONVERTER STARTUP | |
| 27-Jun-20 | 22:37:19 | | | | ARM | BATTERY IR TEST STATUS | |
| 27-Jun-20 | 22:37:31 | | | | DSP | CONVERTER OFF | |

| Date | Time | Flag Code | Hex Arg | Arg Decimal | DSP/ARM | DECODE STRING | ARGUMENT INTERPRETATION |
|---|---|---|---|---|---|---|---|
| 27-Jun-20 | 22:37:33 | [redacted] | | | ARM | BATTERY IR TEST PASS | |
| 27-Jun-20 | 22:39:04 | | | | ARM | CONVERTER DISCHARGE COMPLETE | |
| 28-Jun-20 | 2:44:38 | | | | ARM | DOWNLOAD ATTEMPT COUNT | |
| 28-Jun-20 | 2:44:38 | | | | ARM | DOWNLOAD COMM FAULT | |
| 28-Jun-20 | 4:07:30 | | | | DSP | GAIN STATISTIC | |
| 28-Jun-20 | 4:07:30 | | | | DSP | GAIN STATISTIC | |
| 28-Jun-20 | 4:07:30 | | | | DSP | GAIN STATISTIC | |
| 28-Jun-20 | 10:07:30 | | | | DSP | GAIN STATISTIC | |
| 28-Jun-20 | 10:07:30 | | | | DSP | GAIN STATISTIC | |
| 28-Jun-20 | 10:07:30 | | | | DSP | GAIN STATISTIC | |
| 28-Jun-20 | 11:56:23 | | | | ARM | DOWNLOAD ATTEMPT COUNT | |
| 28-Jun-20 | 11:56:24 | | | | ARM | DOWNLOAD COMM FAULT | |
| 28-Jun-20 | 16:07:30 | | | | DSP | GAIN STATISTIC | |
| 28-Jun-20 | 16:07:30 | | | | DSP | GAIN STATISTIC | |
| 28-Jun-20 | 16:07:30 | | | | DSP | GAIN STATISTIC | |
| 28-Jun-20 | 16:34:16 | | | | ARM | DOWNLOAD ATTEMPT COUNT | |
| 28-Jun-20 | 16:34:17 | | | | ARM | DOWNLOAD COMM FAULT | |
| 28-Jun-20 | 21:36:21 | | | | ARM | DOWNLOAD ATTEMPT COUNT | |
| 28-Jun-20 | 21:36:21 | | | | ARM | DOWNLOAD COMM FAULT | |
| 28-Jun-20 | 22:07:30 | | | | DSP | GAIN STATISTIC | |
| 28-Jun-20 | 22:07:30 | | | | DSP | GAIN STATISTIC | |
| 28-Jun-20 | 22:07:30 | | | | DSP | GAIN STATISTIC | |
| 28-Jun-20 | 23:06:32 | | | | ARM | UI SHUTDOWN | |
| 28-Jun-20 | 23:06:32 | | | | ARM | MEMORY MANAGEMENT | |
| 28-Jun-20 | 23:07:35 | | | | DSP | BATT SERIAL NUMBER HIGH | |
| 28-Jun-20 | 23:07:35 | | | | DSP | BATT SERIAL NUMBER LOW | |
| 28-Jun-20 | 23:07:35 | | | | DSP | BATT LEARNED CAPACITY | |
| 28-Jun-20 | 23:07:35 | | | | DSP | BATT CYCLE COUNT | |
| 28-Jun-20 | 23:07:35 | | | | DSP | BATT REMAINING CAPACITY | |
| 28-Jun-20 | 23:07:35 | | | | DSP | CHARGER SERIAL NUMBER | |
| 28-Jun-20 | 23:07:35 | | | | DSP | CHARGER VER NUMBER | |
| 28-Jun-20 | 23:07:36 | | | | ARM | HNA STATE FLAG | |
| 28-Jun-20 | 23:07:36 | | | | DSP | RESPONSE STATUS | |
| 28-Jun-20 | 23:07:41 | | | | ARM | US STARTED | |
| 28-Jun-20 | 23:07:41 | | | | ARM | MONITOR SERIAL NUMBER | |
| 28-Jun-20 | 23:07:41 | | | | ARM | MONITOR SERIAL NUMBER | |
| 28-Jun-20 | 23:07:41 | | | | ARM | UI SHELL VERSION | |

CONFIDENTIAL - PRODUCED PURSUANT TO PROTECTIVE ORDER

| Date | Time | Flag Code | Hex Arg | Arg Decimal | DSP/ARM | DECODE STRING | ARGUMENT INTERPRETATION |
|---|---|---|---|---|---|---|---|
| 28-Jun-20 | 23:07:41 | [redacted] | | | ARM | UI COUNTRY CODE | |
| 28-Jun-20 | 23:07:41 | [redacted] | | | ARM | UI TIME ZONE | |
| 28-Jun-20 | 23:07:41 | [redacted] | | | ARM | BACKUP BATTERY STATUS | |
| 28-Jun-20 | 23:07:41 | [redacted] | | | ARM | SD EXTENDED STATUS CODE | Card not present |
| 28-Jun-20 | 23:07:41 | [redacted] | | | ARM | SD EXTENDED STATUS CODE | 0% sd card space used -- this is because the the card is not present so it does not know the space used, this flag should be ignored when it follows right after a card not present or other sd card error flag |
| 28-Jun-20 | 23:07:41 | [redacted] | | | ARM | ELECTRODE BELT CONNECTED | |
| 28-Jun-20 | 23:07:41 | [redacted] | | | ARM | ELECTRODE BELT CONNECTED | |
| 28-Jun-20 | 23:07:41 | [redacted] | | | ARM | BELT SERIAL NUMBER | |
| 28-Jun-20 | 23:07:41 | [redacted] | | | ARM | BELT SERIAL NUMBER | |
| 28-Jun-20 | 23:07:48 | [redacted] | | | DSP | RATE STABILIZED | |
| 28-Jun-20 | 23:07:48 | [redacted] | | | DSP | GAIN STABILIZED | |
| 28-Jun-20 | 23:07:51 | [redacted] | | | DSP | RESPONSE STATUS | |
| 28-Jun-20 | 23:07:51 | [redacted] | | | DSP | RESPONSE STATUS | |
| 28-Jun-20 | 23:07:52 | [redacted] | | | ARM | RESPONSE BUTTONS PRESSED | |
| 28-Jun-20 | 23:07:52 | [redacted] | | | ARM | RESPONSE BUTTONS RELEASED | |
| 28-Jun-20 | 23:07:53 | [redacted] | | | ARM | SERVICE CODE DISPLAYED | Service Code 104 displayed |
| 28-Jun-20 | 23:08:30 | [redacted] | | | DSP | RATE STABILIZED | |
| 28-Jun-20 | 23:08:38 | [redacted] | | | DSP | GAIN STABILIZED | |
| 28-Jun-20 | 23:08:40 | [redacted] | | | ARM | DOWNLOAD TIME SELECTED | |
| 28-Jun-20 | 23:08:48 | [redacted] | | | DSP | AXIS STABILIZED | |
| 28-Jun-20 | 23:25:34 | [redacted] | | | ARM | BACKUP BATTERY STATUS | |
| 29-Jun-20 | 2:44:38 | [redacted] | | | ARM | DOWNLOAD ATTEMPT COUNT | |
| 29-Jun-20 | 2:44:38 | [redacted] | | | ARM | DOWNLOAD COMM FAULT | |
| 29-Jun-20 | 5:08:37 | [redacted] | | | DSP | GAIN STATISTIC | |
| 29-Jun-20 | 5:08:37 | [redacted] | | | DSP | GAIN STATISTIC | |
| 29-Jun-20 | 5:08:37 | [redacted] | | | DSP | GAIN STATISTIC | |
| 29-Jun-20 | 6:36:57 | [redacted] | | | ARM | NOISE FRONT BACK | |
| 29-Jun-20 | 6:36:57 | [redacted] | | | ARM | NOISE FRONT BACK | |
| 29-Jun-20 | 6:37:50 | [redacted] | | | ARM | NO NOISE FRONT BACK | |
| 29-Jun-20 | 11:08:37 | [redacted] | | | DSP | GAIN STATISTIC | |
| 29-Jun-20 | 11:08:37 | [redacted] | | | DSP | GAIN STATISTIC | |
| 29-Jun-20 | 11:08:37 | [redacted] | | | DSP | GAIN STATISTIC | |
| 29-Jun-20 | 11:41:28 | [redacted] | | | ARM | DOWNLOAD ATTEMPT COUNT | |

CONFIDENTIAL - PRODUCED PURSUANT TO PROTECTIVE ORDER

| Date | Time | Flag Code | Hex Arg | Arg Decimal | DSP/ARM | DECODE STRING | ARGUMENT INTERPRETATION |
|---|---|---|---|---|---|---|---|
| 29-Jun-20 | 11:41:28 | [redacted] | | | ARM | DOWNLOAD COMM FAULT | |
| 29-Jun-20 | 16:49:25 | | | | ARM | DOWNLOAD ATTEMPT COUNT | |
| 29-Jun-20 | 16:49:26 | | | | ARM | DOWNLOAD COMM FAULT | |
| 29-Jun-20 | 17:08:37 | | | | DSP | GAIN STATISTIC | |
| 29-Jun-20 | 17:08:37 | | | | DSP | GAIN STATISTIC | |
| 29-Jun-20 | 17:08:37 | | | | DSP | GAIN STATISTIC | |
| 29-Jun-20 | 23:00:29 | | | | ARM | UI SHUTDOWN | |
| 29-Jun-20 | 23:00:30 | | | | ARM | MEMORY MANAGEMENT | |
| 29-Jun-20 | 23:01:33 | | | | ARM | HNA STATE FLAG | |
| 29-Jun-20 | 23:01:33 | | | | DSP | BATT SERIAL NUMBER HIGH | |
| 29-Jun-20 | 23:01:33 | | | | DSP | BATT SERIAL NUMBER LOW | |
| 29-Jun-20 | 23:01:33 | | | | DSP | BATT LEARNED CAPACITY | |
| 29-Jun-20 | 23:01:33 | | | | DSP | BATT CYCLE COUNT | |
| 29-Jun-20 | 23:01:33 | | | | DSP | BATT REMAINING CAPACITY | |
| 29-Jun-20 | 23:01:33 | | | | DSP | CHARGER SERIAL NUMBER | |
| 29-Jun-20 | 23:01:33 | | | | DSP | CHARGER VER NUMBER | |
| 29-Jun-20 | 23:01:34 | | | | DSP | RESPONSE STATUS | |
| 29-Jun-20 | 23:01:37 | | | | ARM | US STARTED | |
| 29-Jun-20 | 23:01:37 | | | | ARM | MONITOR SERIAL NUMBER | |
| 29-Jun-20 | 23:01:37 | | | | ARM | MONITOR SERIAL NUMBER | |
| 29-Jun-20 | 23:01:37 | | | | ARM | UI SHELL VERSION | |
| 29-Jun-20 | 23:01:37 | | | | ARM | UI COUNTRY CODE | |
| 29-Jun-20 | 23:01:37 | | | | ARM | UI TIME ZONE | |
| 29-Jun-20 | 23:01:37 | | | | ARM | BACKUP BATTERY STATUS | |
| 29-Jun-20 | 23:01:38 | | | | ARM | SD EXTENDED STATUS CODE | 15% sd card space used |
| 29-Jun-20 | 23:01:38 | | | | ARM | ELECTRODE BELT CONNECTED | |
| 29-Jun-20 | 23:01:38 | | | | ARM | ELECTRODE BELT CONNECTED | |
| 29-Jun-20 | 23:01:38 | | | | ARM | BELT SERIAL NUMBER | |
| 29-Jun-20 | 23:01:38 | | | | ARM | BELT SERIAL NUMBER | |
| 29-Jun-20 | 23:01:41 | | | | ARM | RESPONSE BUTTONS PRESSED | |
| 29-Jun-20 | 23:01:41 | | | | ARM | RESPONSE BUTTONS RELEASED | |
| 29-Jun-20 | 23:01:41 | | | | DSP | RESPONSE STATUS | |
| 29-Jun-20 | 23:01:42 | | | | DSP | RESPONSE STATUS | |
| 29-Jun-20 | 23:01:51 | | | | DSP | RATE STABILIZED | |
| 29-Jun-20 | 23:01:57 | | | | DSP | GAIN STABILIZED | |
| 29-Jun-20 | 23:02:08 | | | | DSP | AXIS STABILIZED | |
| 29-Jun-20 | 23:02:36 | | | | ARM | DOWNLOAD TIME SELECTED | |

CONFIDENTIAL - PRODUCED PURSUANT TO PROTECTIVE ORDER

| Date | Time | Flag Code | Hex Arg | Arg Decimal | DSP/ARM | DECODE STRING | ARGUMENT INTERPRETATION |
|---|---|---|---|---|---|---|---|
| 29-Jun-20 | 23:09:39 | [redacted] | | | ARM | DOWNLOAD ATTEMPT COUNT | |
| 29-Jun-20 | 23:11:41 | [redacted] | | | ARM | AUTO DOWNLOAD COMPLETE | |
| 29-Jun-20 | 23:18:40 | [redacted] | | | ARM | BACKUP BATTERY STATUS | |
| 30-Jun-20 | 0:00:49 | [redacted] | | | ARM | DOWNLOAD TIME SELECTED | |
| 30-Jun-20 | 4:55:22 | [redacted] | | | ARM | DOWNLOAD ATTEMPT COUNT | |
| 30-Jun-20 | 4:57:04 | [redacted] | | | ARM | AUTO DOWNLOAD COMPLETE | |
| 30-Jun-20 | 5:01:56 | [redacted] | | | DSP | GAIN STATISTIC | |
| 30-Jun-20 | 5:01:56 | [redacted] | | | DSP | GAIN STATISTIC | |
| 30-Jun-20 | 5:01:56 | [redacted] | | | DSP | GAIN STATISTIC | |
| 30-Jun-20 | 7:06:15 | [redacted] | | | DSP | BATT SERIAL NUMBER HIGH | |
| 30-Jun-20 | 7:06:15 | [redacted] | | | DSP | BATT SERIAL NUMBER LOW | |
| 30-Jun-20 | 7:06:15 | [redacted] | | | DSP | BATT LEARNED CAPACITY | |
| 30-Jun-20 | 7:06:15 | [redacted] | | | DSP | BATT CYCLE COUNT | |
| 30-Jun-20 | 7:06:15 | [redacted] | | | DSP | BATT REMAINING CAPACITY | |
| 30-Jun-20 | 7:06:15 | [redacted] | | | DSP | CHARGER SERIAL NUMBER | |
| 30-Jun-20 | 7:06:15 | [redacted] | | | DSP | CHARGER VER NUMBER | |
| 30-Jun-20 | 7:06:16 | [redacted] | | | DSP | RESPONSE STATUS | |
| 30-Jun-20 | 7:06:23 | [redacted] | | | ARM | HNA STATE FLAG | |
| 30-Jun-20 | 7:06:28 | [redacted] | | | ARM | ABNORMAL SHUTDOWN | |
| 30-Jun-20 | 7:06:28 | [redacted] | | | ARM | US STARTED | |
| 30-Jun-20 | 7:06:29 | [redacted] | | | ARM | MONITOR SERIAL NUMBER | |
| 30-Jun-20 | 7:06:29 | [redacted] | | | ARM | MONITOR SERIAL NUMBER | |
| 30-Jun-20 | 7:06:29 | [redacted] | | | ARM | UI SHELL VERSION | |
| 30-Jun-20 | 7:06:29 | [redacted] | | | ARM | UI COUNTRY CODE | |
| 30-Jun-20 | 7:06:29 | [redacted] | | | ARM | UI TIME ZONE | |
| 30-Jun-20 | 7:06:29 | [redacted] | | | ARM | BACKUP BATTERY STATUS | |
| 30-Jun-20 | 7:06:29 | [redacted] | | | ARM | SD EXTENDED STATUS CODE | 15% sd card space used |
| 30-Jun-20 | 7:06:29 | [redacted] | | | ARM | ELECTRODE BELT CONNECTED | |
| 30-Jun-20 | 7:06:29 | [redacted] | | | ARM | ELECTRODE BELT CONNECTED | |
| 30-Jun-20 | 7:06:29 | [redacted] | | | ARM | BELT SERIAL NUMBER | |
| 30-Jun-20 | 7:06:29 | [redacted] | | | ARM | BELT SERIAL NUMBER | |
| 30-Jun-20 | 7:06:30 | [redacted] | | | ARM | RESPONSE BUTTON TEST SKIPPED | |
| 30-Jun-20 | 7:06:31 | [redacted] | | | DSP | RATE STABILIZED | |
| 30-Jun-20 | 7:06:39 | [redacted] | | | DSP | GAIN STABILIZED | |
| 30-Jun-20 | 7:06:47 | [redacted] | | | DSP | AXIS STABILIZED | |
| 30-Jun-20 | 7:12:27 | [redacted] | | | ARM | BACKUP BATTERY STATUS | |
| 30-Jun-20 | 10:20:55 | [redacted] | | | ARM | ECG THREAD DELAY | |

CONFIDENTIAL - PRODUCED PURSUANT TO PROTECTIVE ORDER

| Date | Time | Flag Code | Hex Arg | Arg Decimal | DSP/ARM | DECODE STRING | ARGUMENT INTERPRETATION |
|---|---|---|---|---|---|---|---|
| 30-Jun-20 | 10:22:36 | [redacted] | | | ARM | HNA STATE FLAG | |
| 30-Jun-20 | 10:22:37 | [redacted] | | | DSP | BATT SERIAL NUMBER HIGH | |
| 30-Jun-20 | 10:22:37 | [redacted] | | | DSP | BATT SERIAL NUMBER LOW | |
| 30-Jun-20 | 10:22:37 | [redacted] | | | DSP | BATT LEARNED CAPACITY | |
| 30-Jun-20 | 10:22:37 | [redacted] | | | DSP | BATT CYCLE COUNT | |
| 30-Jun-20 | 10:22:37 | [redacted] | | | DSP | BATT REMAINING CAPACITY | |
| 30-Jun-20 | 10:22:37 | [redacted] | | | DSP | CHARGER SERIAL NUMBER | |
| 30-Jun-20 | 10:22:37 | [redacted] | | | DSP | CHARGER VER NUMBER | |
| 30-Jun-20 | 10:22:38 | [redacted] | | | DSP | RESPONSE STATUS | |
| 30-Jun-20 | 10:22:40 | [redacted] | | | ARM | ABNORMAL SHUTDOWN | |
| 30-Jun-20 | 10:22:40 | [redacted] | | | ARM | US STARTED | |
| 30-Jun-20 | 10:22:40 | [redacted] | | | ARM | MONITOR SERIAL NUMBER | |
| 30-Jun-20 | 10:22:40 | [redacted] | | | ARM | MONITOR SERIAL NUMBER | |
| 30-Jun-20 | 10:22:40 | [redacted] | | | ARM | UI SHELL VERSION | |
| 30-Jun-20 | 10:22:40 | [redacted] | | | ARM | UI COUNTRY CODE | |
| 30-Jun-20 | 10:22:40 | [redacted] | | | ARM | UI TIME ZONE | |
| 30-Jun-20 | 10:22:40 | [redacted] | | | ARM | BACKUP BATTERY STATUS | |
| 30-Jun-20 | 10:22:40 | [redacted] | | | ARM | SD EXTENDED STATUS CODE | Card not present |
| 30-Jun-20 | 10:22:40 | [redacted] | | | ARM | SD EXTENDED STATUS CODE | 0% sd card space used -- this is because the the card is not present so it does not know the space used, this flag should be ignored when it follows right after a card not present or other sd card error flag |
| 30-Jun-20 | 10:22:41 | [redacted] | | | ARM | ELECTRODE BELT CONNECTED | |
| 30-Jun-20 | 10:22:41 | [redacted] | | | ARM | ELECTRODE BELT CONNECTED | |
| 30-Jun-20 | 10:22:41 | [redacted] | | | ARM | BELT SERIAL NUMBER | |
| 30-Jun-20 | 10:22:41 | [redacted] | | | ARM | BELT SERIAL NUMBER | |
| 30-Jun-20 | 10:22:42 | [redacted] | | | ARM | RESPONSE BUTTON TEST SKIPPED | |
| 30-Jun-20 | 10:22:45 | [redacted] | | | DSP | RATE STABILIZED | |
| 30-Jun-20 | 10:23:08 | [redacted] | | | DSP | AXIS STABILIZED | |
| 30-Jun-20 | 10:23:16 | [redacted] | | | DSP | GAIN STABILIZED | |
| 30-Jun-20 | 10:27:40 | [redacted] | | | ARM | BACKUP BATTERY STATUS | |
| 30-Jun-20 | 11:28:33 | [redacted] | | | DSP | RESPONSE STATUS | |
| 30-Jun-20 | 11:28:33 | [redacted] | | | DSP | RESPONSE STATUS | |
| 30-Jun-20 | 16:23:15 | [redacted] | | | DSP | GAIN STATISTIC | |
| 30-Jun-20 | 16:23:15 | [redacted] | | | DSP | GAIN STATISTIC | |
| 30-Jun-20 | 16:23:15 | [redacted] | | | DSP | GAIN STATISTIC | |

