UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

**Case Number: 21-22433-CIV-MARTINEZ-BECERRA**

FLOR MORERA LOPEZ,
and ASBERT ANAZCO,
individually and as personal representatives of
the Estate of Asbert E. Anazco,

    Plaintiffs,

v.

ZOLL SERVICES, LLC,
ZOLL MEDICAL CORP.,
and ZOLL MANUFACTURING CORP,

    Defendants.
_____/

## ORDER GRANTING EMERGENCY MOTION TO SEAL

**THIS CAUSE** came before the Court on Plaintiffs' Unopposed Emergency Motion to Seal/Strike Docket Entry 163 ("Motion to Seal"). (ECF No. 167). Plaintiffs inadvertently filed publicly their Opposition to Defendants' *Daubert* Motion, which contains confidential information and exhibits. (*Id.* ¶ 1). After careful consideration, it is hereby

**ORDERED and ADJUDGED** that:

1. Plaintiffs' Motion to Seal, (ECF No. 167), is **GRANTED**.

2. The Clerk is **DIRECTED** to seal Docket Entry 163, including the exhibits, (together, the "Sealed Documents"). The Sealed Documents shall remain under seal until further order of the Court or by agreement of the parties.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 9th day of August, 2022.

_____
JOSE E. MARTINEZ
UNITED STATES DISTRICT JUDGE

Copies provided to:
Magistrate Judge Becerra
All Counsel of Record