UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Case Number: 21-22433-CIV-MARTINEZ-BECERRA

FLOR MORERA LOPEZ, and
ASBERT ANAZCO, individually and
as personal representatives of the
Estate of Asbert E. Anazco,

    Plaintiffs,

vs.

ZOLL SERVICES, LLC,
ZOLL MEDICAL CORP., and
ZOLL MANUFACTURING CORP.,

    Defendants,
_____/

## ORDER ON PLAINTIFFS' EXHIBITS TO WHICH DEFENDANTS OPPOSE ADMISSION INTO EVIDENCE AT TRIAL

During the trial in the above-captioned case, Defendants have objected to the admission of several of Plaintiffs' exhibits. After reviewing the objections submitted by Defendants (ECF No. 298), Plaintiffs' Notice of Authority Regarding Evidentiary Matters (ECF No. 300), and after considering the evidence put forth thus far at trial, the Court rules as follows on the admissibility of Plaintiffs' exhibits:

| Plfs' Ex. | Description | Ruling |
|---|---|---|
| 2 | Packing list, Quick Guide, patient letters, marketing inserts, and return instructions | **Excluded.** No evidence that these documents were relied on by Plaintiffs. |
| 3 | Patient Checklist insert | **Excluded.** No evidence that this document was relied on by Plaintiffs. |

| 4 | Photographs of LifeVest and inserts; Patient Checklist (already in evidence as Ex. 53-2) | **Admitted in part.** Sufficient evidence in the record exists to authenticate photographs. Duplicative Patient Checklist excluded. |
|---|---|---|
| 21 | January 2016 Quality System Report (CQC) | **Excluded.** *See* Order on Motion in Limine and Order on Prior Incidents. (ECF Nos. 248 & 268). |
| 33 | LifeVest Support Training: Introduction to Flags and Identifying Flag Priority Levels | **Admitted.** Under Rule 901(a) of the Federal Rules of Evidence, evidence is properly authenticated if there is "evidence sufficient to support a finding that the item is what the proponent claims it is." Rule 901(a) requires only "sufficient evidence to make out a prima facie case that the proffered evidence is what it purports to be." *United States v. Caldwell*, 776 F.2d 989, 1002 (11th Cir. 1985). Courts in this Circuit have deemed documents produced during discovery to be authentic when those documents are offered into evidence by the opposing party. *See Fox v. Ritz-Carlton Hotel Co., LLC*, No. 17-CV-24284, 2022 U.S. Dist. LEXIS 107045, at *21 (S.D. Fla. June 14, 2022) (finding defendant's authentication challenge to exhibits it produced during discovery to be "disingenuous"); *Wilmington Tr., N.A. v. Estate of Gonzalez*, No. 15-cv-23370, 2016 U.S. Dist. LEXIS 197985, at *28 (S.D. Fla. Nov. 1, 2016) ("While authentication may be accomplished by means of a witness with knowledge, courts also have admitted documents produced during discovery as authentic when offered by the party opponent." (citation omitted)). |
| 44 | Marketing pamphlet | **Excluded.** Plaintiffs have not introduced any evidence that they saw the marketing materials. (*See* ECF No. 248 ¶ 5). |
| 52 | Website marketing re: Arrythmia Detection Algorithm | Same as above. |
| 55 | Procedure for adverse event reporting | **Excluded.** Plaintiffs have not shown how this document is relevant to this case. |
| 60 | 2014 FDA Investigation inspection report | **Excluded.** *See* Order on Motion in Limine. (*See* ECF No. 248 ¶ 3). |
| 61 | 2021 Quality System Report (CQC) | **Excluded.** *See* Order on Motion in Limine and Order on Prior Incidents. (ECF Nos. 248 & 268). |
| 80 | Device History Records for Monitor | **Admitted.** *See* the Court's explanation on the admissibility of Exhibit No. 33 above. |

| 81 | Photographs of garment | **Admitted.** *See* the Court's explanation on the admissibility of Exhibit No. 33 above. |
|---|---|---|
| 86 | Press release, "March 9, 2017 – ZOLL Hospital Wearable Defibrillator Receives Premarket Approval from FDA" | **Excluded.** Plaintiffs have not introduced any evidence that they saw the marketing materials. (*See* ECF No. 248 ¶ 5). |
| 91 | Device History Records for Monitor | **Admitted.** *See* the Court's explanation on the admissibility of Exhibit No. 33 above. |
| 100 | Adverse Event Report | **Excluded.** *See* Order on Motion in Limine. (*See* ECF No. 248 ¶ 3). |
| 108 | Procedure for correction action plans (CAPA) in the event of a device's non-conformance requires corrective action | **Excluded.** Plaintiff has not shown how this document is relevant to this case. |
| 110 | Procedure on evaluating complaints | **Excluded.** Plaintiff has not shown how this document is relevant to this case. |
| 129 | 2020 Quality System Report (CQC) | **Excluded.** *See* Order on Motion in Limine and Order on Prior Incidents. (ECF Nos. 248 & 268). |
| 130 | 2019 Quality System Report (CQC) | Same as above. |
| 131 | 2015 Quality System Report (CQC) | Same as above. |
| 132 | 2017 Quality System Report (CQC) | Same as above. |
| 133 | 2016 Quality System Report (CQC) | Same as above. |
| 134 | 2021 Quality System Report (CQC) | Same as above. |
| 135 | 2018 Quality System Report (CQC) | Same as above. |

With regards to Plaintiffs' exhibits numbers 2, 3, 44, 52, 55, 86, 108, 100, the Court may reconsider its ruling on the admissibility of these exhibits if Plaintiffs can establish their relevance during the remainder of their case-in-chief.

**DONE AND ORDERED** in Chambers at Miami, Florida, this ___ day of February, 2023.

JOSE E. MARTINEZ
UNITED STATES DISTRICT JUDGE

Copies provided to:
All Counsel of Record