UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Case Number: 21-22433-CIV-MARTINEZ

FLOR MORERA LOPEZ,
and ASBERT ANAZCO,
individually and as personal
representatives of the Estate
of Asbert E. Anazco,

    Plaintiffs,

vs.

ZOLL SERVICES, LLC,
ZOLL MEDICAL CORP., and
ZOLL MANUFACTURING CORP,

    Defendants.
_____/

## JURY VERDICT

We, the jury, find as follows:

1. Did the Plaintiffs prove, by a preponderance of the evidence, that Defendants violated a PMA requirement resulting in a defect in the manufacturing of the LifeVest?

    Yes ____   or   No __X__

> If your answer is "Yes," then proceed to the next question. If your answer is "No," proceed to Question 5. If you answered "No," DO NOT answer questions 2, 3, or 4.

2. Did the Plaintiffs prove, by a preponderance of the evidence, that a defect in the manufacturing of the LifeVest was the legal cause of Mr. Anazco's death, and loss, injury, or damage to Ms. Morera Lopez or Mr. Anazco (son) as a result of Mr. Anazco's death?

Yes \_\_\_\_    or    No \_\_\_\_

> Whether your answer is "Yes" OR "No," proceed to the next question.

3. Did Plaintiffs prove, by a preponderance of the evidence, that Defendants were negligent in manufacturing the LifeVest, in violation of a PMA requirement, and that negligence was a legal cause of Mr. Anazco's death, and loss, injury, or damage to Ms. Morera Lopez or Mr. Anazco (son) as a result of Mr. Anazco's death?

Yes \_\_\_\_    or    No \_\_\_\_

> Whether your answer is "Yes" OR "No," proceed to the next question.

[Continues on next page]

4. Did Plaintiffs prove, by a preponderance of the evidence, that Defendants were negligent in failing to replace Mr. Anazco's LifeVest, in violation of a PMA requirement, which was a legal cause of Mr. Anazco's death, and loss, injury, or damage to Ms. Morera Lopez or Mr. Anazco (son) as a result of Mr. Anazco's death?

Yes \_\_\_\_ or No \_\_\_\_

Whether your answer is "Yes" OR "No," proceed to the next question.

5. Did Plaintiffs prove, by a preponderance of the evidence, that Defendants made a fraudulent misrepresentation to Mr. Anazco regarding the LifeVest that held the LifeVest out as meeting a higher standard than that required by the FDA, which was a legal cause of Mr. Anazco's death, and loss, injury, or damage to Ms. Morera Lopez or Mr. Anazco (son) as a result of Mr. Anazco's death?

Yes \_\_\_\_ or No _X_

Whether your answer is "Yes" OR "No," proceed to the next question.

[Continues on next page]

6. Did Plaintiffs prove, by a preponderance of the evidence, that Defendants made a negligent misrepresentation to Mr. Anazco regarding the LifeVest that held the LifeVest out as meeting a higher standard than that required by the FDA, which was a legal cause of Mr. Anazco's death, and loss, injury, or damage to Ms. Morera Lopez or Mr. Anazco (son) as a result of Mr. Anazco's death?

Yes \_\_\_\_    or    No __X__

> Whether your answer is "Yes" OR "No," proceed to the next question.

7. Did Plaintiffs prove, by a preponderance of the evidence, that Defendants made or disseminated, or caused the making or dissemination, of a misleading advertisement about the LifeVest to Mr. Anazco that held the LifeVest out as meeting a higher standard than that required by the FDA, which was a legal cause of Mr. Anazco's death, and loss, injury, or damage to Ms. Morera Lopez or Mr. Anazco (son) as a result of Mr. Anazco's death?

Yes \_\_\_\_    or    No __X__

> Whether your answer is "Yes" OR "No," proceed to the next question.

[Continues on next page]

8. Did Plaintiffs prove, by a preponderance of the evidence, that Defendants breached an express warranty regarding the LifeVest that held the LifeVest out as meeting a higher standard than that required by the FDA, which was a legal cause of Mr. Anazco's death, and loss, injury, or damage to Ms. Morera Lopez or Mr. Anazco (son) as a result of Mr. Anazco's death?

Yes \_\_\_\_ or No **X**

> Whether your answer is "Yes" OR "No," proceed to the next question.

[Continues on next page]

9. If you answered "Yes" to any of the questions above, what is the total amount, in dollars, of:

   a. Any damages sustained by Ms. Morera Lopez for the loss of Mr. Anazco's companionship and protection, and for pain and suffering as a result of Mr. Anazco's death?

Total for Ms. Morera Lopez:            $_____.

   b. Any damages sustained by Mr. Anazco (son) for the loss of parental companionship, instruction and guidance, and for pain and suffering as a result of Mr. Anazco's (father) injury and death?

Total for Mr. Anazco (son):            $_____.

**SO SAY WE ALL, THIS** __8th__ **DAY OF FEBRUARY, 2023.**

██████████████████████████████
**FOREPERSON**