UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
**Case Number: 21-22433-CIV-MARTINEZ-BECERRA**

FLOR MORERA LOPEZ, and
ASBERT ANAZCO, individually and
as personal representatives of the
Estate of Asbert E. Anazco,

    Plaintiffs,

v.

ZOLL SERVICES, LLC,
ZOLL MEDICAL CORP., and
ZOLL MANUFACTURING CORP.,

    Defendants.
_____/

**FINAL JUDGMENT**

**THIS CAUSE** was tried before a jury from January 30 to February 8, 2023, excluding February 4 through 6, 2023. On February 8, 2023, the jury returned a verdict in favor of Defendants Zoll Services, LLC, Zoll Medical Corp., and Zoll Manufacturing Corp., and against Plaintiffs Flor Morera Lopez and Asbert Anazco, individually and as personal representatives of the Estate of Asbert E. Anazco. (ECF No. 315). On the basis of the Jury Verdict, it is

**ORDERED AND ADJUDGED** that:

1. Plaintiffs shall take nothing by this action and Defendants shall go hence without day. This case is **CLOSED** and all pending motions are denied as **MOOT**.

2. The Court reserves jurisdiction to tax costs against Plaintiffs, pursuant to the procedures set forth in Southern District of Florida Local Rule 7.3 and a bill of costs filed pursuant to 28 U.S.C. § 1920.

**DONE AND ORDERED** in Miami, Florida, this 9th day of February, 2023.

_____
JOSE E. MARTINEZ
UNITED STATES DISTRICT JUDGE

Copies provided to:
All Counsel of Record