UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Case Number: 21-22433-CIV-MARTINEZ-BECERRA

FLOR MORERA LOPEZ, *et al.*,

    Plaintiff,

vs.

ZOLL SERVICES, LLC, *et al.*,

    Defendants.
_____/

## ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

**THIS MATTER** was referred to the Honorable Jacqueline Becerra, United States Magistrate Judge, for a Report and Recommendation ("R&R") on Defendants Zoll Services LLC, Zoll Medical Corp., and Zoll Manufacturing Corp.'s Motion for Bill of Costs ("Motion"), (ECF No. 317). Judge Becerra filed an R&R recommending that the Motion be granted in part and denied in part. (ECF No. 342). The Court, having conducted a *de novo* review of the record and the issues presented in the Objections, agrees with Magistrate Judge Becerra that the Motion must be granted in part. The Court overrules the Objections, (ECF No. 344).

Accordingly, after careful consideration, it is hereby **ORDERED AND ADJUDGED** that:

1. Judge Becerra's R&R, (ECF No. 342), is **AFFIRMED** and **ADOPTED**.
2. Defendants' Motion, (ECF No. 317), is **GRANTED in part and DENIED in part**. Defendants Zoll Services LLC, Zoll Medical Corp., and Zoll Manufacturing Corp. are awarded $39,402.11 in taxable costs.

**DONE AND ORDERED** in Miami, Florida, this 24 day of January, 2024.

JOSE E. MARTINEZ
UNITED STATES DISTRICT JUDGE

Copies provided to:
Magistrate Judge Becerra
All Counsel of Record