UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Case Number: **21-22433-CIV-MARTINEZ-SANCHEZ**

FLOR MORERA LOPEZ, ASBERT ANAZCO,

    Plaintiffs,

vs.

ZOLL SERVICES, LLC, *et al.*,

    Defendants.
_____/

## ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

**THIS MATTER** was referred to the Honorable Eduardo I. Sanchez, United States Magistrate Judge, for a Report and Recommendation ("R&R") on Plaintiffs' Motion to Stay Execution of Judgment, (ECF No. 348). Judge Sanchez filed an R&R recommending that the Motion to Stay Execution of Judgment be denied. (ECF No. 352). The Court has reviewed the entire file and record, and notes that no objections have been filed.

Accordingly, after careful consideration, it is hereby **ORDERED AND ADJUDGED** that:

1. Judge Sanchez's R&R, (ECF No. 352), is **AFFIRMED** and **ADOPTED**.

2. The Motion to Stay Execution of Judgment, (ECF No. 348), is **DENIED**.

**DONE AND ORDERED** in Chambers in Miami, Florida, this _16_ day of July, 2024.

                                                  JOSE E. MARTINEZ
                                                UNITED STATES DISTRICT JUDGE

Copies provided to:
Magistrate Judge Sanchez
All Counsel of Record