CONFIDENTIAL - PRODUCED PURSUANT TO PROTECTIVE ORDER

| Date | Time | Flag Code | Hex Arg | Arg Decimal | DSP/ARM | DECODE STRING | ARGUMENT INTERPRETATION |
|---|---|---|---|---|---|---|---|
| 30-Jun-20 | 22:19:19 | [redacted] | | | ARM | UI SHUTDOWN | |
| 30-Jun-20 | 22:19:20 | [redacted] | | | ARM | MEMORY MANAGEMENT | |
| 30-Jun-20 | 22:19:37 | [redacted] | | | DSP | TRACE CODE | |
| 30-Jun-20 | 22:20:13 | [redacted] | | | ARM | HNA STATE FLAG | |
| 30-Jun-20 | 22:20:16 | [redacted] | | | DSP | BATT SERIAL NUMBER HIGH | |
| 30-Jun-20 | 22:20:16 | [redacted] | | | DSP | BATT SERIAL NUMBER LOW | |
| 30-Jun-20 | 22:20:16 | [redacted] | | | DSP | BATT LEARNED CAPACITY | |
| 30-Jun-20 | 22:20:16 | [redacted] | | | DSP | BATT CYCLE COUNT | |
| 30-Jun-20 | 22:20:16 | [redacted] | | | DSP | BATT REMAINING CAPACITY | |
| 30-Jun-20 | 22:20:16 | [redacted] | | | DSP | CHARGER SERIAL NUMBER | |
| 30-Jun-20 | 22:20:16 | [redacted] | | | DSP | CHARGER VER NUMBER | |
| 30-Jun-20 | 22:20:17 | [redacted] | | | ARM | US STARTED | |
| 30-Jun-20 | 22:20:17 | [redacted] | | | ARM | MONITOR SERIAL NUMBER | |
| 30-Jun-20 | 22:20:17 | [redacted] | | | ARM | MONITOR SERIAL NUMBER | |
| 30-Jun-20 | 22:20:17 | [redacted] | | | ARM | UI SHELL VERSION | |
| 30-Jun-20 | 22:20:17 | [redacted] | | | ARM | UI COUNTRY CODE | |
| 30-Jun-20 | 22:20:17 | [redacted] | | | ARM | UI TIME ZONE | |
| 30-Jun-20 | 22:20:17 | [redacted] | | | ARM | BACKUP BATTERY STATUS | |
| 30-Jun-20 | 22:20:17 | [redacted] | | | ARM | SD EXTENDED STATUS CODE | Card not present |
| 30-Jun-20 | 22:20:17 | [redacted] | | | ARM | SD EXTENDED STATUS CODE | 0% sd card space used -- this is because the the card is not present so it does not know the space used, this flag should be ignored when it follows right after a card not present or other sd card error flag |
| 30-Jun-20 | 22:20:17 | [redacted] | | | DSP | RESPONSE STATUS | |
| 30-Jun-20 | 22:20:18 | [redacted] | | | ARM | ELECTRODE BELT CONNECTED | |
| 30-Jun-20 | 22:20:18 | [redacted] | | | ARM | ELECTRODE BELT CONNECTED | |
| 30-Jun-20 | 22:20:18 | [redacted] | | | ARM | BELT SERIAL NUMBER | |
| 30-Jun-20 | 22:20:18 | [redacted] | | | ARM | BELT SERIAL NUMBER | |
| 30-Jun-20 | 22:20:21 | [redacted] | | | ARM | RESPONSE BUTTONS PRESSED | |
| 30-Jun-20 | 22:20:21 | [redacted] | | | ARM | RESPONSE BUTTONS RELEASED | |
| 30-Jun-20 | 22:20:22 | [redacted] | | | ARM | SERVICE CODE DISPLAYED | Service Code 104 displayed |
| 30-Jun-20 | 22:20:24 | [redacted] | | | DSP | RESPONSE STATUS | |
| 30-Jun-20 | 22:20:24 | [redacted] | | | DSP | RESPONSE STATUS | |
| 30-Jun-20 | 22:20:31 | [redacted] | | | DSP | GAIN STABILIZED | |
| 30-Jun-20 | 22:20:32 | [redacted] | | | ARM | EVENT CANCELLED | |
| 30-Jun-20 | 22:20:32 | [redacted] | | | DSP | RATE STABILIZED | |

CONFIDENTIAL - PRODUCED PURSUANT TO PROTECTIVE ORDER

| Date | Time | Flag Code | Hex Arg | Arg Decimal | DSP/ARM | DECODE STRING | ARGUMENT INTERPRETATION |
|---|---|---|---|---|---|---|---|
| 30-Jun-20 | 22:20:42 | [redacted] | | | DSP | RATE STABILIZED | |
| 30-Jun-20 | 22:20:47 | | | | DSP | GAIN STABILIZED | |
| 30-Jun-20 | 22:20:59 | | | | DSP | AXIS STABILIZED | |
| 30-Jun-20 | 22:29:17 | | | | ARM | BACKUP BATTERY STATUS | |
| 30-Jun-20 | 22:35:34 | | | | DSP | DETECT ALGO STATUS | |
| 30-Jun-20 | 22:35:34 | | | | DSP | DETECT ALGO STATUS | |
| 30-Jun-20 | 22:35:37 | | | | DSP | DETECT ALGO STATUS | |
| 30-Jun-20 | 22:35:37 | | | | DSP | DETECT ALGO STATUS | |
| 30-Jun-20 | 22:50:28 | | | | ARM | BATTERY IR TEST STATUS | |
| 30-Jun-20 | 22:50:35 | | | | DSP | CONVERTER STARTUP | |
| 30-Jun-20 | 22:50:35 | | | | DSP | CONVERTER STARTUP | |
| 30-Jun-20 | 22:50:35 | | | | DSP | CONVERTER STARTUP | |
| 30-Jun-20 | 22:50:42 | | | | ARM | BATTERY IR TEST PASS | |
| 30-Jun-20 | 22:50:51 | | | | DSP | CONVERTER OFF | |
| 30-Jun-20 | 22:52:12 | | | | ARM | CONVERTER DISCHARGE COMPLETE | |
| 30-Jun-20 | 23:53:03 | | | | DSP | DETECT ALGO STATUS | |
| 30-Jun-20 | 23:53:03 | | | | DSP | DETECT ALGO STATUS | |
| 30-Jun-20 | 23:53:07 | | | | DSP | DETECT ALGO STATUS | |
| 30-Jun-20 | 23:53:07 | | | | DSP | DETECT ALGO STATUS | |
| 1-Jul-20 | 0:00:12 | | | | ARM | DOWNLOAD TIME SELECTED | |
| 1-Jul-20 | 0:30:16 | | | | ARM | DOWNLOAD ATTEMPT COUNT | |
| 1-Jul-20 | 0:30:16 | | | | ARM | DOWNLOAD COMM FAULT | |
| 1-Jul-20 | 4:20:46 | | | | DSP | GAIN STATISTIC | |
| 1-Jul-20 | 4:20:46 | | | | DSP | GAIN STATISTIC | |
| 1-Jul-20 | 4:20:46 | | | | DSP | GAIN STATISTIC | |
| 1-Jul-20 | 9:55:01 | | | | ARM | DOWNLOAD ATTEMPT COUNT | |
| 1-Jul-20 | 9:55:01 | | | | ARM | DOWNLOAD COMM FAULT | |
| 1-Jul-20 | 10:20:46 | | | | DSP | GAIN STATISTIC | |
| 1-Jul-20 | 10:20:46 | | | | DSP | GAIN STATISTIC | |
| 1-Jul-20 | 10:20:46 | | | | DSP | GAIN STATISTIC | |
| 1-Jul-20 | 15:13:06 | | | | ARM | DOWNLOAD ATTEMPT COUNT | |
| 1-Jul-20 | 15:13:07 | | | | ARM | DOWNLOAD COMM FAULT | |
| 1-Jul-20 | 16:20:46 | | | | DSP | GAIN STATISTIC | |
| 1-Jul-20 | 16:20:46 | | | | DSP | GAIN STATISTIC | |
| 1-Jul-20 | 16:20:46 | | | | DSP | GAIN STATISTIC | |
| 1-Jul-20 | 22:20:46 | | | | DSP | GAIN STATISTIC | |
| 1-Jul-20 | 22:20:46 | | | | DSP | GAIN STATISTIC | |

CONFIDENTIAL - PRODUCED PURSUANT TO PROTECTIVE ORDER

| Date | Time | Flag Code | Hex Arg | Arg Decimal | DSP/ARM | DECODE STRING | ARGUMENT INTERPRETATION |
|---|---|---|---|---|---|---|---|
| 1-Jul-20 | 22:20:46 | [redacted] | | | DSP | GAIN STATISTIC | |
| 1-Jul-20 | 23:00:14 | [redacted] | | | ARM | UI SHUTDOWN | |
| 1-Jul-20 | 23:00:14 | [redacted] | | | ARM | MEMORY MANAGEMENT | |
| 1-Jul-20 | 23:01:09 | [redacted] | | | ARM | HNA STATE FLAG | |
| 1-Jul-20 | 23:01:14 | [redacted] | | | ARM | US STARTED | |
| 1-Jul-20 | 23:01:14 | [redacted] | | | ARM | MONITOR SERIAL NUMBER | |
| 1-Jul-20 | 23:01:14 | [redacted] | | | ARM | MONITOR SERIAL NUMBER | |
| 1-Jul-20 | 23:01:14 | [redacted] | | | ARM | UI SHELL VERSION | |
| 1-Jul-20 | 23:01:14 | [redacted] | | | ARM | UI COUNTRY CODE | |
| 1-Jul-20 | 23:01:14 | [redacted] | | | ARM | UI TIME ZONE | |
| 1-Jul-20 | 23:01:14 | [redacted] | | | ARM | BACKUP BATTERY STATUS | |
| 1-Jul-20 | 23:01:14 | [redacted] | | | ARM | SD EXTENDED STATUS CODE | 15% sd card space used |
| 1-Jul-20 | 23:01:14 | [redacted] | | | ARM | ELECTRODE BELT CONNECTED | |
| 1-Jul-20 | 23:01:14 | [redacted] | | | ARM | ELECTRODE BELT CONNECTED | |
| 1-Jul-20 | 23:01:15 | [redacted] | | | ARM | BELT SERIAL NUMBER | |
| 1-Jul-20 | 23:01:15 | [redacted] | | | ARM | BELT SERIAL NUMBER | |
| 1-Jul-20 | 23:01:15 | [redacted] | | | DSP | BATT SERIAL NUMBER HIGH | |
| 1-Jul-20 | 23:01:15 | [redacted] | | | DSP | BATT SERIAL NUMBER LOW | |
| 1-Jul-20 | 23:01:15 | [redacted] | | | DSP | BATT LEARNED CAPACITY | |
| 1-Jul-20 | 23:01:15 | [redacted] | | | DSP | BATT CYCLE COUNT | |
| 1-Jul-20 | 23:01:15 | [redacted] | | | DSP | BATT REMAINING CAPACITY | |
| 1-Jul-20 | 23:01:15 | [redacted] | | | DSP | CHARGER SERIAL NUMBER | |
| 1-Jul-20 | 23:01:15 | [redacted] | | | DSP | CHARGER VER NUMBER | |
| 1-Jul-20 | 23:01:16 | [redacted] | | | DSP | RESPONSE STATUS | |
| 1-Jul-20 | 23:01:18 | [redacted] | | | ARM | RESPONSE BUTTONS PRESSED | |
| 1-Jul-20 | 23:01:18 | [redacted] | | | ARM | RESPONSE BUTTONS RELEASED | |
| 1-Jul-20 | 23:01:24 | [redacted] | | | DSP | RESPONSE STATUS | |
| 1-Jul-20 | 23:01:24 | [redacted] | | | DSP | RESPONSE STATUS | |
| 1-Jul-20 | 23:01:34 | [redacted] | | | DSP | RATE STABILIZED | |
| 1-Jul-20 | 23:01:37 | [redacted] | | | DSP | GAIN STABILIZED | |
| 1-Jul-20 | 23:01:51 | [redacted] | | | DSP | AXIS STABILIZED | |
| 1-Jul-20 | 23:02:13 | [redacted] | | | ARM | DOWNLOAD TIME SELECTED | |
| 1-Jul-20 | 23:18:17 | [redacted] | | | ARM | BACKUP BATTERY STATUS | |
| 2-Jul-20 | 2:51:49 | [redacted] | | | ARM | DOWNLOAD ATTEMPT COUNT | |
| 2-Jul-20 | 2:53:27 | [redacted] | | | ARM | AUTO DOWNLOAD COMPLETE | |
| 2-Jul-20 | 5:01:36 | [redacted] | | | DSP | GAIN STATISTIC | |
| 2-Jul-20 | 5:01:36 | [redacted] | | | DSP | GAIN STATISTIC | |

CONFIDENTIAL - PRODUCED PURSUANT TO PROTECTIVE ORDER

| Date | Time | Flag Code | Hex Arg | Arg Decimal | DSP/ARM | DECODE STRING | ARGUMENT INTERPRETATION |
|---|---|---|---|---|---|---|---|
| 2-Jul-20 | 5:01:36 | [redacted] | | | DSP | GAIN STATISTIC | |
| 2-Jul-20 | 10:33:37 | | | | DSP | BATT SERIAL NUMBER HIGH | |
| 2-Jul-20 | 10:33:37 | | | | DSP | BATT SERIAL NUMBER LOW | |
| 2-Jul-20 | 10:33:37 | | | | DSP | BATT LEARNED CAPACITY | |
| 2-Jul-20 | 10:33:37 | | | | DSP | BATT CYCLE COUNT | |
| 2-Jul-20 | 10:33:37 | | | | DSP | BATT REMAINING CAPACITY | |
| 2-Jul-20 | 10:33:37 | | | | DSP | CHARGER SERIAL NUMBER | |
| 2-Jul-20 | 10:33:37 | | | | DSP | CHARGER VER NUMBER | |
| 2-Jul-20 | 10:33:38 | | | | DSP | RESPONSE STATUS | |
| 2-Jul-20 | 10:33:48 | | | | ARM | HNA STATE FLAG | |
| 2-Jul-20 | 10:33:53 | | | | DSP | GAIN STABILIZED | |
| 2-Jul-20 | 10:33:53 | | | | DSP | RATE STABILIZED | |
| 2-Jul-20 | 10:33:54 | | | | ARM | ABNORMAL SHUTDOWN | |
| 2-Jul-20 | 10:33:54 | | | | ARM | US STARTED | |
| 2-Jul-20 | 10:33:54 | | | | ARM | MONITOR SERIAL NUMBER | |
| 2-Jul-20 | 10:33:54 | | | | ARM | MONITOR SERIAL NUMBER | |
| 2-Jul-20 | 10:33:54 | | | | ARM | UI SHELL VERSION | |
| 2-Jul-20 | 10:33:54 | | | | ARM | UI COUNTRY CODE | |
| 2-Jul-20 | 10:33:54 | | | | ARM | UI TIME ZONE | |
| 2-Jul-20 | 10:33:54 | | | | ARM | BACKUP BATTERY STATUS | |
| 2-Jul-20 | 10:33:54 | | | | ARM | SD EXTENDED STATUS CODE | 15% sd card space used |
| 2-Jul-20 | 10:33:54 | | | | ARM | ELECTRODE BELT CONNECTED | |
| 2-Jul-20 | 10:33:55 | | | | ARM | ELECTRODE BELT CONNECTED | |
| 2-Jul-20 | 10:33:55 | | | | ARM | BELT SERIAL NUMBER | |
| 2-Jul-20 | 10:33:55 | | | | ARM | BELT SERIAL NUMBER | |
| 2-Jul-20 | 10:33:56 | | | | ARM | RESPONSE BUTTON TEST SKIPPED | |
| 2-Jul-20 | 10:34:09 | | | | DSP | AXIS STABILIZED | |
| 2-Jul-20 | 10:43:51 | | | | ARM | BACKUP BATTERY STATUS | |
| 2-Jul-20 | 12:52:53 | | | | ARM | HNA STATE FLAG | |
| 2-Jul-20 | 12:52:53 | | | | DSP | BATT SERIAL NUMBER HIGH | |
| 2-Jul-20 | 12:52:53 | | | | DSP | BATT SERIAL NUMBER LOW | |
| 2-Jul-20 | 12:52:53 | | | | DSP | BATT LEARNED CAPACITY | |
| 2-Jul-20 | 12:52:53 | | | | DSP | BATT CYCLE COUNT | |
| 2-Jul-20 | 12:52:53 | | | | DSP | BATT REMAINING CAPACITY | |
| 2-Jul-20 | 12:52:53 | | | | DSP | CHARGER SERIAL NUMBER | |
| 2-Jul-20 | 12:52:53 | | | | DSP | CHARGER VER NUMBER | |
| 2-Jul-20 | 12:52:54 | | | | DSP | RESPONSE STATUS | |

CONFIDENTIAL - PRODUCED PURSUANT TO PROTECTIVE ORDER

| Date | Time | Flag Code | Hex Arg | Arg Decimal | DSP/ARM | DECODE STRING | ARGUMENT INTERPRETATION |
|---|---|---|---|---|---|---|---|
| 2-Jul-20 | 12:52:57 | [redacted] | | | ARM | ABNORMAL SHUTDOWN | |
| 2-Jul-20 | 12:52:57 | | | | ARM | US STARTED | |
| 2-Jul-20 | 12:52:57 | | | | ARM | MONITOR SERIAL NUMBER | |
| 2-Jul-20 | 12:52:57 | | | | ARM | MONITOR SERIAL NUMBER | |
| 2-Jul-20 | 12:52:57 | | | | ARM | UI SHELL VERSION | |
| 2-Jul-20 | 12:52:57 | | | | ARM | UI COUNTRY CODE | |
| 2-Jul-20 | 12:52:57 | | | | ARM | UI TIME ZONE | |
| 2-Jul-20 | 12:52:57 | | | | ARM | BACKUP BATTERY STATUS | |
| 2-Jul-20 | 12:52:57 | | | | ARM | SD EXTENDED STATUS CODE | Card not present |
| 2-Jul-20 | 12:52:57 | | | | ARM | SD EXTENDED STATUS CODE | 0% sd card space used -- this is because the the card is not present so it does not know the space used, this flag should be ignored when it follows right after a card not present or other sd card error flag |
| 2-Jul-20 | 12:52:57 | | | | ARM | ELECTRODE BELT CONNECTED | |
| 2-Jul-20 | 12:52:57 | | | | ARM | ELECTRODE BELT CONNECTED | |
| 2-Jul-20 | 12:52:58 | | | | ARM | BELT SERIAL NUMBER | |
| 2-Jul-20 | 12:52:58 | | | | ARM | BELT SERIAL NUMBER | |
| 2-Jul-20 | 12:52:59 | | | | ARM | RESPONSE BUTTON TEST SKIPPED | |
| 2-Jul-20 | 12:53:10 | | | | DSP | RATE STABILIZED | |
| 2-Jul-20 | 12:54:00 | | | | DSP | AXIS NOT STABILIZED | |
| 2-Jul-20 | 12:54:00 | | | | DSP | STABILIZATION PERIOD TIMEOUT | This occurs shortly after power-up if the gain is contiously changing most likely caused by noise. The patient will receive a check belt message when this flag is written. This is not uncommon because when the belt is first put on the patient it can be a little noisy as the patient is moving around often after putting the belt on and may still be situating the belt. |
| 2-Jul-20 | 12:54:04 | | | | DSP | GAIN STABILIZED | |
| 2-Jul-20 | 12:54:18 | | | | ARM | UI SHUTDOWN | |
| 2-Jul-20 | 12:54:18 | | | | ARM | MEMORY MANAGEMENT | |
| 2-Jul-20 | 13:01:53 | | | | DSP | BATT SERIAL NUMBER HIGH | |
| 2-Jul-20 | 13:01:53 | | | | DSP | BATT SERIAL NUMBER LOW | |
| 2-Jul-20 | 13:01:53 | | | | DSP | BATT LEARNED CAPACITY | |
| 2-Jul-20 | 13:01:53 | | | | DSP | BATT CYCLE COUNT | |
| 2-Jul-20 | 13:01:53 | | | | DSP | BATT REMAINING CAPACITY | |

CONFIDENTIAL - PRODUCED PURSUANT TO PROTECTIVE ORDER

| Date | Time | Flag Code | Hex Arg | Arg Decimal | DSP/ARM | DECODE STRING | ARGUMENT INTERPRETATION |
|---|---|---|---|---|---|---|---|
| 2-Jul-20 | 13:01:53 | [redacted] | | | DSP | CHARGER SERIAL NUMBER | |
| 2-Jul-20 | 13:01:53 | | | | DSP | CHARGER VER NUMBER | |
| 2-Jul-20 | 13:01:54 | | | | DSP | RESPONSE STATUS | |
| 2-Jul-20 | 13:01:56 | | | | ARM | HNA STATE FLAG | |
| 2-Jul-20 | 13:02:01 | | | | ARM | US STARTED | |
| 2-Jul-20 | 13:02:01 | | | | ARM | MONITOR SERIAL NUMBER | |
| 2-Jul-20 | 13:02:01 | | | | ARM | MONITOR SERIAL NUMBER | |
| 2-Jul-20 | 13:02:01 | | | | ARM | UI SHELL VERSION | |
| 2-Jul-20 | 13:02:01 | | | | ARM | UI COUNTRY CODE | |
| 2-Jul-20 | 13:02:01 | | | | ARM | UI TIME ZONE | |
| 2-Jul-20 | 13:02:01 | | | | ARM | BACKUP BATTERY STATUS | |
| 2-Jul-20 | 13:02:02 | | | | ARM | SD EXTENDED STATUS CODE | 15% sd card space used |
| 2-Jul-20 | 13:02:02 | | | | ARM | ELECTRODE BELT CONNECTED | |
| 2-Jul-20 | 13:02:02 | | | | ARM | ELECTRODE BELT CONNECTED | |
| 2-Jul-20 | 13:02:02 | | | | ARM | BELT SERIAL NUMBER | |
| 2-Jul-20 | 13:02:02 | | | | ARM | BELT SERIAL NUMBER | |
| 2-Jul-20 | 13:02:05 | | | | DSP | RESPONSE STATUS | |
| 2-Jul-20 | 13:02:05 | | | | DSP | RESPONSE STATUS | |
| 2-Jul-20 | 13:02:07 | | | | DSP | RATE STABILIZED | |
| 2-Jul-20 | 13:02:09 | | | | ARM | RESPONSE BUTTONS PRESSED | |
| 2-Jul-20 | 13:02:09 | | | | ARM | RESPONSE BUTTONS RELEASED | |
| 2-Jul-20 | 13:02:15 | | | | DSP | RATE STABILIZED | |
| 2-Jul-20 | 13:02:26 | | | | DSP | GAIN STABILIZED | |
| 2-Jul-20 | 13:02:32 | | | | DSP | AXIS STABILIZED | |
| 2-Jul-20 | 13:03:00 | | | | ARM | BACKUP BATTERY STATUS | |
| 2-Jul-20 | 19:02:25 | | | | DSP | GAIN STATISTIC | |
| 2-Jul-20 | 19:02:25 | | | | DSP | GAIN STATISTIC | |
| 2-Jul-20 | 19:02:25 | | | | DSP | GAIN STATISTIC | |
| 2-Jul-20 | 19:28:54 | | | | ARM | NOISE FRONT BACK | |
| 2-Jul-20 | 19:28:55 | | | | ARM | NOISE FRONT BACK | |
| 2-Jul-20 | 19:30:59 | | | | ARM | NO NOISE FRONT BACK | |
| 2-Jul-20 | 23:00:31 | | | | ARM | UI SHUTDOWN | |
| 2-Jul-20 | 23:00:34 | | | | ARM | MEMORY MANAGEMENT | |
| 2-Jul-20 | 23:01:16 | | | | ARM | HNA STATE FLAG | |
| 2-Jul-20 | 23:01:17 | | | | DSP | BATT SERIAL NUMBER HIGH | |
| 2-Jul-20 | 23:01:17 | | | | DSP | BATT SERIAL NUMBER LOW | |
| 2-Jul-20 | 23:01:17 | | | | DSP | BATT LEARNED CAPACITY | |

CONFIDENTIAL - PRODUCED PURSUANT TO PROTECTIVE ORDER

| Date | Time | Flag Code | Hex Arg | Arg Decimal | DSP/ARM | DECODE STRING | ARGUMENT INTERPRETATION |
|---|---|---|---|---|---|---|---|
| 2-Jul-20 | 23:01:17 | [redacted] | | | DSP | BATT CYCLE COUNT | |
| 2-Jul-20 | 23:01:17 | | | | DSP | BATT REMAINING CAPACITY | |
| 2-Jul-20 | 23:01:17 | | | | DSP | CHARGER SERIAL NUMBER | |
| 2-Jul-20 | 23:01:17 | | | | DSP | CHARGER VER NUMBER | |
| 2-Jul-20 | 23:01:18 | | | | DSP | RESPONSE STATUS | |
| 2-Jul-20 | 23:01:21 | | | | ARM | US STARTED | |
| 2-Jul-20 | 23:01:21 | | | | ARM | MONITOR SERIAL NUMBER | |
| 2-Jul-20 | 23:01:21 | | | | ARM | MONITOR SERIAL NUMBER | |
| 2-Jul-20 | 23:01:21 | | | | ARM | UI SHELL VERSION | |
| 2-Jul-20 | 23:01:21 | | | | ARM | UI COUNTRY CODE | |
| 2-Jul-20 | 23:01:21 | | | | ARM | UI TIME ZONE | |
| 2-Jul-20 | 23:01:21 | | | | ARM | BACKUP BATTERY STATUS | |
| 2-Jul-20 | 23:01:21 | | | | ARM | SD EXTENDED STATUS CODE | 15% sd card space used |
| 2-Jul-20 | 23:01:21 | | | | ARM | ELECTRODE BELT CONNECTED | |
| 2-Jul-20 | 23:01:21 | | | | ARM | ELECTRODE BELT CONNECTED | |
| 2-Jul-20 | 23:01:22 | | | | ARM | BELT SERIAL NUMBER | |
| 2-Jul-20 | 23:01:22 | | | | ARM | BELT SERIAL NUMBER | |
| 2-Jul-20 | 23:01:25 | | | | ARM | RESPONSE BUTTONS PRESSED | |
| 2-Jul-20 | 23:01:25 | | | | ARM | RESPONSE BUTTONS RELEASED | |
| 2-Jul-20 | 23:01:25 | | | | DSP | RESPONSE STATUS | |
| 2-Jul-20 | 23:01:26 | | | | DSP | RESPONSE STATUS | |
| 2-Jul-20 | 23:01:34 | | | | DSP | RATE STABILIZED | |
| 2-Jul-20 | 23:01:42 | | | | DSP | GAIN STABILIZED | |
| 2-Jul-20 | 23:01:52 | | | | DSP | AXIS STABILIZED | |
| 2-Jul-20 | 23:09:23 | | | | ARM | BACKUP BATTERY STATUS | |
| 3-Jul-20 | 0:00:24 | | | | ARM | DOWNLOAD TIME SELECTED | |
| 3-Jul-20 | 3:12:57 | | | | ARM | DOWNLOAD ATTEMPT COUNT | |
| 3-Jul-20 | 3:14:23 | | | | ARM | AUTO DOWNLOAD COMPLETE | |
| 3-Jul-20 | 5:01:41 | | | | DSP | GAIN STATISTIC | |
| 3-Jul-20 | 5:01:41 | | | | DSP | GAIN STATISTIC | |
| 3-Jul-20 | 5:01:41 | | | | DSP | GAIN STATISTIC | |
| 3-Jul-20 | 10:37:43 | | | | ARM | HNA STATE FLAG | |
| 3-Jul-20 | 10:37:45 | | | | DSP | BATT SERIAL NUMBER HIGH | |
| 3-Jul-20 | 10:37:45 | | | | DSP | BATT SERIAL NUMBER LOW | |
| 3-Jul-20 | 10:37:45 | | | | DSP | BATT LEARNED CAPACITY | |
| 3-Jul-20 | 10:37:45 | | | | DSP | BATT CYCLE COUNT | |
| 3-Jul-20 | 10:37:45 | | | | DSP | BATT REMAINING CAPACITY | |

CONFIDENTIAL - PRODUCED PURSUANT TO PROTECTIVE ORDER

| Date | Time | Flag Code | Hex Arg | Arg Decimal | DSP/ARM | DECODE STRING | ARGUMENT INTERPRETATION |
|---|---|---|---|---|---|---|---|
| 3-Jul-20 | 10:37:45 | [redacted] | | | DSP | CHARGER SERIAL NUMBER | |
| 3-Jul-20 | 10:37:45 | | | | DSP | CHARGER VER NUMBER | |
| 3-Jul-20 | 10:37:45 | | | | DSP | RESPONSE STATUS | |
| 3-Jul-20 | 10:37:47 | | | | ARM | ABNORMAL SHUTDOWN | |
| 3-Jul-20 | 10:37:47 | | | | ARM | US STARTED | |
| 3-Jul-20 | 10:37:47 | | | | ARM | MONITOR SERIAL NUMBER | |
| 3-Jul-20 | 10:37:47 | | | | ARM | MONITOR SERIAL NUMBER | |
| 3-Jul-20 | 10:37:47 | | | | ARM | UI SHELL VERSION | |
| 3-Jul-20 | 10:37:47 | | | | ARM | UI COUNTRY CODE | |
| 3-Jul-20 | 10:37:48 | | | | ARM | UI TIME ZONE | |
| 3-Jul-20 | 10:37:48 | | | | ARM | BACKUP BATTERY STATUS | |
| 3-Jul-20 | 10:37:48 | | | | ARM | SD EXTENDED STATUS CODE | Card not present |
| 3-Jul-20 | 10:37:48 | | | | ARM | SD EXTENDED STATUS CODE | 0% sd card space used -- this is because the the card is not present so it does not know the space used, this flag should be ignored when it follows right after a card not present or other sd card error flag |
| 3-Jul-20 | 10:37:48 | | | | ARM | ELECTRODE BELT CONNECTED | |
| 3-Jul-20 | 10:37:48 | | | | ARM | ELECTRODE BELT CONNECTED | |
| 3-Jul-20 | 10:37:48 | | | | ARM | BELT SERIAL NUMBER | |
| 3-Jul-20 | 10:37:48 | | | | ARM | BELT SERIAL NUMBER | |
| 3-Jul-20 | 10:37:49 | | | | ARM | RESPONSE BUTTON TEST SKIPPED | |
| 3-Jul-20 | 10:38:00 | | | | DSP | RATE STABILIZED | |
| 3-Jul-20 | 10:38:02 | | | | DSP | GAIN STABILIZED | |
| 3-Jul-20 | 10:38:16 | | | | DSP | AXIS STABILIZED | |
| 3-Jul-20 | 10:42:19 | | | | DSP | RESPONSE STATUS | |
| 3-Jul-20 | 10:42:20 | | | | DSP | RESPONSE STATUS | |
| 3-Jul-20 | 10:46:47 | | | | ARM | BACKUP BATTERY STATUS | |
| 3-Jul-20 | 10:53:15 | | | | DSP | RESPONSE STATUS | |
| 3-Jul-20 | 10:53:15 | | | | DSP | RESPONSE STATUS | |
| 3-Jul-20 | 11:31:25 | | | | ARM | NOISE FRONT BACK | |
| 3-Jul-20 | 11:31:25 | | | | ARM | NOISE FRONT BACK | |
| 3-Jul-20 | 11:32:04 | | | | ARM | NO NOISE FRONT BACK | |
| 3-Jul-20 | 13:44:53 | | | | ARM | NOISE SIDE SIDE | |
| 3-Jul-20 | 13:44:53 | | | | ARM | NOISE SIDE SIDE | |
| 3-Jul-20 | 13:45:32 | | | | ARM | NO NOISE SIDE SIDE | |
| 3-Jul-20 | 14:32:59 | | | | ARM | NOISE SIDE SIDE | |

CONFIDENTIAL - PRODUCED PURSUANT TO PROTECTIVE ORDER

| Date | Time | Flag Code | Hex Arg | Arg Decimal | DSP/ARM | DECODE STRING | ARGUMENT INTERPRETATION |
|---|---|---|---|---|---|---|---|
| 3-Jul-20 | 14:32:59 | [redacted] | | | ARM | NOISE SIDE SIDE | |
| 3-Jul-20 | 14:34:02 | [redacted] | | | ARM | NO NOISE SIDE SIDE | |
| 3-Jul-20 | 15:30:06 | [redacted] | | | ARM | NOISE SIDE SIDE | |
| 3-Jul-20 | 15:30:07 | [redacted] | | | ARM | NOISE SIDE SIDE | |
| 3-Jul-20 | 15:31:13 | [redacted] | | | ARM | NO NOISE SIDE SIDE | |
| 3-Jul-20 | 15:31:47 | [redacted] | | | ARM | UI SHUTDOWN | |
| 3-Jul-20 | 15:31:47 | [redacted] | | | ARM | MEMORY MANAGEMENT | |
| 3-Jul-20 | 15:32:24 | [redacted] | | | ARM | HNA STATE FLAG | |
| 3-Jul-20 | 15:32:24 | [redacted] | | | DSP | BATT SERIAL NUMBER HIGH | |
| 3-Jul-20 | 15:32:24 | [redacted] | | | DSP | BATT SERIAL NUMBER LOW | |
| 3-Jul-20 | 15:32:24 | [redacted] | | | DSP | BATT LEARNED CAPACITY | |
| 3-Jul-20 | 15:32:24 | [redacted] | | | DSP | BATT CYCLE COUNT | |
| 3-Jul-20 | 15:32:24 | [redacted] | | | DSP | BATT REMAINING CAPACITY | |
| 3-Jul-20 | 15:32:24 | [redacted] | | | DSP | CHARGER SERIAL NUMBER | |
| 3-Jul-20 | 15:32:24 | [redacted] | | | DSP | CHARGER VER NUMBER | |
| 3-Jul-20 | 15:32:25 | [redacted] | | | DSP | RESPONSE STATUS | |
| 3-Jul-20 | 15:32:28 | [redacted] | | | ARM | US STARTED | |
| 3-Jul-20 | 15:32:28 | [redacted] | | | ARM | MONITOR SERIAL NUMBER | |
| 3-Jul-20 | 15:32:28 | [redacted] | | | ARM | MONITOR SERIAL NUMBER | |
| 3-Jul-20 | 15:32:28 | [redacted] | | | ARM | UI SHELL VERSION | |
| 3-Jul-20 | 15:32:28 | [redacted] | | | ARM | UI COUNTRY CODE | |
| 3-Jul-20 | 15:32:28 | [redacted] | | | ARM | UI TIME ZONE | |
| 3-Jul-20 | 15:32:28 | [redacted] | | | ARM | BACKUP BATTERY STATUS | |
| 3-Jul-20 | 15:32:28 | [redacted] | | | ARM | SD EXTENDED STATUS CODE | Card not present |
| 3-Jul-20 | 15:32:28 | [redacted] | | | ARM | SD EXTENDED STATUS CODE | 0% sd card space used -- this is because the the card is not present so it does not know the space used, this flag should be ignored when it follows right after a card not present or other sd card error flag |
| 3-Jul-20 | 15:32:28 | [redacted] | | | ARM | ELECTRODE BELT CONNECTED | |
| 3-Jul-20 | 15:32:28 | [redacted] | | | ARM | ELECTRODE BELT CONNECTED | |
| 3-Jul-20 | 15:32:29 | [redacted] | | | ARM | BELT SERIAL NUMBER | |
| 3-Jul-20 | 15:32:29 | [redacted] | | | ARM | BELT SERIAL NUMBER | |
| 3-Jul-20 | 15:32:35 | [redacted] | | | DSP | RESPONSE STATUS | |
| 3-Jul-20 | 15:32:36 | [redacted] | | | ARM | RESPONSE BUTTONS PRESSED | |
| 3-Jul-20 | 15:32:36 | [redacted] | | | ARM | RESPONSE BUTTONS RELEASED | |
| 3-Jul-20 | 15:32:36 | [redacted] | | | ARM | SERVICE CODE DISPLAYED | Service Code 104 displayed |

| Date | Time | Flag Code | Hex Arg | Arg Decimal | DSP/ARM | DECODE STRING | ARGUMENT INTERPRETATION |
|---|---|---|---|---|---|---|---|
| 3-Jul-20 | 15:32:36 | [redacted] | [redacted] | [redacted] | DSP | RESPONSE STATUS | |
| 3-Jul-20 | 15:32:37 | [redacted] | [redacted] | [redacted] | DSP | RATE STABILIZED | |
| 3-Jul-20 | 15:33:16 | [redacted] | [redacted] | [redacted] | DSP | RATE STABILIZED | |
| 3-Jul-20 | 15:33:35 | [redacted] | [redacted] | [redacted] | DSP | GAIN STABILIZED | |
| 3-Jul-20 | 15:34:08 | [redacted] | [redacted] | [redacted] | DSP | AXIS NOT STABILIZED | |
| 3-Jul-20 | 15:37:28 | [redacted] | [redacted] | [redacted] | ARM | BACKUP BATTERY STATUS | |
| 3-Jul-20 | 16:14:20 | [redacted] | [redacted] | [redacted] | ARM | NOISE FRONT BACK | |
| 3-Jul-20 | 16:14:20 | [redacted] | [redacted] | [redacted] | ARM | NOISE FRONT BACK | |
| 3-Jul-20 | 16:14:21 | [redacted] | [redacted] | [redacted] | ARM | NOISE SIDE SIDE | |
| 3-Jul-20 | 16:14:21 | [redacted] | [redacted] | [redacted] | ARM | NOISE SIDE SIDE | |
| 3-Jul-20 | 16:14:58 | [redacted] | [redacted] | [redacted] | ARM | NO NOISE FRONT BACK | |
| 3-Jul-20 | 16:14:59 | [redacted] | [redacted] | [redacted] | ARM | NO NOISE SIDE SIDE | |
| 3-Jul-20 | 16:48:35 | [redacted] | [redacted] | [redacted] | ARM | NOISE SIDE SIDE | |
| 3-Jul-20 | 16:48:35 | [redacted] | [redacted] | [redacted] | ARM | NOISE SIDE SIDE | |
| 3-Jul-20 | 16:49:07 | [redacted] | [redacted] | [redacted] | ARM | NO NOISE SIDE SIDE | |
| 3-Jul-20 | 17:20:38 | [redacted] | [redacted] | [redacted] | ARM | NOISE SIDE SIDE | |
| 3-Jul-20 | 17:20:38 | [redacted] | [redacted] | [redacted] | ARM | NOISE SIDE SIDE | |
| 3-Jul-20 | 17:21:39 | [redacted] | [redacted] | [redacted] | ARM | NO NOISE SIDE SIDE | |
| 3-Jul-20 | 21:33:34 | [redacted] | [redacted] | [redacted] | DSP | GAIN STATISTIC | |
| 3-Jul-20 | 21:33:34 | [redacted] | [redacted] | [redacted] | DSP | GAIN STATISTIC | |
| 3-Jul-20 | 21:33:34 | [redacted] | [redacted] | [redacted] | DSP | GAIN STATISTIC | |
| 3-Jul-20 | 23:44:09 | [redacted] | [redacted] | [redacted] | ARM | UI SHUTDOWN | |
| 3-Jul-20 | 23:44:10 | [redacted] | [redacted] | [redacted] | ARM | MEMORY MANAGEMENT | |
| 3-Jul-20 | 23:44:44 | [redacted] | [redacted] | [redacted] | ARM | HNA STATE FLAG | |
| 3-Jul-20 | 23:44:49 | [redacted] | [redacted] | [redacted] | ARM | US STARTED | |
| 3-Jul-20 | 23:44:49 | [redacted] | [redacted] | [redacted] | ARM | MONITOR SERIAL NUMBER | |
| 3-Jul-20 | 23:44:49 | [redacted] | [redacted] | [redacted] | ARM | MONITOR SERIAL NUMBER | |
| 3-Jul-20 | 23:44:49 | [redacted] | [redacted] | [redacted] | ARM | UI SHELL VERSION | |
| 3-Jul-20 | 23:44:49 | [redacted] | [redacted] | [redacted] | ARM | UI COUNTRY CODE | |
| 3-Jul-20 | 23:44:49 | [redacted] | [redacted] | [redacted] | ARM | UI TIME ZONE | |
| 3-Jul-20 | 23:44:49 | [redacted] | [redacted] | [redacted] | ARM | BACKUP BATTERY STATUS | |
| 3-Jul-20 | 23:44:50 | [redacted] | [redacted] | [redacted] | ARM | SD EXTENDED STATUS CODE | 16% sd card space used |
| 3-Jul-20 | 23:44:50 | [redacted] | [redacted] | [redacted] | ARM | ELECTRODE BELT CONNECTED | |
| 3-Jul-20 | 23:44:50 | [redacted] | [redacted] | [redacted] | ARM | ELECTRODE BELT CONNECTED | |
| 3-Jul-20 | 23:44:50 | [redacted] | [redacted] | [redacted] | ARM | BELT SERIAL NUMBER | |
| 3-Jul-20 | 23:44:50 | [redacted] | [redacted] | [redacted] | ARM | BELT SERIAL NUMBER | |
| 3-Jul-20 | 23:44:55 | [redacted] | [redacted] | [redacted] | ARM | RESPONSE BUTTONS PRESSED | |

CONFIDENTIAL - PRODUCED PURSUANT TO PROTECTIVE ORDER

| Date | Time | Flag Code | Hex Arg | Arg Decimal | DSP/ARM | DECODE STRING | ARGUMENT INTERPRETATION |
|---|---|---|---|---|---|---|---|
| 3-Jul-20 | 23:44:55 | [redacted] | | | ARM | RESPONSE BUTTONS RELEASED | |
| 3-Jul-20 | 23:51:48 | | | | ARM | BACKUP BATTERY STATUS | |
| 4-Jul-20 | 0:00:46 | | | | ARM | DOWNLOAD TIME SELECTED | |
| 4-Jul-20 | 0:14:45 | | | | ARM | BATTERY IR TEST STATUS | |
| 4-Jul-20 | 0:15:00 | | | | ARM | BATTERY IR TEST PASS | |
| 4-Jul-20 | 0:16:30 | | | | ARM | CONVERTER DISCHARGE COMPLETE | |
| 4-Jul-20 | 2:48:57 | | | | ARM | HNA STATE FLAG | |
| 4-Jul-20 | 2:49:01 | | | | ARM | ABNORMAL SHUTDOWN | |
| 4-Jul-20 | 2:49:01 | | | | ARM | US STARTED | |
| 4-Jul-20 | 2:49:01 | | | | ARM | MONITOR SERIAL NUMBER | |
| 4-Jul-20 | 2:49:01 | | | | ARM | MONITOR SERIAL NUMBER | |
| 4-Jul-20 | 2:49:01 | | | | ARM | UI SHELL VERSION | |
| 4-Jul-20 | 2:49:01 | | | | ARM | UI COUNTRY CODE | |
| 4-Jul-20 | 2:49:01 | | | | ARM | UI TIME ZONE | |
| 4-Jul-20 | 2:49:01 | | | | ARM | BACKUP BATTERY STATUS | |
| 4-Jul-20 | 2:49:02 | | | | ARM | SD EXTENDED STATUS CODE | Card not present |
| 4-Jul-20 | 2:49:02 | | | | ARM | SD EXTENDED STATUS CODE | 0% sd card space used -- this is because the the card is not present so it does not know the space used, this flag should be ignored when it follows right after a card not present or other sd card error flag |
| 4-Jul-20 | 2:49:02 | | | | ARM | ELECTRODE BELT CONNECTED | |
| 4-Jul-20 | 2:49:02 | | | | ARM | ELECTRODE BELT CONNECTED | |
| 4-Jul-20 | 2:49:02 | | | | ARM | BELT SERIAL NUMBER | |
| 4-Jul-20 | 2:49:02 | | | | ARM | BELT SERIAL NUMBER | |
| 4-Jul-20 | 2:49:02 | | | | DSP | BATT SERIAL NUMBER HIGH | |
| 4-Jul-20 | 2:49:02 | | | | DSP | BATT SERIAL NUMBER LOW | |
| 4-Jul-20 | 2:49:02 | | | | DSP | BATT LEARNED CAPACITY | |
| 4-Jul-20 | 2:49:02 | | | | DSP | BATT CYCLE COUNT | |
| 4-Jul-20 | 2:49:02 | | | | DSP | BATT REMAINING CAPACITY | |
| 4-Jul-20 | 2:49:02 | | | | DSP | CHARGER SERIAL NUMBER | |
| 4-Jul-20 | 2:49:02 | | | | DSP | CHARGER VER NUMBER | |
| 4-Jul-20 | 2:49:03 | | | | ARM | RESPONSE BUTTON TEST SKIPPED | |
| 4-Jul-20 | 2:49:03 | | | | DSP | RESPONSE STATUS | |
| 4-Jul-20 | 2:49:17 | | | | DSP | RATE STABILIZED | |
| 4-Jul-20 | 2:49:23 | | | | DSP | GAIN STABILIZED | |
| 4-Jul-20 | 2:49:57 | | | | DSP | AXIS STABILIZED | |

| Date | Time | Flag Code | Hex Arg | Arg Decimal | DSP/ARM | DECODE STRING | ARGUMENT INTERPRETATION |
|---|---|---|---|---|---|---|---|
| 4-Jul-20 | 2:50:00 | [redacted] | | | ARM | DOWNLOAD TIME SELECTED | |
| 4-Jul-20 | 2:51:00 | | | | ARM | BACKUP BATTERY STATUS | |
| 4-Jul-20 | 3:19:06 | | | | ARM | DIAGNOSTIC MANUAL RECORDING STARTED | |
| 4-Jul-20 | 5:44:06 | | | | ARM | DOWNLOAD ATTEMPT COUNT | |
| 4-Jul-20 | 5:44:06 | | | | ARM | DOWNLOAD COMM FAULT | |
| 4-Jul-20 | 8:47:54 | | | | ARM | DOWNLOAD ATTEMPT COUNT | |
| 4-Jul-20 | 8:47:54 | | | | ARM | DOWNLOAD COMM FAULT | |
| 4-Jul-20 | 8:49:22 | | | | DSP | GAIN STATISTIC | |
| 4-Jul-20 | 8:49:22 | | | | DSP | GAIN STATISTIC | |
| 4-Jul-20 | 8:49:22 | | | | DSP | GAIN STATISTIC | |
| 4-Jul-20 | 14:49:22 | | | | DSP | GAIN STATISTIC | |
| 4-Jul-20 | 14:49:22 | | | | DSP | GAIN STATISTIC | |
| 4-Jul-20 | 14:49:22 | | | | DSP | GAIN STATISTIC | |
| 4-Jul-20 | 18:06:50 | | | | ARM | DOWNLOAD ATTEMPT COUNT | |
| 4-Jul-20 | 18:06:50 | | | | ARM | DOWNLOAD COMM FAULT | |
| 4-Jul-20 | 20:49:22 | | | | DSP | GAIN STATISTIC | |
| 4-Jul-20 | 20:49:22 | | | | DSP | GAIN STATISTIC | |
| 4-Jul-20 | 20:49:22 | | | | DSP | GAIN STATISTIC | |
| 5-Jul-20 | 2:43:39 | | | | ARM | DOWNLOAD ATTEMPT COUNT | |
| 5-Jul-20 | 2:43:39 | | | | ARM | DOWNLOAD COMM FAULT | |
| 5-Jul-20 | 2:49:22 | | | | DSP | GAIN STATISTIC | |
| 5-Jul-20 | 2:49:22 | | | | DSP | GAIN STATISTIC | |
| 5-Jul-20 | 2:49:22 | | | | DSP | GAIN STATISTIC | |
| 5-Jul-20 | 2:56:34 | | | | ARM | BACKUP BATTERY STATUS | |
| 5-Jul-20 | 8:05:33 | | | | ARM | DOWNLOAD ATTEMPT COUNT | |
| 5-Jul-20 | 8:05:33 | | | | ARM | DOWNLOAD COMM FAULT | |
| 5-Jul-20 | 8:49:22 | | | | DSP | GAIN STATISTIC | |
| 5-Jul-20 | 8:49:22 | | | | DSP | GAIN STATISTIC | |
| 5-Jul-20 | 8:49:22 | | | | DSP | GAIN STATISTIC | |
| 5-Jul-20 | 14:49:22 | | | | DSP | GAIN STATISTIC | |
| 5-Jul-20 | 14:49:22 | | | | DSP | GAIN STATISTIC | |
| 5-Jul-20 | 14:49:22 | | | | DSP | GAIN STATISTIC | |
| 5-Jul-20 | 16:07:30 | | | | ARM | DOWNLOAD ATTEMPT COUNT | |
| 5-Jul-20 | 16:07:30 | | | | ARM | DOWNLOAD COMM FAULT | |
| 5-Jul-20 | 16:30:34 | | | | ARM | TE PAD PLACEMENT FAULT | |
| 5-Jul-20 | 16:31:35 | | | | ARM | TE PLACEMENT OK | |

CONFIDENTIAL - PRODUCED PURSUANT TO PROTECTIVE ORDER

| Date | Time | Flag Code | Hex Arg | Arg Decimal | DSP/ARM | DECODE STRING | ARGUMENT INTERPRETATION |
|---|---|---|---|---|---|---|---|
| 5-Jul-20 | 20:49:22 | [redacted] | | | DSP | GAIN STATISTIC | |
| 5-Jul-20 | 20:49:22 | [redacted] | | | DSP | GAIN STATISTIC | |
| 5-Jul-20 | 20:49:22 | [redacted] | | | DSP | GAIN STATISTIC | |
| 5-Jul-20 | 23:02:52 | [redacted] | | | DSP | RESPONSE STATUS | |
| 5-Jul-20 | 23:02:52 | [redacted] | | | DSP | RESPONSE STATUS | |
| 5-Jul-20 | 23:03:04 | [redacted] | | | DSP | RESPONSE STATUS | |
| 5-Jul-20 | 23:03:04 | [redacted] | | | DSP | RESPONSE STATUS | |
| 6-Jul-20 | 0:39:28 | [redacted] | | | ARM | DOWNLOAD ATTEMPT COUNT | |
| 6-Jul-20 | 0:39:29 | [redacted] | | | ARM | DOWNLOAD COMM FAULT | |
| 6-Jul-20 | 2:49:22 | [redacted] | | | DSP | GAIN STATISTIC | |
| 6-Jul-20 | 2:49:22 | [redacted] | | | DSP | GAIN STATISTIC | |
| 6-Jul-20 | 2:49:22 | [redacted] | | | DSP | GAIN STATISTIC | |
| 6-Jul-20 | 4:08:17 | [redacted] | | | ARM | RUNTIME EXPIRED EVENT | |
| 6-Jul-20 | 4:09:03 | [redacted] | | | DSP | BAT RUNTIME EXPIRED | |
| 6-Jul-20 | 4:09:03 | [redacted] | | | DSP | TRACE CODE | |
| 6-Jul-20 | 4:09:03 | [redacted] | | | DSP | BATTERY PACK FAULT | |
| 6-Jul-20 | 4:09:03 | [redacted] | | | DSP | BAT RUNTIME EXPIRED | |
| 6-Jul-20 | 4:09:15 | [redacted] | | | ARM | BATTERY SMB FAULT | Monitor can not communicate with the battery. This often happens if the patient lets the battery get too drained before replacing it |
| 6-Jul-20 | 4:10:02 | [redacted] | | | DSP | BAT RUNTIME EXPIRED | |
| 6-Jul-20 | 4:11:02 | [redacted] | | | DSP | BAT RUNTIME EXPIRED | |
| 6-Jul-20 | 4:12:02 | [redacted] | | | DSP | BAT RUNTIME EXPIRED | |
| 6-Jul-20 | 4:13:02 | [redacted] | | | DSP | BAT RUNTIME EXPIRED | |
| 6-Jul-20 | 4:14:02 | [redacted] | | | DSP | BAT RUNTIME EXPIRED | |
| 6-Jul-20 | 4:15:02 | [redacted] | | | DSP | BAT RUNTIME EXPIRED | |
| 6-Jul-20 | 4:16:02 | [redacted] | | | DSP | BAT RUNTIME EXPIRED | |
| 6-Jul-20 | 4:17:02 | [redacted] | | | DSP | BAT RUNTIME EXPIRED | |
| 6-Jul-20 | 4:18:02 | [redacted] | | | DSP | BAT RUNTIME EXPIRED | |
| 6-Jul-20 | 4:19:02 | [redacted] | | | DSP | BAT RUNTIME EXPIRED | |
| 6-Jul-20 | 4:20:02 | [redacted] | | | DSP | BAT RUNTIME EXPIRED | |
| 6-Jul-20 | 4:21:02 | [redacted] | | | DSP | BAT RUNTIME EXPIRED | |
| 6-Jul-20 | 4:22:02 | [redacted] | | | DSP | BAT RUNTIME EXPIRED | |
| 6-Jul-20 | 4:23:02 | [redacted] | | | DSP | BAT RUNTIME EXPIRED | |
| 6-Jul-20 | 4:23:19 | [redacted] | | | ARM | BATTERY REPLACE NOTIFICATION | |
| 6-Jul-20 | 4:24:02 | [redacted] | | | DSP | BAT RUNTIME EXPIRED | |
| 6-Jul-20 | 4:25:02 | [redacted] | | | DSP | BAT RUNTIME EXPIRED | |

CONFIDENTIAL - PRODUCED PURSUANT TO PROTECTIVE ORDER

| Date | Time | Flag Code | Hex Arg | Arg Decimal | DSP/ARM | DECODE STRING | ARGUMENT INTERPRETATION |
|---|---|---|---|---|---|---|---|
| 6-Jul-20 | 4:26:03 | [redacted] | | | DSP | BAT RUNTIME EXPIRED | |
| 6-Jul-20 | 4:27:02 | | | | DSP | BAT RUNTIME EXPIRED | |
| 6-Jul-20 | 4:28:02 | | | | DSP | BAT RUNTIME EXPIRED | |
| 6-Jul-20 | 4:29:02 | | | | DSP | BAT RUNTIME EXPIRED | |
| 6-Jul-20 | 4:30:02 | | | | DSP | BAT RUNTIME EXPIRED | |
| 6-Jul-20 | 4:31:02 | | | | DSP | BAT RUNTIME EXPIRED | |
| 6-Jul-20 | 4:32:02 | | | | DSP | BAT RUNTIME EXPIRED | |
| 6-Jul-20 | 4:33:02 | | | | DSP | BAT RUNTIME EXPIRED | |
| 6-Jul-20 | 4:34:02 | | | | DSP | BAT RUNTIME EXPIRED | |
| 6-Jul-20 | 4:35:02 | | | | DSP | BAT RUNTIME EXPIRED | |
| 6-Jul-20 | 4:36:02 | | | | DSP | BAT RUNTIME EXPIRED | |
| 6-Jul-20 | 4:37:02 | | | | DSP | BAT RUNTIME EXPIRED | |
| 6-Jul-20 | 4:38:02 | | | | DSP | BAT RUNTIME EXPIRED | |
| 6-Jul-20 | 4:38:21 | | | | ARM | BATTERY REPLACE NOTIFICATION | |
| 6-Jul-20 | 4:39:02 | | | | DSP | BAT RUNTIME EXPIRED | |
| 6-Jul-20 | 4:40:02 | | | | DSP | BAT RUNTIME EXPIRED | |
| 6-Jul-20 | 4:41:02 | | | | DSP | BAT RUNTIME EXPIRED | |
| 6-Jul-20 | 4:42:02 | | | | DSP | BAT RUNTIME EXPIRED | |
| 6-Jul-20 | 4:43:03 | | | | DSP | BAT RUNTIME EXPIRED | |
| 6-Jul-20 | 4:44:02 | | | | DSP | BAT RUNTIME EXPIRED | |
| 6-Jul-20 | 4:45:02 | | | | DSP | BAT RUNTIME EXPIRED | |
| 6-Jul-20 | 4:46:02 | | | | DSP | BAT RUNTIME EXPIRED | |
| 6-Jul-20 | 4:47:02 | | | | DSP | BAT RUNTIME EXPIRED | |
| 6-Jul-20 | 4:48:02 | | | | DSP | BAT RUNTIME EXPIRED | |
| 6-Jul-20 | 4:49:02 | | | | DSP | BAT RUNTIME EXPIRED | |
| 6-Jul-20 | 4:50:02 | | | | DSP | BAT RUNTIME EXPIRED | |
| 6-Jul-20 | 4:51:02 | | | | DSP | BAT RUNTIME EXPIRED | |
| 6-Jul-20 | 4:52:02 | | | | DSP | BAT RUNTIME EXPIRED | |
| 6-Jul-20 | 4:53:02 | | | | DSP | BAT RUNTIME EXPIRED | |
| 6-Jul-20 | 4:53:23 | | | | ARM | BATTERY REPLACE NOTIFICATION | |
| 6-Jul-20 | 4:54:02 | | | | DSP | BAT RUNTIME EXPIRED | |
| 6-Jul-20 | 4:55:02 | | | | DSP | BAT RUNTIME EXPIRED | |
| 6-Jul-20 | 4:56:02 | | | | DSP | BAT RUNTIME EXPIRED | |
| 6-Jul-20 | 4:57:02 | | | | DSP | BAT RUNTIME EXPIRED | |
| 6-Jul-20 | 4:58:02 | | | | DSP | BAT RUNTIME EXPIRED | |
| 6-Jul-20 | 4:59:02 | | | | DSP | BAT RUNTIME EXPIRED | |
| 6-Jul-20 | 5:00:03 | | | | DSP | BAT RUNTIME EXPIRED | |

| Date | Time | Flag Code | Hex Arg | Arg Decimal | DSP/ARM | DECODE STRING | ARGUMENT INTERPRETATION |
|---|---|---|---|---|---|---|---|
| 6-Jul-20 | 5:01:02 | [redacted] | | | DSP | BAT RUNTIME EXPIRED | |
| 6-Jul-20 | 5:02:02 | [redacted] | | | DSP | BAT RUNTIME EXPIRED | |
| 6-Jul-20 | 5:03:02 | [redacted] | | | DSP | BAT RUNTIME EXPIRED | |
| 6-Jul-20 | 5:04:02 | [redacted] | | | DSP | BAT RUNTIME EXPIRED | |
| 6-Jul-20 | 5:05:02 | [redacted] | | | DSP | BAT RUNTIME EXPIRED | |
| 6-Jul-20 | 5:06:02 | [redacted] | | | DSP | BAT RUNTIME EXPIRED | |
| 6-Jul-20 | 5:07:02 | [redacted] | | | DSP | BAT RUNTIME EXPIRED | |
| 6-Jul-20 | 5:08:02 | [redacted] | | | DSP | BAT RUNTIME EXPIRED | |
| 6-Jul-20 | 5:08:25 | [redacted] | | | ARM | BATTERY REPLACE NOTIFICATION | |
| 6-Jul-20 | 5:09:02 | [redacted] | | | DSP | BAT RUNTIME EXPIRED | |
| 6-Jul-20 | 5:10:02 | [redacted] | | | DSP | BAT RUNTIME EXPIRED | |
| 6-Jul-20 | 5:11:02 | [redacted] | | | DSP | BAT RUNTIME EXPIRED | |
| 6-Jul-20 | 5:12:02 | [redacted] | | | DSP | BAT RUNTIME EXPIRED | |
| 6-Jul-20 | 5:13:02 | [redacted] | | | DSP | BAT RUNTIME EXPIRED | |
| 6-Jul-20 | 5:14:02 | [redacted] | | | DSP | BAT RUNTIME EXPIRED | |
| 6-Jul-20 | 5:15:02 | [redacted] | | | DSP | BAT RUNTIME EXPIRED | |
| 6-Jul-20 | 5:16:02 | [redacted] | | | DSP | BAT RUNTIME EXPIRED | |
| 6-Jul-20 | 5:17:03 | [redacted] | | | DSP | BAT RUNTIME EXPIRED | |
| 6-Jul-20 | 5:18:02 | [redacted] | | | DSP | BAT RUNTIME EXPIRED | |
| 6-Jul-20 | 5:19:02 | [redacted] | | | DSP | BAT RUNTIME EXPIRED | |
| 6-Jul-20 | 5:20:02 | [redacted] | | | DSP | BAT RUNTIME EXPIRED | |
| 6-Jul-20 | 5:21:02 | [redacted] | | | DSP | BAT RUNTIME EXPIRED | |
| 6-Jul-20 | 5:22:02 | [redacted] | | | DSP | BAT RUNTIME EXPIRED | |
| 6-Jul-20 | 5:23:02 | [redacted] | | | DSP | BAT RUNTIME EXPIRED | |
| 6-Jul-20 | 5:23:25 | [redacted] | | | ARM | BATTERY REPLACE NOTIFICATION | |
| 6-Jul-20 | 5:24:02 | [redacted] | | | DSP | BAT RUNTIME EXPIRED | |
| 6-Jul-20 | 5:25:02 | [redacted] | | | DSP | BAT RUNTIME EXPIRED | |
| 6-Jul-20 | 5:26:02 | [redacted] | | | DSP | BAT RUNTIME EXPIRED | |
| 6-Jul-20 | 5:27:02 | [redacted] | | | DSP | BAT RUNTIME EXPIRED | |
| 6-Jul-20 | 5:28:02 | [redacted] | | | DSP | BAT RUNTIME EXPIRED | |
| 6-Jul-20 | 5:28:15 | [redacted] | | | ARM | UI SHUTDOWN | |
| 6-Jul-20 | 5:28:16 | [redacted] | | | ARM | MEMORY MANAGEMENT | |
| 6-Jul-20 | 5:28:58 | [redacted] | | | DSP | BATT SERIAL NUMBER HIGH | |
| 6-Jul-20 | 5:28:58 | [redacted] | | | DSP | BATT SERIAL NUMBER LOW | |
| 6-Jul-20 | 5:28:58 | [redacted] | | | DSP | BATT LEARNED CAPACITY | |
| 6-Jul-20 | 5:28:58 | [redacted] | | | DSP | BATT CYCLE COUNT | |
| 6-Jul-20 | 5:28:58 | [redacted] | | | DSP | BATT REMAINING CAPACITY | |

| Date | Time | Flag Code | Hex Arg | Arg Decimal | DSP/ARM | DECODE STRING | ARGUMENT INTERPRETATION |
|---|---|---|---|---|---|---|---|
| 6-Jul-20 | 5:28:58 | [redacted] | | | DSP | CHARGER SERIAL NUMBER | |
| 6-Jul-20 | 5:28:58 | | | | DSP | CHARGER VER NUMBER | |
| 6-Jul-20 | 5:28:59 | | | | ARM | HNA STATE FLAG | |
| 6-Jul-20 | 5:28:59 | | | | DSP | RESPONSE STATUS | |
| 6-Jul-20 | 5:29:04 | | | | ARM | US STARTED | |
| 6-Jul-20 | 5:29:04 | | | | ARM | MONITOR SERIAL NUMBER | |
| 6-Jul-20 | 5:29:04 | | | | ARM | MONITOR SERIAL NUMBER | |
| 6-Jul-20 | 5:29:04 | | | | ARM | UI SHELL VERSION | |
| 6-Jul-20 | 5:29:04 | | | | ARM | UI COUNTRY CODE | |
| 6-Jul-20 | 5:29:04 | | | | ARM | UI TIME ZONE | |
| 6-Jul-20 | 5:29:04 | | | | ARM | BACKUP BATTERY STATUS | |
| 6-Jul-20 | 5:29:04 | | | | ARM | SD EXTENDED STATUS CODE | 16% sd card space used |
| 6-Jul-20 | 5:29:04 | | | | ARM | ELECTRODE BELT CONNECTED | |
| 6-Jul-20 | 5:29:04 | | | | ARM | ELECTRODE BELT CONNECTED | |
| 6-Jul-20 | 5:29:04 | | | | ARM | BELT SERIAL NUMBER | |
| 6-Jul-20 | 5:29:04 | | | | ARM | BELT SERIAL NUMBER | |
| 6-Jul-20 | 5:29:16 | | | | DSP | RATE STABILIZED | |
| 6-Jul-20 | 5:29:18 | | | | ARM | RESPONSE BUTTONS PRESSED | |
| 6-Jul-20 | 5:29:18 | | | | DSP | RESPONSE STATUS | |
| 6-Jul-20 | 5:29:19 | | | | DSP | RESPONSE STATUS | |
| 6-Jul-20 | 5:29:20 | | | | ARM | RESPONSE BUTTONS RELEASED | |
| 6-Jul-20 | 5:29:20 | | | | DSP | GAIN STABILIZED | |
| 6-Jul-20 | 5:29:30 | | | | DSP | RATE STABILIZED | |
| 6-Jul-20 | 5:29:32 | | | | DSP | GAIN STABILIZED | |
| 6-Jul-20 | 5:29:46 | | | | DSP | AXIS STABILIZED | |
| 6-Jul-20 | 5:30:03 | | | | ARM | DOWNLOAD TIME SELECTED | |
| 6-Jul-20 | 5:31:04 | | | | ARM | DOWNLOAD ATTEMPT COUNT | |
| 6-Jul-20 | 5:33:54 | | | | ARM | AUTO DOWNLOAD COMPLETE | |
| 6-Jul-20 | 5:56:10 | | | | ARM | BACKUP BATTERY STATUS | |
| 6-Jul-20 | 9:41:48 | | | | ARM | BACKUP BATTERY STATUS | |
| 6-Jul-20 | 11:29:31 | | | | DSP | GAIN STATISTIC | |
| 6-Jul-20 | 11:29:31 | | | | DSP | GAIN STATISTIC | |
| 6-Jul-20 | 11:29:31 | | | | DSP | GAIN STATISTIC | |
| 6-Jul-20 | 12:25:48 | | | | ARM | HNA STATE FLAG | |
| 6-Jul-20 | 12:25:52 | | | | ARM | ABNORMAL SHUTDOWN | |
| 6-Jul-20 | 12:25:52 | | | | ARM | US STARTED | |
| 6-Jul-20 | 12:25:52 | | | | ARM | MONITOR SERIAL NUMBER | |

CONFIDENTIAL - PRODUCED PURSUANT TO PROTECTIVE ORDER

| Date | Time | Flag Code | Hex Arg | Arg Decimal | DSP/ARM | DECODE STRING | ARGUMENT INTERPRETATION |
|---|---|---|---|---|---|---|---|
| 6-Jul-20 | 12:25:52 | [redacted] | | | ARM | MONITOR SERIAL NUMBER | |
| 6-Jul-20 | 12:25:52 | | | | ARM | UI SHELL VERSION | |
| 6-Jul-20 | 12:25:52 | | | | ARM | UI COUNTRY CODE | |
| 6-Jul-20 | 12:25:52 | | | | ARM | UI TIME ZONE | |
| 6-Jul-20 | 12:25:52 | | | | ARM | BACKUP BATTERY STATUS | |
| 6-Jul-20 | 12:25:53 | | | | ARM | SD EXTENDED STATUS CODE | Card not present |
| 6-Jul-20 | 12:25:53 | | | | ARM | SD EXTENDED STATUS CODE | 0% sd card space used -- this is because the the card is not present so it does not know the space used, this flag should be ignored when it follows right after a card not present or other sd card error flag |
| 6-Jul-20 | 12:25:53 | | | | ARM | ELECTRODE BELT CONNECTED | |
| 6-Jul-20 | 12:25:53 | | | | ARM | ELECTRODE BELT CONNECTED | |
| 6-Jul-20 | 12:25:53 | | | | ARM | BELT SERIAL NUMBER | |
| 6-Jul-20 | 12:25:53 | | | | ARM | BELT SERIAL NUMBER | |
| 6-Jul-20 | 12:25:53 | | | | DSP | BATT SERIAL NUMBER HIGH | |
| 6-Jul-20 | 12:25:53 | | | | DSP | BATT SERIAL NUMBER LOW | |
| 6-Jul-20 | 12:25:53 | | | | DSP | BATT LEARNED CAPACITY | |
| 6-Jul-20 | 12:25:53 | | | | DSP | BATT CYCLE COUNT | |
| 6-Jul-20 | 12:25:53 | | | | DSP | BATT REMAINING CAPACITY | |
| 6-Jul-20 | 12:25:53 | | | | DSP | CHARGER SERIAL NUMBER | |
| 6-Jul-20 | 12:25:53 | | | | DSP | CHARGER VER NUMBER | |
| 6-Jul-20 | 12:25:53 | | | | DSP | RESPONSE STATUS | |
| 6-Jul-20 | 12:25:54 | | | | ARM | RESPONSE BUTTON TEST SKIPPED | |
| 6-Jul-20 | 12:26:06 | | | | DSP | RATE STABILIZED | |
| 6-Jul-20 | 12:26:10 | | | | DSP | GAIN STABILIZED | |
| 6-Jul-20 | 12:26:24 | | | | DSP | AXIS STABILIZED | |
| 6-Jul-20 | 12:26:51 | | | | ARM | BACKUP BATTERY STATUS | |
| 6-Jul-20 | 13:15:07 | | | | DSP | RESPONSE STATUS | |
| 6-Jul-20 | 13:15:08 | | | | DSP | RESPONSE STATUS | |
| 6-Jul-20 | 13:47:32 | | | | ARM | NOISE SIDE SIDE | |
| 6-Jul-20 | 13:47:32 | | | | ARM | NOISE SIDE SIDE | |
| 6-Jul-20 | 13:48:07 | | | | ARM | NO NOISE SIDE SIDE | |
| 6-Jul-20 | 14:40:04 | | | | ARM | NOISE SIDE SIDE | |
| 6-Jul-20 | 14:40:04 | | | | ARM | NOISE SIDE SIDE | |
| 6-Jul-20 | 14:40:40 | | | | ARM | NO NOISE SIDE SIDE | |
| 6-Jul-20 | 14:48:52 | | | | ARM | TE PAD PLACEMENT FAULT | |

CONFIDENTIAL - PRODUCED PURSUANT TO PROTECTIVE ORDER

| Date | Time | Flag Code | Hex Arg | Arg Decimal | DSP/ARM | DECODE STRING | ARGUMENT INTERPRETATION |
|---|---|---|---|---|---|---|---|
| 6-Jul-20 | 14:49:53 | [redacted] | | | ARM | TE PAD PLACEMENT FAULT | |
| 6-Jul-20 | 14:50:53 | | | | ARM | TE PLACEMENT OK | |
| 6-Jul-20 | 14:57:53 | | | | ARM | NOISE FRONT BACK | |
| 6-Jul-20 | 14:57:53 | | | | ARM | NOISE FRONT BACK | |
| 6-Jul-20 | 14:57:54 | | | | ARM | NOISE SIDE SIDE | |
| 6-Jul-20 | 14:57:54 | | | | ARM | NOISE SIDE SIDE | |
| 6-Jul-20 | 14:58:26 | | | | ARM | NO NOISE FRONT BACK | |
| 6-Jul-20 | 14:58:26 | | | | ARM | NO NOISE SIDE SIDE | |
| 6-Jul-20 | 15:32:09 | | | | ARM | NOISE FRONT BACK | |
| 6-Jul-20 | 15:32:09 | | | | ARM | NOISE FRONT BACK | |
| 6-Jul-20 | 15:32:10 | | | | ARM | NOISE SIDE SIDE | |
| 6-Jul-20 | 15:32:10 | | | | ARM | NOISE SIDE SIDE | |
| 6-Jul-20 | 15:32:11 | | | | ARM | NO NOISE FRONT BACK | |
| 6-Jul-20 | 15:32:11 | | | | ARM | NO NOISE SIDE SIDE | |
| 6-Jul-20 | 15:56:49 | | | | ARM | NOISE SIDE SIDE | |
| 6-Jul-20 | 15:56:49 | | | | ARM | NOISE SIDE SIDE | |
| 6-Jul-20 | 15:57:32 | | | | ARM | NO NOISE SIDE SIDE | |
| 6-Jul-20 | 17:51:46 | | | | ARM | TE PAD PLACEMENT FAULT | |
| 6-Jul-20 | 17:52:46 | | | | ARM | TE PAD PLACEMENT FAULT | |
| 6-Jul-20 | 17:53:45 | | | | ARM | TE PLACEMENT OK | |
| 6-Jul-20 | 18:26:09 | | | | DSP | GAIN STATISTIC | |
| 6-Jul-20 | 18:26:09 | | | | DSP | GAIN STATISTIC | |
| 6-Jul-20 | 18:26:09 | | | | DSP | GAIN STATISTIC | |
| 6-Jul-20 | 20:45:28 | | | | ARM | NOISE FRONT BACK | |
| 6-Jul-20 | 20:45:28 | | | | ARM | NOISE FRONT BACK | |
| 6-Jul-20 | 20:45:29 | | | | ARM | NOISE SIDE SIDE | |
| 6-Jul-20 | 20:45:29 | | | | ARM | NOISE SIDE SIDE | |
| 6-Jul-20 | 20:45:57 | | | | ARM | NO NOISE FRONT BACK | |
| 6-Jul-20 | 20:45:57 | | | | ARM | NO NOISE SIDE SIDE | |
| 6-Jul-20 | 21:10:31 | | | | ARM | NOISE SIDE SIDE | |
| 6-Jul-20 | 21:10:32 | | | | ARM | NOISE SIDE SIDE | |
| 6-Jul-20 | 21:11:09 | | | | ARM | NO NOISE SIDE SIDE | |
| 6-Jul-20 | 22:36:28 | | | | ARM | UI SHUTDOWN | |
| 6-Jul-20 | 22:36:29 | | | | ARM | MEMORY MANAGEMENT | |
| 6-Jul-20 | 22:37:12 | | | | DSP | BATT SERIAL NUMBER HIGH | |
| 6-Jul-20 | 22:37:12 | | | | DSP | BATT SERIAL NUMBER LOW | |
| 6-Jul-20 | 22:37:12 | | | | DSP | BATT LEARNED CAPACITY | |

CONFIDENTIAL - PRODUCED PURSUANT TO PROTECTIVE ORDER

| Date | Time | Flag Code | Hex Arg | Arg Decimal | DSP/ARM | DECODE STRING | ARGUMENT INTERPRETATION |
|---|---|---|---|---|---|---|---|
| 6-Jul-20 | 22:37:12 | [redacted] | | | DSP | BATT CYCLE COUNT | |
| 6-Jul-20 | 22:37:12 | [redacted] | | | DSP | BATT REMAINING CAPACITY | |
| 6-Jul-20 | 22:37:12 | [redacted] | | | DSP | CHARGER SERIAL NUMBER | |
| 6-Jul-20 | 22:37:12 | [redacted] | | | DSP | CHARGER VER NUMBER | |
| 6-Jul-20 | 22:37:13 | [redacted] | | | DSP | RESPONSE STATUS | |
| 6-Jul-20 | 22:37:15 | [redacted] | | | ARM | HNA STATE FLAG | |
| 6-Jul-20 | 22:37:20 | [redacted] | | | ARM | US STARTED | |
| 6-Jul-20 | 22:37:20 | [redacted] | | | ARM | MONITOR SERIAL NUMBER | |
| 6-Jul-20 | 22:37:20 | [redacted] | | | ARM | MONITOR SERIAL NUMBER | |
| 6-Jul-20 | 22:37:20 | [redacted] | | | ARM | UI SHELL VERSION | |
| 6-Jul-20 | 22:37:20 | [redacted] | | | ARM | UI COUNTRY CODE | |
| 6-Jul-20 | 22:37:20 | [redacted] | | | ARM | UI TIME ZONE | |
| 6-Jul-20 | 22:37:20 | [redacted] | | | ARM | BACKUP BATTERY STATUS | |
| 6-Jul-20 | 22:37:20 | [redacted] | | | ARM | SD EXTENDED STATUS CODE | 16% sd card space used |
| 6-Jul-20 | 22:37:20 | [redacted] | | | ARM | ELECTRODE BELT CONNECTED | |
| 6-Jul-20 | 22:37:20 | [redacted] | | | ARM | ELECTRODE BELT CONNECTED | |
| 6-Jul-20 | 22:37:20 | [redacted] | | | ARM | BELT SERIAL NUMBER | |
| 6-Jul-20 | 22:37:20 | [redacted] | | | ARM | BELT SERIAL NUMBER | |
| 6-Jul-20 | 22:37:20 | [redacted] | | | DSP | RESPONSE STATUS | |
| 6-Jul-20 | 22:37:21 | [redacted] | | | DSP | RESPONSE STATUS | |
| 6-Jul-20 | 22:37:23 | [redacted] | | | ARM | RESPONSE BUTTONS PRESSED | |
| 6-Jul-20 | 22:37:24 | [redacted] | | | ARM | RESPONSE BUTTONS RELEASED | |
| 6-Jul-20 | 22:37:30 | [redacted] | | | DSP | RATE STABILIZED | |
| 6-Jul-20 | 22:37:38 | [redacted] | | | DSP | GAIN STABILIZED | |
| 6-Jul-20 | 22:37:47 | [redacted] | | | DSP | AXIS STABILIZED | |
| 6-Jul-20 | 22:51:15 | [redacted] | | | ARM | BACKUP BATTERY STATUS | |
| 6-Jul-20 | 23:19:23 | [redacted] | | | ARM | TE PAD PLACEMENT FAULT | |
| 6-Jul-20 | 23:20:23 | [redacted] | | | ARM | TE PLACEMENT OK | |
| 7-Jul-20 | 0:00:41 | [redacted] | | | ARM | DOWNLOAD TIME SELECTED | |
| 7-Jul-20 | 1:01:08 | [redacted] | | | ARM | TE PAD PLACEMENT FAULT | |
| 7-Jul-20 | 1:02:08 | [redacted] | | | ARM | TE PLACEMENT OK | |
| 7-Jul-20 | 1:02:08 | [redacted] | | | ARM | TE PLACEMENT OK | |
| 7-Jul-20 | 1:24:36 | [redacted] | | | ARM | DOWNLOAD ATTEMPT COUNT | |
| 7-Jul-20 | 1:25:51 | [redacted] | | | ARM | AUTO DOWNLOAD COMPLETE | |
| 7-Jul-20 | 2:13:20 | [redacted] | | | ARM | TE PAD PLACEMENT FAULT | |
| 7-Jul-20 | 2:14:20 | [redacted] | | | ARM | TE PLACEMENT OK | |
| 7-Jul-20 | 4:37:37 | [redacted] | | | DSP | GAIN STATISTIC | |

| Date | Time | Flag Code | Hex Arg | Arg Decimal | DSP/ARM | DECODE STRING | ARGUMENT INTERPRETATION |
|---|---|---|---|---|---|---|---|
| 7-Jul-20 | 4:37:37 | [redacted] | | | DSP | GAIN STATISTIC | |
| 7-Jul-20 | 4:37:37 | | | | DSP | GAIN STATISTIC | |
| 7-Jul-20 | 8:44:01 | | | | DSP | RESPONSE STATUS | |
| 7-Jul-20 | 8:44:02 | | | | DSP | RESPONSE STATUS | |
| 7-Jul-20 | 8:48:33 | | | | ARM | HNA STATE FLAG | |
| 7-Jul-20 | 8:48:34 | | | | DSP | BATT SERIAL NUMBER HIGH | |
| 7-Jul-20 | 8:48:34 | | | | DSP | BATT SERIAL NUMBER LOW | |
| 7-Jul-20 | 8:48:34 | | | | DSP | BATT LEARNED CAPACITY | |
| 7-Jul-20 | 8:48:34 | | | | DSP | BATT CYCLE COUNT | |
| 7-Jul-20 | 8:48:34 | | | | DSP | BATT REMAINING CAPACITY | |
| 7-Jul-20 | 8:48:34 | | | | DSP | CHARGER SERIAL NUMBER | |
| 7-Jul-20 | 8:48:34 | | | | DSP | CHARGER VER NUMBER | |
| 7-Jul-20 | 8:48:35 | | | | DSP | RESPONSE STATUS | |
| 7-Jul-20 | 8:48:37 | | | | ARM | ABNORMAL SHUTDOWN | |
| 7-Jul-20 | 8:48:38 | | | | ARM | US STARTED | |
| 7-Jul-20 | 8:48:38 | | | | ARM | MONITOR SERIAL NUMBER | |
| 7-Jul-20 | 8:48:38 | | | | ARM | MONITOR SERIAL NUMBER | |
| 7-Jul-20 | 8:48:38 | | | | ARM | UI SHELL VERSION | |
| 7-Jul-20 | 8:48:38 | | | | ARM | UI COUNTRY CODE | |
| 7-Jul-20 | 8:48:38 | | | | ARM | UI TIME ZONE | |
| 7-Jul-20 | 8:48:38 | | | | ARM | BACKUP BATTERY STATUS | |
| 7-Jul-20 | 8:48:38 | | | | ARM | SD EXTENDED STATUS CODE | Card not present |
| 7-Jul-20 | 8:48:38 | | | | ARM | SD EXTENDED STATUS CODE | 0% sd card space used -- this is because the the card is not present so it does not know the space used, this flag should be ignored when it follows right after a card not present or other sd card error flag |
| 7-Jul-20 | 8:48:38 | | | | ARM | ELECTRODE BELT CONNECTED | |
| 7-Jul-20 | 8:48:38 | | | | ARM | ELECTRODE BELT CONNECTED | |
| 7-Jul-20 | 8:48:38 | | | | ARM | BELT SERIAL NUMBER | |
| 7-Jul-20 | 8:48:38 | | | | ARM | BELT SERIAL NUMBER | |
| 7-Jul-20 | 8:48:39 | | | | ARM | RESPONSE BUTTON TEST SKIPPED | |
| 7-Jul-20 | 8:48:55 | | | | DSP | RATE STABILIZED | |
| 7-Jul-20 | 8:49:25 | | | | DSP | GAIN STABILIZED | |
| 7-Jul-20 | 8:49:41 | | | | DSP | AXIS NOT STABILIZED | |
| 7-Jul-20 | 8:57:32 | | | | ARM | BACKUP BATTERY STATUS | |
| 7-Jul-20 | 9:18:32 | | | | ARM | NOISE SIDE SIDE | |

CONFIDENTIAL - PRODUCED PURSUANT TO PROTECTIVE ORDER

| Date | Time | Flag Code | Hex Arg | Arg Decimal | DSP/ARM | DECODE STRING | ARGUMENT INTERPRETATION |
|---|---|---|---|---|---|---|---|
| 7-Jul-20 | 9:18:32 | [redacted] | | | ARM | NOISE SIDE SIDE | |
| 7-Jul-20 | 9:19:47 | [redacted] | | | ARM | EVENT CANCELLED | |
| 7-Jul-20 | 9:19:56 | [redacted] | | | ARM | NO NOISE SIDE SIDE | |
| 7-Jul-20 | 13:02:37 | [redacted] | | | ARM | NOISE SIDE SIDE | |
| 7-Jul-20 | 13:02:37 | [redacted] | | | ARM | NOISE SIDE SIDE | |
| 7-Jul-20 | 13:03:11 | [redacted] | | | ARM | NO NOISE SIDE SIDE | |
| 7-Jul-20 | 13:36:35 | [redacted] | | | ARM | NOISE FRONT BACK | |
| 7-Jul-20 | 13:36:35 | [redacted] | | | ARM | NOISE FRONT BACK | |
| 7-Jul-20 | 13:36:36 | [redacted] | | | ARM | NOISE SIDE SIDE | |
| 7-Jul-20 | 13:36:36 | [redacted] | | | ARM | NOISE SIDE SIDE | |
| 7-Jul-20 | 13:37:02 | [redacted] | | | ARM | NO NOISE FRONT BACK | |
| 7-Jul-20 | 13:37:03 | [redacted] | | | ARM | NO NOISE SIDE SIDE | |
| 7-Jul-20 | 14:01:31 | [redacted] | | | ARM | NOISE FRONT BACK | |
| 7-Jul-20 | 14:01:31 | [redacted] | | | ARM | NOISE FRONT BACK | |
| 7-Jul-20 | 14:01:32 | [redacted] | | | ARM | NOISE SIDE SIDE | |
| 7-Jul-20 | 14:01:32 | [redacted] | | | ARM | NOISE SIDE SIDE | |
| 7-Jul-20 | 14:03:26 | [redacted] | | | ARM | NO NOISE FRONT BACK | |
| 7-Jul-20 | 14:03:27 | [redacted] | | | ARM | NO NOISE SIDE SIDE | |
| 7-Jul-20 | 14:43:21 | [redacted] | | | ARM | NOISE FRONT BACK | |
| 7-Jul-20 | 14:43:21 | [redacted] | | | ARM | NOISE FRONT BACK | |
| 7-Jul-20 | 14:43:22 | [redacted] | | | ARM | NOISE SIDE SIDE | |
| 7-Jul-20 | 14:43:22 | [redacted] | | | ARM | NOISE SIDE SIDE | |
| 7-Jul-20 | 14:43:52 | [redacted] | | | ARM | NO NOISE FRONT BACK | |
| 7-Jul-20 | 14:43:53 | [redacted] | | | ARM | NO NOISE SIDE SIDE | |
| 7-Jul-20 | 14:49:24 | [redacted] | | | DSP | GAIN STATISTIC | |
| 7-Jul-20 | 14:49:24 | [redacted] | | | DSP | GAIN STATISTIC | |
| 7-Jul-20 | 14:49:24 | [redacted] | | | DSP | GAIN STATISTIC | |
| 7-Jul-20 | 16:56:52 | [redacted] | | | ARM | NOISE SIDE SIDE | |
| 7-Jul-20 | 16:56:52 | [redacted] | | | ARM | NOISE SIDE SIDE | |
| 7-Jul-20 | 16:58:21 | [redacted] | | | ARM | NO NOISE SIDE SIDE | |
| 7-Jul-20 | 17:30:57 | [redacted] | | | ARM | NOISE SIDE SIDE | |
| 7-Jul-20 | 17:30:58 | [redacted] | | | ARM | NOISE SIDE SIDE | |
| 7-Jul-20 | 17:31:35 | [redacted] | | | ARM | NO NOISE SIDE SIDE | |
| 7-Jul-20 | 19:47:10 | [redacted] | | | ARM | NOISE SIDE SIDE | |
| 7-Jul-20 | 19:47:10 | [redacted] | | | ARM | NOISE SIDE SIDE | |
| 7-Jul-20 | 19:47:41 | [redacted] | | | ARM | NO NOISE SIDE SIDE | |
| 7-Jul-20 | 20:49:24 | [redacted] | | | DSP | GAIN STATISTIC | |

CONFIDENTIAL - PRODUCED PURSUANT TO PROTECTIVE ORDER

| Date | Time | Flag Code | Hex Arg | Arg Decimal | DSP/ARM | DECODE STRING | ARGUMENT INTERPRETATION |
|---|---|---|---|---|---|---|---|
| 7-Jul-20 | 20:49:24 | [redacted] | | | DSP | GAIN STATISTIC | |
| 7-Jul-20 | 20:49:24 | | | | DSP | GAIN STATISTIC | |
| 7-Jul-20 | 21:32:56 | | | | ARM | NOISE SIDE SIDE | |
| 7-Jul-20 | 21:32:56 | | | | ARM | NOISE SIDE SIDE | |
| 7-Jul-20 | 21:33:32 | | | | ARM | NO NOISE SIDE SIDE | |
| 7-Jul-20 | 22:26:18 | | | | ARM | UI SHUTDOWN | |
| 7-Jul-20 | 22:26:19 | | | | ARM | MEMORY MANAGEMENT | |
| 7-Jul-20 | 22:27:16 | | | | ARM | HNA STATE FLAG | |
| 7-Jul-20 | 22:27:17 | | | | DSP | BATT SERIAL NUMBER HIGH | |
| 7-Jul-20 | 22:27:17 | | | | DSP | BATT SERIAL NUMBER LOW | |
| 7-Jul-20 | 22:27:17 | | | | DSP | BATT LEARNED CAPACITY | |
| 7-Jul-20 | 22:27:17 | | | | DSP | BATT CYCLE COUNT | |
| 7-Jul-20 | 22:27:17 | | | | DSP | BATT REMAINING CAPACITY | |
| 7-Jul-20 | 22:27:17 | | | | DSP | CHARGER SERIAL NUMBER | |
| 7-Jul-20 | 22:27:17 | | | | DSP | CHARGER VER NUMBER | |
| 7-Jul-20 | 22:27:18 | | | | DSP | RESPONSE STATUS | |
| 7-Jul-20 | 22:27:21 | | | | ARM | US STARTED | |
| 7-Jul-20 | 22:27:21 | | | | ARM | MONITOR SERIAL NUMBER | |
| 7-Jul-20 | 22:27:21 | | | | ARM | MONITOR SERIAL NUMBER | |
| 7-Jul-20 | 22:27:21 | | | | ARM | UI SHELL VERSION | |
| 7-Jul-20 | 22:27:21 | | | | ARM | UI COUNTRY CODE | |
| 7-Jul-20 | 22:27:22 | | | | ARM | UI TIME ZONE | |
| 7-Jul-20 | 22:27:22 | | | | ARM | BACKUP BATTERY STATUS | |
| 7-Jul-20 | 22:27:22 | | | | ARM | SD EXTENDED STATUS CODE | 16% sd card space used |
| 7-Jul-20 | 22:27:22 | | | | ARM | ELECTRODE BELT CONNECTED | |
| 7-Jul-20 | 22:27:22 | | | | ARM | ELECTRODE BELT CONNECTED | |
| 7-Jul-20 | 22:27:22 | | | | ARM | BELT SERIAL NUMBER | |
| 7-Jul-20 | 22:27:22 | | | | ARM | BELT SERIAL NUMBER | |
| 7-Jul-20 | 22:27:25 | | | | ARM | RESPONSE BUTTONS PRESSED | |
| 7-Jul-20 | 22:27:25 | | | | ARM | RESPONSE BUTTONS RELEASED | |
| 7-Jul-20 | 22:27:25 | | | | DSP | RESPONSE STATUS | |
| 7-Jul-20 | 22:27:26 | | | | DSP | RESPONSE STATUS | |
| 7-Jul-20 | 22:27:35 | | | | DSP | RATE STABILIZED | |
| 7-Jul-20 | 22:27:47 | | | | DSP | GAIN STABILIZED | |
| 7-Jul-20 | 22:27:52 | | | | DSP | AXIS STABILIZED | |
| 7-Jul-20 | 22:38:24 | | | | ARM | BACKUP BATTERY STATUS | |
| 7-Jul-20 | 22:57:28 | | | | DSP | CONVERTER STARTUP | |

| Date | Time | Flag Code | Hex Arg | Arg Decimal | DSP/ARM | DECODE STRING | ARGUMENT INTERPRETATION |
|---|---|---|---|---|---|---|---|
| 7-Jul-20 | 22:57:28 | [redacted] | | | DSP | CONVERTER STARTUP | |
| 7-Jul-20 | 22:57:28 | | | | DSP | CONVERTER STARTUP | |
| 7-Jul-20 | 22:57:38 | | | | ARM | BATTERY IR TEST STATUS | |
| 7-Jul-20 | 22:57:43 | | | | DSP | CONVERTER OFF | |
| 7-Jul-20 | 22:57:53 | | | | ARM | BATTERY IR TEST PASS | |
| 7-Jul-20 | 22:59:23 | | | | ARM | CONVERTER DISCHARGE COMPLETE | |
| 8-Jul-20 | 0:00:28 | | | | ARM | DOWNLOAD TIME SELECTED | |
| 8-Jul-20 | 0:19:26 | | | | ARM | TE PAD PLACEMENT FAULT | |
| 8-Jul-20 | 0:20:26 | | | | ARM | TE PAD PLACEMENT FAULT | |
| 8-Jul-20 | 0:22:01 | | | | ARM | HNA STATE FLAG | |
| 8-Jul-20 | 0:22:05 | | | | ARM | ABNORMAL SHUTDOWN | Part of the system did not respond with in 5 seconds, when this happens the system reboots so that it will come up quickly into a known good state. |
| 8-Jul-20 | 0:22:05 | | | | ARM | US STARTED | Outpatient Mode: Standard home use, dry electrodes |
| 8-Jul-20 | 0:22:05 | | | | ARM | MONITOR SERIAL NUMBER | serial number 7119890 |
| 8-Jul-20 | 0:22:05 | | | | ARM | MONITOR SERIAL NUMBER | serial number 7119890 |
| 8-Jul-20 | 0:22:05 | | | | ARM | UI SHELL VERSION | Shell version |
| 8-Jul-20 | 0:22:05 | | | | ARM | UI COUNTRY CODE | UNITED STATES |
| 8-Jul-20 | 0:22:05 | | | | ARM | UI TIME ZONE | Eastern US Daylight Savings Time |
| 8-Jul-20 | 0:22:05 | | | | ARM | BACKUP BATTERY STATUS | Backup battery is currently charging |
| 8-Jul-20 | 0:22:05 | | | | ARM | SD EXTENDED STATUS CODE | SD card not present |
| 8-Jul-20 | 0:22:05 | | | | DSP | BATT SERIAL NUMBER HIGH | two part flag for battery serial number suffix: battery sn 347900 |
| 8-Jul-20 | 0:22:05 | | | | DSP | BATT SERIAL NUMBER LOW | two part flag for battery serial number suffix: battery sn 347900 |
| 8-Jul-20 | 0:22:05 | | | | DSP | BATT LEARNED CAPACITY | Learned battery capacity: 2877 mAH |
| 8-Jul-20 | 0:22:05 | | | | DSP | BATT CYCLE COUNT | battery charge/discharge cycle count: 31 |
| 8-Jul-20 | 0:22:05 | | | | DSP | BATT REMAINING CAPACITY | Remaining battery capacity 2782 mAH |
| 8-Jul-20 | 0:22:05 | | | | DSP | CHARGER SERIAL NUMBER | charger serial number suffix 28809 |
| 8-Jul-20 | 0:22:05 | | | | DSP | CHARGER VER NUMBER | charger software version 4.9. 11 charge discharge cycles on battery since last capacity test |

| Date | Time | Flag Code | Hex Arg | Arg Decimal | DSP/ARM | DECODE STRING | ARGUMENT INTERPRETATION |
|---|---|---|---|---|---|---|---|
| 8-Jul-20 | 0:22:06 | [redacted] | | | ARM | SD EXTENDED STATUS CODE | 0% sd card used, this flag should be ignored if the previous SD_EXTENDED_STATUS reports that the SD card is not present which is true during this occurance |
| 8-Jul-20 | 0:22:06 | [redacted] | | | ARM | ELECTRODE BELT CONNECTED | Belt is plugged into the Monitor |
| 8-Jul-20 | 0:22:06 | [redacted] | | | ARM | ELECTRODE BELT CONNECTED | Belt is plugged into the Monitor |
| 8-Jul-20 | 0:22:06 | [redacted] | | | ARM | BELT SERIAL NUMBER | Electrode Belt serial number 59023305 |
| 8-Jul-20 | 0:22:06 | [redacted] | | | ARM | BELT SERIAL NUMBER | Electrode Belt serial number 59023305 |
| 8-Jul-20 | 0:22:06 | [redacted] | | | DSP | RESPONSE STATUS | This is the same as the ARM: flag below but inidicates that the DSP detected it then passed the info to the ARM |
| 8-Jul-20 | 0:22:07 | [redacted] | | | ARM | RESPONSE BUTTON TEST SKIPPED | power-up response button test was skipped due to an abnormal shutdown |
| 8-Jul-20 | 0:22:19 | [redacted] | | | DSP | RATE STABILIZED | RateAvailable flag is set after the detection system has been activated. 130BPM |
| 8-Jul-20 | 0:22:26 | [redacted] | | | DSP | GAIN STABILIZED | gain stabilizes after the detection system has been activated |
| 8-Jul-20 | 0:22:35 | [redacted] | | | DSP | AXIS STABILIZED | morphology (axis) detector stabilized |
| 8-Jul-20 | 0:23:04 | [redacted] | | | ARM | DOWNLOAD TIME SELECTED | next automatic download attempt 05:44 |
| 8-Jul-20 | 0:25:04 | [redacted] | | | ARM | BACKUP BATTERY STATUS | Backup battery has finished charging |
| 8-Jul-20 | 1:36:35 | [redacted] | | | ARM | NOISE SIDE SIDE | input noise flag bit<br>side-to-side lead high frequency noise<br>front-to-back lead high frequency noise<br>side-to-side lead clipping flag<br>front-to-back clipping flag<br>low frequency artifact flag |
| 8-Jul-20 | 1:36:35 | [redacted] | | | ARM | NOISE SIDE SIDE | input noise flag bit<br>input level clipping flag<br>side-to-side lead clipping flag<br>right side electrode falloff flag<br>master side-side noise flag |
| 8-Jul-20 | 1:37:05 | [redacted] | | | ARM | NO NOISE SIDE SIDE | signal interference on the Side to Side ECG channel is no longer detected |
| 8-Jul-20 | 1:58:48 | [redacted] | | | DSP | DETECT ALGO STATUS | Limit algorithm has detected treatable rhythm. Confidence algorithm value 29%, two flags are written back to back to provide the information |

CONFIDENTIAL - PRODUCED PURSUANT TO PROTECTIVE ORDER

| Date | Time | Flag Code | Hex Arg | Arg Decimal | DSP/ARM | DECODE STRING | ARGUMENT INTERPRETATION |
|---|---|---|---|---|---|---|---|
| 8-Jul-20 | 1:58:48 | [redacted] | | | DSP | DETECT ALGO STATUS | Limit algorithm has detected treatable rhythm. Confidence algorithm value 29%, two flags are written back to back to provide the information |
| 8-Jul-20 | 1:58:51 | | | | DSP | DETECT ALGO STATUS | Limit algorithm has recognized non-treatable rhythm Confidence algorithm value 18%, Two flags are written back to back to provide 4 arguments of data. |
| 8-Jul-20 | 1:58:51 | | | | DSP | DETECT ALGO STATUS | Limit algorithm has recognized non-treatable rhythm Confidence algorithm value 18%, Two flags are written back to back to provide 4 arguments of data. |
| 8-Jul-20 | 4:01:39 | | | | ARM | NOISE SIDE SIDE | front-to-back clipping flag, this means a high level of noise has been detected, normally caused by motion artifact (moving/touching of the patient) front-to-back clipping flag |
| 8-Jul-20 | 4:01:39 | | | | ARM | NOISE SIDE SIDE | front-to-back clipping flag, this means a high level of noise has been detected, normally caused by motion artifact (moving/touching of the patient) front-to-back clipping flag |
| 8-Jul-20 | 4:02:45 | | | | ARM | NO NOISE SIDE SIDE | signal interference on the Side to Side ECG channel is no longer detected |
| 8-Jul-20 | 4:18:12 | | | | | ASYSTOLE_SIGNAL_AMPLITUDE | ECG channel voltage level when asystole was declared, SS=169 uV, FB = 31uV |
| 8-Jul-20 | 4:18:13 | | | | ARM | ASYSTOLE RHYTHM DETECTED | Detection algorithm has detected asystole |
| 8-Jul-20 | 4:18:16 | | | | ARM | RESPONSE BUTTONS PRESSED | response button activation |
| 8-Jul-20 | 4:18:17 | | | | ARM | RESPONSE BUTTONS RELEASED | response button deactivation |
| 8-Jul-20 | 4:18:21 | | | | DSP | RESPONSE STATUS | Both response buttons have reached the active state |
| 8-Jul-20 | 4:18:21 | | | | DSP | RESPONSE STATUS | Both buttons were active but one or both have been released |
| 8-Jul-20 | 4:18:54 | | | | ARM | RESPONSE BUTTONS PRESSED | response button activation |
| 8-Jul-20 | 4:18:54 | | | | ARM | RESPONSE BUTTONS RELEASED | response button deactivation |
| 8-Jul-20 | 4:18:56 | | | | ARM | RESPONSE BUTTONS PRESSED | response button activation |
| 8-Jul-20 | 4:18:56 | | | | ARM | RESPONSE BUTTONS RELEASED | response button deactivation |

| Date | Time | Flag Code | Hex Arg | Arg Decimal | DSP/ARM | DECODE STRING | ARGUMENT INTERPRETATION |
|---|---|---|---|---|---|---|---|
| 8-Jul-20 | 4:18:59 | [redacted] | | | DSP | RESPONSE STATUS | Both response buttons have reached the active state |
| 8-Jul-20 | 4:18:59 | | | | DSP | RESPONSE STATUS | Both buttons were active but one or both have been released |
| 8-Jul-20 | 4:19:01 | | | | DSP | RESPONSE STATUS | Both response buttons have reached the active state |
| 8-Jul-20 | 4:19:01 | | | | DSP | RESPONSE STATUS | Both buttons were active but one or both have been released |
| 8-Jul-20 | 4:19:06 | | | | ARM | NO ASYSTOLE | SS = 45uV, FB = 23uV |
| 8-Jul-20 | 4:19:06 | | | | ARM | NO ASYSTOLE | Rhythm type: Asystole |
| 8-Jul-20 | 4:20:04 | | | | DSP | CONFIDENCE | Indicates that the data fields contain Confidence Algorithm ‘time to detect’ information Two flags are written back to back to provide 4 arguments of data = 18815ms |
| 8-Jul-20 | 4:20:04 | | | | DSP | CONFIDENCE | Indicates that the data fields contain Confidence Algorithm ‘time to detect’ information Two flags are written back to back to provide 4 arguments of data = 18815ms |
| 8-Jul-20 | 4:20:04 | | | | DSP | DETECT ALGO STATUS | confidence algorithm has detected treatable rhythm. two flags are written back to back to provide the information. |
| 8-Jul-20 | 4:20:04 | | | | DSP | DETECT ALGO STATUS | confidence algorithm has detected treatable rhythm. two flags are written back to back to provide the information. |
| 8-Jul-20 | 4:20:04 | | | | DSP | CONFIDENCE | Indicates that the data fields contain Confidence Algorithm ‘time to shock’ information. Two flags are written back to back to provide 4 arguments of data. Time to shock = 5ms |
| 8-Jul-20 | 4:20:04 | | | | DSP | CONFIDENCE | Indicates that the data fields contain Confidence Algorithm ‘time to shock’ information. Two flags are written back to back to provide 4 arguments of data. Time to shock = 5ms |
| 8-Jul-20 | 4:20:08 | | | | ARM | VT RHYTHM DETECTED | arrhythmia detection algorithm detects a VT cardiac rhythm. |

CONFIDENTIAL - PRODUCED PURSUANT TO PROTECTIVE ORDER

| Date | Time | Flag Code | Hex Arg | Arg Decimal | DSP/ARM | DECODE STRING | ARGUMENT INTERPRETATION |
|---|---|---|---|---|---|---|---|
| 8-Jul-20 | 4:20:09 | [redacted] | | | | ASYSTOLE SIGNAL AMPLITUDE | ECG channel voltage level when asystole was declared, SS=33 uV, FB = 9uV |
| 8-Jul-20 | 4:20:10 | [redacted] | | | ARM | VF RHYTHM DETECTED | arrhythmia detection algorithm detects a VF cardiac rhythm |
| 8-Jul-20 | 4:20:12 | [redacted] | | | DSP | DETECT ALGO STATUS | Limit algorithm has detected treatable rhythm. two flags are written back to back to provide the information. Confidence algorithm value 100% |
| 8-Jul-20 | 4:20:12 | [redacted] | | | DSP | DETECT ALGO STATUS | Limit algorithm has detected treatable rhythm. two flags are written back to back to provide the information. Confidence algorithm value 100% |
| 8-Jul-20 | 4:20:12 | [redacted] | | | DSP | TREATABLE VT RHYTHM | arrhythmia detection algorithm detects a VT cardiac rhythm |
| 8-Jul-20 | 4:20:12 | [redacted] | | | DSP | HNA CONFIRM | No noise detected by advanced noise detection algorithm |
| 8-Jul-20 | 4:20:12 | [redacted] | | | DSP | HEART RATE | 218 |
| 8-Jul-20 | 4:20:12 | [redacted] | | | DSP | HEART RATE | 293 |
| 8-Jul-20 | 4:20:12 | [redacted] | | | DSP | HEART RATE | 293 |
| 8-Jul-20 | 4:20:12 | [redacted] | | | DSP | HEART RATE | 300 |
| 8-Jul-20 | 4:20:12 | [redacted] | | | DSP | HEART RATE | 300 |
| 8-Jul-20 | 4:20:12 | [redacted] | | | DSP | HEART RATE | 279 |
| 8-Jul-20 | 4:20:12 | [redacted] | | | DSP | HEART RATE | 235 |
| 8-Jul-20 | 4:20:12 | [redacted] | | | DSP | HEART RATE | 300 |
| 8-Jul-20 | 4:20:12 | [redacted] | | | DSP | HEART RATE | 94 |
| 8-Jul-20 | 4:20:12 | [redacted] | | | DSP | HEART RATE | 218 |
| 8-Jul-20 | 4:20:12 | [redacted] | | | DSP | HEART RATE | 70 |
| 8-Jul-20 | 4:20:13 | [redacted] | | | DSP | HEART RATE | 94 |
| 8-Jul-20 | 4:20:14 | [redacted] | | | DSP | HEART RATE | 255 |
| 8-Jul-20 | 4:20:14 | [redacted] | | | DSP | HEART RATE | 267 |
| 8-Jul-20 | 4:20:14 | [redacted] | | | DSP | HEART RATE | 164 |
| 8-Jul-20 | 4:20:14 | [redacted] | | | DSP | TREATABLE VF RHYTHM | arrhythmia detection algorithm detects a VF cardiac rhythm |
| 8-Jul-20 | 4:20:15 | [redacted] | | | DSP | HEART RATE | 70 |
| 8-Jul-20 | 4:20:16 | [redacted] | | | DSP | HEART RATE | 118 |
| 8-Jul-20 | 4:20:17 | [redacted] | | | DSP | HEART RATE | 94 |
| 8-Jul-20 | 4:20:18 | [redacted] | | | DSP | HEART RATE | 70 |

CONFIDENTIAL - PRODUCED PURSUANT TO PROTECTIVE ORDER

| Date | Time | Flag Code | Hex Arg | Arg Decimal | DSP/ARM | DECODE STRING | ARGUMENT INTERPRETATION |
|---|---|---|---|---|---|---|---|
| 8-Jul-20 | 4:20:19 | [redacted] | | | DSP | CONVERTER STARTUP | requested energy 150J |
| 8-Jul-20 | 4:20:19 | [redacted] | | | DSP | CONVERTER STARTUP | computed upper end capacitor voltage 1552V |
| 8-Jul-20 | 4:20:19 | [redacted] | | | DSP | CONVERTER STARTUP | computed lower end capacitor voltage 1537V |
| 8-Jul-20 | 4:20:21 | [redacted] | | | DSP | HEART RATE | 118 |
| 8-Jul-20 | 4:20:22 | [redacted] | | | DSP | HEART RATE | 70 |
| 8-Jul-20 | 4:20:24 | [redacted] | | | DSP | HEART RATE | 118 |
| 8-Jul-20 | 4:20:24 | [redacted] | | | DSP | HEART RATE | 240 |
| 8-Jul-20 | 4:20:24 | [redacted] | | | DSP | HEART RATE | 118 |
| 8-Jul-20 | 4:20:25 | [redacted] | | | DSP | HEART RATE | 70 |
| 8-Jul-20 | 4:20:26 | [redacted] | | | DSP | HEART RATE | 245 |
| 8-Jul-20 | 4:20:26 | [redacted] | | | DSP | HEART RATE | 70 |
| 8-Jul-20 | 4:20:27 | [redacted] | | | DSP | HEART RATE | 94 |
| 8-Jul-20 | 4:20:28 | [redacted] | | | DSP | HEART RATE | 141 |
| 8-Jul-20 | 4:20:29 | [redacted] | | | DSP | HEART RATE | 70 |
| 8-Jul-20 | 4:20:30 | [redacted] | | | DSP | HEART RATE | 141 |
| 8-Jul-20 | 4:20:31 | [redacted] | | | DSP | HEART RATE | 70 |
| 8-Jul-20 | 4:20:33 | [redacted] | | | ARM | TREATMENT DELAY | Gel Fire Delay - Confidence is less than gel fire confidence threshold 55% |
| 8-Jul-20 | 4:20:33 | [redacted] | | | DSP | HEART RATE | 188 |
| 8-Jul-20 | 4:20:33 | [redacted] | | | DSP | HEART RATE | 400 |
| 8-Jul-20 | 4:20:34 | [redacted] | | | ARM | TREATMENT DELAY | Gel Fire Delay - Confidence is less than gel fire confidence threshold 53% |
| 8-Jul-20 | 4:20:34 | [redacted] | | | DSP | HEART RATE | 70 |
| 8-Jul-20 | 4:20:35 | [redacted] | | | ARM | TREATMENT DELAY | Gel Fire Delay - Confidence is less than gel fire confidence threshold 52% |
| 8-Jul-20 | 4:20:36 | [redacted] | | | ARM | TREATMENT DELAY | Gel Fire Delay - Confidence is less than gel fire confidence threshold 56% |
| 8-Jul-20 | 4:20:37 | [redacted] | | | ARM | TREATMENT DELAY | Gel Fire Delay - Confidence is less than gel fire confidence threshold 59% |
| 8-Jul-20 | 4:20:38 | [redacted] | | | ARM | TREATMENT DELAY | Gel Fire Delay - Confidence is less than gel fire confidence threshold 62% |
| 8-Jul-20 | 4:20:39 | [redacted] | | | ARM | TREATMENT DELAY | Gel Fire Delay - Confidence is less than gel fire confidence threshold 68% |
| 8-Jul-20 | 4:20:39 | [redacted] | | | DSP | HEART RATE | 324 |
| 8-Jul-20 | 4:20:40 | [redacted] | | | ARM | UI GEL RELEASED | gel dispersal system was activated |
| 8-Jul-20 | 4:20:40 | [redacted] | | | DSP | HEART RATE | 70 |
| 8-Jul-20 | 4:20:40 | [redacted] | | | DSP | HEART RATE | 158 |

CONFIDENTIAL - PRODUCED PURSUANT TO PROTECTIVE ORDER

| Date | Time | Flag Code | Hex Arg | Arg Decimal | DSP/ARM | DECODE STRING | ARGUMENT INTERPRETATION |
|---|---|---|---|---|---|---|---|
| 8-Jul-20 | 4:20:41 | [redacted] | | | DSP | HEART RATE | 118 |
| 8-Jul-20 | 4:20:42 | [redacted] | | | DSP | HEART RATE | 70 |
| 8-Jul-20 | 4:20:44 | [redacted] | | | DSP | HEART RATE | 222 |
| 8-Jul-20 | 4:20:44 | [redacted] | | | DSP | HEART RATE | 70 |
| 8-Jul-20 | 4:20:45 | [redacted] | | | DSP | GEL RELEASED | the gel dispersal system was activated |
| 8-Jul-20 | 4:20:46 | [redacted] | | | DSP | HEART RATE | 94 |
| 8-Jul-20 | 4:20:47 | [redacted] | | | DSP | HEART RATE | 164 |
| 8-Jul-20 | 4:20:48 | [redacted] | | | DSP | HEART RATE | 94 |
| 8-Jul-20 | 4:20:50 | [redacted] | | | ARM | TREATMENT DELAY | Confidence Level 70% |
| 8-Jul-20 | 4:20:50 | [redacted] | | | DSP | HEART RATE | 70 |
| 8-Jul-20 | 4:20:53 | [redacted] | | | ARM | TREATMENT DELAY | Confidence Level 63% |
| 8-Jul-20 | 4:20:53 | [redacted] | | | DSP | DETECT ALGO STATUS | limit algorithm has recognized non-treatable rhythm. two flags are written back to back to provide the information. Confidence algorithm value 73% |
| 8-Jul-20 | 4:20:53 | [redacted] | | | DSP | DETECT ALGO STATUS | limit algorithm has recognized non-treatable rhythm. two flags are written back to back to provide the information. Confidence algorithm value 73% |
| 8-Jul-20 | 4:20:53 | [redacted] | | | DSP | HEART RATE | 141 |
| 8-Jul-20 | 4:20:54 | [redacted] | | | DSP | HEART RATE | 118 |
| 8-Jul-20 | 4:20:55 | [redacted] | | | ARM | TREATMENT DELAY | Confidence Level 61% |
| 8-Jul-20 | 4:20:55 | [redacted] | | | DSP | HEART RATE | 141 |
| 8-Jul-20 | 4:20:55 | [redacted] | | | DSP | HEART RATE | 118 |
| 8-Jul-20 | 4:20:57 | [redacted] | | | DSP | HEART RATE | 141 |
| 8-Jul-20 | 4:20:57 | [redacted] | | | DSP | HEART RATE | 70 |
| 8-Jul-20 | 4:20:58 | [redacted] | | | ARM | TREATMENT DELAY | Confidence Level 60% |
| 8-Jul-20 | 4:20:58 | [redacted] | | | DSP | HEART RATE | 141 |
| 8-Jul-20 | 4:20:59 | [redacted] | | | DSP | HEART RATE | 255 |
| 8-Jul-20 | 4:21:00 | [redacted] | | | ARM | TREATMENT DELAY | Confidence Level 56% |
| 8-Jul-20 | 4:21:00 | [redacted] | | | DSP | HEART RATE | 70 |
| 8-Jul-20 | 4:21:02 | [redacted] | | | DSP | HEART RATE | 141 |
| 8-Jul-20 | 4:21:03 | [redacted] | | | ARM | TREATMENT DELAY | Confidence Level 50% |
| 8-Jul-20 | 4:21:05 | [redacted] | | | DSP | HEART RATE | 94 |
| 8-Jul-20 | 4:21:05 | [redacted] | | | DSP | HEART RATE | 49 |
| 8-Jul-20 | 4:21:05 | [redacted] | | | ARM | TREATMENT DELAY | Confidence Level 46% |
| 8-Jul-20 | 4:21:08 | [redacted] | | | ARM | TREATMENT DELAY | Confidence Level 43% |

CONFIDENTIAL - PRODUCED PURSUANT TO PROTECTIVE ORDER

| Date | Time | Flag Code | Hex Arg | Arg Decimal | DSP/ARM | DECODE STRING | ARGUMENT INTERPRETATION |
|---|---|---|---|---|---|---|---|
| 8-Jul-20 | 4:21:09 | [redacted] | | | DSP | HEART RATE | 231 |
| 8-Jul-20 | 4:21:09 | | | | DSP | HEART RATE | 52 |
| 8-Jul-20 | 4:21:10 | | | | ARM | TREATMENT DELAY | Confidence Level 38% |
| 8-Jul-20 | 4:21:13 | | | | ARM | TREATMENT DELAY | Confidence Level 32% |
| 8-Jul-20 | 4:21:14 | | | | DSP | HEART RATE | 132 |
| 8-Jul-20 | 4:21:15 | | | | ARM | TREATMENT DELAY | Confidence Level 29% |
| 8-Jul-20 | 4:21:15 | | | | DSP | HEART RATE | 56 |
| 8-Jul-20 | 4:21:15 | | | | DSP | HEART RATE | 70 |
| 8-Jul-20 | 4:21:18 | | | | ARM | TREATMENT DELAY | Confidence Level 30% |
| 8-Jul-20 | 4:21:19 | | | | DSP | HEART RATE | 211 |
| 8-Jul-20 | 4:21:20 | | | | ARM | TREATMENT DELAY | Confidence Level 31% |
| 8-Jul-20 | 4:21:20 | | | | DSP | HEART RATE | 118 |
| 8-Jul-20 | 4:21:21 | | | | DSP | HEART RATE | 70 |
| 8-Jul-20 | 4:21:22 | | | | DSP | HEART RATE | 188 |
| 8-Jul-20 | 4:21:23 | | | | ARM | TREATMENT DELAY | Confidence Level 25% |
| 8-Jul-20 | 4:21:23 | | | | DSP | HEART RATE | 94 |
| 8-Jul-20 | 4:21:23 | | | | DSP | HEART RATE | 57 |
| 8-Jul-20 | 4:21:25 | | | | ARM | TREATMENT DELAY | Confidence Level 21% |
| 8-Jul-20 | 4:21:28 | | | | ARM | TREATMENT DELAY | Confidence Level 15% |
| 8-Jul-20 | 4:21:30 | | | | ARM | TREATMENT DELAY | Confidence Level 15% |
| 8-Jul-20 | 4:21:32 | | | | DSP | HEART RATE | 182 |
| 8-Jul-20 | 4:21:33 | | | | ARM | TREATMENT DELAY | Confidence Level 13% |
| 8-Jul-20 | 4:21:33 | | | | DSP | HEART RATE | 61 |
| 8-Jul-20 | 4:21:35 | | | | ARM | TREATMENT DELAY | Confidence Level 9% |
| 8-Jul-20 | 4:21:36 | | | | DSP | HEART RATE | 154 |
| 8-Jul-20 | 4:21:36 | | | | DSP | HEART RATE | 61 |
| 8-Jul-20 | 4:21:38 | | | | ARM | TREATMENT DELAY | Confidence Level 3% |
| 8-Jul-20 | 4:21:39 | | | | ARM | NORMAL RHYTHM DETECTED | detection algorithm no longer detects a treatable rhythm |
| 8-Jul-20 | 4:21:40 | | | | ARM | ASYSTOLE RHYTHM DETECTED | Detection algorithm has detected asystole |
| 8-Jul-20 | 4:21:44 | | | | DSP | CONFIDENCE | Indicates that the data fields contain Confidence Algorithm 'time to recover' information. two flags are written back to back to provide the information. Time to recover = 99215ms |

| Date | Time | Flag Code | Hex Arg | Arg Decimal | DSP/ARM | DECODE STRING | ARGUMENT INTERPRETATION |
|---|---|---|---|---|---|---|---|
| 8-Jul-20 | 4:21:44 | [redacted] | | | DSP | CONFIDENCE | Indicates that the data fields contain Confidence Algorithm 'time to recover' information. two flags are written back to back to provide the information. Time to recover = 99215ms |
| 8-Jul-20 | 4:21:44 | [redacted] | | | DSP | DETECT ALGO STATUS | confidence algorithm has detected non-treatable rhythm. two flags are written back to back to provide the information |
| 8-Jul-20 | 4:21:44 | [redacted] | | | DSP | DETECT ALGO STATUS | confidence algorithm has detected non-treatable rhythm. two flags are written back to back to provide the information |
| 8-Jul-20 | 4:21:44 | [redacted] | | | DSP | NON TREATABLE RHYTHM | No treatable rhythm |
| 8-Jul-20 | 4:21:44 | [redacted] | | | DSP | CONVERTER OFF | energy converter is deactivated |
| 8-Jul-20 | 4:22:03 | [redacted] | | | ARM | BACKUP BATTERY STATUS | The PLD disables the charging of the backup battery (used for realtime clock persistence when main battery is removed) when main battery capacity below 50% |
| 8-Jul-20 | 4:22:08 | [redacted] | | | ARM | RESPONSE BUTTONS PRESSED | response button activation |
| 8-Jul-20 | 4:22:08 | [redacted] | | | ARM | RESPONSE BUTTONS RELEASED | response button deactivation |
| 8-Jul-20 | 4:22:13 | [redacted] | | | DSP | RESPONSE STATUS | Both response buttons have reached the active state |
| 8-Jul-20 | 4:22:13 | [redacted] | | | DSP | RESPONSE STATUS | Both buttons were active but one or both have been released |
| 8-Jul-20 | 4:22:16 | [redacted] | | | ARM | RESPONSE BUTTONS PRESSED | response button activation |
| 8-Jul-20 | 4:22:17 | [redacted] | | | ARM | RESPONSE BUTTONS RELEASED | response button deactivation |
| 8-Jul-20 | 4:22:21 | [redacted] | | | DSP | RESPONSE STATUS | Both response buttons have reached the active state |
| 8-Jul-20 | 4:22:21 | [redacted] | | | DSP | RESPONSE STATUS | Both buttons were active but one or both have been released |
| 8-Jul-20 | 4:22:49 | [redacted] | | | ARM | RESPONSE BUTTONS PRESSED | response button activation |
| 8-Jul-20 | 4:22:49 | [redacted] | | | ARM | RESPONSE BUTTONS RELEASED | response button deactivation |
| 8-Jul-20 | 4:22:51 | [redacted] | | | DSP | CONFIDENCE | Indicates that the data fields contain Confidence Algorithm 'time to detect' information. two flags are written back to back to provide the information. = 13110ms |

CONFIDENTIAL - PRODUCED PURSUANT TO PROTECTIVE ORDER

| Date | Time | Flag Code | Hex Arg | Arg Decimal | DSP/ARM | DECODE STRING | ARGUMENT INTERPRETATION |
|---|---|---|---|---|---|---|---|
| 8-Jul-20 | 4:22:51 | [redacted] | | | DSP | CONFIDENCE | Indicates that the data fields contain Confidence Algorithm 'time to detect' information. two flags are written back to back to provide the information. = 13110ms |
| 8-Jul-20 | 4:22:51 | | | | DSP | DETECT ALGO STATUS | confidence algorithm has detected treatable rhythm. two flags are written back to back to provide the information. |
| 8-Jul-20 | 4:22:51 | | | | DSP | DETECT ALGO STATUS | confidence algorithm has detected treatable rhythm. two flags are written back to back to provide the information. |
| 8-Jul-20 | 4:22:51 | | | | DSP | TREATABLE VT RHYTHM | arrhythmia detection algorithm detects a VT cardiac rhythm |
| 8-Jul-20 | 4:22:51 | | | | DSP | HNA CONFIRM | Heuristic Noise Algorithm agrees with the arrhythmia detection algorithm that a treatable arrhythmia is present |
| 8-Jul-20 | 4:22:51 | | | | DSP | HEART RATE | 156 |
| 8-Jul-20 | 4:22:51 | | | | DSP | HEART RATE | 245 |
| 8-Jul-20 | 4:22:51 | | | | DSP | HEART RATE | 240 |
| 8-Jul-20 | 4:22:51 | | | | DSP | HEART RATE | 261 |
| 8-Jul-20 | 4:22:51 | | | | DSP | HEART RATE | 261 |
| 8-Jul-20 | 4:22:51 | | | | DSP | HEART RATE | 194 |
| 8-Jul-20 | 4:22:51 | | | | DSP | HEART RATE | 190 |
| 8-Jul-20 | 4:22:51 | | | | DSP | HEART RATE | 197 |
| 8-Jul-20 | 4:22:51 | | | | DSP | HEART RATE | 190 |
| 8-Jul-20 | 4:22:51 | | | | DSP | HEART RATE | 190 |
| 8-Jul-20 | 4:22:51 | | | | DSP | CONFIDENCE | Indicates that the data fields contain Confidence Algorithm 'time to shock' information. two flags are written back to back to provide the information. Time to shock = 0ms |
| 8-Jul-20 | 4:22:51 | | | | DSP | CONFIDENCE | Indicates that the data fields contain Confidence Algorithm 'time to shock' information. two flags are written back to back to provide the information. Time to shock = 0ms |
| 8-Jul-20 | 4:22:51 | | | | DSP | HEART RATE | 70 |

CONFIDENTIAL - PRODUCED PURSUANT TO PROTECTIVE ORDER

| Date | Time | Flag Code | Hex Arg | Arg Decimal | DSP/ARM | DECODE STRING | ARGUMENT INTERPRETATION |
|---|---|---|---|---|---|---|---|
| 8-Jul-20 | 4:22:54 | [redacted] | | | DSP | RESPONSE STATUS | Both response buttons have reached the active state |
| 8-Jul-20 | 4:22:54 | | | | DSP | HEART RATE | 118 |
| 8-Jul-20 | 4:22:54 | | | | DSP | RESPONSE STATUS | Both buttons were active but one or both have been released |
| 8-Jul-20 | 4:22:55 | | | | DSP | HEART RATE | 70 |
| 8-Jul-20 | 4:22:56 | | | | DSP | HEART RATE | 164 |
| 8-Jul-20 | 4:22:57 | | | | DSP | HEART RATE | 70 |
| 8-Jul-20 | 4:22:58 | | | | DSP | HEART RATE | 94 |
| 8-Jul-20 | 4:22:59 | | | | DSP | HEART RATE | 141 |
| 8-Jul-20 | 4:23:00 | | | | DSP | HEART RATE | 188 |
| 8-Jul-20 | 4:23:01 | | | | DSP | HEART RATE | 94 |
| 8-Jul-20 | 4:23:02 | | | | DSP | HEART RATE | 70 |
| 8-Jul-20 | 4:23:03 | | | | DSP | HEART RATE | 141 |
| 8-Jul-20 | 4:23:04 | | | | DSP | HEART RATE | 70 |
| 8-Jul-20 | 4:23:05 | | | | DSP | HEART RATE | 118 |
| 8-Jul-20 | 4:23:05 | | | | DSP | CONFIDENCE | Indicates that the data fields contain Confidence Algorithm ‘time to recover’ information. two flags are written back to back to provide the information. . Time to recover = 13595ms |
| 8-Jul-20 | 4:23:05 | | | | DSP | CONFIDENCE | Indicates that the data fields contain Confidence Algorithm ‘time to recover’ information. two flags are written back to back to provide the information. Time to recover = 13595ms |
| 8-Jul-20 | 4:23:05 | | | | DSP | DETECT ALGO STATUS | confidence algorithm has detected non-treatable rhythm. two flags are written back to back to provide the information. |
| 8-Jul-20 | 4:23:05 | | | | DSP | DETECT ALGO STATUS | confidence algorithm has detected non-treatable rhythm. two flags are written back to back to provide the information. |
| 8-Jul-20 | 4:23:05 | | | | DSP | NON TREATABLE RHYTHM | arrhythmia detection algorithm no longer detects a treatable cardiac rhythm |
| 8-Jul-20 | 4:23:13 | | | | ARM | CONVERTER DISCHARGE COMPLETE | Energy capacitors have completed the discharge cycle |
| 8-Jul-20 | 4:23:34 | | | | ARM | NO ASYSTOLE | SS = 105uV, FB = 20uV |

CONFIDENTIAL - PRODUCED PURSUANT TO PROTECTIVE ORDER

| Date | Time | Flag Code | Hex Arg | Arg Decimal | DSP/ARM | DECODE STRING | ARGUMENT INTERPRETATION |
|---|---|---|---|---|---|---|---|
| 8-Jul-20 | 4:23:34 | [redacted] | | | ARM | NO ASYSTOLE | Rhythm type: sinus |
| 8-Jul-20 | 4:24:45 | [redacted] | | | | ASYSTOLE SIGNAL AMPLITUDE | ECG channel voltage level when asystole was declared |
| 8-Jul-20 | 4:24:46 | [redacted] | | | ARM | ASYSTOLE RHYTHM DETECTED | Detection algorithm has detected asystole |
| 8-Jul-20 | 4:24:55 | [redacted] | | | DSP | DETECT ALGO STATUS | limit algorithm has detected treatable rhythm. two flags are written back to back to provide the information.. Confidence algorithm value 41% |
| 8-Jul-20 | 4:24:55 | [redacted] | | | DSP | DETECT ALGO STATUS | limit algorithm has detected treatable rhythm. two flags are written back to back to provide the information. Confidence algorithm value 41% |
| 8-Jul-20 | 4:25:04 | [redacted] | | | DSP | DETECT ALGO STATUS | limit algorithm has recognized non-treatable rhythm. two flags are written back to back to provide the information. Confidence algorithm value 9% |
| 8-Jul-20 | 4:25:04 | [redacted] | | | DSP | DETECT ALGO STATUS | limit algorithm has recognized non-treatable rhythm. two flags are written back to back to provide the information.. Confidence algorithm value 9% |
| 8-Jul-20 | 4:25:34 | [redacted] | | | ARM | RESPONSE BUTTONS PRESSED | response button activation |
| 8-Jul-20 | 4:25:35 | [redacted] | | | ARM | RESPONSE BUTTONS RELEASED | response button deactivation |
| 8-Jul-20 | 4:25:38 | [redacted] | | | DSP | RESPONSE STATUS | Both response buttons have reached the active state |
| 8-Jul-20 | 4:25:38 | [redacted] | | | DSP | RESPONSE STATUS | Both buttons were active but one or both have been released |
| 8-Jul-20 | 4:25:48 | [redacted] | | | ARM | RESPONSE BUTTONS PRESSED | response button activation |
| 8-Jul-20 | 4:25:49 | [redacted] | | | ARM | RESPONSE BUTTONS RELEASED | response button deactivation |
| 8-Jul-20 | 4:25:52 | [redacted] | | | DSP | RESPONSE STATUS | Both response buttons have reached the active state |
| 8-Jul-20 | 4:25:52 | [redacted] | | | DSP | RESPONSE STATUS | Both buttons were active but one or both have been released |
| 8-Jul-20 | 4:26:14 | [redacted] | | | DSP | DETECT ALGO STATUS | limit algorithm has detected treatable rhythm. two flags are written back to back to provide the information. Confidence algorithm value 70% |

CONFIDENTIAL - PRODUCED PURSUANT TO PROTECTIVE ORDER

| Date | Time | Flag Code | Hex Arg | Arg Decimal | DSP/ARM | DECODE STRING | ARGUMENT INTERPRETATION |
|---|---|---|---|---|---|---|---|
| 8-Jul-20 | 4:26:14 | [redacted] | | | DSP | DETECT ALGO STATUS | limit algorithm has detected treatable rhythm. two flags are written back to back to provide the information. Confidence algorithm value 70% |
| 8-Jul-20 | 4:26:36 | | | | DSP | DETECT ALGO STATUS | limit algorithm has recognized non-treatable rhythm. two flags are written back to back to provide the information. Confidence algorithm value 33% |
| 8-Jul-20 | 4:26:36 | | | | DSP | DETECT ALGO STATUS | limit algorithm has recognized non-treatable rhythm. two flags are written back to back to provide the information. Confidence algorithm value 33% |
| 8-Jul-20 | 4:26:52 | | | | ARM | RESPONSE BUTTONS PRESSED | response button activation |
| 8-Jul-20 | 4:26:52 | | | | ARM | RESPONSE BUTTONS RELEASED | response button deactivation |
| 8-Jul-20 | 4:26:56 | | | | DSP | RESPONSE STATUS | Both response buttons have reached the active state |
| 8-Jul-20 | 4:26:56 | | | | DSP | RESPONSE STATUS | Both buttons were active but one or both have been released |
| 8-Jul-20 | 4:27:20 | | | | ARM | RESPONSE BUTTONS PRESSED | response button activation |
| 8-Jul-20 | 4:27:20 | | | | ARM | RESPONSE BUTTONS RELEASED | response button deactivation |
| 8-Jul-20 | 4:27:24 | | | | DSP | RESPONSE STATUS | Both response buttons have reached the active state |
| 8-Jul-20 | 4:27:24 | | | | DSP | RESPONSE STATUS | Both buttons were active but one or both have been released |
| 8-Jul-20 | 4:27:43 | | | | ARM | NO ASYSTOLE | SS = 55uV, FB = 9uV |
| 8-Jul-20 | 4:27:43 | | | | ARM | NO ASYSTOLE | Rhythm type: Asystole |
| 8-Jul-20 | 4:32:43 | | | | ARM | NOISE FRONT BACK | input noise flag bit<br>side-to-side lead high frequency noise<br>front-to-back lead high frequency noise<br>side-to-side lead clipping flag<br>front-to-back clipping flag<br>low frequency artifact flag |

CONFIDENTIAL - PRODUCED PURSUANT TO PROTECTIVE ORDER

| Date | Time | Flag Code | Hex Arg | Arg Decimal | DSP/ARM | DECODE STRING | ARGUMENT INTERPRETATION |
|---|---|---|---|---|---|---|---|
| 8-Jul-20 | 4:32:43 | [redacted] | | | ARM | NOISE FRONT BACK | input noise flag bit<br>side-to-side lead high frequency noise<br>front-to-back lead high frequency noise<br>input level clipping flag<br>front-to-back clipping flag<br>right side electrode falloff flag<br>front electrode falloff flag<br>left side electrode falloff flag<br>master side-side noise flag<br>master front-back noise flag |
| 8-Jul-20 | 4:32:44 | | | | ARM | NOISE SIDE SIDE | input noise flag bit<br>side-to-side lead high frequency noise<br>front-to-back lead high frequency noise<br>side-to-side lead clipping flag<br>front-to-back clipping flag<br>low frequency artifact flag |
| 8-Jul-20 | 4:32:44 | | | | ARM | NOISE SIDE SIDE | input noise flag bit<br>side-to-side lead high frequency noise<br>front-to-back lead high frequency noise<br>input level clipping flag<br>front-to-back clipping flag<br>right side electrode falloff flag<br>front electrode falloff flag<br>left side electrode falloff flag<br>master side-side noise flag<br>master front-back noise flag |
| 8-Jul-20 | 4:33:05 | | | | ARM | ELECTRODE BELT DISCONNECTED | Normal Disconnect of Electrode Belt |
| 8-Jul-20 | 4:33:09 | | | | DSP | CAN COMM STATUS | Command sent to the Belt / Receive Error Counter |
| 8-Jul-20 | 4:33:09 | | | | DSP | CAN COMM STATUS | EFLG-Error Flags / Transmit Error Counter |
| 8-Jul-20 | 4:33:09 | | | | DSP | CAN COMM TIMEOUT | arg for flag to indicate a disconnect during comm |
| 8-Jul-20 | 4:33:11 | | | | ARM | STANDBY PULSE TEST RELAY CHECK OK | internal pulse test relay is in the proper deactivated state |
| 8-Jul-20 | 5:03:34 | | | | ARM | UI SHUTDOWN | main battery pack is removed |
| 8-Jul-20 | 5:03:34 | | | | ARM | MEMORY MANAGEMENT | Memory reclamation of Holter data |
| 7-Jan-22 | 13:51:12 | | | | ARM | HNA STATE FLAG | |

CONFIDENTIAL - PRODUCED PURSUANT TO PROTECTIVE ORDER

| Date | Time | Flag Code | Hex Arg | Arg Decimal | DSP/ARM | DECODE STRING | ARGUMENT INTERPRETATION |
|---|---|---|---|---|---|---|---|
| 7-Jan-22 | 13:51:12 | [redacted] | | | DSP | BATT SERIAL NUMBER HIGH | |
| 7-Jan-22 | 13:51:12 | [redacted] | | | DSP | BATT SERIAL NUMBER LOW | |
| 7-Jan-22 | 13:51:12 | [redacted] | | | DSP | BATT LEARNED CAPACITY | |
| 7-Jan-22 | 13:51:12 | [redacted] | | | DSP | BATT CYCLE COUNT | |
| 7-Jan-22 | 13:51:12 | [redacted] | | | DSP | BATT REMAINING CAPACITY | |
| 7-Jan-22 | 13:51:12 | [redacted] | | | DSP | CHARGER SERIAL NUMBER | |
| 7-Jan-22 | 13:51:12 | [redacted] | | | DSP | CHARGER VER NUMBER | |
| 7-Jan-22 | 13:51:12 | [redacted] | | | DSP | RESPONSE STATUS | |
| 7-Jan-22 | 13:51:17 | [redacted] | | | ARM | US STARTED | |
| 7-Jan-22 | 13:51:17 | [redacted] | | | ARM | MONITOR SERIAL NUMBER | |
| 7-Jan-22 | 13:51:17 | [redacted] | | | ARM | MONITOR SERIAL NUMBER | |
| 7-Jan-22 | 13:51:17 | [redacted] | | | ARM | UI SHELL VERSION | |
| 7-Jan-22 | 13:51:17 | [redacted] | | | ARM | UI COUNTRY CODE | |
| 7-Jan-22 | 13:51:17 | [redacted] | | | ARM | UI TIME ZONE | |
| 7-Jan-22 | 13:51:17 | [redacted] | | | ARM | BACKUP BATTERY STATUS | |
| 7-Jan-22 | 13:51:17 | [redacted] | | | ARM | SD EXTENDED STATUS CODE | 16% sd card space used |
| 7-Jan-22 | 13:51:33 | [redacted] | | | ARM | RESPONSE BUTTONS PRESSED | |
| 7-Jan-22 | 13:51:33 | [redacted] | | | DSP | RESPONSE STATUS | |
| 7-Jan-22 | 13:51:33 | [redacted] | | | DSP | RESPONSE STATUS | |
| 7-Jan-22 | 13:51:34 | [redacted] | | | ARM | RESPONSE BUTTONS RELEASED | |
| 7-Jan-22 | 13:51:34 | [redacted] | | | ARM | DOWNLOAD PROMPT ISSUED | |
| 7-Jan-22 | 13:51:47 | [redacted] | | | ARM | STANDBY PULSE TEST RELAY CHECK OK | |
| 7-Jan-22 | 13:52:15 | [redacted] | | | ARM | DOWNLOAD TIME SELECTED | |
| 7-Jan-22 | 13:50:05 | [redacted] | | | ARM | AUTO DOWNLOAD COMPLETE | |
| 7-Jan-22 | 13:50:31 | [redacted] | | | DSP | RESPONSE STATUS | |
| 7-Jan-22 | 13:50:32 | [redacted] | | | DSP | RESPONSE STATUS | |
| 7-Jan-22 | 13:51:34 | [redacted] | | | DSP | RESPONSE STATUS | |
| 7-Jan-22 | 13:51:34 | [redacted] | | | DSP | RESPONSE STATUS | |
| 7-Jan-22 | 13:53:16 | [redacted] | | | ARM | DOWNLOAD ATTEMPT COUNT | |
| 7-Jan-22 | 13:53:16 | [redacted] | | | ARM | EVENT CANCELLED | |

# EXHIBIT 12

ZOLL LifeVest®

**CONFIDENTIAL (Patient Information)**

| Patient's Full Printed Name | Date of Birth | Social Security Number |
|---|---|---|
| ASBERT ANASCO | 06/12/1938 | XXX-XX-8723 |
| **Primary Phone Number** | **Secondary Phone Number** | **Mobile Phone Number** |
| | | |
| **Permanent Street Address** | | **Apt #** |
| 2114 SW 58 Ave | | |
| **City** | **State** | **Zip Code** |
| Miami | Florida | 33155 |

| Email | Primary Caregiver (if anyone other than patient): |
|---|---|
| | |
| **Primary Insurance and Subscriber ID** | **Secondary Insurance (if any) and Subscriber ID** |
| Simply Health MCR HMO 908M97085 | |
| **Primary Healthcare Provider** | **Phone Number** |
| | |

**Temporary Address:** If you are temporarily residing somewhere other than the address listed above

| Temporary Street Address (if applicable) | Apt # | City | State |
|---|---|---|---|
| | | | |
| **Expected Date of Departure** | **Temporary Phone** | | **Zip Code** |
| / / | | | |

**Alternate Contact(s):** The following is an alternate person(s) with whom ZOLL may discuss matters relating to my use and cost of the LifeVest® WCD if ZOLL is unable to contact me.

| Alternate Contact Name | Phone | Relationship to Patient | *Check if present at fitting* ☑ |
|---|---|---|---|
| (1st) Flor Mirera | 305-244-8820 | Wife | ☑ |
| (2nd) Albert Anasco | 305-303-5581 | Son | ☐ |
| (3rd) | | | ☐ |

**Legal Representative:** The following person (if any) may act as my legal representative.

| Name | Phone | Relationship to Patient | | |
|---|---|---|---|---|
| | | | | |
| **Email** | | | | |
| | | | | |
| **Street Address** | **Apt #** | **City** | **State** | **Zip Code** |
| | | | | |

Legal Authority: (select one)

Parent or Guardian to Minor ☐ Power of Attorney* ☐

**If signing authority arises from a Power of Attorney please provide a copy to ZOLL*

90H0002-A01 Rev U

Received by ZOLL at 2020-05-29 06:50:22 Eastern Standard Time

# EXHIBIT 13

# Audio Transcript

Case Number:

Date: July 8, 2020

In the matter of:

# Lopez, et al. v Zoll Services, LLC

# Audio Transcription

CERTIFIED COPY

Reported by:
Wendy Sawyer, CDLT
Milton Palacio, #15-00318-SPA

Steno
Official Reporters

1100 Glendon Ave.
Suite 1850
Los Angeles, CA 90024
concierge@steno.com
(310) 573-8380

Transcription of Audio

P558944_07-08-20_a_pos_151_r

Audio Runtime: 0:11:13

(Beginning of Audio Recording.)

AUTOMATED VOICE: Wednesday, July 8th, 2020. 04:16 and 16 seconds.

911 OPERATOR: (Inaudible) and fire. What's the address of your emergency?

FEMALE VOICE: Papi. Papi.

MALE VOICE: Something's happening to my dad.

911 OPERATOR: Can I have an address --

MALE VOICE: And he's not breathing.

911 OPERATOR: -- for your emergency, please?

MALE VOICE: He's not breathing.

911 OPERATOR: Can I have an address?

MALE VOICE: He's not breathing.

911 OPERATOR: Is that a house or an apartment?

MALE VOICE: House.

911 OPERATOR: What's the phone number you're calling from, please? Okay. Tell me exactly what happened.

MALE VOICE: I don't know. His eyes are rolling back, and he's not breathing right now.

911 OPERATOR: He's not breathing. Are

you with him now?
MALE VOICE: Yes.
911 OPERATOR: How old is he?
MALE VOICE: My dad, 80, 81.
911 OPERATOR: 81. Is he awake?
MALE VOICE: Not really sure.
911 OPERATOR: Okay. Everyone needs to calm down.
MALE VOICE: Well, that's not going to happen.
911 OPERATOR: Okay.
MALE VOICE: Oh my god. He's like --
911 OPERATOR: Did you see what happened?
MALE VOICE: -- his tongue is sticking out just a little bit from his mouth.
911 OPERATOR: Did you see what happened?
MALE VOICE: What was that?
911 OPERATOR: Did you see what happened?
MALE VOICE: No. No, no, nothing.
911 OPERATOR: Okay. That's fine. If there's a defibrillator available, please go and get it now, and tell me when you have it.

I need --

MALE VOICE: What was that?

911 OPERATOR: -- you to go right by him right now.

MALE VOICE: Um-hum. Okay.

911 OPERATOR: Go right by him right now. Listen carefully. Lay him flat on his back on the ground and remove any pillows. Flat on his back on the ground, no pillows.

MALE VOICE: I can't -- I can't put him on the ground right now.

911 OPERATOR: Why can't you put him on the ground? Is he on a bed?

MALE VOICE: He's on the bed, yeah.

911 OPERATOR: Okay. Is there a sheet -- is there a sheet underneath him?

MALE VOICE: Yes.

911 OPERATOR: Just kick his legs off --

MALE VOICE: Callate!

911 OPERATOR: -- and roll him to the floor. We need to start CPR right now. He needs to be on the ground to do that.

MALE VOICE: Okay. No Problem.

911 OPERATOR: Okay. Move one of his

legs --

MALE VOICE: Quita la colcha (Inaudible - Crosstalk)

911 OPERATOR: -- don't worry about hurting him. Put him --

MALE VOICE: (Inaudible) (Spanish).

911 OPERATOR: Everyone needs to calm down. You need to start -- you need to listen to my instructions. We need to start CPR.

MALE VOICE: Okay, yeah -- hay que empujarle el pecho.

911 OPERATOR: They're already on their way.

MALE VOICE: He has -- he has a vest on, a de... --

911 OPERATOR: He has a defibrillator vest on?

MALE VOICE: Yeah. Yeah, he does.

911 OPERATOR: Oh, okay. And what is it -- does it talk to him or no?

FEMALE VOICE: Papi, papi, papi, papi, papi.

911 OPERATOR: Is it saying something?

MALE VOICE: Yeah --

911 OPERATOR: He needs to stop

yelling. I can't hear you.
MALE VOICE: Para de gritar, no me puede oír.
911 OPERATOR: Does it -- does it say something?
MALE VOICE: It was giving an error code.
911 OPERATOR: It was giving an error code. Okay. Can you check all his leads and make sure that they're right?
FEMALE VOICE: Papi, papi, papi (Inaudible)
MALE VOICE: Yeah. Para -- Para de hablar. They're all fine.
911 OPERATOR: Say that again.
MALE VOICE: They're all fine.
911 OPERATOR: Is he breathing? Is he on the ground?
MALE VOICE: Every -- every so often.
911 OPERATOR: Okay.
MALE VOICE: I can't get him on the ground, no, no.
911 OPERATOR: Okay. So, listen very carefully, okay?
MALE VOICE: Way too heavy.

911 OPERATOR: Okay. I understand that he may be heavy. We're not worried about hurting him.

FEMALE VOICE: (Inaudible)

MALE VOICE: Quítate!

911 OPERATOR: Move one of his legs onto the -- off the bed and wedge him off the bed and onto the ground so we can start CPR.

MALE VOICE: So you guys can or I can?

911 OPERATOR: So you can start CPR before we get there. We're on our way. You need to move him to the floor.

MALE VOICE: Okay. Tenemos que moverlo para el piso.

911 OPERATOR: Does that vest give him a shock or no?

DEVICE MAKING NOISE

911 OPERATOR: Yes. Is it telling you it's going to shock him?

MALE VOICE: Yeah.

911 OPERATOR: Move away from him.

MALE VOICE: Yeah. Dejalo, Quítate, Quítate!

911 OPERATOR: Move away from him. What's it saying?

DEVICE MAKING NOISE
DEVICE: Use los botones de respuesta para retrasar el tratamiento.
MALE VOICE: To -- to press both buttons (Inaudible) buttons to cancel.
911 OPERATOR: Press those buttons to what?
MALE VOICE: To cancel.
911 OPERATOR: To cancel. No, don't cancel.
DEVICE MAKING NOISE
911 OPERATOR: Is it gonna shock him, Is it saying it's going to shock him?
MALE VOICE: Yeah.
911 OPERATOR: All right. Step away from him. Don't move -- don't go near him. Don't touch him.
DEVICE MAKING NOISE Transeúntes, no interfieran.
911 OPERATOR: Have someone go outside and meet the paramedics. They're on their way. You stay right with him. Is that machine --
DEVICE MAKING NOISE
MALE VOICE: (Inaudible - Crosstalk)

(Spanish).

911 OPERATOR: -- is that machine called a Zoll, he's got an external defibrillator on?

DEVICE MAKING NOISE (Inaudible) no interfieran.

MALE VOICE: Yeah, a Zoll.

DEVICE MAKING NOISE Transeúntes, no interfieran.

911 OPERATOR: Is it going to shock him? Did it shock him?

MALE VOICE: No. I don't know.

911 OPERATOR: What is it saying?

MALE VOICE: The same thing.

DEVICE MAKING NOISE Transeúntes, no interfieran.

MALE VOICE: To, to not -- to not interfere.

911 OPERATOR: Okay.

MALE VOICE: No.

911 OPERATOR: Not interfere.

DEVICE MAKING NOISE (Inaudible) no interfieran.

MALE VOICE: -- But is it broken?

911 OPERATOR: No, no, no.

DEVICE MAKING NOISE (Inaudible)

911 OPERATOR: He had -- he had a heart condition before?

DEVICE MAKING NOISE (Spanish)

MALE VOICE: Yeah. Yeah, he's -- it says that if the -- patient does not respond, please ask for help.

911 OPERATOR: Okay.

MALE VOICE: And to do CPR.

911 OPERATOR: And to do CPR. Okay. So then what you need to do is you need to move him to the floor. Listen very carefully, okay? I know you feel like it's going to hurt him to move him.

MALE VOICE: Um-hum.

911 OPERATOR: Move both his legs off the side of the bed and roll him onto the floor. We need to start CPR right away. It should have -- if it -- depending on what machine it is, it should have given him a shock. But you need to get him onto the floor.

MALE VOICE: (Inaudible - Crosstalk).

911 OPERATOR: Say that again.

MALE VOICE: Tenemos que moverlo al

piso (Inaudible). Tenemos que mover --

911 OPERATOR: If you can't -- if you can't move him, try undoing the sheets from underneath him and pull the sheets onto the floor.

MALE VOICE: Oh my God.

911 OPERATOR: I know. I know. But the only way we're gonna do this --

MALE VOICE: He weighs too much.

911 OPERATOR: -- is, get him on the floor.

MALE VOICE: What -- where's the rescue. Where's --

911 OPERATOR: They're on their way. They've been on the way since you got on the phone with me. They're driving -- their lights and sirens are highest signal. But to start CP -- but to start doing CPR, we need him on the floor. Okay, what's your name? Okay, listen, I didn't hear your name, but that's okay. We need to undo the sheets --

MALE VOICE: (Inaudible).

911 OPERATOR: Okay. We need to do under the sheets --

MALE VOICE: I can't -- I can't -- I

can't. He's way too heavy.
911 OPERATOR: Slide him to the floor.
MALE VOICE: Drag him to the floor --
911 OPERATOR: Slide him. Slide him. Like, pull his legs to the side and roll him, like, pull him to the floor.
DEVICE MAKING NOISE (Spanish)
911 OPERATOR: What it's saying now?
MALE VOICE: To -- to -- to (inaudible).
DEVICE MAKING NOISE (Spanish)
MALE VOICE: I think he's dead.
911 OPERATOR: No, you need to move him to the floor. We can do this. You can do this, okay? You can move him to the floor.
MALE VOICE: I get it -- Hay que ayudarlo, sino se va a morir.
FEMALE VOICE: (Inaudible) ayuda -- ayuda --. A ver.
911 OPERATOR: You can't move him? You're not able to move him?
MALE VOICE: Okay. He's on the floor.
911 OPERATOR: He's on the floor. On his back.
MALE VOICE: Oh! My -- Yes.

911 OPERATOR: Okay. Listen, listen very carefully. Put one hand -- put the heel of your hand on his breastbone --

MALE VOICE: What was that --

911 OPERATOR: -- in the center of his chest, right between his nipples. Put the heel of your hand --

MALE VOICE: Okay.

911 OPERATOR: -- on the breastbone in the center of his chest right between the nipples.

MALE VOICE: Okay.

911 OPERATOR: Put your other hand on top of that hand.

MALE VOICE: Okay.

911 OPERATOR: Pump his chest hard and fast at least twice per second and two inches deep. Let the chest come up all the way up between the pumps. We're going to do this 600 times or until help can take over. Count out loud so I can -- I can count with you. One, two, three, four --

MALE VOICE: One, two --

911 OPERATOR: One, two, three, four --

MALE VOICE: -- three, four. One, two,

three, four. One, two, three, four.

911 OPERATOR: Hard and fast, two inches deep. One, two, three, four.

MALE VOICE: One, two, three, four. One, two, three, four. One, two, three, four.

DEVICE MAKING NOISE

911 OPERATOR: Listen to say it's saying to you.

MALE VOICE: One, two, three, four.

911 OPERATOR: If it's going to shock him, you need to move away. Just keep going, though.

DEVICE MAKING NOISE (Spanish) (Inaudible)

MALE VOICE: One, two, three, four. One, two, three, four. One, two, three, four. One, two, three, four. One, two, three, four. One, two, three, four. One, two, three, four. One, two, three, four. One, two, three, four.

DEVICE MAKING NOISE

911 OPERATOR: What's it saying? Stop for a second. What's it saying?

DEVICE MAKING NOISE (Spanish) (Inaudible)

MALE VOICE: It’s Saying the same

thing. That if the patient doesn't respond to -- to ask for help and do CPR.

911 OPERATOR: Okay. Keep going, then. Don't -- don't stop.

DEVICE MAKING NOISE

FEMALE VOICE: (Inaudible)

911 OPERATOR: Don't stop. Keep going. One, two, three, four.

DEVICE MAKING NOISE (Spanish)

MALE VOICE: One, two, three, four. One, two, three, four.

911 OPERATOR: One, two, three, four, five, six, seven, eight.

MALE VOICE: One, two, three, four, five, six, seven, eight. One, two, three, four --

911 OPERATOR: Perfect.

MALE VOICE: -- five, six, seven, eight. One, two, three, four, five, six, seven, eight. One, two, three, four --

911 OPERATOR: Coming down the street, okay? Don't stop until they're right with him, okay?

MALE VOICE: One, two, three, four --

911 OPERATOR: They're coming now.

Just keep going. You're doing an excellent job.

MALE VOICE: One, two, three, four, five, six, seven, eight. One, two, three, four, five, six, seven, eight. One, two, three, four, five, six, seven, eight. One, two, three, four, five --

911 OPERATOR: They're there now. Don't stop until they're inside with you, okay?

MALE VOICE: -- six, seven, eight.

911 OPERATOR: Good job. You're doing a great job.

DEVICE MAKING NOISE (Spanish) (Inaudible)

MALE VOICE: One, two, three, four, five, six, seven, eight. One, two, three, four, five, six, seven, eight --

911 OPERATOR: (Inaudible) mom go out. Is she outside?

MALE VOICE: Yeah.

911 OPERATOR: Okay.

MALE VOICE: One, two, three, four, five, six, seven, eight.

911 OPERATOR: One, two, three, four,

five, six, seven, eight. One, two -- like that.

DEVICE MAKING NOISE

911 OPERATOR: Keep going. Don't stop. Are you there?

MALE VOICE: One, two, three, four --

911 OPERATOR: Don't stop.

MALE VOICE: -- five, six, seven, eight.

911 OPERATOR: That's too fast. That's too fast.

MALE VOICE: One, two, three, four --

911 OPERATOR: Three, four, five, six, seven eight.

MALE VOICE: (Inaudible).

911 OPERATOR: Keep going. Keep going. Are they there?

MALE VOICE: They're here. They're here.

911 OPERATOR: Are they starting? Okay. We can hang up.

MALE VOICE: (Inaudible).

911 OPERATOR: We can hang up.

MALE VOICE: Okay. Thank you. Once -- when do we talk -- call?

AUTOMATED VOICE: Wednesday, July 8, 2020, 04:27 and 24 seconds.

(End of Audio Recording.)

CERTIFICATE

I, Wendy Sawyer, do hereby certify that I was authorized to and transcribed the foregoing recorded proceedings and that the transcript is a true record, to the best of my ability.

DATED this 4th day of March, 2022.

WENDY SAWYER, CDLT

# CERTIFICATE

I, Milton Palacio, Certified Court Interpreter, and translator, do hereby certify that I was authorized to and transcribe the forgoing recorded audio Spanish portions. I further attest and certify that the foregoing is a true, accurate and complete transcription to the best of my knowledge and professional ability.

DATED this 10th day of March 2022.

File: 237699



Milton Palacio

Florida Certified Court Interpreter

Certification #: 15-00318-SPA

Expiration: 05/19/2024

0

**04:16** 2:3
**04:27** 18:2

1

**16** 2:3

2

**2020** 2:3 18:2
**24** 18:2

6

**600** 13:19

8

**8** 18:1
**80** 3:4
**81** 3:4,5
**8th** 2:2

9

**911** 2:4,9,11,14,16,19, 25 3:3,5,7,11,13,17,20, 23 4:3,6,12,15,18,21,25 5:4,7,12,16,19,23,25 6:4,8,15,17,20,23 7:1,6, 10,15,18,21,24 8:6,9, 12,15,20 9:2,10,13,19, 21,25 10:2,8,10,16,24 11:2,7,10,14,23 12:2,4, 8,13,20,23 13:1,5,9,13, 16,24 14:2,7,10,21 15:3,7,12,17,21,25 16:8,12,19,22,25 17:4, 7,10,13,16,20,23

A

**address** 2:5,9,14
**apartment** 2:17
**Audio** 2:1 18:3
**AUTOMATED** 2:2 18:1
**awake** 3:5
**ayuda** 12:18,19
**ayudarlo** 12:17

B

**back** 2:23 4:8,9 12:24
**bed** 4:13,14 7:7,8 10:17
**beginning** 2:1
**bit** 3:16
**botones** 8:2
**breastbone** 13:3,9
**breathing** 2:10,13,15, 23,25 6:17
**broken** 9:24
**buttons** 8:5,6

C

**call** 17:25
**Callate** 4:20
**called** 9:3
**calling** 2:20
**calm** 3:8 5:7
**cancel** 8:5,8,9,10
**carefully** 4:7 6:24 10:12 13:2
**center** 13:5,10
**check** 6:9
**chest** 13:6,10,16,18
**code** 6:7,9
**colcha** 5:2
**condition** 10:3
**count** 13:20,21
**CP** 11:18
**CPR** 4:22 5:9 7:8,10 10:9,10,18 11:18 15:2
**Crosstalk** 5:3 8:25 10:23

D

**dad** 2:8 3:4
**de** 5:15 6:2,13 8:2
**dead** 12:12
**deep** 13:18 14:3
**defibrillator** 3:24 5:16 9:4
**Dejalo** 7:22
**depending** 10:19
**DEVICE** 7:17 8:1,2,11, 18,24 9:5,8,15,22 10:1, 4 12:7,11 14:6,13,20,23 15:5,9 16:14 17:3
**Drag** 12:3
**driving** 11:16

E

**el** 5:11 7:14 8:3
**emergency** 2:5,11
**empujarle** 5:11
**end** 18:3
**error** 6:6,8
**excellent** 16:1
**external** 9:3
**eyes** 2:22

F

**fast** 13:17 14:2 17:10, 11
**feel** 10:13
**FEMALE** 2:6 5:21 6:11 7:4 12:18 15:6
**fine** 3:23 6:14,16
**fire** 2:4
**flat** 4:7,9
**floor** 4:22 7:12 10:12, 18,22 11:5,11,19 12:2, 3,6,14,15,22,23

G

**give** 7:15
**giving** 6:6,8
**god** 3:12 11:6
**Good** 16:12
**great** 16:13
**gritar** 6:2
**ground** 4:8,9,11,13,23 6:18,22 7:8
**guys** 7:9

H

**hablar** 6:14
**hand** 13:2,3,7,13,14
**hang** 17:21,23
**happen** 3:10
**happened** 2:21 3:14, 18,21
**happening** 2:7
**hard** 13:16 14:2
**hay** 5:10 12:16
**hear** 6:1 11:20
**heart** 10:2
**heavy** 6:25 7:2 12:1
**heel** 13:2,7
**highest** 11:17
**house** 2:16,18
**hurt** 10:13
**hurting** 5:5 7:3

I

**inaudible** 2:4 5:2,6 6:12 7:4 8:5,25 9:5,22 10:1,23 11:1,22 12:10, 18 14:14,24 15:6 16:15, 19 17:15,22

**inches** 13:17 14:3
**inside** 16:9
**instructions** 5:9
**interfere** 9:18,21
**interfieran** 8:19 9:6,9, 16,23
**It's** 14:25

J

**job** 16:2,12,13
**July** 2:2 18:1

K

**kick** 4:18

L

**la** 5:2
**Lay** 4:7
**leads** 6:9
**legs** 4:18 5:1 7:6 10:16 12:5
**lights** 11:17
**listen** 4:7 5:8 6:23 10:12 11:20 13:1 14:7
**los** 8:2
**loud** 13:21

M

**machine** 8:23 9:2 10:20
**make** 6:10
**MAKING** 7:17 8:1,11, 18,24 9:5,8,15,22 10:1, 4 12:7,11 14:6,13,20,23 15:5,9 16:14 17:3
**MALE** 2:7,10,13,15,18, 22 3:2,4,6,9,12,15,19, 22 4:2,5,10,14,17,20,24 5:2,6,10,14,18,24 6:2,6, 13,16,19,21,25 7:5,9, 13,20,22 8:4,8,14,25 9:7,12,14,17,20,24 10:5,9,15,23,25 11:6,9, 12,22,25 12:3,9,12,16, 22,25 13:4,8,12,15,23, 25 14:4,9,15,25 15:10, 14,18,24 16:3,11,16,21, 23 17:6,8,12,15,18,22, 24
**meet** 8:21
**mom** 16:19
**morir** 12:17
**mouth** 3:16
**move** 4:25 7:6,12,21,24 8:16 10:12,14,16 11:3 12:13,15,20,21 14:11
**mover** 11:1
**moverlo** 7:13 10:25

N

**nipples** 13:6,11
**NOISE** 7:17 8:1,11,18, 24 9:5,8,15,22 10:1,4 12:7,11 14:6,13,20,23 15:5,9 16:14 17:3
**number** 2:19

O

**OPERATOR** 2:4,9,11, 14,16,19,25 3:3,5,7,11, 13,17,20,23 4:3,6,12, 15,18,21,25 5:4,7,12, 16,19,23,25 6:4,8,15, 17,20,23 7:1,6,10,15, 18,21,24 8:6,9,12,15,20 9:2,10,13,19,21,25 10:2,8,10,16,24 11:2,7, 10,14,23 12:2,4,8,13, 20,23 13:1,5,9,13,16,24 14:2,7,10,21 15:3,7,12, 17,21,25 16:8,12,19,22, 25 17:4,7,10,13,16,20, 23
**oír** 6:3

P

**papi** 2:6 5:21,22 6:11
**para** 6:2,13 7:14 8:3
**paramedics** 8:21
**patient** 10:6 15:1
**pecho** 5:11
**Perfect** 15:17
**phone** 2:19 11:16
**pillows** 4:8,9
**piso** 7:14 11:1
**press** 8:4,6
**Problem** 4:24
**puede** 6:3
**pull** 11:4 12:5,6
**Pump** 13:16
**pumps** 13:19
**put** 4:10,12 5:5 13:2,6, 13

Q

**Quita** 5:2
**Quítate** 7:5,22,23

R

**Recording** 2:1 18:3
**remove** 4:8
**rescue** 11:13
**respond** 10:6 15:1
**respuesta** 8:2
**retrasar** 8:3
**roll** 4:21 10:17 12:5
**rolling** 2:23

S

**seconds** 2:3 18:2
**sheet** 4:15,16
**sheets** 11:3,4,21,24
**shock** 7:16,19 8:12,13 9:10,11 10:21 14:10
**side** 10:17 12:5
**signal** 11:17
**sino** 12:17
**sirens** 11:17
**Slide** 12:2,4
**Something's** 2:7
**Spanish** 5:6 9:1 10:4 12:7,11 14:13,23 15:9 16:14
**start** 4:22 5:8,9 7:8,10 10:18 11:18
**starting** 17:20
**stay** 8:22
**Step** 8:15
**sticking** 3:15
**stop** 5:25 14:21 15:4,7, 22 16:9 17:4,7
**street** 15:21

T

**talk** 5:20 17:25
**telling** 7:18
**Tenemos** 7:13 10:25 11:1
**thing** 9:14 15:1
**times** 13:20
**tongue** 3:15
**top** 13:14
**touch** 8:17
**Transeúntes** 8:18 9:8, 15
**tratamiento** 8:3

U

**Um-hum** 4:5 10:15
**underneath** 4:16 11:4
**understand** 7:1
**undo** 11:21



Anazco 000266

**undoing** 11:3

**V**

**va** 12:17

**ver** 12:19

**vest** 5:14,17 7:15

**VOICE** 2:2,6,7,10,13, 15,18,22 3:2,4,6,9,12, 15,19,22 4:2,5,10,14, 17,20,24 5:2,6,10,14, 18,21,24 6:2,6,11,13, 16,19,21,25 7:4,5,9,13, 20,22 8:4,8,14,25 9:7, 12,14,17,20,24 10:5,9, 15,23,25 11:6,9,12,22, 25 12:3,9,12,16,18,22, 25 13:4,8,12,15,23,25 14:4,9,15,25 15:6,10, 14,18,24 16:3,11,16,21, 23 17:6,8,12,15,18,22, 24 18:1

**W**

**wedge** 7:7

**Wednesday** 2:2 18:1

**weighs** 11:9

**worried** 7:2

**worry** 5:4

**Y**

**yelling** 6:1

**Z**

**Zoll** 9:3,7